UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER ECKHART and CATHY AREU,<br><br>Plaintiffs,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, ED HENRY, SEAN HANNITY, TUCKER CARLSON and HOWARD KURTZ, in their individual and professional capacities,<br><br>Defendants. | **NOTICE OF APPEARANCE**<br><br>Case No. 20-CV-5593 (RA) |

PLEASE TAKE NOTICE that Elkan Abramowitz hereby appears as counsel for Defendant Edward "Ed" Henry in the above-captioned action and requests that copies of all papers be served upon the undersigned at the address set forth below.

I certify that I am admitted to practice before this court.

Dated: New York, New York
       August 17, 2020

                                      MORVILLO ABRAMOWITZ GRAND
                                      IASON & ANELLO P.C.

                          By:   /s/ Elkan Abramowitz
                                  Elkan Abramowitz
                                  565 Fifth Avenue
                                  New York, NY 10017
                                  Telephone: (212) 856-9600
                                  Fax: (212) 856-9494
                                  eabramowitz@maglaw.com

                                  *Attorney for Defendant Ed Henry*