UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER ECKHART and CATHY AREU,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>FOX NEWS NETWORK, LLC, ED HENRY, SEAN HANNITY, TUCKER CARLSON and HOWARD KURTZ, in their individual and professional capacities,<br><br>　　　　　　　　Defendants. | **NOTICE OF APPEARANCE**<br><br>Case No. 20-CV-5593 (RA) |

　　　　PLEASE TAKE NOTICE that Catherine M. Foti hereby appears as counsel for Defendant Edward "Ed" Henry in the above-captioned action and requests that copies of all papers be served upon the undersigned at the address set forth below.

　　　　I certify that I am admitted to practice before this court.

Dated: New York, New York
　　　　August 17, 2020

　　　　　　　　　　　　　　　　　　　　　　　MORVILLO ABRAMOWITZ GRAND
　　　　　　　　　　　　　　　　　　　　　　　IASON & ANELLO P.C.

　　　　　　　　　　　　　　　　By:　　/s/ Catherine M. Foti
　　　　　　　　　　　　　　　　　　　　Catherine M. Foti
　　　　　　　　　　　　　　　　　　　　565 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 856-9600
　　　　　　　　　　　　　　　　　　　　Fax: (212) 856-9494
　　　　　　　　　　　　　　　　　　　　cfoti@maglaw.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Ed Henry*