UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
JENNIFER ECKHART and CATHY AREU,

    Plaintiffs,

v.

FOX NEWS NETWORK, LLC, ED HENRY, SEAN HANNITY, TUCKER CARLSON, and HOWARD KURTZ, in their individual and professional capacities,

    Defendants.
------------------------------------------------------------------- x

Case No. 1:20-cv-05593
**MOTION FOR ADMISSION *PRO HAC VICE* OF JAYNE C. WEINTRAUB**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Jayne Weintraub hereby moves this Court for an order for admission to practice Pro Hac Vice to appear as counsel for Defendant, Ed Henry, in the above-captioned action.

I am in good standing of the bar of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

August 18, 2020

                                      Respectfully submitted,

                                      SALE & WEINTRAUB, P.A.

                                      By: /s/ Jayne Weintraub
                                          Jayne Weintraub
                                          2 South Biscayne Boulevard
                                          One Biscayne Tower - 21st Floor
                                          Miami, Florida 33131
                                          Telephone: (305) 374-1818
                                          E-Mail: jweintraub@saleweintraub.com