# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

JENNIFER ECKHART and CATHY AREU,

    Plaintiffs,

v.

FOX NEWS NETWORK, LLC, ED HENRY, SEAN HANNITY, TUCKER CARLSON, and HOWARD KURTZ, in their individual and professional capacities,

    Defendants.
--------------------------------------------------------------- x

Case No.  1:20-cv-05593

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF JAYNE WEINTRAUB**

    I, Jayne Weintraub, pursuant to Local Rule 1.3, declare as follows:

1.    I am over the age of eighteen and of sound body and mind.

2.    I have never been convicted of a felony.

3.    I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4.    There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

August 18, 2020

    Respectfully submitted,

    By: /s/ Jayne C. Weintraub
        Jayne C. Weintraub