# EXHIBIT "C"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

JENNIFER ECKHART and CATHY AREU,

    Plaintiffs,

v.

FOX NEWS NETWORK, LLC, ED HENRY, SEAN HANNITY, TUCKER CARLSON, and HOWARD KURTZ, in their individual and professional capacities,

    Defendants.

---------------------------------------------------------------- x

Case No. 1:20-cv-05593
**ORDER MOTION FOR ADMISSION**
*PRO HAC VICE* **OF JAYNE C. WEINTRAUB**

    The motion of Jayne C. Weintraub for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

> Jayne Weintraub, Esq. Sale & Weintraub, P.A.
> 2 South Biscayne Boulevard
> One Biscayne Tower - 21st Floor Miami, Florida 33131
> Telephone: (305) 374-1818
> Facsimile: (305) 379-0069
> E-Mail: jweintraub@saleweintraub.com

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendant Bruce Weber in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____