UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JENNIFER ECKHART and CATHY AREU,

    Plaintiffs,

v.

FOX NEWS NETWORK, LLC, ED HENRY, SEAN HANNITY, TUCKER CARLSON, and HOWARD KURTZ, in their individual and professional capacities,

    Defendants.
------------------------------------------------------------------ x

Case No. 1:20-cv-05593
**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Jon A. Sale hereby appears as counsel for Defendant, Edward "Ed" Henry, in the above-captioned action and requests that copies of all papers be served upon the undersigned at the address set forth below.

August 18, 2020

    Respectfully submitted,

    SALE & WEINTRAUB, P.A.

    By: /s/ Jon A. Sale
        Jon A. Sale
        2 South Biscayne Boulevard
        One Biscayne Tower - 21st Floor
        Miami, Florida 33131
        Telephone: (305) 374-1818
        E-Mail: jsale@saleweintraub.com

    *Attorney for Defendant Ed Henry*