UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

| | | |
|---|---|---|
| JENNIFER ECKHART and CATHY AREU, | : | |
| | : | Index No.: 20-cv-5593 (RA) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| FOX NEWS NETWORK, LLC, ED HENRY, | : | |
| SEAN HANNITY, TUCKER CARLSON and | : | **AFFIDAVIT OF SERVICE OF** |
| HOWARD KURTZ, in their individual and | : | **MICHAEL J. WILLEMIN** |
| professional capacities, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------- X

I, Michael J. Willemin, hereby certify as follows:

    1.    I am a partner at Wigdor LLP and am counsel of record for the Plaintiffs in this matter.

    2.    I hereby certify that on July 30, 2020, Defendants Fox News Network, LLC, Ed Henry, Sean Hannity, Tucker Carlson and Howard Kurtz were served, via email, with the Court's July 21, 2020 Order and Notice of Initial Appearance (Dkt. 13).

Dated: August 21, 2020
        New York, New York

_____
Michael J. Willemin