AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JENNIFER ECKHART and CATHY AREU, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20-CV-05593-RA |
| FOX NEWS NETWORK, LLC, et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, CATHY AREU

Date:  08/24/2020

*Attorney's signature*

JAMES VAGNINI - 2958130
*Printed name and bar number*

Valli Kane & Vagnini LLP
600 Old Country Road - Suite 519
Garden City, NY 11530

*Address*

jvagnini@vkvlawyers.com
*E-mail address*

(516) 203-7180
*Telephone number*

(866) 441-2873
*FAX number*