AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| JENNIFER ECKHART and CATHY AREU, )<br>*Plaintiff* )<br>v. )<br>FOX NEWS NETWORK, LLC, et al )<br>*Defendant* ) | Case No. | 20-CV-05593-RA |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, CATHY AREU

Date:    08/24/2020

*Attorney's signature*

SARA W. KANE - 2935617
*Printed name and bar number*

Valli Kane & Vagnini LLP
600 Old Country Road - Suite 519
Garden City, NY 11530

*Address*

skane@vkvlawyers.com
*E-mail address*

(516) 203-7180
*Telephone number*

(866) 441-2873
*FAX number*