AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JENNIFER ECKHART and CATHY AREU, <br> *Plaintiff* <br> v. <br> FOX NEWS NETWORK, LLC, et al <br> *Defendant* | ) <br> ) <br> ) Case No. 20-CV-05593-RA <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, CATHY AREU

Date: 08/24/2020

*Monica Hincken*
*Attorney's signature*

MONICA HINCKEN - 5351804
*Printed name and bar number*

Valli Kane & Vagnini LLP
600 Old Country Road - Suite 519
Garden City, NY 11530

*Address*

mhincken@vkvlawyers.com
*E-mail address*

(516) 203-7180
*Telephone number*

(866) 441-2873
*FAX number*