AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Jennifer Eckhart and Cathy Areu
       Plaintiff (s),
V.
Fox News Network, LLC, et al.
       Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:20-cv-05593

Notice is hereby given that, subject to approval by the court, __Cathy Areu__ substitutes
                   (Party (s) Name)

__James A. Vagnini__, State Bar No. __NYS 2958130__ as counsel of record in
(Name of New Attorney)

place of __Douglas H. Wigdor and Michael J. Willemin__.
        (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Valli Kane & Vagnini LLP |
| Address: | 600 Old Country Road, Suite 519, Garden City, NY 11530 |
| Telephone: | (516) 203-7180   Facsimile (516) 706-0248 |
| E-Mail (Optional): | jvagnini@vkvlawyers.com |

I consent to the above substitution.
Date: _____
                  (Signature of Party (s))

I consent to being substituted.
Date: 8/24/2020
                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/21/2020
                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]