UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| JENNIFER ECKHART and CATHY AREU, | : | Case No. 1:20-CV-05593 (RA) |
| | : | |
| Plaintiffs, | : | **ECF Case** |
| | : | |
| -against- | : | |
| | : | **NOTICE OF APPEARANCE** |
| FOX NEWS NETWORK, LLC, ED HENRY, SEAN HANNITY, TUCKER CARLSON and HOWARD KURTZ, in their individual and professional capacities, | : : : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

To the Clerk of this Court and all parties of record:

Enter the appearance of Keisha-Ann G. Gray, Esq. of Proskauer Rose LLP as counsel of record in this case for Defendants Fox News Network, LLC, Sean Hannity, Tucker Carlson, and Howard Kurtz ("Fox News Defendants"). Entry of this appearance shall in no way be deemed a waiver of any and all defenses, including but not limited to any and all jurisdictional defenses, available to Fox News Defendants.

I certify that I am admitted to practice in this Court.

Dated: August 25, 2020
New York, New York

Respectfully submitted,

*/s/ Keisha-Ann G. Gray, Esq.*
Keisha-Ann G. Gray
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: 212.969.3000
Facsimile: 212.969.2900
kgray@proskauer.com