UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JENNIFER ECKHART and CATHY AREU,        :     Case No. 1:20-CV-05593 (RA)
                                          :
                 Plaintiffs,          :     **ECF Case**
                                          :
    -against-                          :
                                          :     **NOTICE OF APPEARANCE**
FOX NEWS NETWORK, LLC, ED HENRY, SEAN  :
HANNITY, TUCKER CARLSON  and HOWARD   :
KURTZ, in their individual and professional capacities, :
                                          :
                 Defendants.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

To the Clerk of this Court and all parties of record:

Enter the appearance of Danielle J. Moss, Esq. of Proskauer Rose LLP as counsel of

record in this case for Defendants Fox News Network, LLC, Sean Hannity, Tucker Carlson, and

Howard Kurtz ("Fox News Defendants").  Entry of this appearance shall in no way be deemed a

waiver of any and all defenses, including but not limited to any and all jurisdictional defenses,

available to Fox News Defendants.

I certify that I am admitted to practice in this Court.


Dated: August 25, 2020
        New York, New York


                                       Respectfully submitted,


                                       /s/ *Danielle J. Moss*
                                       Danielle J. Moss
                                       PROSKAUER ROSE LLP
                                       Eleven Times Square
                                       New York, New York 10036
                                       Telephone: 212.969.3000
                                       Facsimile: 212.969.2900
                                       dmoss@proskauer.com