UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

| | | |
|---|---|---|
| JENNIFER ECKHART and CATHY AREU, | : | Case No. 1:20-CV-05593 (RA) |
| | : | |
| Plaintiffs, | : | **ECF Case** |
| | : | |
| -against- | : | |
| | : | **RULE 7.1 CORPORATE** |
| FOX NEWS NETWORK, LLC, ED HENRY, SEAN | : | **DISCLOSURE STATEMENT** |
| HANNITY, TUCKER CARLSON and HOWARD | : | |
| KURTZ, in their individual and professional capacities, | : | |
| | : | |
| Defendants. | : | |

------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Fox News Network, LLC, by and through their undersigned counsel, provide the following corporate disclosure statement:

Fox News Network, LLC is an indirect, wholly-owned subsidiary of Fox Corporation, a publicly traded Delaware corporation (the "Company").  Fox News Network, LLC is not aware of any publicly held corporation other than Fox Corporation owning 10 percent or more of its stock.

Dated: August 25, 2020
       New York, New York

Respectfully submitted,

/s/ *Kathleen M. McKenna*
Kathleen M. McKenna
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: 212.969.3000
Facsimile: 212.969.2900
kmckenna@proskauer.com