UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
JENNIFER ECKHART and CATHY AREU,       :
                                        :
               Plaintiffs,    :   Case No. 1:20-CV-05593 (RA)
                                        :
    v.                                 :
                                        :
FOX NEWS NETWORK, LLC, ED HENRY,        :
SEAN HANNITY, TUCKER CARLSON and        :
HOWARD KURTZ, in their individual and   :
professional capacities,                :
                                        :
               Defendants.    :
------------------------------------------------------------------- X

      **PLEASE TAKE NOTICE** that Renan F. Varghese of Wigdor LLP hereby enters his appearance as counsel on behalf of Plaintiff Jennifer Eckhart in the above-captioned matter.

Dated: August 27, 2020
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
      Renan F. Varghese

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
rvarghese@wigdorlaw.com

*Counsel for Plaintiff Jennifer Eckhart*