| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 9-18-20 |

ECKHART, *et al.*,

                Plaintiffs,

      v.

FOX NEWS, *et al.*,

                Defendants.

20-CV-5593 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    IT IS HEREBY ORDERED that counsel for all parties shall appear telephonically for conference on October 5, 2020 at 4:00 pm. The dial-in information for the call is provided below:

        Call-in Number: (888) 363-4749

        Access Code: 1015508

    If this date and time does not work for any of the parties, the parties shall notify the court, consult with co-counsel and opposing parties, and propose alternative dates and times.

    If Plaintiffs wish to be heard in writing on the issue of severance, they shall submit a letter to the Court no later than September 28, 2020.  If Defendants wish to respond, they shall do so no later than October 2, 2020.

SO ORDERED.

Dated:    September 18, 2020
              New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge