# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

cfoti@maglaw.com
212-880-9530

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
DEVIN M. CAIN
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
DANIEL F. WACHTELL

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

September 23, 2020

<u>VIA ECF</u>

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re:     Jennifer Eckhart and Cathy Areu v. Fox News Network, LLC, Ed Henry, Sean Hannity, Tucker Carlson, and Howard Kurtz, Civil Case No. 1:20-cv-05593 (RA)

Dear Judge Abrams,

      This firm represents defendant Ed Henry. I submit this letter in response to Fox News Network, LLC ("Fox"), Tucker Carlson, Sean Hannity and Howard Kurtz's letter motion (Dkt. No. 45) requesting an extension of time to file an Answer, or otherwise respond, to Plaintiffs' Amended Complaint.

      As I informed the Court previously, Mr. Henry is anxious to move the case along. Therefore, Mr. Henry is not independently seeking an extension of time to respond to the Amended Complaint. However, for purposes of efficiency and planning, Mr. Henry believes that all defendants' responses to the Amended Complaint should be due on the same day and, therefore, does not object to an October 19 deadline if the Court is inclined to grant Fox's request. However, Mr. Henry is concerned that the date for filing his motion to dismiss plaintiffs' claims could be extended further. For example, if the Court orders a severance during the October 5 conference and directs plaintiffs to file further amended complaints, that order would result in a due date for the response to the further amended complaint (by operation of Rule 15(a)(3)) of 14 days after the filing – and, therefore, potentially well after October 19.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Although that issue is not before the Court at this time, Mr. Henry wanted to call attention to his concern and inform the Court of his intention to object to any schedule that provides for filing the motions to dismiss later than October 19.

Respectfully submitted,

By: */s/ Catherine M. Foti*
Catherine M. Foti, Esq.
*Attorneys for Ed Henry*

Cc: All counsel of record (via ECF)