AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Jennifer Eckhart and Cathy Areu | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-05593 |
| Fox News Network, LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Fox News Network, LLC, Sean Hannity, Tucker Carlson, and Howard Kurtz.

Date: 09/29/2020

/s/ Anthony J. Dick
*Attorney's signature*

Anthony J. Dick, Bar No. 5078662
*Printed name and bar number*

51 Louisiana Ave NW
Washington, DC 20001
*Address*

ajdick@jonesday.com
*E-mail address*

(202) 879-7679
*Telephone number*

(202) 626-1700
*FAX number*