UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JENNIFER ECKHART and CATHY AREU,

                Plaintiffs,                 Civil Case No. 1:20-cv-05593

   against

FOX NEWS NETWORK, LLC, ED HENRY,
SEAN HANNITY, TUCKER CARLSON and
HOWARD KURTZ, in their individual and
professional capacities,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

---

### DEFENDANTS FOX NEWS NETWORK, LLC, TUCKER CARLSON, SEAN HANNITY, AND HOWARD KURTZ'S RULE 11 MOTION FOR SANCTIONS

---

September 29, 2020

| | |
|---|---|
| Anthony J. Dick | Kathleen M. McKenna, Esq. |
| J. Benjamin Aguiñaga | Lloyd B. Chinn, Esq. |
| Ariel N. Volpe | Keisha-Ann G. Gray, Esq. |
| JONES DAY | Danielle J. Moss, Esq. |
| 51 Louisiana Ave., NW | Yonatan L. Grossman-Boder, Esq. |
| Washington, DC 20001 | PROSKAUER ROSE LLP |
| Tel. (202) 879-3939 | Eleven Times Square |
| Fax. (202) 626-1700 | New York, New York 10036-8299 |
| E-mail: ajdick@jonesday.com | Tel. (212) 969-3000 |
| | Fax. (212) 969-2900 |
| | E-mail: kmckenna@proskauer.com |

*Attorneys for Defendants Fox News Network, LLC,
Tucker Carlson, Sean Hannity, and Howard Kurtz*

1

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Affidavits and Exhibits annexed thereto, Defendants move the United States District Court for the Southern District of New York (located in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York) for an order imposing sanctions on Plaintiff Catherine Areu and her counsel under Federal Rule of Civil Procedure 11(c).

Dated:   September 29, 2020

By:   */s/ Kathleen M. McKenna*
Kathleen M. McKenna, Esq.
Lloyd B. Chinn, Esq.
Keisha-Ann G. Gray, Esq.
Danielle J. Moss, Esq.
Yonatan L. Grossman-Boder, Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299
Tel. (212) 969-3000
kmckenna@proskauer.com

Anthony J. Dick
J. Benjamin Aguiñaga
Ariel N. Volpe
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
Tel. (202) 879-3939
ajdick@jonesday.com

*Attorneys for Defendants*
*Fox News Network, LLC, Tucker Carlson,*
*Sean Hannity, and Howard Kurtz*