# EXHIBIT A


6:28
35
C
Cathy Areu
They're the ones who thought of my podcast
I didn't want to do it
They named it
Super weird
Mon, Dec 9, 3:04 PM
I'm good. I got 5 republican strategists from Fox for the next 5 podcasts. We good.
Thanks for trying
Sun, May 31, 7:52 PM
Are you in West Palm?! I saw your tweet. I'm in Boca.
I fucked with you. I don't know if you saw it. ... I've debated Ann Coulter. I want to meet her. We're both here.
Heyyyyy
I am back in Miami.
iMessage


6:28
35
C
Cathy Areu
I am back in Miami.
I moved here until January
What?!
Good idea!
Miami is closed so I haven't been there for 2 months.
My moms house is in Miami
It's not Closed any more
We need to get together. I can't believe you met Ann
How's the rioting? I got emails yesterday about downtown and coral gables
Ann is my friend
Wow. I had no idea.
iMessage


6:29
35
C
Cathy Areu
Show off!!!
Lol
I had no idea you were here. We def need to get together
I didn't know she was that famous. I get asked for selfies at Publix milk aisle. That's about it.
I live in Brickell
Lol
Of course you do.
I'd love to be invited next time! Liberal Sherpa and Ann Coulter and Gianno Caldwell would bring peace and unity to all.
For realz. I'm down here. I
iMessage
Pay


6:29
35
C
Cathy Areu
For realz. I'm down here. I respect her as an entrepreneur.
Dope!
I'll find the pic of us debating. When the paparazzi leaves you two love birds alone.
Seriously. She never signed with anyone. She writes books and debates. I do that on the liberal side. I've always admired her for being so smart with her career. Just could never tell her bc "Dr Gina" and others would be offended. You won't be. We women are a pain in the ass.
Nice
iMessage
Pay


6:29
35
C
Cathy Areu
Nice
Can I take you two to lunch?
Take me to lunch
Yeah. Fouzia kicked ass with makeup that night.
You don't know her secrets of her entrepreneurship!!!
I've always wanted to ask her. Not in a creepy way.
I'll do both.
You and me. And then the three of us. ... I may get one old person with a Samsung wanting a selfie. Gotta warn you.
You afraid of my Fox fans?
Not at all
Mon, Jun 1, 7:31 AM
iMessage




Can you introduce me to Ann today?

Let her know I'm a fan of her work. ... and i worked as a Senate approved Sr Advisor for Bush. And wrote for Washington Post for 12 yrs. I covered the WH. I'm the real deal. And I'd like to take her to lunch.

I gave you Stern's info, remember?

Mon, Jun 1, 5:07 PM




GIF Keyboard via #images

Mon, Jun 1, 7:19 PM

Ann doesn't work that way where you do e-mail intros




6:29
35
C
Cathy Areu
Mon, Jun 1, 7:19 PM
Ann doesn't work that way where you do e-mail intros
Read
How does Ann work?
I only do email intros when people want to be untes professional.
I am meet her another way. Or not. It's all good.
Fri, Jul 3, 12:42 AM
Sorry about typos. My keyboard was in Dutch. Messes up the letters. (I just came across this text and saw the typos. Don't want to sound nuts.) Keyboard is now in Español.
Fri, Jul 3, 8:58 AM
Lol
Delivered
iMessage