# EXHIBIT A



Tucker ∨

‹ Nov 30 2018 ›

30

Friday, November 30, 2018

7:15 PM Pretape w/ Rick Reichmuth

TCT from New York: Julian Epstein, Gordon Chang, Robert Epstein, Harmeet Dhillon, Dan Bongino, Sherif Loren Culp, Cathy Areau, Allie Beth Stuckey

9:15 PM TCT NYC Christmas Party Dinner at The Union Club NYC
101 E 69th St, New York, NY 10021

Stay at Lotte New York Palace Hotel