UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JENNIFER ECKHART and CATHY AREU, :
:
                      Plaintiffs, :   Civil Case No. 1:20-cv-05593
:
  against :
:
FOX NEWS NETWORK, LLC, ED HENRY, :
SEAN HANNITY, TUCKER CARLSON and :
HOWARD KURTZ, in their individual and :
professional capacities, :
:
                     Defendants. :
------------------------------------------------------------- X

## AFFIDAVIT OF JACOB CHLUDZINSKI IN SUPPORT OF DEFENDANTS' RULE 11 MOTION FOR SANCTIONS

I, Jacob Chludzinski, affirm the following to be true under penalty of perjury pursuant to 28 U.S.C. § 1746 and Local Civil Rule 1.9:

1. I am a Project Assistant at the law firm of Jones Day. I am fully familiar with the facts and circumstances set forth herein and make this Affidavit in Support of Defendants' Rule 11 Motion for Sanctions.

2. Exhibit A is a true and correct copy of screenshots of publicly available Instagram posts that Plaintiff Cathy Areu posted after appearances on *Tucker Carlson Tonight*, *Media Buzz*, and *Hannity* from April 28, 2017 to April 5, 2020.

Dated: 9/8/2020

By: _____
Jacob Chludzinski

- 1 -