# EXHIBIT A

1.   **Cathy Areu Appearance on Tucker Carlson Tonight, April 28, 2017**



cathyareu
Fox News Channel

881 likes

**cathyareu** BTS: on the set of Tucker Carlson Tonight on @foxnews. #behindthescenes #newyorkcity #foxnews #foxstudios #tvlife  #tuckercarlson

View all 12 comments

April 29, 2017

## 2. Cathy Areu Appearance on Media Buzz, August 6, 2017

 **cathyareu**
Fox News Channel
•••



912 likes

**cathyareu** BTS: about to go on air on @foxnews 's @mediabuzzfnc with awesome host @howardkurtz , live at Fox Studios in NYC, NY. #foxnews #behindthescenes #tvlife 🎥

View all 16 comments

August 6, 2017

(continued)



**cathyareu**
Fox News Channel

• • •



♡  ○  ◁                                          ⊓

**876 likes**

**cathyareu** BTS: as I waited to go on air today, I took a "selfie." That's me on the monitor on the right. With my iPhone. #behindthescenes #foxnews #foxstudios #tvlife

View 1 comment

August 6, 2017

3.   **Cathy Areu Appearance on Media Buzz, August 13, 2017**



cathyareu
Fox News Channel

· · ·

**915 likes**

**cathyareu** Behind the scenes: moments before going on air on Fox News' Media Buzz, discussing today's hottest topics on the news. @foxnews @foxnewssunday @howardkurtz #foxstudios #foxnews #behindthescenes #mediabuzz #tvlife 🎥

View all 8 comments

August 13, 2017

**4.   Cathy Areu Appearance on Tucker Carlson Tonight, October 6, 2017**



60 likes

**cathyareu** Behind the scenes: moments before going on air on @foxnews in NY studios, for the @tuckercarlsontonight show. Topic: sexism in DC. Does it exists? #behindthescenes #newyorkcity #foxstudios #foxnews #tvlife 🎥 #tuckercarlson

View all 14 comments

October 6, 2017

**5.  Cathy Areu Appearance on Tucker Carlson Tonight, October 23, 2017**



**cathyareu**
Fox News Channel

**30 likes**

**cathyareu** Behind the scenes: seconds before going on air on Fox News' Tucker Carlson Tonight show. #foxnews #foxstudios #newyorkcity #behindthescenes #tvlife 🎥 @foxnews @tuckercarlsontonight

View all 4 comments

October 25, 2017

**6.  Cathy Areu Appearance on Tucker Carlson Tonight, November 10, 2017**



**cathyareu** Behind the scenes at @foxnews about to debate on @tuckercarlsontonight ... adjusting my earpiece so I can hear Tucker's sweet voice in my left ear. TMI? #foxnews #tuckercarlson #behindthescenes #foxstudios #newyorkcity #tvlife

View all 5 comments

November 11, 2017

**7.   Cathy Areu Appearance on Tucker Carlson Tonight, November 17, 2017**



8.  **Cathy Areu Appearance on Tucker Carlson Tonight, November 27, 2017**

 cathyareu
Fox News Channel
• • •



♡  ◯  ◁                                    ⊓

**68 likes**

**cathyareu** Behind the scenes: getting ready to go on air to debate Tucker Carlson on @FoxNews 's @tuckercarlsontonight show last night. #behindthescenes #newyorkcity #foxstudios #foxnews #tuckercarlson

View all 10 comments

November 28, 2017

**9.   Cathy Areu Appearance on Tucker Carlson Tonight, December 13, 2017**



cathyareu
Fox News Channel

· · ·



                                         

**53 likes**

**cathyareu** Behind the scenes: going on live on
@FoxNews' @TuckerCarlsonTonight, last night, to
debate the witty Tucker Carlson. #behindthescenes
#newyorkcity #foxstudios #foxnews #tvlife🎥

View all 7 comments

December 14, 2017

**10. Cathy Areu Appearance on Media Buzz, December 31, 2017**



cathyareu
Washington, D.C.

