# EXHIBIT A

| | |
|---|---|
| From: | Richard Silton [EMAIL WITHHELD] |
| Sent: | Thursday, April 23, 2020 12:42 PM |
| To: | Galker, Robert |
| Cc: | Kristin Paciorkowski |
| Subject: | [EXTERNAL] FW: Fox Covid 19 Interview March 30th |

Rob,

Any response from your folks yet? Do you think there will be one? Trying to manage this situation as best as I can...

Thanks,

-Rich

**Richard Silton | President and CEO**
VideoLink
[PHONE NUMBER WITHHELD]
Newton, MA 02465

Connect with us: Web | Facebook | Twitter | LinkedIn | Instagram

---

From: Michaeloff, Scott [EMAIL WITHHELD]
Sent: Thursday, April 23, 2020 12:27 PM
To: Richard Silton [EMAIL WITHHELD] ; Kristin Paciorkowski [EMAIL WITHHELD]
Subject: RE: Fox Covid 19 Interview March 30th

Rich

Has there been any movement on this issue?

Best

Scott


**Scott Michaeloff**
Managing Director | Business Development
[PHONE NUMBER WITHHELD]
[PHONE NUMBER WITHHELD]
Email: [EMAIL WITHHELD]

1



The information contained in this e-mail message is Privileged and Confidential, intended only for the use of the individual or entity named as recipient. If the reader is not the recipient, the reader may not copy, forward, or otherwise use it, or disclose its contents to anyone else. If you have received this e-mail in error, please notify us immediately and delete it from your system.

**From:** Richard Silton [EMAIL WITHHELD]
**Sent:** Wednesday, April 15, 2020 2:42 PM
**To:** Michaeloff, Scott [EMAIL WITHHELD]; Kristin Paciorkowski [EMAIL WITHHELD]
**Subject:** RE: Fox Covid 19 Interview March 30th

Scott,

I have pinged FOX twice more, but our contact has not gotten a response from the show producer yet. I will stay on it.

-Rich

**Richard Silton | President and CEO**
**VideoLink**
[PHONE NUMBER WITHHELD]
Newton, MA 02465

Connect with us: Web | Facebook | Twitter | LinkedIn | Instagram

---

**From:** Michaeloff, Scott [EMAIL WITHHELD]
**Sent:** Friday, April 10, 2020 9:19 PM
**To:** Richard Silton [EMAIL WITHHELD]; Kristin Paciorkowski [EMAIL WITHHELD]
**Subject:** RE: Fox Covid 19 Interview March 30th

Thanks for the update, our facility in Boynton remains closed to employees until April 15th 2020. All employees exposed to the Fox guest on March 31st remain in self quarantine until April 15th 2020

**Scott Michaeloff**
Managing Director | Business Development
[PHONE NUMBER WITHHELD]
[PHONE NUMBER WITHHELD]
Email: [EMAIL WITHHELD]



The information contained in this e-mail message is Privileged and Confidential, intended only for the use of the individual or entity named as recipient. If the reader is not the recipient, the reader may not copy, forward, or otherwise use it, or disclose its contents to anyone else. If you have received this e-mail in error, please notify us immediately and delete it from your system.

**From:** Richard Silton [EMAIL WITHHELD]
**Sent:** Friday, April 10, 2020 11:31 AM
**To:** Michaeloff, Scott [EMAIL WITHHELD]; Kristin Paciorkowski [EMAIL WITHHELD]
**Subject:** RE: Fox Covid 19 Interview March 30th

Scott,

I reached out to Fox on Wednesday but have not had a response. I will ping them again today.

-Rich

**Richard Silton | President and CEO**
**VideoLink**
[PHONE NUMBER WITHHELD]
Newton, MA 02465

Connect with us: Web | Facebook | Twitter | LinkedIn | Instagram

---

**From:** Michaeloff, Scott [EMAIL WITHHELD]
**Sent:** Wednesday, April 8, 2020 1:58 PM
**To:** Richard Silton [EMAIL WITHHELD]; Kristin Paciorkowski [EMAIL WITHHELD]
**Subject:** RE: Fox Covid 19 Interview March 30th

Rich

I will step in and make a call if you are unable to get the bill paid. Frankly, this whole episode really raised the issue as to whether we should be using our facility in this way. The costs we have already incurred, as well as the potential liabilities, has really raised the attention of the Lawyers, Human Resources, Bean Counters, and Board Members. It has also shined a negative light at the highest levels as to whether we should be providing a Videolink service at all?

