UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JENNIFER ECKHART and CATHY AREU,

                      Plaintiffs,          Civil Case No. 1:20-cv-05593

  against

FOX NEWS NETWORK, LLC, ED HENRY,
SEAN HANNITY, TUCKER CARLSON and
HOWARD KURTZ, in their individual and
professional capacities,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**AFFIDAVIT OF CHRISTINE HENRY IN SUPPORT OF
DEFENDANTS' RULE 11 MOTION FOR SANCTIONS**

I, Christine Henry, affirm the following to be true under penalty of perjury pursuant to 28 U.S.C. § 1746 and Local Civil Rule 1.9:

1. I am the Vice President, Finance Transformation at Fox News Network, LLC ("Fox News"). I have been in this role since April 1, 2019. I am fully familiar with the facts and circumstances set forth herein and make this Declaration in Support of Defendants' Rule 11 Motion for Sanctions.

2. I reviewed payroll records for the past 12 years at Fox News (from July 1, 2008 through the present), and can confirm that Cathy Areu was never an employee (either part-time or full-time) of Fox News during that timeframe, and did not appear on Fox News' payroll at any point during that timeframe.

- 2 -

3. I also reviewed vendor records during the same time period and can confirm that Cathy Areu was never paid as a vendor through the Fox News Accounts Payable system during that timeframe.

Dated: 8/27/20

By: _____
Christine Henry