UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
JENNIFER ECKHART and CATHY AREU,  :
:
                Plaintiffs,  :    Civil Case No. 1:20-cv-05593
:
  against  :
:
FOX NEWS NETWORK, LLC, ED HENRY,  :
SEAN HANNITY, TUCKER CARLSON and  :
HOWARD KURTZ, in their individual and  :
professional capacities,  :
:
                Defendants.
------------------------------------- X

## AFFIDAVIT OF HOWARD KURTZ IN SUPPORT OF DEFENDANTS' RULE 11 MOTION FOR SANCTIONS

I, Howard Kurtz, affirm the following to be true under penalty of perjury pursuant to 28 U.S.C. § 1746 and Local Civil Rule 1.9:

1. I have been employed by Fox News Network, LLC since 2013. I serve as a media analyst and the host of *Media Buzz*, a program airing on the Fox News Channel on Sundays at 11:00 a.m. to 12:00 p.m., among other duties. I am a defendant in the above-captioned matter. I am fully familiar with the facts and circumstances set forth herein and make this Affidavit in Support of Defendants' Rule 11 Motion for Sanctions.

2. Exhibit A is a true and correct copy of emails exchanged between myself and Plaintiff Cathy Areu on July 9, 2019.

Dated: Aug. 26, 2020

                                            By: _/s/ Howard Kurtz_
                                                  Howard Kurtz