# EXHIBIT A

---------- Forwarded message ---------
From: **Howard Kurtz** [EMAIL WITHHELD]
Date: Tue, Jul 9, 2019 at 9:01 PM
Subject: Re: Where are u?
To: Cathy Areu [EMAIL WITHHELD]


So?


On Tue, Jul 9, 2019 at 8:06 PM Cathy Areu [EMAIL WITHHELD] wrote:

> If you're bored, my hair guy and I are at the bistro next to Mela. Wine, olives, bread. Pigging out.
>
> Sent from my iPhone
>
>> On Jul 9, 2019, at 7:13 PM, Howard Kurtz [EMAIL WITHHELD] wrote:
>>
>> I've got work, believe it or not. Try me at 9.
>>
>>> On Tue, Jul 9, 2019 at 7:12 PM Cathy Areu [EMAIL WITHHELD] wrote:
>>>
>>> Ugh. I want to see you! ... he's my hair and makeup artist, and it's his bday. ... will you be around at 9? ... wait, don't have time? Where ya going? 😁
>>>
>>> Sent from my iPhone
>>>
>>>> On Jul 9, 2019, at 7:10 PM, Howard Kurtz [EMAIL WITHHELD] wrote:
>>>>
>>>> I already ate and don't have time. Have fun. Maybe I can briefly see you tomorrow or call.
>>>>
>>>>> On Tue, Jul 9, 2019 at 7:09 PM Cathy Areu [EMAIL WITHHELD] wrote:
>>>>>
>>>>> I'm gonna meet a friend for dinner. Wanna join? He's a dude. You ok with that? ...
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>>> On Jul 9, 2019, at 6:58 PM, Howard Kurtz [EMAIL WITHHELD] wrote:
>>>>>>
>>>>>> Can you come to the Muse lobby at 7:15?

On Tue, Jul 9, 2019 at 6:28 PM Cathy Areu [EMAIL WITHHELD] wrote:

You're so mysterious

Sent from my iPhone

On Jul 9, 2019, at 5:46 PM, Howard Kurtz [EMAIL WITHHELD] wrote:

Email is best ping for me

On Tue, Jul 9, 2019 at 5:34 PM Cathy Areu [EMAIL WITHHELD] wrote:

What's your cell? I'll ping. ... I'm still in the Elite car. Super nice driver. Nice AC.

Grossness matters.

On Jul 9, 2019, at 5:18 PM, Howard Kurtz [EMAIL WITHHELD] wrote:

I may just have a little time to chat in the hotel lobby. Ping me and we'll figure it out. Don't worry about grossness.

On Tue, Jul 9, 2019 at 5:17 PM Cathy Areu [EMAIL WITHHELD] wrote:

I love Cavuto. I'm on tomorrow. ... he wants me on Saturday (like I used to do every Sat), but I'm leaving on Thurs.

Wanna do drinks later? I'm stuck in traffic. And feeling uber gross. Plane gross.

On Jul 9, 2019, at 5:14 PM, Howard Kurtz

2

[EMAIL WITHHELD] wrote:

> I did Outnumbered Overtime and Cavuto. I thought you were already here. I'm leaving tomorrow at noon.
>
> On Tue, Jul 9, 2019 at 5:09 PM Cathy Areu [EMAIL WITHHELD] wrote:
>
>> It's the worst. A TSA agent recognized me as I was panicking, thinking I was late. I had to take a selfie after putting my shoes on. So insane. He's like: "I know you! You're tough on Tucker!" ... then the flight was delayed by 2 hrs.
>>
>> What shows are you doing now? Or, are you done? How was it like being Outnumbered? Did you discuss Epstein? ... I read the entire NYTimes and NYPost. This was my favorite "article."
>>
>> <image1.jpeg>
>>
>> Sent from my iPhone

3

On Jul 9, 2019, at 4:39 PM, Howard Kurtz [EMAIL WITHHELD] wrote:

> At Fox. Hate when that happens.
>
> On Tue, Jul 9, 2019 at 4:30 PM Cathy Areu [EMAIL WITHHELD] wrote:
>
>> JFK. Just landed. My flight was delayed 2 hours.
>>
>> How about you?
>>
>> Sent from my iPhone
>>
>> > On Jul 9, 2019, at 1:49 PM, Howard Kurtz [EMAIL WITHHELD]

4

wrote:
>

\---------- Forwarded message ---------
From: **Cathy Areu** [EMAIL WITHHELD]
Date: Tue, Jul 9, 2019 at 9:16 PM
Subject: Re: Well
To: Howard Kurtz [EMAIL WITHHELD]


What?! Give me your cell. I'll be right there. I'm totally available right now!!!!!!

I'm [PHONE NUMBER WITHHELD]

Sent from my iPhone

> On Jul 9, 2019, at 9:09 PM, Howard Kurtz [EMAIL WITHHELD] wrote:
>
> I was available twice but you weren't. Didn't get much sleep last night so going to bed. Have a good night.

6

---------- Forwarded message ---------
From: **Cathy Areu** [EMAIL WITHHELD]
Date: Tue, Jul 9, 2019 at 9:21 PM
Subject: Re: Well
To: Howard Kurtz [EMAIL WITHHELD]


What's your room number? What name are you under? What's your cell? I'm coming over. We can do it the easy way or the hard way.

Sent from my iPhone

> On Jul 9, 2019, at 9:09 PM, Howard Kurtz [EMAIL WITHHELD] wrote:
>
> I was available twice but you weren't. Didn't get much sleep last night so going to bed. Have a good night.

7

---------- Forwarded message ---------
From: **Cathy Areu** [EMAIL WITHHELD]
Date: Tue, Jul 9, 2019 at 9:42 PM
Subject: Re: Well
To: Howard Kurtz [EMAIL WITHHELD]


Ok. I'm going to bed now. At my hotel. I don't want to show up while you have your sleep mask on and scare you. ... see you tomorrow am? ... I have Fox at 8:30. ... you can catch an Acela anytime. See you after.

Sent from my iPhone

> On Jul 9, 2019, at 9:09 PM, Howard Kurtz [EMAIL WITHHELD] wrote:
>
> I was available twice but you weren't. Didn't get much sleep last night so going to bed. Have a good night.

---------- Forwarded message ---------
From: **Howard Kurtz** [EMAIL WITHHELD]
Date: Wed, Jul 10, 2019 at 8:25 AM
Subject: Re: Well
To: Cathy Areu [EMAIL WITHHELD]


Hi,

I'm booked solid this morning which is why I was hoping to connect last night. Sorry. Hope you have a good stay.


On Wed, Jul 10, 2019 at 7:51 AM Cathy Areu [EMAIL WITHHELD] wrote:

> Good morning! ☼
>
> I'm on my way to film in soho for Fox Nation. Will you be around later ?
>
> Sent from my iPhone
>
> > On Jul 9, 2019, at 9:09 PM, Howard Kurtz [EMAIL WITHHELD] wrote:
> >
> > I was available twice but you weren't. Didn't get much sleep last night so going to bed. Have a good night.

9