UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JENNIFER ECKHART and CATHY AREU,                :
                                                :
                              Plaintiffs,        :       Civil Case No. 1:20-cv-05593
                                                :
        against                                  :
                                                :
FOX NEWS NETWORK, LLC, ED HENRY,                :
SEAN HANNITY, TUCKER CARLSON and                :
HOWARD KURTZ, in their individual and           :
professional capacities,                         :
                                                :
                              Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### AFFIDAVIT OF OWEN RENFRO IN SUPPORT OF DEFENDANTS' RULE 11 MOTION FOR SANCTIONS

I, Owen Renfro, affirm the following to be true under penalty of perjury pursuant to 28 U.S.C. § 1746 and Local Civil Rule 1.9:

1. I am an employee of Fox News Network, LLC and am currently the Executive Producer of *Media Buzz*, a Fox News Channel show that airs on Sundays, from 11 a.m. to 12 p.m. Eastern Time. I have served in this role since July 2018. I am fully familiar with the facts and circumstances set forth herein and make this Affidavit in Support of Defendants' Rule 11 Motion for Sanctions.

2. I have reviewed all of the transcripts for *Media Buzz* for the period from October 1, 2019 through April 30, 2020. The transcripts reflect that during that time, Plaintiff Cathy Areu appeared as a guest on *Media Buzz* on the following dates:

   - February 3, 2019
   - February 17, 2019

- 1 -

- March 10, 2019
- June 30, 2019
- August 4, 2019
- November 24, 2019
- March 1, 2020
- April 5, 2020

Dated: 8/26/2020

By: _____
    Owen Renfro

- 2 -