# EXHIBIT A

**From:** Cathy Areu [EMAIL WITHHELD]
**Sent:** Wednesday, July 1, 2020 10:42 AM
**To:** Amy Sohnen
**Subject:** [EXTERNAL] Ed Henry

Is now a good time to show you Ed's pornographic texts to me?

He's not the only one BTW.

As you can tell, I've always kept Fox's secrets. I'Ve protected Fox's image for years.

Cathy

# EXHIBIT B

**From:** [redacted]
**Sent:** Monday, July 20, 2020 2:51 PM
**To:** Briganti, Irena
**Subject:** [EXTERNAL] Fwd: Fox News / Ed Henry Sexual Assault Lawsuit and Sexual Harassment by Sean Hannity, Tucker Carlson and Others
**Attachments:** Complaint - STAMPED.pdf

---------- Forwarded message ---------
From: **Michael J. Willemin** [EMAIL WITHHELD]
Date: Mon, Jul 20, 2020 at 11:47 AM
Subject: Fox News / Ed Henry Sexual Assault Lawsuit and Sexual Harassment by Sean Hannity, Tucker Carlson and Others
To: Michael J. Willemin [EMAIL WITHHELD]
Cc: Douglas Wigdor [EMAIL WITHHELD], Jacob Eidinger [EMAIL WITHHELD]

All, you are receiving this email because you are on our press list. If you would like to be removed from our press list, please let us know.

On July 1, 2020, Fox News disingenuously attempted to take credit for "doing the right thing" when it terminated anchor Ed Henry, purportedly for "sexual misconduct." Moments ago, we filed a federal lawsuit (attached) on behalf of our clients, Jennifer Eckhart and Cathy Areu, against Fox News and former Fox News co-anchor Ed Henry. As detailed in the complaint, Fox News did not do the right thing. In reality, as alleged, Fox News supported and even promoted Mr. Henry despite the fact that multiple women had complained about Mr. Henry's sexually inappropriate conduct as early as 2017. According to the complaint, the real reason that Fox News terminated Mr. Henry is because it knew that this lawsuit was coming and wanted to "get out ahead" of it.

To be clear, Mr. Henry did not engage merely in generic "sexual misconduct" towards Ms. Eckhart or Ms. Areu. Rather, as alleged, Mr. Henry subjected Ms. Eckhart to sexual harassment, sexual assault and rape. After Ms. Eckhart courageously came forward, as detailed in the complaint, Fox News retaliated against Ms. Eckhart by, among other things, blindsiding her with Mr. Henry's termination and issuing a completely misleading statement concerning his egregious conduct. Fox intentionally downplayed the severity of the situation by characterizing Mr. Henry's actions as merely "sexual misconduct." Fox News was trying to avoid taking accountability for what actually happened; namely, that one of its most prominent on-air personalities -- with a history of multiple sexual harassment complaints - sexually assaulted and raped Ms. Eckhart. This conduct on the part of Fox News is abhorrent, and, of course, has only served to greatly increase the trauma that Ms. Eckhart is experiencing as a result.

As for Ms. Areu, according to the complaint Mr. Henry sent her myriad wildly inappropriate, disturbing and sadistic sexual images and videos and repeatedly suggested that he would help her obtain an anchor position with Fox News if she engaged in sexual acts with him. In addition, Ms. Areu was sexually harassed by multiple other men at Fox News, including Sean Hannity, Tucker Carlson, Howard Kurtz and Gianno Caldwell. The

details of those acts are laid out in the complaint, including a photograph that captures the image of a stack of cash on set that Mr. Hannity offered to his male staff, auctioning off Ms. Areu to anyone in the studio was "man enough" to take her on a date after work. Ms. Areu was hooked up to the studio equipment, to go on air live, and could not even walk away during the "auctioning."

Statements from Ms. Eckhart, Ms. Areu and Wigdor LLP are immediately below.

