UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER ECKHART, *et al.*,

                Plaintiffs,

v.

FOX NEWS NETWORK, LLC, *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-1-20

20-CV-5593 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The conference scheduled for October 5, 2020 at 4:00 pm is hereby adjourned until October 7, 2020 at 3:00 pm. The dial-in information for the call is provided below: Call-in Number: (888) 363-4749 Access Code: 1015508. The parties are reminded that this is a public line, available to the press and the public.

SO ORDERED.

Dated:    October 1, 2020
             New York, New York

                                                  RONNIE ABRAMS
                                            United States District Judge