```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JENNIFER ECKHART, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>FOX NEWS NETWORK, LLC, *et al.*,<br><br>    Defendants. | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 10/8/20<br><br>20-CV-5593 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

As discussed in yesterday's conference, it is hereby:

ORDERED that Plaintiff Areu and Plaintiff Eckhart's claims be severed into two separate lawsuits.

IT IS FURTHER ORDERED that no later than October 13, 2020, counsel for Plaintiff Areu and counsel for Defendants file a joint letter on Ms. Areu's desire to amend her complaint to include a class claim.

IT IS FURTHER ORDERED that Defendants' motions to dismiss Plaintiff Eckhart's complaint remain due on October 19, 2020. Plaintiff Eckhart's memorandum in opposition to the motion to dismiss shall be filed no later than November 9, 2020, and Defendants' reply shall be filed no later than November 23, 2020. Plaintiff Areu's memoranda in opposition to Defendants' Rule 11 motion shall be filed no later than October 23, 2020, and Defendants' reply shall be filed no later than October 30, 2020.

SO ORDERED.

Dated: October 8, 2020
    New York, New York

                     _____
                     RONNIE ABRAMS
                     United States District Judge