

# Valli Kane & Vagnini
## Employee Rights Attorneys

600 Old Country Road  
Suite 519  
Garden City, NY 11530

Tel: (516) 203-7180  
Fax: (516) 706-0248  
www.vkvlawyers.com

October 13, 2020

**VIA ECF**
Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **Jennifer Eckhart and Cathy Areu v. Fox News Network, LLC, et al.**
              **Civil Action No. 20-cv-05593-RA**

Dear Judge Abrams:

     We represent Plaintiff Cathy Areu in this matter and write with the consent of all parties regarding Plaintiff Areu amending her complaint to add class claims and the scheduling of the anticipated Motions to Dismiss to be filed by the Defendants.

     During a meet and confer held on October 9, 2020, counsel for Plaintiff Areu informed Defendants that at present she is continuing to investigate the class allegations and currently does not seek to file an amended complaint to add class claims.

     It was discussed further that the parties are not in agreement on whether Plaintiff Areu is entitled by right to a further amendment of her complaint. Accordingly, should Plaintiff Areu wish to amend her complaint in response to the Motion to Dismiss and/or to add additional claims, including class claims, she will first seek permission from Your Honor.

     Accordingly, and with Your Honor's permission, the parties have agreed that Plaintiff Areu and Defendants will follow the schedule set by Your Honor for the Motions to Dismiss in the Plaintiff Eckhart matter, which are set forth as follows:

1) Defendants will file their Motions to Dismiss no later than October 19, 2020;
2) Plaintiff Areu will file any opposition to the motions no later than November 9, 2020; and
3) Defendants may file their replies no later than November 23, 2020.

119729349v3

Hon. Ronnie Abrams, U.S.D.J.
**2** | P a g e

   Please contact the undersigned or any of the counsel on this matter with any concerns or questions. Thank you.

            Respectfully submitted,

            VALLI KANE & VAGNINI LLP

            */s/ Robert J. Valli, Jr.*
            Robert J. Valli, Jr.
            *Attorneys for Plaintiff Cathy Areu*
            600 Old Country Road, Suite 519
            Garden City, New York 11530
            516-203-7180

cc:  All counsel of record (via ECF).

---

Application granted. Defendants shall file their motion to dismiss no later than October 19, 2020. Plaintiff Areu shall file her opposition no later than November 9, 2020. Defendants shall file their reply no later than November 23, 2020. SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 15, 2020

119729349v3