| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 10-16-20 |

JENNIFER ECKHART, *et al.*,

                Plaintiffs,

      v.

FOX NEWS NETWORK, LLC, *et al.*,

                Defendants.

20-CV-5593 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons articulated at the October 7, 2020 hearing, the Clerk of Court is respectfully directed to sever the claims brought by Ms. Eckhart from the claims brought by Ms. Areu. *See* Fed. R. Civ. P. 21. Both lawsuits will remain before Judge Abrams.

    The Clerk of Court is also directed to docket Ms. Areu's second amended complaint—currently at case no. 20-CV-5593 Dkt. 77—as the operative complaint in Ms. Areu's lawsuit, which shall be given a new case number. Ms. Eckhart's second amended complaint—currently at case no. 20-CV-5593 Dkt. 78—will be remain operative complaint in Ms. Eckhart's lawsuit.

SO ORDERED.

Dated:    October 16, 2020
              New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge