UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER ECKHART,<br><br>             Plaintiffs,<br><br>                    v.<br><br>FOX NEWS NETWORK, LLC, and ED HENRY, in his individual and professional capacities,<br><br>             Defendants. | Case No. 20-CV-5593 (RA)<br><br>**DEFENDANT ED HENRY'S NOTICE OF MOTION TO DISMISS AND FOR <u>A MORE DEFINITE STATEMENT</u>** |

**PLEASE TAKE NOTICE** that, upon the (i) Declaration of Catherine M. Foti, dated October 19, 2020, together with the exhibits annexed thereto, and (ii) the Memorandum of Law, in Support of Defendant Ed Henry's Motion to Dismiss and For a More Definite Statement  the undersigned will move, before the Honorable Ronnie Abrams, United States District Judge, on a date to be set by the Court, at 40 Foley Square, New York, NY 10007, for an Order dismissing Plaintiff Jennifer Eckhart's claims against Defendant Edward "Ed" Henry in her Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), and for a more definite statement, pursuant to Federal Rule of Civil Procedure 12(e), and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
        October 19, 2020

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO PC

By:  /s/ Elkan Abramowitz
Elkan Abramowitz
Catherine M. Foti
Douglas Chalke
565 Fifth Avenue
New York, New York 10017
(212) 856-9600

Jayne C. Weintraub
Jon A. Sale
SALE & WEINTRAUB, P.A.
2 South Biscayne Boulevard
One Biscayne Tower – 21st Floor
Miami, Florida 33131
(305) 374-1818

*Attorneys for Ed Henry*