# Exhibit E

Pad

  Cance

**Jennifer via Dropbox**  1/2/16
Jennifer Eckhart sent you "Playlist"
Jennifer shared some files with you on Dropbox Think this is long enough? Enj...