UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHY AREU,<br><br>Plaintiff,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, ED HENRY, SEAN HANNITY, TUCKER CARLSON and HOWARD KURTZ, in their individual and professional capacities,<br><br>Defendants. | Case No. 20-CV- _____ (RA)<br><br>**DEFENDANT ED HENRY'S<br>NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that, upon the (i) Declaration of Catherine M. Foti, dated October 19, 2020, together with the exhibits annexed thereto, and (ii) the Memorandum of Law, in Support of Defendant Ed Henry's Motion to Dismiss, the undersigned will move, before the Honorable Ronnie Abrams, United States District Judge, on a date to be set by the Court, at 40 Foley Square, New York, NY 10007, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing Plaintiff Cathy Areu's claims against Defendant Edward "Ed" Henry in her Second Amended Complaint and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
      October 19, 2020

                                            MORVILLO ABRAMOWITZ GRAND
                                            IASON & ANELLO PC

                                            By:  /s/ Elkan Abramowitz
                                            Elkan Abramowitz
                                            Catherine M. Foti
                                            Douglas Chalke
                                            565 Fifth Avenue
                                            New York, New York 10017
                                            (212) 856-9600

Jayne C. Weintraub
Jon A. Sale
SALE & WEINTRAUB, P.A.
2 South Biscayne Boulevard
One Biscayne Tower – 21st Floor
Miami, Florida 33131
(305) 374-1818

*Attorneys for Ed Henry*