# Exhibit A



That's my "mask"

What part of Miami

What part of Miami

This is on Palm Beach Island.

Near the Breakers.

> Just an hour north of Miami Beach.

> Wow beautiful

> It's amazing. Old money. Kennedy estate. Mar a Lago around the corner. Worth Ave just a few blocks away. ... I like to drive over to the island and ride bike as much as possible. Apparently, rich people don't know there's a pandemic.

> Where are u staying

> In a rented townhome in Palm Beach. Month to month.

> Have ton of friends there

> Time to visit.