UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER ECKHART, | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 10-21-20 |

JENNIFER ECKHART,

               Plaintiff,

v.

FOX NEWS NETWORK, LLC, *et al.*,

               Defendants.

20-CV-5593 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the Order issued by the Court severing Ms. Areu's claims from Ms. Eckhart's, the Clerk of Court is respectfully directed to strike from the record the motion to dismiss and accompanying documents filed at docket entries 86, 87 and 88.

SO ORDERED.

Dated:   October 21, 2020
          New York, New York

                                           RONNIE ABRAMS
                                           United States District Judge