**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X

JENNIFER ECKHART,                                        :
                                                         :
                           Plaintiff,                    :        Case No. 1:20-CV-05593 (RA)
                                                         :
             v.                                          :
                                                         :
FOX NEWS NETWORK, LLC and ED HENRY, in                   :
his individual and professional capacities,              :
                                                         :
                           Defendants.                   :
                                                         :

---------------------------------------------------------------- X

      **PLEASE TAKE NOTICE** that Douglas H. Wigdor of Wigdor LLP hereby enters his

appearance as counsel on behalf of Plaintiff Jennifer Eckhart in the above-captioned matter.

Dated: October 23, 2020
      New York, New York                  Respectfully submitted,

                                  **WIGDOR LLP**

                                  By: _____
                                      Douglas H. Wigdor

                                  85 Fifth Avenue
                                  New York, NY 10003
                                  Telephone: (212) 257-6800
                                  Facsimile: (212) 257-6845
                                  dwigdor@wigdorlaw.com

                                  *Counsel for Plaintiff Jennifer Eckhart*