# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Michael J. Willemin**
mwillemin@wigdorlaw.com

October 22, 2020

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Eckhart, et al. v. Fox News Network, LLC, et al.; Civ. Case No. 1:20-cv-5593 (RA)

Dear Judge Abrams:

We represent Plaintiff Jennifer Eckhart and formerly represented Plaintiff Cathy Areu in the above-referenced matter, and we write to respectfully request the Court's permission for an additional five pages in our Firm's opposition to the Rule 11 motion filed by Defendants Fox News Network, LLC, Tucker Carlson, Sean Hannity and Howard Kurtz. The additional five pages, beyond the 25-page limit mandated by Your Honor's Individual Rules of Practice 4(A), is necessary to allow Wigdor LLP to respond to all of the arguments and contentions contained in Defendants' moving papers. Defendants have previously sought and received the Court's permission for additional pages for their moving papers. See Dkt. No. 69. We have conferred with Defendants, and they have consented to our request.

We thank Your Honor for the Court's consideration and attention to this matter.

Respectfully submitted,

Michael J. Willemin

Application granted.
SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 23, 2020