# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JENNIFER ECKHART and CATHY AREU,               :
                                               :
                          Plaintiffs,          :        Civil Case No. 1:20-cv-05593
                                               :
        against                                :
                                               :
FOX NEWS NETWORK, LLC, ED HENRY,               :
SEAN HANNITY, TUCKER CARLSON and               :
HOWARD KURTZ, in their individual and          :
professional capacities,                       :
                                               :
                          Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

---

**DEFENDANTS FOX NEWS NETWORK, LLC, SEAN HANNITY, TUCKER
CARLSON, AND HOWARD KURTZ'S RULE 11 MOTION FOR SANCTIONS.**

---

August ___, 2020

| | |
|---|---|
| Anthony J. Dick | Kathleen M. McKenna, Esq. |
| Ariel N. Volpe | Lloyd B. Chinn, Esq. |
| JONES DAY | Keisha-Ann G. Gray, Esq. |
| 51 Louisiana Ave., NW | Danielle J. Moss, Esq. |
| Washington, DC 20001 | Yonatan L. Grossman-Boder |
| Tel. (202) 879-3939 | PROSKAUER ROSE LLP |
| E-mail: ajdick@jonesday.com | Eleven Times Square |
| | New York, New York 10036-8299 |
| | Tel. (212) 969-3000 |
| | Fax. (212) 969-2900 |
| | E-mail: KMcKenna@proskauer.com |

*Attorneys for Defendants Fox News Network, LLC, Sean Hannity,
Tucker Carlson, and Howard Kurtz*

1

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Affidavits and Exhibits annexed thereto, Defendants move the United States District Court for the Southern District of New York (located in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York) for an order imposing sanctions on Plaintiff Catherine Areu and her attorney under Federal Rule of Civil Procedure 11(c).

Dated:   August ___, 2020

By:       _____
            Kathleen M. McKenna, Esq.
            Lloyd B. Chinn, Esq.
            Keisha-Ann G. Gray, Esq.
            Danielle J. Moss, Esq.
            Yonatan L. Grossman-Boder
            PROSKAUER ROSE LLP
            Eleven Times Square
            New York, New York 10036-8299
            (212) 969-3000
            kmckenna@proskauer.com

            Anthony J. Dick
            Ariel N. Volpe
            JONES DAY
            51 Louisiana Ave., NW
            Washington, DC 20001
            Tel. (202) 879-3939
            Fax. (202) 879-1700
            E-mail: ajdick@jonesday.com

            *Attorneys for Defendants*
            *Fox News Network, LLC, Sean Hannity,*
            *Tucker Carlson, and Howard Kurtz*