# Exhibit F

**REDACTED**

**From:** James Vagnini <jvagnini@vkvlawyers.com>
**Sent:** Saturday, August 22, 2020 11:42 AM
**To:** Douglas Wigdor <dwigdor@wigdorlaw.com>; Michael J. Willemin <mwillemin@wigdorlaw.com>
**Cc:** Robert J. Valli, Jr <rvalli@vkvlawyers.com>; Kane, Sara <skane@vkvlawyers.com>; Monica Hincken <mhincken@vkvlawyers.com>
**Subject:** Eckhart & Areu v. Fox News Network LLC, et al.

Messrs. Wigdor & Willemin,

We write to inform you that we have been retained by Cathy Areu to substitute in as her counsel in the above referenced matter. We have discussed the best way for us all to move forward and Ms. Areu has no objection to continuing on as a co-plaintiff with Ms. Eckhart and having the two firms collaborate on what are very serious and troubling claims against Defendants.  We are happy to discuss our mutual objectives and work together as we go forward.

As confirmed by your filings last night, Ms. Areu advised us that Defendants intend to file a Rule 11 motion and you are preparing an amended complaint in response.  She has asked that any and all work relating to her claims be handled by us going forward, including the amendment of the complaint. Please forward us all correspondence relating to Defendants' intended Rule 11 motion.

To the extent Wigdor wishes to assert a charging lien, please let us know.  In the meantime, we would like to make immediate arrangements to transfer the file to our office.  We can do so electronically and have any hard copies handled by a courier service.  If there are any costs associated with the transfer, please provide us with an invoice.

Finally, we will have the substitution of counsel paperwork to you this weekend or Monday at the latest.

We look forward to working with you.

--
*Sincerely,*

*James Vagnini*
**Valli Kane & Vagnini, LLP**

**600 Old Country Road, Suite 519
Garden City, New York 11530
Telephone: 516-203-7180
Fax: 516-706-0248
[http://www.vkvlawyers.com](http://www.vkvlawyers.com)**

**Follow us:**

**[Facebook](Facebook)
[Twitter](Twitter)**

**CONFIDENTIALITY NOTICE
This e-mail is intended only for the use of the addressee (s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.
This communication was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding tax penalties. (The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)**