UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER ECKHART,<br><br>    Plaintiff,<br><br>  v.<br><br>FOX NEWS NETWORK, LLC, *et al.*,<br><br>    Defendants. | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 10-26-20<br><br>20-CV-5593 (RA)<br><br>ORDER |
| CATHY AREU,<br><br>    Plaintiff,<br><br>  v.<br><br>FOX NEWS NETWORK, LLC, *et al.*,<br><br>    Defendants. | 20-CV-8678 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  In light of the severance of Ms. Eckhart and Ms. Areu's lawsuits, the Clerk of Court is respectfully directed to strike Dkt. 100 from the docket in case number 20-cv-5593. No later than October 27, 2020, Counsel for Ms. Areu shall refile this document in the correct docket, 20-cv-8678. All further filings by Ms. Areu's counsel shall be filed in docket number 20-cv-8678.

      For this same reason, the Clerk of Court is respectfully directed to strike Dkt. 97 from the docket in case number 20-cv-5593.

SO ORDERED.

Dated:    October 26, 2020
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge