USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-27-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENNIFER ECKHART,

                Plaintiff,

v.

FOX NEWS NETWORK, LLC, *et al.*,

                Defendants.

20-CV-5593 (RA)

ORDER

---

CATHY AREU,

                Plaintiff,

v.

FOX NEWS NETWORK, LLC, *et al.*,

                Defendants.

20-CV-8678 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The Fox News Defendants' motion to extend the time to file their reply is hereby granted. Their application for leave to file a single, consolidated, twenty-five (25) page reply is also granted. No later than November 6, 2020, the Fox News Defendants shall file their reply. The reply shall be filed in both docket number 20-cv-5593 and docket number 20-cv-8678.

SO ORDERED.

Dated:    October 27, 2020
           New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge