# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Michael J. Willemin**
mwillemin@wigdorlaw.com

October 28, 2020

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>Eckhart, et al. v. Fox News Network, LLC, et al.</u>; Civ. Case No. 1:20-cv-5593 (RA)

Dear Judge Abrams:

We represent Plaintiff Jennifer Eckhart and write pursuant to Your Honor's Individual Rule 4(c). On October 19, 2020, Defendants filed two motions to dismiss Ms. Eckhart's claims. We write to notify the Court that we intend to file an amended complaint, and will do so by November 9, 2020, the deadline set by the Court during the parties' October 7, 2020 status conference.

We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Michael J. Willemin