UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JENNIFER ECKHART,                              :
                                               :
                Plaintiff,     :      Civil Case No. 1:20-cv-05593-RA
                                               :
     v.                                         :
                                               :
FOX NEWS NETWORK, LLC, and ED HENRY,           :
in his individual and professional capacities, :
                                               :
               Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DEFENDANT FOX NEWS NETWORK, LLC'S MOTION TO DISMISS AMENDED COMPLAINT OF PLAINTIFF JENNIFER ECKHART PURSUANT TO RULE 12(b)(6)**

Anthony J. Dick
J. Benjamin Aguiñaga
Ariel N. Volpe
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
Tel. (202) 879-3939
E-mail: ajdick@jonesday.com

November 23, 2020

Kathleen M. McKenna, Esq.
Lloyd B. Chinn, Esq.
Keisha-Ann G. Gray, Esq.
Danielle J. Moss, Esq.
Yonatan L. Grossman-Boder
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299
Tel. (212) 969-3000
Fax. (212) 969-2900
E-mail: KMcKenna@proskauer.com

*Attorneys for Defendant Fox News Network, LLC*

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declaration annexed thereto, Defendants move the United States District Court for the Southern District of New York (located in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York) for an order dismissing the Third Amended Complaint filed by Plaintiff Jennifer Eckhart (Dkt. 113), for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

Dated: November 23, 2020

By: */s/ Kathleen M. McKenna*
Kathleen M. McKenna, Esq.
Lloyd B. Chinn, Esq.
Keisha-Ann G. Gray, Esq.
Danielle J. Moss, Esq.
Yonatan L. Grossman-Boder, Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299
(212) 969-3000
kmckenna@proskauer.com

Anthony J. Dick, Esq.
J. Benjamin Aguiñaga, Esq.
Ariel N. Volpe, Esq.
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
Tel. (202) 879-3939
Fax. (202) 879-1700
E-mail: ajdick@jonesday.com

*Attorneys for Defendant*
*Fox News Network, LLC*

1