UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER ECKHART,<br><br>       Plaintiffs,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, and ED HENRY, in his individual and professional capacities,<br><br>       Defendants. | Case No. 20-CV-5593 (RA)<br><br>**DEFENDANT ED HENRY'S NOTICE OF MOTION TO DISMISS, MOTION TO STRIKE, MOTION FOR SANCTIONS, AND MOTION FOR A MORE DEFINITE STATEMENT** |

**PLEASE TAKE NOTICE** that, upon the (i) Declaration of Catherine M. Foti, dated December 7, 2020, together with the exhibits annexed thereto, and (ii) the Memorandum of Law, in Support of Defendant Ed Henry's Motion to Dismiss, Motion to Strike, Motion for Sanctions, and Motion For a More Definite Statement, the undersigned will move, before the Honorable Ronnie Abrams, United States District Judge, on a date to be set by the Court, at 40 Foley Square, New York, NY 10007, for an Order dismissing Plaintiff Jennifer Eckhart's claims against Defendant Edward "Ed" Henry in her Third Amended Complaint, pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6), striking portions of the Third Amended Complaint, pursuant to FRCP 12(f)(2), awarding sanctions, pursuant to the Court's inherent authority,

granting his request for a more definite statement, pursuant to FRCP 12(e), and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
December 7, 2020

          MORVILLO ABRAMOWITZ GRAND
          IASON & ANELLO PC

          By: /s/ Elkan Abramowitz
          Elkan Abramowitz
          Catherine M. Foti
          565 Fifth Avenue
          New York, New York 10017

          Jayne C. Weintraub
          Jon A. Sale
          SALE & WEINTRAUB, P.A.
          2 South Biscayne Boulevard
          One Biscayne Tower – 21st Floor
          Miami, Florida 33131

          *Attorneys for Ed Henry*