# Exhibit A

## Tweet

**Ed Henry** @edhenry · 12/18/13
LOVE Ron Burgundy. Huge fan. But have we NOT seen. enough. cross-promotions. ?

**Jennifer Eckhart** @... · 12/18/13
@edhenryTV It's really ruining a good thing.

**Ed Henry**
@edhenry

@JenniferEckhart folks know he's not a real anchor right? ha

4:22 PM · 12/18/13 · Twitter for iPhone

View Tweet activity