# Exhibit D

3:56 AM

1 of 7 results    

From: **Jennifer Eckhart** >

To: Edward Henry >

## Re: Tweet by Caleb Howe on Twitter

October 21, 2015 at 4:13 PM

I bet you would, dirty boy.

Come n get it ;)

--

Jennifer Eckhart

(305) 322-5812

www.JenniferEckhart.com

Follow on Twitter @JenniferEckhart

On Oct 21, 2015, at 3:53 PM, Ed Henry <edhenrytv@gmail.com> wrote:

I'D LIKE TO WIPE YOU WITH MY TONGUE

On Wed, Oct 21, 2015 at 3:51 PM, Jennifer Eckhart <jennifer@jennifereckhart.com>
wrote:

It's the account that's linked to my top secret email server.

Wiped all dirty pics w a cloth ;)