Exhibit E

Pad

Q 📧 Jennifer Eckhart...        ⊗        Cance

**Jennifer via Dropbox**                1/2/16
📷 Jennifer Eckhart sent you "Playlist"
Jennifer shared some files with you on
Dropbox Think this is long enough? Enj...