# Exhibit F

From: Jennifer Eckhart >
To: Edward Henry >

**No Subject**
January 13, 2016 at 9:06 AM

http://mashable.com/2016/01/13/vacuum-cleaner-tattoo-crot

--
Jennifer Eckhart
(305) 322-5812
www.JenniferEckhart.com
Follow on Twitter @JenniferEckhart



From: Jennifer Eckhart
To: Edward Henry

Re:
January 13, 2016 at 9:51 AM

WAY hotter than "chief"

--
Jennifer Eckhart
(305) 322-5812
www.JenniferEckhart.com
Follow on Twitter @JenniferEckhart

On Jan 13, 2016, at 9:11 AM, Ed Henry <edhenrytv@gmail.com> wrote:

yes and

On Jan 13, 2016, at 9:06 AM, Jennifer Eckhart <jennifer@jennifereckhart
wrote: