**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------- X

JENNIFER ECKHART,                                                            :
                                                                             :
                                       Plaintiff,          :   Case No. 1:20-cv-05593 (RA)
                                                                             :
                   v.                                                     :
                                                                             :   **DECLARATION OF**
FOX NEWS NETWORK, LLC and ED HENRY, in      :   **MICHAEL J. WILLEMIN**
his individual and professional capacities,              :
                                                                             :
                                       Defendants.       :
--------------------------------------------------------------- X

I, **Michael J. Willemin**, pursuant to 28 U.S.C. §1746, declare and state as follows:

1.        I am a Partner at the law firm Wigdor LLP, counsel for Plaintiff Jennifer

Eckhart.  I have personal knowledge of the facts set forth herein and submit this

declaration in opposition of Defendant Ed Henry's ("Henry") motion to strike, motion for

sanctions and motion for a more definite statement.

2.        Attached hereto as **Ex. A** is a true and accurate copy of the email

correspondences with Catherine Foti, Esq., counsel for Defendant Henry, dated

November 15, 2020, regarding our proposal to provide Henry with the names of the Jane

Doe witnesses on the condition that Henry agreed to not contact them prior to the start of

discovery.  The proposal was ultimately declined by Ms. Foti.

3.        I declare under penalty of perjury that the foregoing is true and correct to

the best of my knowledge.

Dated: January 6, 2021
        New York, New York

                                                        By: _____
                                                                     Michael J. Willemin