UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

JENNIFER ECKHART,                                        :
                                                         :
                                    Plaintiff,           :   Case No. 1:20-cv-05593 (RA)
                                                         :
                 v.                                      :
                                                         :   **DECLARATION OF**
FOX NEWS NETWORK, LLC and ED HENRY, in                   :   **JENNIFER ECKHART**
his individual and professional capacities,              :
                                                         :
                                    Defendants.          :
------------------------------------------------------------- X

I, **Jennifer Eckhart**, pursuant to 28 U.S.C. §1746, declare and state as follows:

1.      I am the Plaintiff in this action.  I have personal knowledge of the facts set forth herein and submit this declaration in opposition of Defendant Ed Henry's ("Henry") motion for sanctions, motion to strike and motion for a more definite statement.

2.      On or about November 9, 2020, I, through counsel, filed the Third Amended Complaint ("TAC") in the above-captioned case.

3.      As part of the TAC, I included allegations concerning the experiences of another current female Fox News Network, LLC ("Fox") employee, who was identified as "Jane Doe 1," with Defendant Henry.

4.      All of the allegations in the TAC concerning Jane Doe 1 were based on statements that Jane Doe 1 made directly to me about her relationship and/or interactions with Defendant Henry.

5.      Shortly after I filed the original Complaint in this action, Jane Doe 1 reached out to me to express her support for my decision to speak out against Defendant Henry and to share her own personal experiences with him.

6.      Specifically, during these conversations, Jane Doe 1 told me that, shortly

after she met Henry, he sent her an unsolicited picture of his penis, and that she had later

learned that he had done the same to another current female employee at Fox ("Jane Doe

2").

7.      Jane Doe 1 also told me that she eventually entered into a relationship

with Henry, as she was seduced by the senior position and high profile afforded to him by

Fox.

8.      Jane Doe 1 specifically told me that she felt that her relationship with

Henry was emotionally abusive and that she was "taken advantage of because [she] was

much younger than him.  There was a power imbalance."

9.      In describing her relationship with Henry, Jane Doe 1 told me that he was

emotionally abusive.  By way of only one example, he would give her expensive gifts

and tell her that he loved her, but then abruptly change his behavior by telling her, "fuck

you" and regularly calling her a "whore."

10.     Jane Doe 1 also told me during a sexual encounter, Henry slapped her face

so hard that she cried right away.  Jane Doe 1 subsequently confirmed Henry's physical

abuse to a reporter for a Daily Beast article saying, "…During a sexual encounter, I was

slapped across the face [by Ed Henry] and was shocked at the forceful nature.  I

immediately cried."[1]

11.     She further told me that he coerced her into having sex with him on top of

his desk in Fox's New York City offices on or around June 9, 2019.

12.     Jane Doe 1 told me when she found out that Henry was sending another

employee, Cathy Areu, lewd text messages and pictures and confronted him about it, he

---

[1]      https://www.thedailybeast.com/ed-henrys-accusers-say-his-behavior-was-an-open-secret-at-fox-news.

tried to minimize his conduct by claiming it was merely "innocent flirting."

13.     Jane Doe 1 also told me about an experience that another one of her friends, Jane Doe 3, had with Henry.  Specifically, Jane Doe 3 told Jane Doe 1 that, when she first started her career in the journalism industry, Henry invited her and a friend to come to his hotel for drinks.  It was my understanding based on what Jane Doe 1 told me that Henry had invited Jane Doe 3 and her friend to his hotel room.  Once in his hotel room, Henry got drunk with the two women and attempted to kiss Jane Doe 3.  Jane Doe 3 rejected his advances and left.

14.     As a result of her troubling experiences with Henry, Jane Doe 1 told me in text messages that she became severely depressed due to Henry's actions.  Jane Doe 1 and I, sadly, "bonded" over the abuse we both had suffered at the hands of Henry.

15.     Jane Doe 1 specifically told me that she remains in fear over how Henry might retaliate against her for speaking out about his behavior.

16.     Jane Doe 1 cried with me over the phone the same day Henry released and submitted half-naked images of me to the federal public docket without my consent.

17.     As a current Fox employee, Jane Doe 1 told me that she is scared that Fox will also retaliate against her for speaking out about Henry's inappropriate behavior.

18.     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: January 6, 2021
       New York, New York

                                          By: _Jennifer Eckhart_____
                                              Jennifer Eckhart (Jan 6, 2021 19:28 EST)
                                              Jennifer Eckhart