## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

cfoti@maglaw.com
(212) 880-9530

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

January 20, 2021

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Jennifer Eckhart v. Fox News Network, LLC, et al., Civil Case No. 1:20-cv-05593

Dear Judge Abrams:

I am writing on behalf of Defendant Edward Henry. Mr. Henry's replies in further support of his motion to dismiss, motion to strike and motion for a more definite statement with regard to Plaintiff Jennifer Eckhart's Third Amended Complaint are due on Friday. Mr. Henry is writing now to seek the Court's permission to file one reply memorandum of law in support of his motions totaling 25 pages in length (a fifteen-page extension from the Court's current page limit). I have consulted with Michael Willemin, counsel for the Plaintiff, and he has informed me that the Plaintiff consents to this request.

The reason for the enlargement of pages is because Mr. Henry is responding to Plaintiff's opposition to all three of his motions in the same memorandum. Mr. Henry believes the need to respond to all three motions supports a finding of good cause to grant the request for an enlargement. Accordingly, Mr. Henry respectfully requests that he be permitted to file a reply memorandum of 25 pages in length.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

The Honorable Ronnie Abrams
January 20, 2021
Page 2

    Thank you for your consideration.

                                            Respectfully submitted,

                                            /s/ *Catherine M. Foti*

cc: All counsel of record (via ECF)

                                            Application granted.
                                            SO ORDERED.

                                            _____
                                            Ronnie Abrams, U.S.D.J.
                                            January 21, 2021