

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

March 18, 2021

Kathleen M. McKenna
Member of the Firm

d +1.212.969.3130
f 212.969.2900
kmckenna@proskauer.com
www.proskauer.com

**BY ECF**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *Jennifer Eckhart v. Fox News Network, LLC, and Ed Henry*, Civil Case No. 1:20-cv-05593

Dear Judge Gorenstein:

      In accordance with the Court's Individual Practices, Section 2(B), Defendant Fox News Network, LLC ("Fox News") submits this letter to inform the Court that briefing on Fox News' request to continue the stay of discovery (ECF No. 142) is complete and the matter is fully submitted.

Respectfully submitted,

*/s/ Kathleen M. McKenna*

Kathleen M. McKenna, Esq.

cc: All counsel of record (via ECF)