USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER ECKHART,

                Plaintiff,

v.

FOX NEWS NETWORK, LLC, *et al.*,

                Defendants.

20-CV-5593 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       The Court will hear argument on the pending motions in this case on Friday, July 9, 2021 at 3:00 pm. If counsel for the parties are unavailable at that date and time, no later than June 30, they shall file a joint letter proposing alternative dates, ideally for the week of July 19-23, 2021.

SO ORDERED.

Dated:    June 25, 2021
            New York, New York

_____
RONNIE ABRAMS
United States District Judge