

Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

June 29, 2021

Kathleen M. McKenna
Member of the Firm
d +1.212.969.3130
f 212.969.2900
kmckenna@proskauer.com
www.proskauer.com

<u>**VIA ECF**</u>

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

**Re:** **<u>Jennifer Eckhart v. Fox News Network, LLC and Ed Henry, Civil Case No. 1:20-cv-05593 (RA) (GWG)</u>**

Dear Judge Abrams,

Pursuant to the Court's Order dated June 25, 2021 (Dkt. 150), counsel for defendant Fox News Network, LLC, counsel for Plaintiff Jennifer Eckhart, and counsel for defendant Ed Henry write jointly to propose alternate dates for arguments in the above-captioned matter.

Counsel have conferred and the parties are available for oral arguments on Tuesday, July 20, 2021 or Wednesday, July 21, 2021. These alternate proposed dates are during the week identified by the Court. (Dkt. 150.) Counsel are available to appear in person.

Respectfully submitted,
/s/ *Kathleen M. McKenna*

Kathleen M. McKenna, Esq.
*Attorneys for Fox News Network, LLC*

cc: All counsel of record (via ECF)