UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| JENNIFER ECKHART, | : | Civil Case No. 1:20-CV-05593 (RA) |
| | : | |
| Plaintiffs, | : | **ECF Case** |
| | : | |
| -against- | : | |
| | : | **NOTICE OF APPEARANCE** |
| FOX NEWS NETWORK, LLC, and ED HENRY, | : | |
| in his individual and professional capacities, | : | |
| | : | |
| Defendants. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

To the Clerk of this Court and all parties of record:

Enter the appearance of Yonatan L. Grossman-Boder, Esq. of Proskauer Rose LLP as counsel of record in this case for Defendant Fox News Network, LLC. Entry of this appearance shall in no way be deemed a waiver of any and all defenses, including but not limited to any and all jurisdictional defenses, available to Fox News Network, LLC.

I certify that I am admitted to practice in this Court.

Dated: July 22, 2021
        New York, New York

                                                    Respectfully submitted,

                                                    /s/ *Yonatan L. Grossman-Boder*
                                                    Yonatan L. Grossman-Boder
                                                    PROSKAUER ROSE LLP
                                                    Eleven Times Square
                                                    New York, New York 10036
                                                    Telephone: 212.969.3000
                                                    Facsimile: 212.969.2900
                                                    ygrossman-boder@proskauer.com