UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JENNIFER ECKHART,

                Plaintiff,          Civil Case No. 1:20-cv-05593-RA

v.

FOX NEWS NETWORK, LLC, and ED HENRY,
in his individual and professional capacities,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF MOTION TO WITHDRAW COUNSEL

**PLEASE TAKE NOTICE** that pursuant to Local Rule 1.4 and the accompanying Declaration, Anthony J. Dick of Jones Day respectfully moves to withdraw his appearance as counsel in the above-captioned proceeding for Defendant Fox News Network, LLC. Because Fox News Network, LLC, continues to be represented by lead attorney and counsel of record Kathleen M. McKenna, as well as by Danielle Justine Moss, Keisha-Ann Grace Gray, Lloyd Blades Chinn, and Yonatan L. Grossman-Boder of Proskauer Rose LLP, the withdrawal of Anthony J. Dick will not cause any disruption in this matter.

Accordingly, undersigned counsel respectfully requests that undersigned counsel be removed from all service lists for this proceeding, including the Court's CM/ECF electronic notification list.

Respectfully submitted:                        September 17, 2021

                                           By:    */s/ Anthony J. Dick*

                                                      Anthony J. Dick

JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
Tel. (202) 879-3939
Fax. (202) 879-1700
ajdick@jonesday.com

*Attorney for Defendant
Fox News Network, LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that on September 17, 2021, I caused the foregoing Motion to Withdraw, and the accompanying Declaration, to be served to: (1) Carl Guida of Fox News Network, LLC, by electronic mail to Carl.Guida@foxnews.com; and (2) all other parties by using the electronic service system (CM/ECF), which will send a notice of electronic filing to all counsel of record.

                  By:        */s/ Anthony J. Dick*

                            Anthony J. Dick
                            JONES DAY
                            51 Louisiana Ave., NW
                            Washington, DC 20001
                            Tel. (202) 879-3939
                            Fax. (202) 879-1700
                            ajdick@jonesday.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JENNIFER ECKHART,

                Plaintiff,          Civil Case No. 1:20-cv-05593-RA

v.

FOX NEWS NETWORK, LLC, and ED HENRY,
in his individual and professional capacities,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## **DECLARATION OF ANTHONY J. DICK**

I, **ANTHONY J. DICK**, under the penalty of perjury, declare:

    1.    I am one of the counsel of record for defendant Fox News Network, LLC, in the above-captioned matter.

    2.    I am a Partner at Jones Day, and am admitted to practice law in this District and in the State of New York.

    3.    I submit this declaration in support of my motion to withdraw under Local Rule 1.4.

    4.    Fox News Network, LLC, has authorized this withdrawal.

    5.    Additionally, Fox News Network, LLC continues to be represented by lead attorney and counsel of record Kathleen M. McKenna, as well as by Danielle Justine Moss, Keisha-Ann Grace Gray, Lloyd Blades Chinn, and Yonatan L. Grossman-Boder of Proskauer Rose LLP.

    6.    I am not seeking, retaining, or charging a lien.

Executed this day September 17, 2021.

                                                          */s/ Anthony J. Dick*

                                                          Anthony J. Dick