# MEMORANDUM ENDORSEMENT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| JENNIFER ECKHART, | : |
| Plaintiff, | : Civil Case No. 1:20-cv-05593-RA |
| v. | : |
| FOX NEWS NETWORK, LLC, and ED HENRY, in his individual and professional capacities, | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF MOTION TO WITHDRAW COUNSEL

**PLEASE TAKE NOTICE** that pursuant to Local Rule 1.4 and the accompanying Declaration, Anthony J. Dick of Jones Day respectfully moves to withdraw his appearance as counsel in the above-captioned proceeding for Defendant Fox News Network, LLC. Because Fox News Network, LLC, continues to be represented by lead attorney and counsel of record Kathleen M. McKenna, as well as by Danielle Justine Moss, Keisha-Ann Grace Gray, Lloyd Blades Chinn, and Yonatan L. Grossman-Boder of Proskauer Rose LLP, the withdrawal of Anthony J. Dick will not cause any disruption in this matter.

Accordingly, undersigned counsel respectfully requests that undersigned counsel be removed from all service lists for this proceeding, including the Court's CM/ECF electronic notification list.

Respectfully submitted:                                                  September 17, 2021

                                                                By:    */s/ Anthony J. Dick*

                                                                        Anthony J. Dick

1

JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
Tel. (202) 879-3939
Fax. (202) 879-1700
ajdick@jonesday.com

*Attorney for Defendant*
*Fox News Network, LLC*

**The motion by Anthony J. Dick to withdraw is granted.**

**SO ORDERED.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**September 20, 2021**

2