# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

cfoti@maglaw.com
212-880-9530

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

September 22, 2021

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: <u>Jennifer Eckhart v. Fox News Network, LLC, et al., Civil Case No. 1:20-cv-05593</u>

Dear Judge Abrams,

      I am writing in connection with my letter yesterday seeking leave to file two declarations in support of a Motion for Reconsideration, pursuant to Local Civil Rule 6.3, that we plan to file on September 23. Unfortunately, in that letter, I neglected to include that I had reached out to Plaintiff's counsel seeking their consent to include the declarations in support of the Motion for Reconsideration and Plaintiff's counsel informed me that Plaintiff does not consent to consideration of the declarations.

      I am sorry for any inconvenience this oversight may have caused.

                                                            Respectfully submitted,

                                                        /s/ *Catherine M. Foti*

cc: All counsel of record (via ECF)