UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER ECKHART,<br><br>            Plaintiffs,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, and ED HENRY, in his individual and professional capacities,<br><br>            Defendants. | Case No. 20-CV-5593 (RA)<br><br>**DEFENDANT ED HENRY'S NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S OPINION & ORDER DATED SEPTEMBER 9, 2021**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendant Ed Henry's Motion for Reconsideration of the Court's Opinion & Order Dated September 9, 2021 and the exhibits attached thereto (the Declaration of Catherine M. Foti and the Declaration of Professor Bruce A. Green), the undersigned will move, before the Honorable Ronnie Abrams, United States District Judge, on a date to be set by the Court, at 40 Foley Square, New York, NY 10007, for an Order dismissing portions of Plaintiff Jennifer Eckhart's claims against Defendant Edward "Ed" Henry in her Third Amended Complaint, pursuant to Federal Rule of

Civil Procedure ("FRCP") 12(b)(6) and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
September 23, 2021

        MORVILLO ABRAMOWITZ GRAND
        IASON & ANELLO PC

        By: /s/ Elkan Abramowitz
        Elkan Abramowitz
        Catherine M. Foti
        565 Fifth Avenue
        New York, New York 10017

        Jayne C. Weintraub
        Jon A. Sale
        SALE & WEINTRAUB, P.A.
        2 South Biscayne Boulevard
        One Biscayne Tower – 21st Floor
        Miami, Florida 33131

        *Attorneys for Ed Henry*