

SINCE 1828



[GAMES & QUIZZES](#) [THESAURUS](#) [WORD OF THE DAY](#) [FEATURES](#)
- SHOP
[Buying Guide](#) [M-W Books](#)

- [LOG IN](#)
- [REGISTER](#)
- ⌄
  [settings](#) [log out](#)

- MY WORDSMY WORDS

entice

dictionary
thesaurus

view recents

Log in  Sign Up

Hello,

Games & Quizzes  Thesaurus  Word of the Day  Features  Buying Guide  M-W Books

- My WordsMy Words
- View Recents
- Account

Log Out

# Administrative Office of the U.S. Courts | URL Block Page

# entice

verb

Save Word

To save this word, you'll need to log in.

Log In

en·tice | \ in-ˈtīs  , en- \
enticed; enticing

## Definition of *entice*

transitive verb

**:** to attract artfully or adroitly or by arousing hope or desire **:** tempt

Other Words from *entice*   Synonyms   Choose the Right Synonym   Example Sentences   Learn More About *entice*

# Administrative Office of the U.S. Courts | URL Block Page

Cited in Eckhart v. Fox News Network LLC
20CV5593 Decided 9/9/21
Archived on 9/20/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

Keep scrolling for more

## Other Words from *entice*

enticement \ in-ˈtī-smənt 🔊 , en- \ noun

## Synonyms for *entice*

Synonyms

- allure,
- bait,
- beguile,
- betray,
- decoy,
- lead on,
- lure,
- seduce,
- solicit,
- tempt

Visit the Thesaurus for More »

## Choose the Right Synonym for *entice*

lure, entice, inveigle, decoy, tempt, seduce mean to lead astray from one's true course. lure implies a drawing into danger, evil, or difficulty through attracting and deceiving. *lured* naive investors with get-rich-quick schemes entice suggests drawing by artful or adroit means. advertising designed to *entice* new customers inveigle implies enticing by cajoling or flattering. fund-raisers *inveigling* wealthy alumni decoy implies a luring into entrapment by artifice. attempting to *decoy* the enemy into an ambush tempt implies the presenting of an attraction so strong that it overcomes the restraints of conscience or better judgment. *tempted* by the offer of money seduce implies a leading astray by persuasion or false promises. *seduced* by assurances of assistance

## Examples of *entice* in a Sentence

every commercial seemed to be for some tempting snack specifically designed to *entice* me from my diet
Recent Examples on the Web Sambour can almost hear and smell the memories — the rattling sound of a vendor shaking a tin can of clams to *entice* her, the waft of dry spices. — *AZCentral.com*, 18 Aug. 2021 If the easy ticket system and 75 miles of terrain at Cortina d'Ampezzo aren't enough to *entice* you, perhaps the resort's appointment as the 2026 Winter Olympics host will. — Evie Carrick, *Travel + Leisure*, 14 Aug. 2021

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'entice.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

See More ⊕⊖

## First Known Use of *entice*

14th century, in the meaning defined above

Credit: Cockburn v. Fox News Network LLC 20CV5593 Decided 9/9/21 Archived on 9/20/21 This document is protected by copyright. Further reproduction is prohibited without permission.

## History and Etymology for *entice*

Middle English, from Anglo-French *enticer*, from Vulgar Latin *\*intitiare*, from Latin *in-* + *titio* firebrand

Keep scrolling for more

## Learn More About *entice*

Share *entice*

Post the Definition of entice to Facebook    Share the Definition of entice on Twitter 

Time Traveler for *entice*



## The first known use of *entice* was in the 14th century

See more words from the same century

## Dictionary Entries Near *entice*

entia

entice

enticing

See More Nearby Entries

## Statistics for *entice*

Last Updated

17 Sep 2021

Look-up Popularity

Top 1% of words

Cite this Entry

"Entice." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/entice. Accessed 20 Sep. 2021.

**Style:** MLA

MLA  Chicago  APA  Merriam-Webster

Keep scrolling for more

Cited in Eckhart v Fox News Network LLC 20CV5593 Decided 9/9/21 Archived on 9/20/21 This document is protected by copyright. Further reproduction is prohibited without permission.

