

**ENGLISH DICTIONARY**    **SYNONYMS**    **TRANSLATE**    **GRAMMAR**    **EXPLORE**    **SPANISH DICTIONARY**

Oxford English and Spanish Dictionary, Synonyms, and Spanish to English Translator    **SITE LANGUAGE**

**UK DICTIONARY**      entice       

Home    UK English    entice

Meaning of entice in English:

# entice

See synonyms for entice

Translate *entice* into Spanish

## VERB

[WITH OBJECT]

Attract or tempt by offering pleasure or advantage.

*'a show which should entice a new audience into the theatre'*

More example sentences    Synonyms

### Pronunciation

entice

/ɪnˈtʌɪs/      /ɛnˈtʌɪs/

### Origin

Middle English (also in the sense 'incite, provoke'; formerly also as intice): from Old French enticier, probably from a base meaning 'set on fire', based on an alteration of Latin titio 'firebrand'.

### WORD OF THE DAY

# megabucks

/ ˈmɛɡəbʌks /
PLURAL NOUN



It's here! Lexico's first Word of the Year!



Does English Have More Words Than Any Other Language?

Citedin Eckhart v Fox News Network LLC 20CV5593 Decided 9/9/21
Archived on 9/20/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

## '-sion', '-tion' or '-cion'?

Which is the correct spelling?

○ suspicion

○ suspision

**NEXT**    0/10

### TRENDING WORDS

Most popular in the world

1. illywhacker
2. news headline
3. minority rule
4. groover
5. flapjack

Cited in Eckhart v Fox News Network LLC 20CV5593 Decided 9/9/21

Archived on 9/20/21

This document is protected by copyright. Further reproduction is prohibited without permission.

# Are You Learning English? Here Are Our Top English Tips

Feedback



Basic Guidelines For English Spellings

READ THESE ARTICLES



Here Are The Top English Writing Tips

READ THESE ARTICLES

The Best Articles To Improve Your English Language Usage

READ THESE ARTICLES

Fun English Word Lists To Explore

READ THESE ARTICLES

The Most Common English Language Questions

READ THESE ARTICLES

Cited in Eckhart v Fox News Network LLC
20CV5593 Decided 9/9/21
Archived on 9/20/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

Browse The English Dictionary: # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

### Find out More
About
Contact Us
Privacy Policy
Cookies Settings

### Dictionary & Synonyms
UK English Dictionary
US English Dictionary
Spanish Dictionary
English Synonyms

### Translations
Spanish to English
English to Spanish

### Explore
Articles

Feedback

© 2021 Lexico.com