UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JENNIFER ECKHART,                                          :
                                                           :   Civil Case No. 1:20-cv-05593
                    Plaintiff,                             :   (RA)(GWG)
                                                           :
        v.                                                 :
                                                           :   **NOTICE OF APPEARANCE OF**
FOX NEWS NETWORK, LLC and ED HENRY,                        :   **JOHN S. CRAIN**
in his individual and professional capacities,             :
                                                           :
                    Defendants.                            :
-------------------------------------------------------------X

**PLEASE TAKE NOTICE** that John S. Crain of Wigdor LLP hereby enters his appearance as counsel on behalf of Plaintiff Jennifer Eckhart in the above-captioned matter.

Dated: October 1, 2021
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
    John S. Crain

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
jcrain@wigdorlaw.com

*Counsel for Plaintiff*