• • •



**68 likes**

**cathyareu** BTS: Sitting in @howardkurtz 's host chair on the @FoxNews D.C. set of the hit Sunday show @mediabuzzfnc, on the last day of 2017! Happy New Year! 🎈 #behindthescenes #foxnews #foxstudios #tvlife 🎥 #punditlife

View all 16 comments

January 1, 2018

**11. Cathy Areu Appearance on Tucker Carlson Tonight, January 4, 2018**



**cathyareu** Behind the scenes: on air at @FoxNews NYC studios for the @tuckercarlsontonight show. Topic: Calif. becomes a sanctuary state. #foxstudios #foxnews #tuckercarlson #tuckercarlsontonight #tvlife  #punditlife

View all 2 comments

January 4, 2018

**12. Cathy Areu Appearance on Hannity, January 10, 2018**



cathyareu
Fox News Channel

• • •



♡  ◯  ◁                                          ⊓

**66 likes**

**cathyareu** Behind the scenes: moments before going on @foxnews @seanhannity program. #behindthescenes #punditlife #tvlife #foxnews #foxstudios #seanhannity

View all 5 comments

January 11, 2018

**13. Cathy Areu Appearance on Tucker Carlson Tonight, January 16, 2018**



cathyareu
Fox News Channel

···

65 likes

cathyareu BTS: on set, live from Fox Studios in NYC
@tuckercarlsontonight on @foxnews ... #tvlife🎥
#foxnews #punditlife #foxstudios #foxnews... more

View all 4 comments

January 17, 2018

(continued)



**cathyareu** BTS: on set, live from Fox Studios in NYC @tuckercarlsontonight on @foxnews ... #tvlife🎥 #foxnews #punditlife #foxstudios #foxnews #tuckercarlson #tuckercarlsontonight #behindthescenes

View all 4 comments

January 17, 2018

**14. Cathy Areu Appearance on Media Buzz, January 28, 2018**



cathyareu
Fox News Channel
...

91 likes

**cathyareu** Behind the scenes: on the air at @foxnews studios in NYC (12th floor) with hair guru @javihairr moments before going on @mediabuzzfnc live with host @howardkurtz !!! #foxnews #foxstudios #behindthescenes #newyorkcity #tvlife🎥

View all 19 comments

January 28, 2018

**15. Cathy Areu Appearance on Tucker Carlson Tonight, January 31, 2018**



**cathyareu** Behind the scenes: on air on @FoxNews on @tuckercarlsontonight, live from Fox studios in NYC last night. Topic: yoga = racism? #behindthescenes #newyorkcity #foxstudios #foxnews #tucker #tuckercarlsontonight

View all 22 comments

February 1, 2018

**16. Cathy Areu Appearance on Tucker Carlson Tonight, February 6, 2018**



**cathyareu** On air on @tuckercarlsontonight on @foxnews debating #ladydoritos last night. #foxnews #tuckercarlsontonight #behindthescenes #newyorkcity #tvlife 🎥 #tuckercarlson

View all 18 comments

February 7, 2018

**17. Cathy Areu Appearance on Media Buzz, February 18, 2018**



**cathyareu**
Fox News Channel

· · ·

125 likes

**cathyareu** Behind the scenes: getting ready to go on air live, from @foxnews NYC studios, with @javihairr glamming me up moments before show time. Thank you, Javi! Serious issue, serious topic.
#foxstudios #foxnews #mediabuzz #behindthescenes #punditlife #tvlife 🎥

View all 45 comments

February 18, 2018

**18. Cathy Areu Appearance on Tucker Carlson Tonight, February 23, 2018**



**cathyareu** Behind the scenes: ready to go into battle on @tuckercarlsontonight on @foxnews, live from NYC studios tonight! #foxstudios #foxnews #tuckercarlson #tuckercarlsontonight #punditlife #tvlife 🎥 #nyc

View all 112 comments

February 23, 2018

**19. Cathy Areu Appearance on Hannity, March 1, 2018**



cathyareu
Fox News Channel

• • •

♡   ◯   ◁                        ⊓

**79 likes**

**cathyareu** Behind the scenes: moments before going
on air on @FoxNews: Host Sean Hannity and I take a
moment for a pic before the great debate with
@tomilahren. Makeup by @fouzfox !!! #nyc
#seanhannity #foxnews #punditlife
#behindthescenes @seanhannity #tvlife 🎥
#immigration

View all 19 comments

(continued)



**20. Cathy Areu Appearance on Media Buzz, March 4, 2018**



cathyareu
Fox News Channel
...