Bottom Line: I think if the bill gets paid for the cleanup, and nobody gets sick and sues us, then we can continue providing the "Live Shot" services.

Thanks

Scott

**Scott Michaeloff**
Managing Director
Business Development
[EMAIL WITHHELD]
[PHONE NUMBER WITHHELD]
[PHONE NUMBER WITHHELD]
14901 NE 20th Avenue
Miami, FL. 33181
southfloridapbs.org | wpbt2.org | wxel.org



The information contained in this e-mail message is Privileged and Confidential, intended only for the use of the individual or entity named as recipient. If the reader is not the recipient, the reader may not copy, forward, or otherwise use it, or disclose its contents to anyone else. If you have received this e-mail in error, please notify us immediately and delete it from your system.

**Scott Michaeloff**
Managing Director | Business Development
[PHONE NUMBER WITHHELD]
[PHONE NUMBER WITHHELD]
Email:   [EMAIL WITHHELD]



The information contained in this e-mail message is Privileged and Confidential, intended only for the use of the individual or entity named as recipient. If the reader is not the recipient, the reader may not copy, forward, or otherwise use it, or disclose its contents to anyone else. If you have received this e-mail in error, please notify us immediately and delete it from your system.

**From:** Richard Silton   [EMAIL WITHHELD]
**Sent:** Wednesday, April 08, 2020 1:10 PM
**To:** Michaeloff, Scott   [EMAIL WITHHELD]  ; Kristin Paciorkowski   [EMAIL WITHHELD]
**Subject:** RE: Fox Covid 19 Interview March 30th

Hi Scott,

Would you like me to pass this on to Fox or do you want to go through your personal contact there?

Thanks,

-Rich

**Richard Silton | President and CEO**
**VideoLink**
[PHONE NUMBER WITHHELD]
Newton, MA 02465

Connect with us: Web | Facebook | Twitter | LinkedIn | Instagram

**From:** Michaeloff, Scott [EMAIL WITHHELD]
**Sent:** Wednesday, April 8, 2020 12:39 PM
**To:** Kristin Paciorkowski [EMAIL WITHHELD]
**Cc:** Richard Silton [EMAIL WITHHELD]
**Subject:** Fox Covid 19 Interview March 30th

Kristin

I'm writing as a follow up to the Covid 19 interview conducted by Fox with Ms. Cathy Areu on March 31st 2020.

As you know after learning and viewing of the Fox morning interview on March 31st and in keeping with the CDC's instructions in addressing work environments that may be exposed to the Covid 19 virus.  We shut down the WXEL facility and instructed all essential staff which included Engineering, Master Control technicians, Security ,etc.  to leave the facility and quarantine for 14 days.  That Quarantine order is still in place, and our facility remains closed.

We thank you and your colleagues for your follow-up with Fox, and appreciate all that has been done thus far.   The fact is Fox knew the subject of the interview, had prepared graphics to match the symptoms Ms. Areu was detailing during the interview, and quite frankly in our opinion, should have given Videolink a "Heads Up" as to what the subject was, so Videolink's managers could have given SFPBS the option to pass on providing studio services for this "Live Shot".

Almost all guests I have seen on television who have been infected with the Covid 19 virus, have been doing these interviews from their own homes, or safe locations so as not to infect others.   The fact that this individual came to our facility not only on March 31st but also two weeks prior, shows a complete disregard for the safety and security of our personnel and facility.  Ms Areu will never be permitted in any of our South Florida facilities again, for any reason.

As a result of the Covid 19 pandemic, SFPBS  contracted with a cleaning service to sanitize our facilities during the pandemic.  Attached is the actual invoice we have received and paid for the cleanup done as a result of the Cathy Areu interview with Fox.   We expect to be compensated for this expense.  We have incurred many other expenses as a result of this incident, but have no intention of seeking any other compensation for these expenses.  We feel this is the least Fox could do because we would not have incurred this expense had Ms. Areu not entered our facility.