Ms. Eckhart: "I stand for all victims who have been mistreated, harassed, assaulted, and even worse, at the hands of those in power, and the institutions that continue to support them. My decision to speak out was not an easy one, but I refuse to let fear of retaliation, victim shaming and further attacks intimidate me into remaining silent. I am hopeful that my decision to file this action will result in positive change for women at Fox, and for all victims in the workplace, and I am honored that other women have come forward since my decision to do so."

Ms. Areu: "Like Ms. Eckhart, I too was fearful to come forward. However, I simply could not stay silent given the tremendous harm that Mr. Henry and others at Fox News have caused for women affiliated with the company. I chose to file this complaint because no woman should have to suffer the conduct to which I was subjected, much less the egregious conduct suffered by Ms. Eckhart."

Douglas H. Wigdor and Michael J. Willemin, of Wigdor LLP: "What this lawsuit reveals is that today's Fox News is the same old Fox News. Some of the names in leadership may have changed since Roger Ailes' regime, but Fox News' institutional apathy towards sexual misconduct has not. How many more women will have to be victimized before Fox News finally takes sexual harassment and workplace sexual assault seriously? We expect Fox News to claim – as it almost always does – that an "independent" investigation found no evidence of wrongdoing. Of course, Fox News will have paid the investigator, who also happens to be a management-side employment lawyer. In other words, a significant part of this "investigators" time is spent defending companies like Fox News against allegations such as the ones brought herein. Moreover, the investigator did not even speak with either of our clients, even though both Ms. Eckhart and Ms. Areu offered to meet with him under reasonable conditions. We call on Fox News to work with our clients to retain a truly independent investigator who is transparent. The results of any such investigation should be made public for the world to see."

Please contact us if you have any questions about this complaint.

Sincerely,

**Michael J. Willemin**
*Partner*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
[PHONE NUMBER WITHHELD]

[EMAIL WITHHELD]



This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

--



# EXHIBIT C

**From:** Cathy [EMAIL WITHHELD]
**Sent:** Friday, March 9, 2018 6:39 AM
**To:** Moni, Alyssa < [EMAIL WITHHELD] >
**Subject:** Re: Hannity Fox News Tonight?

Please thank Sean for a fun evening. He shouldn't have! ... but We did exactly as he and Alex's had bet. Down to the pineapple martini 🍸.

See you next Thursday!

Cathy

On Mar 8, 2018, at 10:39 PM, Moni, Alyssa <[EMAIL WITHHELD]> wrote:

> Thank you for joining!
> We appreciate it ☺
> See you then!
>
> ---
>
> **From:** Cathy [EMAIL WITHHELD]
> **Sent:** Thursday, March 08, 2018 10:37 PM
> **To:** Moni, Alyssa <[EMAIL WITHHELD]>
> **Subject:** Re: Hannity Fox News Tonight?
>
> Thanks so much for having me on. Way too much fun.
>
> Same time next week!
>
> Cathy
>
> On Mar 8, 2018, at 6:56 PM, Moni, Alyssa <[EMAIL WITHHELD]> wrote:
>
>> Haha of course!
>> No problem at all – will add him to the security list ☺
>>
>> ---
>>
>> **From:** Cathy [EMAIL WITHHELD]
>> **Sent:** Thursday, March 08, 2018 6:56 PM
>> **To:** Moni, Alyssa <[EMAIL WITHHELD]>
>> **Subject:** Re: Hannity Fox News Tonight?
>>
>> Thanks! I'll be ready!
>>
>> Is it ok for me to bring a guest? His name is Alex T[redacted]. He's my good luck charm. He does yoga. Very calming. I run. I'm nuts.
>>
>> ;)
>> Cathy
>>
>> On Mar 8, 2018, at 6:43 PM, Moni, Alyssa <[EMAIL WITHHELD]> wrote:
>>
>>> Hit time for tonight moving back to 9:45pm et due to NOKO news.
>>> Topic the same I believe as earlier.
>>> Thanks!
>>>
>>> ---

**[MESSAGE HAS BEEN TRUNCATED HERE TO REMOVE PERSONAL AND EDITORIAL INFORMATION]**