More Definitions for *entice*

entice

verb


# English Language Learners Definition of *entice*

**:** to attract (someone) especially by offering or showing something that is appealing, interesting, etc.

See the full definition for *entice* in the English Language Learners Dictionary

entice

verb
en·tice | \ in-ˈtīs  \
enticed; enticing

# Kids Definition of *entice*

**:** to attract by raising hope or desire **:** tempt Glittery window displays *enticed* shoppers.

More from Merriam-Webster on *entice*

Nglish: Translation of *entice* for Spanish Speakers

Britannica English: Translation of *entice* for Arabic Speakers

### Administrative Office of the U.S. Courts | URL Block Page

Access to the URL category you are trying to use has been blocked in accordance with United States Judiciary

Cited in Eckhart v. Fox News Network LLC
20-cv-5593. Decided 9/9/21
Archived on 9/20/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

## WORD OF THE DAY

# collude 

See Definitions and Examples »

Get Word of the Day daily email!

Your email address    SUBSCRIBE

## Administrative Office of the U.S. Courts | URL Block Page

Access to the URL category you are trying to use has been blocked in accordance with United States Judiciary

Cited in Eckhart v Fox News Network LLC 20CV5593 Decided 9/9/21 Archived on 9/20/21 This document is protected by copyright. Further reproduction is prohibited without permission.

**Test Your Vocabulary**

Farm Idioms Quiz

- What does 'poke' refer to in the expression 'pig in a poke'?

| bag | state of difficulty |
| mud pit | stable |

Test your vocabulary with our 10-question quiz!

TAKE THE QUIZ

---

Spell words. Make bears.

TAKE THE QUIZ

---

Cited in Eckhart v Fox News Network LLC
20CV5593 Decided 9/9/21
Archived on 9/20/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

WORDS AT PLAY

- "In Vino Veritas" and Other Latin Phrases to Live By

  Top 10 Latin Phrases

- 7 Shakespearean Insults to Make Life More Interesting

  One for each day of the week

- ### Word Well Used: 'Resplendent'

  The joy of dictionaries

- ### Machiavellianism and (A Whole Lot) More

  Top 10 Unusually Long and Interesting Words, Vol. 1

- **ASK THE EDITORS**

  ### 'Everyday' vs. 'Every Day'

  A simple trick to keep them separate

- ### What Is 'Semantic Bleaching'?

  How 'literally' can mean "figuratively"

Cited in Eckhart v Fox News Network, LLC
20CV5593 Decided 9/9/21
Archived on 9/20/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

## Literally

How to use a word that (literally) drives some pe...

- ## Is Singular 'They' a Better Choice?

  The awkward case of 'his or her'

**WORD GAMES**

- ## That Sounds Right/Write/Wright

  A tricky quiz about soundalike words

  **TAKE THE QUIZ**

- ## Name That Thing: Animal Edition

  How many animals can you identify?

  **TAKE THE QUIZ**

- ## How Strong Is Your Vocabulary?

Cited in Eckhart v Fox News Network LLC 20CV5593 Decided 9/9/21
Archived on 9/20/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

Test your vocabulary with our 10-question quiz!

TAKE THE QUIZ

AlphaBear 2

AlphaBear 2

PLAY THE GAME

## Administrative Office of the U.S. Courts | URL Block Page

Cited in Eckhart v Fox News Network LLC 20CV5593 Decided 9/9/21
Archived as of 9/20/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

Learn a new word every day. Delivered to your inbox!

Your email address

**OTHER MERRIAM-WEBSTER DICTIONARIES**

- LEARNER'S ESL DICTIONARY
- VISUAL DICTIONARY
- SCRABBLE® WORD FINDER

- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- BRITANNICA ENGLISH - ARABIC TRANSLATION
- NGLISH - SPANISH-ENGLISH TRANSLATION

**FOLLOW US**

Browse the Dictionary: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Join MWU | Videos | Word of the Year | Puku | Vocabulary Resources | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use | Do Not Sell My Info

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary

© 2021 Merriam-Webster, Incorporated

Cited in Eckhart v Fox News Network LLC
20CV5593 Decided 9/9/21
Archived on 9/20/21
This document is protected by copyright.
Further reproduction is prohibited without permission.