146 likes

**cathyareu** BTS: going on air on **@mediabuzzfnc** this past Sunday with host **@howardkurtz**.
**#behindthescenes #foxnews #media #tvlife** 🎥 **#mediabuzz**

View all 21 comments

March 5, 2018

**21. Cathy Areu Appearance on Hannity, March 8, 2018**



**22. Cathy Areu Appearance on Tucker Carlson Tonight, March 9, 2018**



cathyareu
Fox News Channel

115 likes

**cathyareu** Behind the scenes: right before going on air on @FoxNews on @tuckercarlsontonight. #foxnews #behindthescenes #tuckercarlson #tuckercarlsontonight #punditlife #tvlife 🎥 #nyc

View all 46 comments

March 9, 2018

**23. Cathy Areu Appearance on Hannity, March 13, 2018**



**cathyareu** Behind the scenes: before battle, @FoxNews host @seanhannity and I stop for a pic. Then, it's debate time with @tomilahren! #behindthescenes #nyc #foxnews #seanhannity #punditlife #tvlife 🎥 #trump

View all 27 comments

March 14, 2018

**24. Cathy Areu Appearance on Hannity, March 26, 2018**



cathyareu
Fox News Channel



      

**157 likes**

**cathyareu** BTS: moments before going on air on
@FoxNews with @seanhannity, from "the pod" in
Fox's new studios in NYC. #seanhannity #foxnews
#punditlife #tvlife🎥 #trump

View all 116 comments

March 26, 2018

**25. Cathy Areu Appearance on Tucker Carlson Tonight, May 2, 2018**



cathyareu
Fox News Channel

• • •



♡  ○  ◁                                                  ⊓

**143 likes**

**cathyareu** Behind the scenes: moments before going on air at @foxnews studios in NYC, for @tuckercarlsontonight. It's my happy liberal world at Fox News. #liberalsherpa #tuckercarlsontonight #foxnews #foxstudios #behindthescenes #newyorkcity

View all 32 comments

May 5, 2018

**26. Cathy Areu Appearance on Tucker Carlson Tonight, May 10, 2018**



(continued)



                  

**148 likes**

**cathyareu** Behind the scenes: At @FoxNews for a
debate on @tuckercarlsontonight ...
#behindthescenes #foxnews #punditlife
#tuckercarlsontonight #newyorkcity #liberalsherpa
(@makeupvincenza & @beautyby_sindy_  are the
best!!!)

View all 35 comments

May 10, 2018

**27. Cathy Areu Appearance on Media Buzz, May 13, 2018**



**cathyareu**
Fox News Channel

· · ·

154 likes

**cathyareu** Behind the scenes: quickly peeking at my notes today while on air on @FoxNews 's Sunday show #mediabuzz with host @howardkurtz, live from NYC. #foxnews #foxstudios #punditlife #behindthescenes #tvlife 🎥 (awesome hair by @gmodeste and makeup by @makeupbyeffrosyni )

View all 59 comments

(continued)



154 likes

**cathyareu** Behind the scenes: quickly peeking at my notes today while on air on **@FoxNews** 's Sunday show **#mediabuzz** with host **@howardkurtz**, live from NYC. **#foxnews #foxstudios #punditlife #behindthescenes #tvlife**  (awesome hair by **@gmodeste** and makeup by **@makeupbyeffrosyni** )

View all 59 comments

May 13, 2018

**28. Cathy Areu Appearance on Tucker Carlson Tonight, May 18, 2018**



**cathyareu**
Fox News Channel

134 likes

**cathyareu** Behind the scenes: having fun after my #liberalsherpa segment on @tuckercarlsontonight with my amazing cousin (and huge Fox fan) @ozzieareu at @foxnews. #foxstudios #foxnews #tvlife 🎥 #bodilyautonomy

View all 48 comments

May 19, 2018

**29. Cathy Areu Appearance on Tucker Carlson Tonight, May 23, 2018**



(continued)



♡   ◯   ◁                                        ⊓

**160 likes**

**cathyareu** Behind the scenes: had to stop in the
hallway after the @tuckercarlsontonight show to take
a picture with #TuckerCarlson ... #foxstudios
#foxnews #punditlife #tvlife  #liberalsherpa

View all 56 comments

May 23, 2018

**30. Cathy Areu Appearance on Media Buzz, June 17, 2018**



**cathyareu**
New York, New York



     

**149 likes**

**cathyareu** Behind the scenes: on the 12th floor at
@foxnews studios in NYC, about to go on air on
Media Buzz with host @howardkurtz. (Thank you,
Photographer Cristina!) Topic: Trump's "cult" and
more. ... #foxstudios #foxnews #newyorkcity
#mediabuzz #trumpcult #journalism
#sundaymornings