SFPBS the owner of the WXEL facility in Boynton Beach, has retained legal council who are currently working with our Human Resources department.  Some very frightened employees and their families have expressed great concern over SFPS's ability to keep them safe as a result of this incident. Our company is taking all the necessary steps that are required, and I am sharing this with you because I think it's important for Videolink and Fox to know we are still dealing with the lingering ramifications of this incident.

Again I would like re-state no further action by us will result from this event as long as we are reimbursed for the emergency cleaning the receipt is attached.

I look forward to your speedy response, and putting this event and this pandemic behind all of us.

Sincerely
Scott Michaeloff

**Scott Michaeloff**
Managing Director
Business Development
[EMAIL WITHHELD]
[PHONE NUMBER WITHHELD]
[PHONE NUMBER WITHHELD]
14901 NE 20th Avenue
Miami, FL. 33181
southfloridapbs.org | wpbt2.org | wxel.org



The information contained in this e-mail message is Privileged and Confidential, intended only for the use of the individual or entity named as recipient. If the reader is not the recipient, the reader may not copy, forward, or otherwise use it, or disclose its contents to anyone else. If you have received this e-mail in error, please notify us immediately and delete it from your system.

**Scott Michaeloff**
Managing Director | Business Development
[PHONE NUMBER WITHHELD]
[PHONE NUMBER WITHHELD]
Email: [EMAIL WITHHELD]



The information contained in this e-mail message is Privileged and Confidential, intended only for the use of the individual or entity named as recipient. If the reader is not the recipient, the reader may not copy, forward, or otherwise use it, or disclose its contents to anyone else. If you have received this e-mail in error, please notify us immediately and delete it from your system.

# EXHIBIT B

| | |
|---|---|
| From: | Galker, Robert [EMAIL WITHHELD] |
| Sent: | Wednesday, April 1, 2020 5:08 PM |
| To: | Kristin Paciorkowski; Richard Silton |
| Subject: | fyi...... |

## Mark G. Agresti, M.D., LLC
*Diplomate American Board of Psychiatry*
44 COCOANUT ROW, SUITE M202
PALM BEACH, FLORIDA 33480

[PHONE NUMBER WITHHELD] 

April 1, 2020

Ref: Catherine Areu
DOB: 02/15/1971

Dear Sirs,

    Catherine Areu was under my care during her infection with the corona virus. She was symptomatic from 03/09/2020-03/14/2020. She self quarantined for 14 days after symptoms and returned to work when non infectious on 03/28/2020.

Sincerely,

Mark G Agresti, MD

MA/tf

1

> On Apr 1, 2020, at 2:35 PM, Dersarkissian, Kyra [EMAIL WITHHELD] wrote:
>
> Perfect. I totally agree with you. I think we did the right thing, even after this- glad we were able to share it.
>
> -----Original Message-----
> From: [EMAIL WITHHELD]
> Sent: Wednesday, April 1, 2020 2:34 PM
> To: Dersarkissian, Kyra [EMAIL WITHHELD]
> Subject: Re: [EXTERNAL] Waiting ...
>
> He wrote the note! He's emailing it to me. It's all good.
>
> We can't let people be treated like they have AIDs. People have to be honest about having this and beating it.
>
> Kyra, I have Iraqi veterans with lung damage and moms with kids with asthma contacting me. They want to know they'll be ok.
>
> hHs Secretary told me 98% survive. We're helping people get hope!!!
>
>> On Apr 1, 2020, at 2:07 PM, Dersarkissian, Kyra [EMAIL WITHHELD] wrote:
>>
>> Ugh.. this is crazy
>>
>> -----Original Message-----
>> From: [EMAIL WITHHELD]
>> Sent: Wednesday, April 1, 2020 2:05 PM
>> To: Dersarkissian, Kyra [EMAIL WITHHELD]
>> Subject: Re: [EXTERNAL] Waiting ...
>>
>> Ok. He's writing it. Told him HHS said I'm immune. They're not afraid of Fox. ... ugh. What a world we live in.
>>
>>>> On Apr 1, 2020, at 12:57 PM, Dersarkissian, Kyra [EMAIL WITHHELD] wrote:
>>>
>>
>>
>> This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.
>

2