View all 29 comments

June 17, 2018

**31. Cathy Areu Appearance on Tucker Carlson Tonight, July 20, 2018**



cathyareu
Fox News Channel

150 likes

**cathyareu** Behind the scenes: on the second floor in NYC's Fox studios in Rockefeller Center, live on air, discussing "theybies" on Fox News' Tucker Carlson Tonight. Tucker Carlson vs. The Liberal Sherpa. @foxnews @tuckercarlsontonight #liberalsherpa #foxstudios #foxnews #newyorkcity #theyby

View all 77 comments

July 21, 2018

**32. Cathy Areu Appearance on Tucker Carlson Tonight, July 27, 2018**



**33. Cathy Areu Appearance on Tucker Carlson Tonight, August 15, 2018**



cathyareu
Fox News Channel

• • •

180 likes

cathyareu Moments before going on air live on
@FoxNews 's @tuckercarlsontonight to discuss
balloons with host Tucker Carlson, for this week's
Liberal Sherpa segment. ... should balloons be
banned? #foxstudios #foxnews #newyorkcity
#tuckercarlsontonight #balloons #behindthescenes

View all 39 comments

August 16, 2018

**34. Cathy Areu Appearance on Tucker Carlson Tonight, August 22, 2018**



**cathyareu**
Fox News Channel

· · ·

197 likes

**cathyareu** Behind the scenes: about to go on air with Tucker Carlson to discuss "sexist" school uniforms. #foxnews #behindthescenes #tuckercarlsontonight #liberalsherpa

View all 32 comments

August 22, 2018

**35. Cathy Areu Appearance on Media Buzz, September 16, 2018**



**cathyareu** Behind the scenes: All dressed up 😉 and about to go on air on @foxnews with @kattimpf and @howardkurtz for @mediabuzzfnc ... topics: Google execs are liberals! ... and Woodward writes unapologetic book about Trump! Ack! What does the media think? #foxstudios #foxnews #newyorkcity #mediabuzz #tvlife 🎥 #liberalsherpa #boldglobal

View all 26 comments

September 16, 2018

**36. Cathy Areu Appearance on Tucker Carlson Tonight, October 12, 2018**



cathyareu
Fox News Channel

...

212 likes

cathyareu Behind the scenes: checking my phone to make sure I a have all of my facts straight for the Kavanaugh "hexing" story. Just needed to make sure I had the time right. ... The Liberal Sherpa and Tucker Carlson did indeed discuss witches and hexing on @foxnews last night. #foxstudios #newyorkcity #tuckercarlsontonight #kavanaugh #liberalsherpa #behindthescenes

View all 25 comments

(continued)



**212 likes**

**cathyareu** Behind the scenes: checking my phone to make sure I a have all of my facts straight for the Kavanaugh "hexing" story. Just needed to make sure I had the time right. ... The Liberal Sherpa and Tucker Carlson did indeed discuss witches and hexing on @foxnews last night. #foxstudios #newyorkcity #tuckercarlsontonight #kavanaugh #liberalsherpa #behindthescenes

View all 25 comments

October 13, 2018

**37. Cathy Areu Appearance on Tucker Carlson Tonight, November 30, 2018**



**117 likes**

**cathyareu** Tucker Carlson and I discuss "Baby it's cold outside" on @foxnews 's @tuckercarlsontonight ... a rare Liberal Sherpa segment where Tucker and I are actually in the same studio (He's usually in D.C., and I'm in NYC.) ... I totally won this debate. 🤣 #tuckercarlson #tuckercarlsontonight #foxnews #liberalsherpa #babyitscoldoutside❄️

View all 34 comments

December 1, 2018

**38. Cathy Areu Appearance on Hannity, December 3, 2018**



cathyareu
Fox News Channel



**163 likes**

**cathyareu** Behind the scenes: discussing Santa with @seanhannity and @rcamposduffy live from the 12th floor of the News Corp building!!! What war on Christmas? #foxnews #behindthescenes #hannity #foxstudios #newyorkcity #tvlife 🎥

View all 12 comments

December 3, 2018

(continued)



**cathyareu** Fox News Channel

67 likes

**cathyareu** Behind the scenes: getting beautified with Justin at Fox News before discussing the news of the day. #foxnews #hannity #foxstudios #tvlife 🎥 #snack

View all 6 comments

December 4, 2018

**39. Cathy Areu Appearance on Hannity, December 10, 2018**



**cathyareu** On @FoxNews: super easy segment: Fox's "Liberal Sherpa" discussing a professor who said "God is a sexual predator" with former minister Governor Mike Huckabee and Host Sean Hannity. What could go wrong? ... @seanhannity #foxnews #hannity #foxstudios #newyorkcity #tvlife 🎥 #behindthescenes 🎬

View all 18 comments

December 11, 2018

**40. Cathy Areu Appearance on Tucker Carlson Tonight, December 28, 2018**



**cathyareu**
Fox News Channel

· · ·

**132 likes**

**cathyareu** Moments before going on air on
@foxnews with the host with the most
#MarkSteynOnline for a segment on witches... more

View all 14 comments

December 28, 2018

**41. Cathy Areu Appearance on Media Buzz, February 3, 2019**



cathyareu Behind the scenes: on a special set for Fox's hit Sunday show MediaBuzz. Topic: Was Tom Brokaw right about talking about Hispanics and "brown grand babies"? ... should a Virginia governor resign over his racist "black face" 30 yrs ago? ... #behindthescenes #foxnews @howardkurtz @foxnews #tvpundit

View all 20 comments

February 3, 2019

**42. Cathy Areu Appearance on Media Buzz, February 17, 2019**



171 likes

cathyareu Behind- and in-front-of-the-scenes: at an undisclosed location for my two Fox News' MediaBuzz segments today. One pic: behind the curtain at Oz. Next pic: what it looked like on air in your living room. Third pic: what I plan to do with my hair the minute Fox gives me the ok! #behindthescenes @howardkurtz @mediabuzzfnc @foxnews @tuckercarlsontonight #foxnews #trumpwall

(continued)



**171 likes**

**cathyareu** Behind- and in-front-of-the-scenes: at an undisclosed location for my two Fox News' MediaBuzz segments today. One pic: behind the curtain at Oz. Next pic: what it looked like on air in your living room. Third pic: what I plan to do with my hair the minute Fox gives me the ok!
#behindthescenes @howardkurtz @mediabuzzfnc @foxnews @tuckercarlsontonight #foxnews #trumpwall

View all 60 comments

February 17, 2019

**43. Cathy Areu Appearance on Tucker Carlson Tonight, March 1, 2019**

 cathyareu
FOX
· · ·



                                      

**155 likes**

**cathyareu** Behind the scenes at @FoxNews for the #LiberalSherpa segment on @tuckercarlsontonight about gender fluidity, gender neutrality, and genderless baby names. #behindthescenes #foxnews #tuckercarlson

View all 32 comments

March 1, 2019

**44. Cathy Areu Appearance on Tucker Carlson Tonight, May 24, 2019**



cathyareu
Fox News Channel

···

164 likes

**cathyareu** Is Cauliflower racist? Hmmm. ... There's nothing better than having a live studio audience during the #LiberalSherpa segment for @FoxNews for @tuckercarlsontonight !!! #behindthescenes #foxnews #liberalsherpa @ocasio2018

View all 44 comments

May 24, 2019

**45. Cathy Areu Appearance on Hannity, June 4, 2019**



cathyareu
Fox News Channel



               

**207 likes**

**cathyareu** BTS at Fox: First off: dodgeball is cultural domination. Secondly, Chick-Fil-A is more than a fast food restaurant. ... and this is how I look after I debate these topics with @realdrgina and @seanhannity on @foxnews, live with the best team at #FoxNews! @makeupvincenza @nysindy @fouzfox #chickfila #foxnews #dodgeball #nyc #behindthescenes #liberalmemes

View all 60 comments

(continued)



207 likes

**cathyareu** BTS at Fox: First off: dodgeball is cultural domination. Secondly, Chick-Fil-A is more than a fast food restaurant. ... and this is how I look after I debate these topics with @realdrgina and @seanhannity on @foxnews, live with the best team at #FoxNews! @makeupvincenza @nysindy @fouzfox #chickfila #foxnews #dodgeball #nyc #behindthescenes #liberalmemes

View all 60 comments

June 4, 2019

**46. Cathy Areu Appearance on Media Buzz, June 30, 2019**



cathyareu
Fox News Channel

136 likes

cathyareu I need a drink ... of water 💦 ... after discussing the border humanitarian crisis at the border. Caused by Trump and reported accurately this week by U.S. English and Spanish media? ... on

(continued)



136 likes

**cathyareu** I need a drink ... of water  ... after discussing the border humanitarian crisis at the border. Caused by Trump and reported accurately this week by U.S. English and Spanish media? ... on **@FoxNews** 's Media Buzz this a.m. with host with the most **@howardkurtz** !!! #behindthescenes #foxnews #immigration #sundayfunday

View all 21 comments

June 30, 2019

**47. Cathy Areu Appearance on Hannity, July 3, 2019**



**cathyareu**
Fox News Channel

     

**169 likes**

**cathyareu** Kaepernick vs. the "Betsy Ross Flag" debate on @FoxNews on @seanhannity tonight. I totally won, regardless of what all of the viewers may

(continued)



169 likes

**cathyareu** Kaepernick vs. the "Betsy Ross Flag" debate on @FoxNews on @seanhannity tonight. I totally won, regardless of what all of the viewers may say. #behindthescenes #tvpundit #foxnews #colinkaepernick #seanhannity

View all 46 comments

July 3, 2019

**48. Cathy Areu Appearance on Media Buzz, August 4, 2019**



cathyareu  ···

142 likes

**cathyareu** BTS: ... and in front of the scenes at Fox News for Media Buzz. Topic: the awful El Paso shooting. ... pics: behind the scenes with @anthonyleeartist and @javihairr and SnapChat with Kat Timpt. When leaving Fox, I met officer @RiveraPaints23 (one of NYPD's finest). ... peace ☮️ and love 💕 to all. ... #behindthescenes #foxnews #Latina #liberalsherpa #mediabuzz

View all 26 comments

(continued)



                                            

**142 likes**

**cathyareu** BTS: ... and in front of the scenes at Fox News for Media Buzz. Topic: the awful El Paso shooting. ... pics: behind the scenes with @anthonyleeartist and @javihairr and SnapChat with Kat Timpt. When leaving Fox, I met officer @RiveraPaints23 (one of NYPD's finest). ... peace ☮️ and love 💕 to all. ... #behindthescenes #foxnews #Latina #liberalsherpa #mediabuzz

View all 26 comments

August 4, 2019

**49. Cathy Areu Appearance on Tucker Carlson Tonight, August 20, 2019**



168 likes

cathyareu Behind the scenes with my notes for
@tuckercarlsontonight on @foxnews for a
#liberalsherpa segment. Also, in front of the scenes
with Tucker Carlson. Topic: miniature horses & more.
#behindthescenes #foxnews #tuckercarlson
#emotionalsupportanimal

View all 31 comments

August 21, 2019

**50. Cathy Areu Appearance on Tucker Carlson Tonight, September 6, 2019**



150 likes

**cathyareu** Behind the scenes at Fox News, getting ready to discuss #cannibalism, #treebark , and #dandelions with @tuckercarlsontonight ... (and one screenshot on the scene). #foxnews #behindthescenes #foxstudios #liberalsherpa #peaceandlove

View all 37 comments

September 7, 2019

**51. Cathy Areu Appearance on Media Buzz, March 1, 2020**



cathyareu
Fox News - Miami Bureau

• • •

208 likes

**cathyareu** BTS: on set for @foxnews 's Sunday morning show: @mediabuzzfnc, hosted by the legendary @howardkurtz , in Miami — to discuss Bernie Sanders' loving comments about the Castro regime. Why, Bernie? Why? #behindthescenes #foxnews #media #miami #berniesanders #liberalsherpa

View all 30 comments

March 1

**52. Cathy Areu Appearance on Media Buzz, April 5, 2020**



cathyareu
Fox News Channel
...



                      

**148 likes**

**cathyareu** BTS: Trying to explain my coronavirus ordeal without using my hands is not easy for this Cuban journalist in South Florida. But I did it. And I'm very thankful for @FoxNews host (& former colleague) @howardkurtz & his Sunday program @mediabuzzfnc ... my words came through. Hands were off camera. Stay safe ✌️ !!! #covid #media #southflorida #foxnews #behindthescenes #journalism

(continued)



**148 likes**

**cathyareu** BTS: Trying to explain my coronavirus ordeal without using my hands is not easy for this Cuban journalist in South Florida. But I did it. And I'm very thankful for @FoxNews host (& former colleague) @howardkurtz & his Sunday program @mediabuzzfnc ... my words came through. Hands were off camera. Stay safe ✌️!!! #covid #media #southflorida #foxnews #behindthescenes #journalism

View all 24 comments

**realalexmeneses** Legs!!😳😳😳😳🔥

April 6