UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER ECKHART,

                              Plaintiff,

        v.

FOX NEWS NETWORK, LLC, and ED HENRY, in his
individual and professional capacities,

                              Defendants.

Case No. 20-CV-5593 (RA)

**DEFENDANT ED HENRY'S
ANSWER TO PLAINTIFF'S
THIRD AMENDED
COMPLAINT**

        Defendant Ed Henry, by his undersigned attorneys, Morvillo Abramowitz Grand Iason

& Anello, P.C., hereby answers the allegations in the Third Amended Complaint of Plaintiff

Jennifer Eckhart as follows:

## PRELIMINARY STATEMENT[1]

*1.      In July 2020, after Ms. Eckhart filed her original Complaint in this action – alleging,
inter alia, that she had been sexually harassed and assaulted, and raped, by Defendant  Ed
Henry – Fox News attempted to defend itself to the mounting public outcry by claiming that  it
had no knowledge of sexual misconduct by Mr. Henry prior to June 2020.  This was not true.*

**Answer:** Denies, except lacks knowledge or information sufficient to admit or deny the

allegations concerning Fox News's conduct or motivations and therefore denies that as well.

*2.      As Fox News was well aware, Mr. Henry had a long history of sexual misconduct
involving women, and particularly female employees.  And, contrary to Fox News' claims, far
from punishing Mr. Henry for his vile misconduct, Fox News has repeatedly rewarded him with
a series of promotions that only increased his prominence.*

**Answer:** Denies.

---

[1] The repetition herein of the headings and subheadings contained in the Third Amended Complaint is not an
adoption of these headings, nor an admission of their truth. Rather, Mr. Henry includes these headings and
subheadings in this Answer purely for ease of reference.

*3.     In 2016, Mr. Henry was suspended by Fox News for four months after news  broke that he had an affair with a Las Vegas stripper.  At this time, Fox Business Network  anchor Liz Claman told Ms. Eckhart, "**everyone at Fox News knows that [Mr.] Henry is a sex  addict. That's no secret.**"*

**Answer:** As to the first sentence, admits that Mr. Henry was suspended for a period in 2016

and otherwise denies.  As to the second sentence, lacks knowledge or information sufficient to

admit or deny what Liz Claman told Ms. Eckhart and therefore denies that as well.

*4.     It also was recently reported that Mr. Henry was required to complete a sex  addiction rehabilitation program in order to return to work at Fox News.  Yet, Fox News took no  steps to ensure the safety of its female employees upon his return from suspension  notwithstanding the fact that, according to reporting, it was an "open secret" at Fox News that  Mr. Henry was a serial harasser who used his power to prey on younger female employees.*

**Answer:** Denies, except lacks knowledge or information sufficient to admit or deny what has

been "reported" and therefore denies that as well.

*5.     Moreover, in mid-2016, as multiple media reports revealed that Fox News was the  home to many of the serial sexual harassers exposed by the #MeToo movement, an outside law  firm was retained to conduct a series of Company-wide investigations into issues of sexual  harassment.  During the investigations, multiple women came forward to complain that Mr.  Henry had engaged in sexually inappropriate conduct towards them.  These reports were  received by multiple members of Fox News' senior management.*

**Answer:** Denies, except lacks knowledge or information sufficient to admit or deny what

media reports have said and what others have said about Mr. Henry to investigators and

therefore denies that as well.

*6.     Fox News also received a written complaint that warned against giving Mr. Henry  a greater role at the Company and stated that "the prospect of [Mr.] Henry's greater prominence  on Fox [News] was crushing for female colleagues after the network had promised sweeping  changes following Ailes' ouster."*

**Answer:** Denies, except lacks knowledge or information sufficient to admit or deny the

existence or contents of any complaint allegedly received by  Fox News and therefore denies

that as well.

*7.     Nevertheless, Fox News looked the other way and failed to protect its female  employees from Mr. Henry because he was one of Fox News' highest-rated anchors, which, of  course,*

*translated to successful ratings and revenue for Fox News.  Indeed, it has been reported that Mr. Henry was a "favorite of the network's senior management," including current Chief Executive Officer Suzanne Scott.*

**Answer:** Denies, except admit that Mr. Henry was one of Fox News' highest-rated anchors

and lacks knowledge or information sufficient to admit or deny Fox News's motivations for its

actions and what has been "reported" and therefore denies those allegations as well.

*8.     Fox News ignored the many, many red flags, and rewarded Mr. Henry with a  series of promotions, culminating in a highly coveted promotion to co-anchor of the three-hour  long program, "America's Newsroom."*

**Answer:** Denies, except to admit that Mr. Henry was once a co-host of "America's

Newsroom."

*9.     As Fox News' female employees had rightly feared, and Ms. Eckhart was to unfortunately learn, giving Mr. Henry increasing prominence at the Company only emboldened  him and encouraged him to escalate his mistreatment of women.*

**Answer:** Denies.

*10.    As a young woman just starting her journalism career, Ms. Eckhart was especially susceptible to Mr. Henry's predatory grooming techniques.  Mr. Henry repeatedly hounded Ms. Eckart, insisting that she join him for drinks in exchange for the prospect of career advancement.  He later sexually assaulted her, physically forcing her to perform oral sex on him at Fox News'  New York headquarters.*

**Answer:** Denies.

*11.    After sexually assaulting Ms. Eckhart without repercussions, Mr. Henry violently  raped Ms. Eckhart in February 2017, after which he sent her threatening messages boasting about the rape and how he physically injured her.*

**Answer:** Denies.

*12.    Ms. Eckhart is not Mr. Henry's only victim.  Indeed, he has subjected at least  more than half a dozen other women, including current Fox News female employees, to sexual misconduct and/or abuse, as described herein.*

**Answer:** Denies.

*13.    When Ms. Eckhart sought to hold Fox News and Mr. Henry accountable for this  violent rape by retaining legal counsel and filing this lawsuit, Fox News only escalated its  retaliatory conduct by filing a baseless motion for sanctions against Ms. Eckhart's counsel.  Mr.  Henry*

*also doubled down by "victim shaming" Ms. Eckhart, publicly filing what he claimed were nude and partially nude pictures of her on this court's docket, where they were visible to the world.  Upon information and belief, Fox News participated in and acquiesced to this conduct.*

**Answer:** Denies, except lacks knowledge or information sufficient to admit or deny Fox

News's motivations for its actions and therefore denies that as well.

*14.   This depraved and perverted conduct on behalf of Fox News, Mr. Henry and his  legal counsel is simply abhorrent, and only served to greatly increase the trauma Ms. Eckhart is experiencing as a result of coming forward so bravely against her abuser and former workplace. Ms. Eckhart looks forward to holding Defendants accountable for their unlawful behavior.*

**Answer:** Denies, except lacks knowledge or information sufficient to admit or deny what Ms.

Eckhart "looks forward to" and therefore denies that as well.

*15.   Accordingly, Ms. Eckhart brings this action seeking injunctive, declaratory and monetary relief against Defendants in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq. ("Title VII"), federal sex trafficking laws, 18 U.S.C. § 1591, et seq., the  New York State Human Rights Law, N.Y. Exec. Law §§ 290, et seq. ("NYSHRL"), the New  York City Human Rights Law, N.Y.C. Admin. Code §§ 8-101, et seq. ("NYCHRL"), the Gender  Motivated Violence Act, N.Y.C. Admin. Code §§ 8-901, et seq. ("GMVA") and New York Civil  Rights Law, N.Y.C. Admin. Code §§ 52-b, et seq. ("CRL § 52").*

**Answer:** Denies, except to admit that Ms. Eckhart appears to be seeking injunctive,

declaratory and monetary relief under those statutes and refer to the statutes for their terms.

## ADMINISTRATIVE PREREQUISITES

*16.   Ms. Eckhart previously filed a Charge with the Equal Employment Opportunity Commission ("EEOC") alleging violations of Title VII.  On September 15, 2020, Ms. Eckhart received her Notice of Right to Sue from the EEOC.*

**Answer:** Lacks knowledge or information sufficient to admit or deny what actions Ms.

Eckhart has taken with regard to the EEOC or what she received from the EEOC and therefore

denies.

*17.   Any and all other prerequisites to the filing of this suit have been met.*

**Answer:** The allegations of this paragraph call for a legal conclusion to r which no response is

necessary and to the extent a response is required, denies.

## JURISDICTION AND VENUE

*18.     This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343, as this action asserts violations of Title VII and 18 U.S.C. § 1591, et seq., and therefore raises federal questions regarding the deprivation of Plaintiff's rights.  The Court has supplemental jurisdiction   over Plaintiff's related claims arising under state and city law pursuant to 28 U.S.C. § 1367(a).*

**Answer:** The allegations of this paragraph call for a legal conclusion to which no response is

required and to the extent a response is required, denies.

*19.     Pursuant to 28 U.S.C. § 1391(b), venue is proper in this Court because a substantial part of the events or omissions giving rise to this action, including the unlawful employment practices alleged herein, occurred in this district.*

**Answer:** The allegations of this paragraph call for a legal conclusion to which no response is

required and to the extent a response is required, denies.

## PARTIES

*20.     Plaintiff Jennifer Eckhart is a former employee of Fox News and a resident of the  State of New York.  At all relevant times herein, Ms. Eckhart met the definition of an  "employee" under all relevant statutes.*

**Answer:** Admit that Eckhart is a former employee of Fox News and lacks knowledge or

information sufficient to form a belief as to the remainder of the first sentence.  The allegations

in the second sentence call for a legal conclusion to which no response is required, and to the

extent a response is required, denies.

*21.     Defendant Fox News Network, LLC is a Delaware limited liability company with  a principal place of business located in New York, New York.  At all relevant times, Fox News was an "employer" within the meaning of all applicable statutes.*

**Answer:** Lacks knowledge or information sufficient to admit or deny the first sentence and

therefore denies.  The allegations in the second sentence call for a legal conclusion to which no

response is required, and to the extent a response is required, denies.

*22.     Defendant Ed Henry, upon information and belief, resides within the State of Maryland and is an aider and abettor under NYSHRL and NYCHRL.*

**Answer:** Admits that Ed Henry resided within the State of Maryland at the time the Third Amended Complaint was filed; the remainder of the allegations of this paragraph call for a legal conclusion to which no response is required, and to the extent that any response is required, denies.

## FACTUAL ALLEGATIONS

### I.   MS. ECKHART JOINS FOX NEWS

*23.   On January 2, 2013, Ms. Eckhart began working at Fox News as a Freelance Administrative Assistant to Ms. Claman, who anchors "Countdown to the Closing Bell" on the Fox Business Network.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*24.   Ms. Eckhart was informed that her job would entail assisting Ms. Claman with creative story ideas, managing Ms. Claman's appearances, making phone calls to book certain on-air guests and assisting with scheduling, as well as other work-related administrative assignments.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*25.   Instead, Ms. Claman demanded that Ms. Eckhart perform a variety of humiliating tasks including, but not limited to, cleaning and organizing Ms. Claman's shoes, organizing and color-coordinating Ms. Claman's dresses, cleaning Ms. Claman's office and refrigerator, dropping off a purse of hers to get repaired at Louis Vuitton, being asked to zip and unzip Ms. Claman's dresses off and on before and after every single on-air appearance, picking up Ms. Claman's dry-cleaning, getting Ms. Claman lunch and coffee (oftentimes even having to pay with her own money), being subjected to Ms. Claman undressing in front of her inside her office at Fox on numerous occasions (which would lead to her walking around her office in front of Ms. Eckhart in nothing but underwear) and even babysitting Ms. Claman's daughter outside of normal office hours.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*26.   Ms. Eckhart put her head down and performed these tasks without complaint, yet she was still further belittled and mistreated by Ms. Claman. By way of only one example, after Ms. Eckhart ordered Ms. Claman pizza for lunch one day, Ms. Claman reprimanded her over corporate work email for ordering "the worst pizza [she] ha[s] ever had." When Ms. Eckhart apologized, Ms. Claman responded, over email, "NEVER AGAIN!" This was the first of many abusive emails Ms. Eckhart received during the course of her employment at Fox News.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*27.     By way of another example, Ms. Eckhart received an email from Ms. Claman reprimanding her for booking a former United States Senator, who she claimed is "hated by [Washington,] D.C."  Ms. Claman went on to excoriate Ms. Eckhart (and her team) over email stating, "You need to tell [fill-in anchor] this is not [Stuart] Varney or 'Mornings with Maria' [Bartiromo] where we give people a pass or say things like 'the main stream media ignores blah blah blah.' ['Countdown to the Closing Bell'] is not Trump State TV."*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*28.     On one documented occasion, Ms. Claman called another former producer of hers  at Fox Business "a retard" while caught on a hot microphone on set during a commercial break. This is just a few examples of Ms. Claman's frequent berating and belittling of her production staff in person and over corporate email.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*29.     On days that Ms. Claman would be absent from her anchor duties, Ms. Eckhart's production staff would regularly "celebrate" her absence due to not having to withstand Ms. Claman's incessant verbal, written and emotional abuse. On numerous occasions, Ms. Eckhart's  manager, Brad Hirst would order the production staff lunch as a way of 'celebrating' Ms.  Claman's absence, thereby admitting to the toxic abuse to which Ms. Eckhart and her staff would  often be subjected under his leadership.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*30.     In June 2013, Ms. Eckhart received a nominal promotion (without a pay raise) to Production Assistant after receiving a stellar performance evaluation from her former manager,   Kevin Burke.  Specifically, Mr. Burke praised Ms. Eckhart's "work ethic, attitude, production  skills and ability to work under deadline pressure."*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*31.     Subsequently, Fox News promoted Ms. Eckhart twice during the course of her  tenure, first to Booker and then to Associate Producer.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*32.     Ms. Eckhart performed a variety of roles during her more than seven years at Fox  News including, inter alia: (i) producing "Countdown to the Closing Bell;" (ii) writing and producing interview segments for Fox News and Fox Business with headline newsmakers, such as Berkshire Hathaway CEO Warren Buffett, Tesla and SpaceX CEO Elon Musk and Microsoft co-founder Bill Gates; (iii) appearing as a frequent on-air guest on Tom Shillue's Fox News Radio show, in addition to being a regular on-air personality featured on Fox Nation including Tom Shillue's "The Quiz Show;" (iv) serving as an on-air personality for a variety of other shows on Fox News (including "Your World with Neil Cavuto"); (v) producing live broadcasts from the floor of the New York Stock Exchange; (vi) producing CES live from Las Vegas; (vii) producing segments for the World Economic Forum in Davos, Switzerland; and (viii)*

7

*interviewing celebrities, business leaders and high profile athletes on the red carpet for feature stories that are currently published on Fox News' and Fox Business' websites.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*33.    Throughout her employment, Ms. Eckhart received substantial praise for her  outstanding work performance and dedication, often in the face of incredible pressure.  By way  of example only:*

- *On August 14, 2014, Ms. Claman wrote to Ms. Eckhart over email, "You are truly the kindest and best."*

- *On December 7, 2015, the Senior Vice President of Programming at Fox Business, Thomas Bowman, emailed Ms. Eckhart congratulating her on her stellar on-camera reporting for a package she put together for the Company  stating, "You're wasting your time here [at Fox News]... you  should be on TV becoming a star."*

- *On December 22, 2015, Mr. Hirst wrote Ms. Eckhart a hand- written letter stating, "Thank you for making ['Countdown to the Closing Bell'] 'must see TV!' I appreciate your hard work and dedication.  Congratulations on your promotion."*

- *On July 1, 2016, in one of Ms. Eckhart's employee performance evaluations, Mr. Hirst wrote, "Ms. Eckhart was promoted to researcher/booker and has played a major role in the success of a small, but dedicated team that has grown the ratings of the show over 100% over the course of the last year."*

- *On July 1, 2017, in one of Ms. Eckhart's most glowing performance evaluations, Mr. Hirst wrote, "Ms. Eckhart often handles multiple segments per day, including the crucial A block reporter hit. Ms. Eckhart may be the best news writer on the team, and understands the urgency of adding the most up-to-the-minute detail of every story she writes. Ms. Eckhart is an invaluable part of the 'Countdown to the Closing Bell' team at Fox Business, and has limitless  potential."*

- *In December 2019, Ms. Claman gave a hand- written, personalized card to Ms. Eckhart, stating, "Thank you for that 'special something' you always add to your segments  and for being so great! Thanks for all*

*your hard work and for putting up with all the drama we deal with. Xo, Liz."*

- *Similarly, on December 12, 2019, Mr. Hirst praised Ms. Eckhart by writing her a note that said, "Thank you for making my life easier each day! May 2020 bring you much joy."*

- *Finally, on February 6, 2020, Ms. Eckhart received a congratulatory email from Ms. Claman in which she praised Ms. Eckhart's producing skills writing, "Highest rated segment was yours on Peloton!! Woo hoo!" Ms. Claman proceeded to forward a copy of the successful overnight ratings, of which Ms. Eckhart contributed to, with Rupert Murdoch, Lachlan Murdoch, Jay Wallace, Lauren Petterson and Suzanne Scott on the email chain.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*34.    This last email was sent just before Ms. Eckhart complained about a toxic environment, immediately after which she was put on a "Performance Improvement Plan" and eventually terminated.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

## II.    MR. HENRY PREYS ON MS. ECKHART

*35.    Unfortunately, Ms. Eckhart's outstanding performance did nothing to protect her from becoming a target of Mr. Henry's vile sexual misconduct.*

**Answer:** Lacks knowledge or information sufficient to admit or deny the nature of Ms.

Eckhart's performance but denies that Mr. Henry engaged in any misconduct.

*36.    At some point in 2014, when Ms. Eckhart was only 24 years old, Mr. Henry, who was, at the time, Fox News' Chief White House Correspondent based out of Washington, D.C., began following her on Twitter.*

**Answer:** Denies, except to admit that at some point Mr. Henry began following Ms. Eckhart

on Twitter and that Mr. Henry was at one time Fox News' Chief White House Correspondent.

Lacks knowledge or information sufficient to admit or deny Ms. Eckhart's age and therefore

denies.

37.    *Shortly thereafter, Mr. Henry – who was married at the time – sent Ms. Eckhart a  Direct Message ("DM") on Twitter that said only, "beautiful."*

**Answer:** Admits that Mr. Henry was married; otherwise, the paragraph refers to messages, the

contents of which speak for themselves and therefore require no response and to the extent a

response is required, denies.

38.    *Ms. Eckhart was naturally put off by Mr. Henry's inappropriate message.  But,  given Mr. Henry's stature at Fox News, and the fact that Ms. Eckhart was, at the time, a 24-year-  old recent graduate of journalism school who was just starting her career at Fox News, Ms. Eckhart felt compelled to respond.  She made it clear, however, that she was not romantically interested in Mr. Henry by shifting the discussion to work.  Specifically, Ms. Eckhart told Mr. Henry that she was a fan of his work and that it would be an honor to meet him one day.*

**Answer:** Denies, except lacks knowledge or information sufficient to admit or deny Ms.

Eckhart's feelings and motivations and therefore denies that as well but admits that Ms.

Eckhart at one point told Mr. Henry she was a fan, and it would be an honor to meet him.

39.    *Mr. Henry replied by stating that he just so happened to be at Fox News' New  York offices that day, and asked that Ms. Eckhart come meet him in one of the green rooms prior  to his on-air appearance as the "One Lucky Guy" on Fox News' all-female show "Outnumbered."*

**Answer:** Admits that Ms. Eckhart agreed to meet Mr. Henry when Mr. Henry was in Fox

News' New York offices and that he appeared on the show "Outnumbered;" otherwise denies.

40.    *Ms. Eckhart obliged, but when they met, she shook his hand, kept things strictly professional and in no way gave any indication that she was romantically interested in Mr. Henry.  Mr. Henry nevertheless asked Ms. Eckhart if she wanted to have her picture taken with  him.  Ms. Eckhart agreed, and the two had their picture taken.*

**Answer:** Denies, except to admit that Mr. Henry and Ms. Eckhart took a picture together.

41.    *Later that day, Mr. Henry sent Ms. Eckhart yet another Twitter DM in which he  asked her to send him a copy of the picture that the two had taken together.  Ms. Eckhart did so,  and Mr. Henry gratuitously responded, "You are way more beautiful in person."*

**Answer:** Denies the characterization of any response from Mr. Henry; otherwise, the

paragraph refers to text messages, the contents of which speak for themselves and therefore

require no response and to the extent a response is required, denies.

42.     When Ms. Eckhart failed to reciprocate Mr. Henry's romantic overtures, he persisted, continuing to DM her and asked her to get drinks with him.  While Ms. Eckhart was outwardly cordial, Mr. Henry's unrelenting advances made her uncomfortable, so she made up an excuse to get out of meeting him for drinks.  Mr. Henry, who was intent on pursuing Ms.  Eckhart despite her rejections, wrote to her in an e-mail, "Yep.  Hard to get."

**Answer:** Denies the characterization and motivations of the messages from Mr. Henry;

otherwise, the paragraph refers to text messages, the contents of which speak for themselves

and therefore require no response and to the extent a response is required, denies.

43.     From that moment on, Ms. Eckhart became a sexual target of Mr. Henry.  Twice Ms. Eckhart's age, Mr. Henry continued to send unsolicited inappropriate, flirtatious and, at times, sexually disturbing and graphic text messages to Ms. Eckhart.  He also continued to ask her out for drinks.  Ms. Eckhart, a young, early-in-career journalist in fear of losing her job, felt pressured and compelled to respond and, to a degree, "play along" with Mr. Henry, an extremely powerful man at both Fox News and the White House.

**Answer:** Denies.

44.     However, Ms. Eckhart repeatedly refused to meet Mr. Henry for drinks.  Undeterred, Mr. Henry continued to act inappropriately and continued to try to pressure Ms.  Eckhart into having drinks with him.  Finally, after several months of being worn down by Mr.  Henry's advances, Ms. Eckhart agreed to meet him for one drink.

**Answer:** Denies.

45.     Mr. Henry was in New York City at the time for work staying at the New York Marriott Marquis, one of the hotels where Fox News frequently lodges its traveling employees.  The two met at the bar at the hotel for a drink.

**Answer:** Denies, except to admit that Ms. Eckhart and Mr. Henry have met for drinks and

lacks knowledge or information sufficient to admit or deny whether Fox News frequently

lodges its traveling employees at the New York Marriott Marquis and therefore denies that as

well.

46.     Far from having any romantic interest in Mr. Henry, Ms. Eckhart brought a list of career-related questions she had compiled on a yellow legal pad for their meeting, hoping that she could learn from Mr. Henry as she was seeking a journalism mentor at Fox News.

**Answer:** Denies, except lacks knowledge or information sufficient to admit or deny whether

Ms. Eckhart brought a legal pad with her and therefore denies that as well.

47.    *Ms. Eckhart felt extremely nervous and intimidated during their in-person  conversation as she told him about her work as a Production Assistant and asked for his advice  on how to further her career.  During their discussion, three women approached Mr. Henry and  asked to have their picture taken with him.  Ms. Eckhart asked Mr. Henry if women approached  him asking for pictures regularly, and he responded, "It happens all the time," which further underscored Mr. Henry's influential nature.*

**Answer:** Denies, except admit that someone approached Mr. Henry and asked to take a picture

with him and that he has been approached by others asking to have pictures taken with him.


48.    *After the two finished their drinks, Mr. Henry asked Ms. Eckhart to have another  drink in his hotel room.  Ms. Eckhart did not want to go, but was fearful of the repercussions of  refusing a request by one of the most powerful on-air figures at Fox News, her employer.*

**Answer:** Denies., except to admit that Ms. Eckhart agreed to accompany Mr. Henry to his

hotel room.


49.    *As soon as the two entered his hotel room, Mr. Henry, out of nowhere, began  forcefully kissing Ms. Eckhart, shoving his tongue down her throat and ripped off her dress.  Ultimately, Ms. Eckhart, fearing that her career would be over if she refused Mr. Henry's sexual  advances, felt frozen and trapped, and relented to sexual intercourse with him against her will.*

**Answer:** Denies, except admit that Ms. Eckhart agreed to engage in sexual intercourse with

Mr. Henry.


50.    *After having extremely brief sexual intercourse, Mr. Henry told Ms. Eckhart how beautiful she was, said she belonged in front of the camera, and that she was "wasting her time"  as a Production Assistant behind the scenes at Fox News.  Instead, Mr. Henry offered to help  advance Ms. Eckhart's career, telling her that he could "get her in a room with some really  powerful people."*

**Answer:** Denies.


51.    *The message was clear: Ms. Eckhart would be rewarded for succumbing to Mr.  Henry's sexual advances as he would use his powerful position at Fox News to advance her  journalism career.  Alternatively, if she refused, she risked being punished (i.e., be fired from her  job).*

**Answer:** Denies.


52.    *When she got home that evening, Ms. Eckhart, who was distraught at the prospect  of having to sleep with Mr. Henry in order to keep her dream job of working at a national news network, cried herself to sleep.  Ms. Eckhart, at the age of 24, remained in fear that if she did not comply, she risked being blackballed in her industry at such an early stage of her journalism career.*

**Answer:** Denies.

### III.   MR. HENRY SEXUALLY ASSAULTS MS. ECKHART

*53.    Ms. Eckhart managed to avoid Mr. Henry for a few months, but in September 2015, Mr. Henry was, once again, back in Fox News' New York offices.*

**Answer:** Denies except admit that Mr. Henry was in Fox News' New York offices at some

point in 2015.

*54.    Mr. Henry sent Ms. Eckhart a message on WhatsApp, an instant messaging application that Mr. Henry had previously told Ms. Eckhart to download and only use when communicating with him. In that message, Mr. Henry demanded that Ms. Eckhart remove her underwear, while at work at Fox News, and put them in an envelope for him. This, of course, was an extremely humiliating and disgusting request. But, in fear knowing that she would face retaliation if she refused to comply, Ms. Eckhart did so. Mr. Henry came to Ms. Eckhart's desk on the 12th floor at Fox Business to retrieve the envelope.*

**Answer:** Denies, except to admit that Ms. Eckhart gave Mr. Henry her underwear one day at

Fox News.

*55.    Later that day, Mr. Henry demanded that Ms. Eckhart meet him in one of the Guest Offices on the 17th floor of the Fox News building despite Ms. Eckhart informing him that she was extremely busy at work.*

**Answer:** Denies, except to admit that Ms. Eckhart met Mr. Henry in a Fox News guest office.

*56.    When Ms. Eckhart arrived at the room, Mr. Henry was on the phone. Ms. Eckhart repeatedly indicated to him that she had to leave because a car was waiting for her outside to take her and Ms. Claman to the New York Stock Exchange for a live broadcast.*

**Answer:** Denies.

*57.    Rather than letting Ms. Eckhart leave to perform her work duties, Mr. Henry hung up the phone, shut the office door and pinned Ms. Eckhart to the wall inside the Guest Office at Fox News. Mr. Henry began subjecting her to forceful and unwanted kissing. He then quickly unzipped his pants, and physically used his hand to force Ms. Eckhart's head down to his penis. While forcefully moving Ms. Eckhart's head back and forth while grabbing onto her hair, Mr. Henry physically forced her to perform oral sex on him against her will. After Mr. Henry came, Ms. Eckhart immediately ran out of the office in a state of shock, panic and fear.*

**Answer:** Denies.

*58.    Although Ms. Eckhart was able to avoid seeing Mr. Henry after the September  2015 sexual assault on Fox News' property, he continued to send her lewd and extremely graphic pornographic images, videos and gifs.*

**Answer:** Denies.

*59.    In one email to Ms. Eckhart he wrote, "I'd like to wipe you with my tongue."*

**Answer:** Admits.

### IV.   <u>MR. HENRY RAPES MS. ECKHART</u>

*60.    In the Fall of 2016, after Mr. Henry returned from his suspension from Fox News  (as described infra), Mr. Henry sent Ms. Eckhart yet another completely unsolicited message.  Mr. Henry sent her a YouTube link to a song entitled "Save a Horse, Ride a Cowboy."  Ms. Eckhart, confused, asked Mr. Henry if he was trying to tell her something.  He responded, "That  I want you to ride ME?" "Yesss" "I am telling you that!!"*

**Answer:** Denies the characterization of the messages from Mr. Henry; otherwise, the

paragraph refers to text messages, the contents of which speak for themselves and therefore

require no response and to the extent a response is required, denies.

*61.    Mr. Henry's inappropriate and often unsolicited sexual messages to Ms. Eckhart continued, but took a dark and extremely violent turn, as he revealed an apparent obsession with  Bondage/Discipline/Dominance/Submission (commonly referred to as BDSM) related sex practices.  In early 2017, after demanding that Ms. Eckhart send him a picture of herself in lingerie, Mr. Henry sent the below message to Ms. Eckhart:*



**Answer:** Denies the characterization and motivations of the messages from Mr. Henry;

otherwise, the paragraph refers to text messages, the contents of which speak for themselves

and therefore require no response and to the extent a response is required, denies.

*62.    Shortly thereafter, Mr. Henry asked Ms. Eckhart to meet him again in person. Out  of fear, Ms. Eckhart came up with an excuse by telling Mr. Henry in a text message that she had  a date and was very busy.  Mr. Henry proceeded to accuse Ms. Eckhart, again, of playing "Hard to get."  Ms. Eckhart, fearful that Mr. Henry was unhappy (and in fear that he would retaliate*

*against her professionally), said that she always makes herself available to him.  Mr. Henry responded, "#obey" "[o]r" "#discipline."*



**Answer:** Denies the characterization of the messages from Mr. Henry; otherwise, the

paragraph refers to text messages, the contents of which speak for themselves and therefore

require no response and to the extent a response is required, denies.

*63.   In another wildly inappropriate string of text messages, Mr. Henry wrote that "the  more impaired [Ms. Eckhart was] the better."  He also wrote that he liked Ms. Eckhart "owned  and submissive" and asked her for "[m]ore anal" sex (Ms. Eckhart did not at any time have anal sex with Mr. Henry).*



**Answer:** Denies the characterization of the messages from Mr. Henry; otherwise, the

paragraph refers to text messages, the contents of which speak for themselves and therefore

require no response and to the extent a response is required, denies.

*64.   In February 2017, Mr. Henry, again, asked Ms. Eckhart to meet him; this time for  a drink at Fresco by Scotto, a New York City restaurant and frequent gathering place of Fox  News employees.  Ms. Eckhart was afraid that if she refused again, Mr. Henry would retaliate – indeed, he explicitly told her that if she did not "obey" him, she would be "disciplined."  Ms. Eckhart knew that the restaurant would be busy, and that she would likely run into other individuals employed by Fox News there, as the restaurant is owned by a local Fox affiliate anchor in New York City.  Therefore, she felt safe at that particular facility.*

**Answer:** Denies, except admit that Ms. Eckhart met Mr. Henry at Fresco by Scotto, a New

York City restaurant and lacks knowledge or information sufficient to admit or deny whether

Ms. Eckhart knew the restaurant would be busy or how she felt about the restaurant and

therefore denies that as well.

65.     When Ms. Eckhart met Mr. Henry for a drink, he told her that Fox News was  rewarding him with "his very own show." This, of course, would make Mr. Henry even more  powerful at Fox News.  Accordingly, Ms. Eckhart was now even more intimidated, particularly  since he had sent her a message stating that she had better comply with his demands "or else…"  Mr. Henry asked Ms. Eckhart over drinks if she had an agent, offered to introduce her to his  agent (one of the most powerful agents in the journalism industry) and told her that he would  bring Ms. Eckhart on his future "new show" at Fox News as a frequent on-air guest.

**Answer:** Denies.

66.     After drinks, Mr. Henry invited Ms. Eckhart to take a walk to further discuss her  career opportunities at his hotel in midtown Manhattan, where Fox News frequently lodged its  visiting employees, which was a short walk from Fresco by Scotto.  Ms. Eckhart attempted to  avoid being alone with Mr. Henry in his hotel by claiming that she could not go because her high  heels were hurting her feet.  Mr. Henry ignored her protestations, grabbed her hand and pulled  her to his hotel.  Out of extreme fear and concern for keeping her job, Ms. Eckhart complied.

**Answer:** Denies, except lacks knowledge or information sufficient to admit or deny where Fox

News frequently lodged its visiting employees and therefore denies that as well.

67.     Ms. Eckhart never could have imagined what would happen next.

**Answer:** Denies.

68.     Instead of discussing Ms. Eckhart's future career prospects at Fox News, the  moment that Mr. Henry and Ms. Eckhart entered his hotel room, Mr. Henry, yet again, forced  himself upon Ms. Eckhart, pinning her against a wall, and forcefully ripped off the coat and dress  she was wearing.

**Answer:** Denies.

69.     Mr. Henry then immediately forced Ms. Eckhart's hands behind her back and  applied metal handcuffs to Ms. Eckhart's wrists to restrain her.

**Answer:** Denies.

70.     Ms. Eckhart pleaded with Mr. Henry, telling him that the handcuffs were painful  and hurting her wrists.  Mr. Henry did not stop or remove the handcuffs.  Instead, he threw Ms.  Eckhart onto the hotel bed naked, helpless and handcuffed.  Mr. Henry bragged to Ms. Eckhart  that they were "real, authentic metal handcuffs," that he got from "a friend of his who is a cop,"  which frightened Ms. Eckhart.

**Answer:** Denies.

71.     Mr. Henry then proceeded to laugh at Ms. Eckhart and take humiliating naked  photographs of her on his iPhone as she laid naked, helpless, afraid and restrained on the bed

*in  handcuffs.  She, again, pleaded for him to stop and demanded that Mr. Henry delete the naked  photos he took of her on his phone without her consent.  Mr. Henry, again, simply laughed at  Ms. Eckhart and did not delete the photos.  Ms. Eckhart realized at that moment that Mr. Henry  was taking these degrading photographs of her to hold as collateral in an effort to blackmail her,  and to ensure her silence so that she never exposed his vile misconduct.*

**Answer:** Denies.

*72.    In doing so, Mr. Henry took a page out of the playbook of Roger Ailes, the former disgraced Chairman and CEO of Fox News, who allegedly videotaped and forced one of his female victims to dance for him half-naked.  Mr. Ailes allegedly kept the videotape of his victim in a safe deposit box as blackmail in case she ever exposed his behavior; therefore, Ms. Eckhart felt the exact same thing was happening before her eyes and she began to panic.*

**Answer:** Denies, except lacks knowledge or information sufficient to admit or deny Roger

Ailes's actions and therefore denies that as well.

*73.    When Mr. Henry was done taking photographs of Ms. Eckhart, he proceeded to forcefully rape Ms. Eckhart while she was still restrained and helpless in handcuffs.  While raping Ms. Eckhart, Mr. Henry performed painful sadistic acts on Ms. Eckhart, which included,  among many other things, violently hitting her in the face multiple times while she remained  handcuffed.*

**Answer:** Denies.

*74.    Ms. Eckhart did not consent to any part of this violent, painful rape.*

**Answer:** Denies.

*75.    Ms. Eckhart left the hotel in a state of shock, bruised and battered with bloody  wrists and a bloody lip.  She flagged a taxi to take her home, and even the taxicab driver asked if  she was physically okay (she was not).*

**Answer:** Denies.

*76.    The next day, Mr. Henry texted Ms. Eckhart an angel face emoji saying it was  "nice to meet her for a quick drink," completely omitting the fact that he had violently raped her.  Ms. Eckhart informed Mr. Henry that he had physically injured her.  Specifically, she told him in text messages that she had sore wrists (they were actually bleeding), a mark on her buttocks, a broken nail and a bruise on her leg, among other serious injuries to her body.*

**Answer:** Denies the characterization of the messages from Mr. Henry; otherwise, the paragraph refers to text messages, the contents of which speak for themselves and therefore require no response and to the extent a response is required, denies.

77.    *Mr. Henry did not even attempt to hide the fact that he was extremely violent with Ms. Eckhart, and proceeded to send her even more WhatsApp messages while co-anchoring "Fox & Friends" that read, "You'll cum back for more," "Will let you know," "If/when avail" "so you can get slapped around some more" and "Gona make you my little whore again." He also wrote, "You know" "Who" "Your daddy" "Is[.]" "Good long session last time[.]" "Left you bruised[,] batter[ed][,] dazed." Mr. Henry further admitted the sadistic and non-consensual nature of his actions when he wrote to Ms. Eckhart "When u r owned" "U don't get a" "choice."*









**Answer:** Denies the characterization of the messages from Mr. Henry and that Mr. Henry was ever violent with Ms. Eckhart; otherwise, the paragraph refers to text messages, the contents of which speak for themselves and therefore require no response and to the extent a response is required, denies.

*78.   Then, on Valentine's Day, 2017, Mr. Henry texted Ms. Eckhart, "Again please," as well as another text in which he again admitted to leaving Ms. Eckhart "bruised" and "battered." Ms. Eckhart informed Mr. Henry in a text message that she was "STILL bruised and battered," to which Mr. Henry disgustingly replied by saying that Ms. Eckhart needed to "take her punishment."*

**Answer:** Denies the characterization of the messages from Mr. Henry; otherwise, the

paragraph refers to text messages, the contents of which speak for themselves and therefore

require no response and to the extent a response is required, denies.

*79.   Later that same day, Mr. Henry wrote: "Fuck you and your safe word.  You will  know when I am done."  Ms. Eckhart never had a "safe word," and was extremely afraid and confused by Mr. Henry's violent and unsolicited language over text.*



**Answer:** Denies the characterization of the messages from Mr. Henry; otherwise, the

paragraph refers to text messages, the contents of which speak for themselves and therefore

require no response and to the extent a response is required, denies.

*80.   When Ms. Eckhart tried to end the conversation by saying that Mr. Henry needed  to be nicer to her because it was Valentine's Day, he responded, "Nah.  Valentine my ass."  When Ms. Eckhart, again, attempted to end the conversation by sending two emojis to Mr.  Henry, he responded violently, "Get on your knees again and I'll give you your valentine."*

**Answer:** Denies the characterization of the messages from Mr. Henry; otherwise, the

paragraph refers to text messages, the contents of which speak for themselves and therefore

require no response and to the extent a response is required, denies.

*81.   The next day, Mr. Henry texted Ms. Eckhart, informing her that he would be  guest-hosting Tucker Carlson's show on Fox News' "Tucker Carlson Tonight."  He asked Ms. Eckhart to watch him anchor the show and proceeded to text her throughout the program while he was ostensibly anchoring one of the highest rated shows at Fox News, demonstrating a clear display of his professional power.*

**Answer:** Denies.

## V.   FOX NEWS UNLAWFULLY TERMINATES MS. ECKHART'S EMPLOYMENT  AFTER MR. HENRY's CONTINUED HARASSMENT AND RETALIATION

*82.    Following the incredibly painful rape and Mr. Henry's violent follow-up  messages, Ms. Eckhart made every possible effort to cease all communications with Mr. Henry  as she was in fear for her safety.*

**Answer:** Denies.

*83.    Unfortunately, however, Ms. Eckhart was forced to continue seeing her abuser  walk the halls of Fox News' New York City offices.  On more than one occasion, Ms. Eckhart  saw Mr. Henry approaching, and ran inside one of the bathrooms at Fox News to hide from him,  which is a normal "fight-or-flight" triggered response after a traumatic event.*

**Answer:** Denies, except lacks knowledge or information sufficient to admit or deny whether

Ms. Eckhart ran inside one of the bathrooms at Fox News and therefore denies that as well.

*84.    Because Ms. Eckhart refused to even come near Mr. Henry, he continued to  harass and retaliate against her for rejecting his continued advances.*

**Answer:** Denies.

*85.    By way of example, on October 5, 2018, Ms. Eckhart saw Mr. Henry approaching  her at the Fox News offices.  She immediately turned around and walked in the opposite  direction. This angered Mr. Henry, who e-mailed her later that day saying, "Why'd you turn   away today?"  This made clear to Ms. Eckhart that Mr. Henry believed he had the right and  power to control her conduct within the premises of Fox News, further demonstrating his use of  his position to exercise dominion over her.  Ms. Eckhart never responded to his message.*

**Answer:** Denies the characterization and motivations of the messages from Mr. Henry;

otherwise, the paragraph refers to text messages, the contents of which speak for themselves

and therefore require no response and to the extent a response is required, denies.

*86.    Less than three weeks later, Mr. Henry again attempted to engage with Ms.  Eckhart by sending her a Twitter DM that said, "YO!"  Ms. Eckhart, again, did not respond.*

**Answer:** Denies the characterization of the messages from Mr. Henry; otherwise, the

paragraph refers to text messages, the contents of which speak for themselves and therefore

require no response and to the extent a response is required, denies.

87.    By way of another example at the offices of Fox News in New York, Ms. Eckhart, yet again, tried to ignore and even physically ran away from Mr. Henry to avoid having any interaction with him.  Mr. Henry texted Ms. Eckhart an image of a football player doing "the Heisman pose," implying she was trying to get away from him, which she was.

**Answer:** Denies the characterization of the messages from Mr. Henry; otherwise, the

paragraph refers to text messages, the contents of which speak for themselves and therefore

require no response and to the extent a response is required, denies.

88.    After Ms. Eckhart repeatedly ignored and rejected Mr. Henry's continued  advances, Mr. Henry quietly unfollowed Ms. Eckhart on Instagram in 2018, and conspicuously   removed dozens of "likes" he had given to photos of her.  Mr. Henry was trying to cover up his interactions with Ms. Eckhart after he realized that she would no longer engage with him.  It became evident that Mr. Henry now viewed Ms. Eckhart, his work colleague, as a liability for him and his lucrative on-air career at Fox News.

**Answer:** Denies.

89.    In December 2019, despite the fact that Fox News was well aware of Mr. Henry's inappropriate sexual misconduct (see infra), it announced that Mr. Henry was promoted to the position of co-anchor of the "America's Newsroom" program.

**Answer:** Denies, except to admit that Mr. Henry was once a co-host of "America's

Newsroom."

90.    On February 10, 2020, Ms. Eckhart bravely came forward and attempted to  expose the toxic work environment she had been experiencing while employed at Fox News.  Specifically, during a conversation with Denise Collins, the Senior Vice President of Human  Resources at Fox News, and Mr. Hirst, she informed them about the abuse and hostility that she  had endured for years.  Although Ms. Eckhart did not explicitly mention sexual harassment or misconduct, under the circumstances Ms. Collins and Mr. Hirst should have and, upon information and belief, did understand Ms. Eckhart to be "complaining" about unlawful harassment.

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

91.    Ms. Collins and Mr. Hirst ignored Ms. Eckhart's obvious plea for help, and never followed up with Ms. Eckhart about her genuine concerns in this regard, nor did either make any  effort to investigate or remediate the toxic working environment she complained about.  To the  contrary, Mr. Hirst told Ms. Eckhart to "prepare herself to face repercussions" if she lodged any  further complaints.  For her part, Ms. Collins turned to Mr. Hirst during their meeting with Ms. Eckhart, and asked him whether he thought the environment at Fox News was toxic.  Mr. Hirst  responded, "no," and that seemed to satisfy Ms. Collins.

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

92.     *Instead of addressing Ms. Eckhart's completely valid concerns, Fox News instead decided to put Ms. Eckhart on a purported "Performance Improvement Plan" ("PIP") after she had dedicated more than seven years of her life to the Company. Ms. Eckhart was put on this PIP  notwithstanding having received countless hand-written cards and emails of praise from her  superiors, including Mr. Hirst, Ms. Claman, Fox Business Network Senior Vice President Gary  Schreier and Senior Vice President of Programming, Thomas Bowman, in recognition of her  continued hard work, success and dedication to the Company.  See supra at ¶¶ 30-33.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

93.     *Thereafter, on June 9, 2020, Ms. Eckhart received an email from Mr. Hirst  informing her that 2020 performance evaluations would be suspended due to the extraordinary  events that challenge everyday work routines caused by the Covid-19 pandemic.  Mr. Hirst wrote  to Ms. Eckhart and the rest of her production staff, "In the next few weeks, I will schedule a  Zoom meeting with each of you to discuss your performance and your future growth as  television professionals."*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

94.     *However, Ms. Eckhart never received such an invitation for the scheduled Zoom  call that was promised by Mr. Hirst.  Instead, on June 12, 2020, Fox News further retaliated against Ms. Eckhart by informing her that her employment would be terminated effective June 26, 2020, after more than seven years of employment.  Incredibly, during Ms. Eckhart's "exit meeting" with both Mr. Hirst and Ms. Collins, Ms. Collins asked Ms. Eckhart if she had been sexually harassed and/or assaulted while employed by Fox News.  Clearly, Fox News had understood Ms. Eckhart's February 2020 complaints to encompass such unlawful harassment and made the unilateral decision to take no further action until after it had already terminated her  employment.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

### VI.    FOX NEWS' INSTITUTIONAL APATHY TOWARDS SEXUAL MISCONDUCT

95.     *Fox News, unfortunately, has engaged in a lengthy and unsavory pattern and  practice of ignoring and covering up sexual misconduct while protecting the individuals who  engage in it.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

96.     *The #MeToo movement ignited after former Fox News anchor Gretchen Carlson,  and at least 20 other women, accused then-Fox News Chairman and CEO Roger Ailes, of sexual misconduct.  See, e.g., https://www.huffpost.com/entry/roger-ailes-accusers-list_n_57a9fa19e4b06e52746db865.*

**Answer:** This paragraph refers to a news article the contents of which speak for itself and therefore requires no response; to the extent a response is required lacks knowledge or information sufficient to admit or deny and therefore denies.

97.    *Shortly thereafter, Bill Shine, who Fox News installed as Co-President of the  Company after Ailes' departure, left Fox News following accusations that he aided and abetted  the sexual harassment crimes of Roger Ailes.  See, e.g., https://www.nytimes.com/2018/07/05/us/politics/bill-shine-fox-news.html.  Indeed, as one former Fox News Senior Producer – Jane Doe 4 – wrote to Ms. Eckhart, "we know Bill [Shine]  knew everything about Roger [Ailes]."*

**Answer:** This paragraph refers to a news article the contents of which speak for itself and therefore requires no response; to the extent a response is required lacks knowledge or information sufficient to admit or deny and therefore denies.

98.    *Later, reports were published that exposed the lengthy history of sexual  harassment allegations against Fox News' biggest and highest earning star, Bill O'Reilly,   including reports that Fox News offered him a massive $100 million contract over four years notwithstanding its prior knowledge of his sexual misconduct.  See, e.g., https://www.nytimes.com/2017/04/01/business/media/bill-oreilly-sexual-harassment-fox-news.html; https://www.nytimes.com/2017/10/21/business/media/bill-oreilly-sexual-harassment.html.*

**Answer:** This paragraph refers to a news article the contents of which speak for itself and therefore requires no response; to the extent a response is required lacks knowledge or information sufficient to admit or deny and therefore denies.

99.    *Specifically, by January 2017, Fox News was aware that Mr. O'Reilly had  entered into at least six settlement claims of sexual harassment, including a January 2017 settlement of a claim involving allegations of "repeated harassment, a nonconsensual sexual  relationship and the sending of gay pornography and other sexually explicit material."  See  https://www.nytimes.com/2017/10/21/business/media/bill-oreilly-sexual-harassment.html.*

**Answer:** This paragraph refers to a news article the contents of which speak for itself and therefore requires no response; to the extent a response is required lacks knowledge or information sufficient to admit or deny and therefore denies.

100.   *One month later, in February 2017, Fox News renewed Mr. O'Reilly's contract  for four years at an unjustifiable amount of $25 million per year.  Incredibly, when confronted  about this by the New York Times, the Company said, "Fox News 'surely would have wanted to renew' Mr. O'Reilly's contract, noting that 'he was the biggest star in cable TV.'"  See https://www.nytimes.com/2017/10/21/business/media/bill-oreilly-sexual-harassment.html.*

**Answer:** This paragraph refers to a news article the contents of which speak for itself and

therefore requires no response; to the extent a response is required lacks knowledge or

information sufficient to admit or deny and therefore denies.

101.   *This is a direct admission that Fox News is willing to retain individuals who are  known to repeatedly engage in unlawful acts of sexual misconduct, so long as they are profitable.  Indeed, Mr. O'Reilly was only terminated by Fox News months later when advertisers started  dropping his show, "The O'Reilly Factor," and the Murdoch family learned that federal  prosecutors were on the verge of learning about his bombshell January 2017 settlement.  See https://www.nytimes.com/2017/10/21/business/media/bill-oreilly-sexual-harassment.html; https://www.forbes.com/sites/maddieberg/2017/04/04/here-are-all-the-advertisers-who-have-dropped-bill-oreilly/?sh=24d69c377987.*

**Answer:** This paragraph refers to a news article the contents of which speak for itself and

therefore requires no response; to the extent a response is required lacks knowledge or

information sufficient to admit or deny and therefore denies.

102.   *In a desperate attempt to try to salvage what remained of Fox News' documented  history and reputation of animus toward women in the workplace, Fox News made the strategic decision to promote a female, Suzanne Scott, to be its current Chief Executive Officer, notwithstanding the fact that a litany of individuals allege that she, too, covered up claims of sexual harassment, including those perpetrated by Mr. Ailes.  See, e.g.,https://www.theguardian.com/media/2018/may/17/suzanne-scott-who-is-she-fox-news-ceo-female-miniskirt-rule.  Moreover, as put by a former Fox News Senior Producer, "Suzanne was Bill [S]hine's partner in crime."*

**Answer:** This paragraph refers to a news article the contents of which speak for itself and

therefore requires no response; to the extent a response is required lacks knowledge or

information sufficient to admit or deny and therefore denies.

103.   *In recent weeks alone, multiple additional Fox News on-air personalities (both  former and one current) have been accused of sexual assault and sexual harassment.  However, staying true to its long and well-documented history of apathy toward such accusations, Fox News continues to reward and employ Judge Andrew Napolitano, as well as on-air personality George Murdoch, known to Fox News viewers as "Tyrus," even after serious sexual assault*

*allegations (Judge Napolitano) and sexual harassment allegations (Tyrus) were brought against them. See, e.g., https://www.cnn.com/2020/10/01/media/kimberly-guilfoyle-fox-allegations/index.html; https://www.businessinsider.com/fox-news-analyst-andrew-napolitano-accused-of-sexual-assault-2020-9; https://www.latimes.com/entertainment-arts/business/story/2019-12-10/britt-mchenry-sues-fox-news-tyrus-sexual-harassment-claim-former-un-pc-co-host.*

**Answer:** This paragraph refers to a news article the contents of which speak for itself and

therefore requires no response; to the extent a response is required lacks knowledge or

information sufficient to admit or deny and therefore denies.

*104.   Fox News' institutional apathy and unwillingness to stamp out sexual harassment  and abuse in the workplace is borne out of its view that profits are more important than the  physical and mental wellbeing of its female employees.  The "Fox News Fear Factory,"  originally instituted by Mr. Ailes, unfortunately continues to silence victims while promoting a   culture of fear that enables women to be sexually harassed and assaulted by some of the  Company's highest earning stars.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*105.   In other words, so long as the abusers and perpetrators continue to "line the  pockets" of Fox News by helping its bottom line and boosting its ad revenue, Fox News looks  the other way.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*106.   Despite Fox News accruing a seemingly never-ending plethora of sexual abuse, harassment and assault allegations depicting a misogynist workplace and advertiser boycotts, from Fox News' toxically skewed vantage point, "Business has never been better!"*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*107.   By way of just one example, on an earnings call in early August of 2020, Lachlan Murdoch, the Executive Chairman of Fox News' parent company, praised Fox News' "ratings surge" and "strong advertising revenue," led by anchors Tucker Carlson and Sean Hannity.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*108.   Adding to Fox News' bottom line, according to data released by Nielsen and  reporting from The New York Times, "[i]n June and July of 2020, Fox News was the highest-  rated television channel in the prime-time hours of 8 to 11 p.m.  Not just on cable.  Not just  among news networks.  All of television.  The average live Fox News viewership in those hours outstripped cable rivals like CNN, MSNBC and ESPN, as well as the broadcast networks ABC, CBS and NBC, according to Nielsen."  See, https://www.nytimes.com/2020/08/09/business/media/fox-news-ratings.html.*

**Answer:** This paragraph refers to a news article the contents of which speak for itself and therefore requires no response; to the extent a response is required lacks knowledge or information sufficient to admit or deny and therefore denies.

*109.   Additionally, according to data from Kagan, the media research group within  S&P Global Market Intelligence, Kagan's forecast predicts that "Fox News [] will make $1.32 billion in advertising [in 2020] alone."  See, https://www.mediaite.com/tv/election-boom-heres-how-much-ad-money-cnn-fox-news-and-msnbc-are-expected-to-make-in-2020/*

**Answer:** This paragraph refers to a news article the contents of which speak for itself and therefore requires no response; to the extent a response is required lacks knowledge or information sufficient to admit or deny and therefore denies.

### VII.   FOX NEWS' FAILURE TO ACT PROVIDED MR. HENRY WITH THE  OPPORTUNITY TO RAPE MS. ECKHART

*110.   At approximately the exact same time Fox News was renewing Mr. O'Reilly's  contract, the Company was fielding complaints from women about sexual misconduct  perpetrated by Mr. Henry.*

**Answer:** Denies that Mr. Henry engaged in sexual misconduct and otherwise lacks knowledge or information sufficient to admit or deny and therefore denies.

*111.   Indeed, starting in mid-2016, Fox News (through the law firm Paul, Weiss,  Rifkind, Wharton & Garrison LLP ("Paul Weiss")) conducted a series of Company-wide investigations into issues of sexual harassment.  During the investigations, multiple women came  forward to complain that Mr. Henry had engaged in sexually inappropriate conduct towards  them.  According to reports, this was known to Fox News' Executive Vice President of Human  Resources, Kevin Lord, as well as Fox News President and Executive Editor, Jay Wallace, and  Fox Business Network President, Lauren Petterson. Upon information and belief, these women  came forward to complain **before** Ms. Eckhart was raped by Mr. Henry.*

**Answer:** Denies that Mr. Henry raped Ms. Eckhart and otherwise lack knowledge or information sufficient to admit or deny and therefore denies.

*112.   Adding fuel to the fire, these legitimate concerns were raised **after** Mr. Henry was  exposed and later suspended for four months by Fox News in 2016 after having a 10-month long  affair with a Las Vegas stripper.*

**Answer:** Denies that "legitimate concerns were raised;" otherwise lacks knowledge or

information sufficient to admit or deny and therefore denies.

113.   *According to reporting from NPR:*

> *In 2017, a written complaint was filed to senior Fox [News] executives warning against giving [Mr.] Henry greater profile on the air, including as a substitute host and anchor, according to a former colleague with knowledge of those events.*
>
> *The complaint said the prospect of [Mr.] Henry's greater prominence on Fox [News] was crushing for female colleagues after the network had promised sweeping changes following Ailes' ouster. Among those with whom the complaint was shared: Jay Wallace, [Fox News'] chief news executive, and Kevin Lord, the chief human relations executive who was brought in with the mandate to help transform the culture.*

*See*     *https://www.npr.org/2020/07/01/885956385/fox-news-host-newly-fired-for-sexual-misconduct-had-inspired-earlier-warning.  Upon information and belief, this written complaint was sent to Fox News prior to Mr. Henry raping Ms. Eckhart.*

**Answer:**  Denies that Mr. Henry raped Ms. Eckhart; otherwise this paragraph refers to a news

article the contents of which speak for itself and therefore requires no response; to the extent a

response is required lacks knowledge or information sufficient to admit or deny and therefore

denies.

114.  *The Daily Beast has also reported on the fact that knowledge of Mr. Henry's sexual misconduct was a widespread "open secret" at Fox News:*

> *Several current Fox News employees agree that [Mr.] Henry's reputation was well-known at Fox [News] [headquarters] long before the network gave him the boot.  One staffer, who requested anonymity out of fear of retaliation from her Fox [News] bosses, recalled how she was repeatedly warned about [Mr.] Henry's behavior before she engaged in a sexual relationship with him beginning in November 2016 and ending March 2020.*

*https://www.thedailybeast.com/ed-henrys-accusers-say-his-behavior-was-an-open-secret-at-fox-news.*

**Answer:** This paragraph refers to a news article the contents of which speak for itself and therefore requires no response; to the extent a response is required lacks knowledge or information sufficient to admit or deny and therefore denies.

*115.   The same staffer further stated: "I think Fox News was aware of his behavior.  His reputation was mixed.  While some saw [Mr. Henry] as friendly and jovial, others believed he could be unpleasant and harsh-natured in the workplace.  It was well-known he flirted with younger women in the office.  I heard people say, in general, to be careful with him because of his flirtatious nature." https://www.thedailybeast.com/ed-henrys-accusers-say-his-behavior-was-an-open-secret-at-fox-news.*

**Answer:** This paragraph refers to a news article the contents of which speak for itself and therefore requires no response; to the extent a response is required lacks knowledge or information sufficient to admit or deny and therefore denies.

*116.   A different former staffer, who was herself allegedly sexually assaulted by yet  another on-air talent at Fox News, stated that: "Fox [News] may be a big company, but things get  around. Employees talk.  I was sure to ask around among my female coworkers.  Heck, I even  heard it from some males who were aware about names I should stay away from or watch out  for. [Mr.] Henry consistently came up."  https://www.thedailybeast.com/ed-henrys-accusers-say-his-behavior-was-an-open-secret-at-fox-news.*

**Answer:** This paragraph refers to a news article the contents of which speak for itself and therefore requires no response; to the extent a response is required lacks knowledge or information sufficient to admit or deny and therefore denies.

*117.   Moreover, when news broke about Mr. Henry's extramarital affair with the Las  Vegas stripper in 2016 – prior to the rape – Ms. Claman told Ms. Eckhart, verbatim, "Oh [Ms. Eckhart], everyone at Fox News knows that [Mr.] Henry is a sex addict.  That's no secret." Jane  Doe 4, a former Fox News Senior Producer, also told Ms. Eckhart that she "[couldn't] see how  [Fox News] couldn't" have known about Mr. Henry, and that "I feel like I knew about this even  before I went to Fox.  If not then, early on there."*

**Answer:** Denies that Mr. Henry raped Ms. Eckhart; otherwise lacks knowledge or information sufficient to admit or deny and therefore denies.

*118.   Thus, Fox News was at all relevant times aware that Mr. Henry was leveraging  his position to coerce and groom young, impressionable women into sexual relationships.*

**Answer:** Denies.

*119.   By its inaction and further promotion of Mr. Henry, Fox News was telling its  female employees, including Ms. Eckhart, that Mr. Henry was "untouchable" and that any  further complaints about him would fall on deaf ears.  In such an environment, Ms. Eckhart felt  stifled in her ability to seek redress from management.*

**Answer:** Denies that there were any complaints about Mr. Henry; otherwise lacks knowledge

or information sufficient to admit or deny and therefore denies.

*120.   And yet, as it had done with Mr. O'Reilly, Fox News failed to take any  meaningful disciplinary action or terminate Mr. Henry.  Indeed, Fox News decided to look the  other way and retain Mr. Henry even as complaints against him piled up, knowing that he  engaged in serial sexual misconduct, because he was good for business – i.e., his presence at the  network resulted in revenues for Fox News.  Indeed, it has been reported that Mr. Henry was a  "favorite of network management," including Ms. Scott.*

**Answer:** Denies that complaints against Mr. Henry piled up or that Mr. Henry engaged in

serial sexual misconduct; otherwise, lacks knowledge or information sufficient to admit or

deny and therefore denies.

*121.   It was, upon information and belief, only matter of weeks or months after Fox  News chose to ignore the complaints referred to supra at ¶¶ 110-111, 113, that Mr. Henry  violently raped Ms. Eckhart.*

**Answer:** Denies that Mr. Henry raped Ms. Eckhart; otherwise lacks knowledge or information

sufficient to admit or deny Fox News's receipt of complaints and therefore deny that as well.

*122.   While Ms. Eckhart's life would never be the same from that point forward, Fox  News continued to reward Mr. Henry.*

**Answer:** Denies.

*123.   Indeed, according to reporting by NPR,*

> *After the scandal in 2016, [Mr.] Henry revived his career. He became the substitute host of Fox & Friends Weekend and a chief national correspondent. In December [2019], he became the co-host of the morning show America's Newsroom. That revival was conditioned on [Mr.] Henry's completion of a sexual addiction rehabilitation program according to several former colleagues. His career resurgence became a source of*

> *consternation for some co-workers. Several former colleagues tell NPR that over the years, [Mr.] Henry proved aggressively flirtatious with younger, female Fox staffers. He sometimes sent graphic notes and even graphic images to them, according to these colleagues.*

*https://www.npr.org/2020/07/01/885956385/fox-news-host-newly-fired-for-sexual-misconduct-had-inspired-earlier-warning.*

**Answer:** This paragraph refers to a news article the contents of which speak for itself and therefore requires no response; to the extent a response is required lacks knowledge or information sufficient to admit or deny what was told to NPR and therefore denies that as well.

*124.  Moreover, HarperCollins, an affiliate of Fox News, subsequently gave Mr. Henry a lucrative book deal which resulted in him becoming a New York Times Best-Selling author.*

**Answer:** Admits that Mr. Henry had a book deal with HarperCollins and that he became a New York Times Best-Selling author; otherwise lacks knowledge or information sufficient to admit or deny and therefore denies.

*125.  Fox News later rewarded Mr. Henry with a new streaming show on Fox Nation called, "Ed Henry's Front Row Seat," and HarperCollins gave Mr. Henry yet another book deal.*

**Answer:** Admits that Mr. Henry appeared on a show on Fox Nation called "Ed Henry's Front Row Seat" and that he received another book deal from HarperCollins; otherwise denies.

*126.  In December 2019, despite the fact that Fox News was well aware of Mr. Henry's inappropriate sexual misconduct, it was announced that Mr. Henry was promoted to the position of co-anchor of the "America's Newsroom" program, in which he would anchor three hours of national television programming Monday through Friday.*

**Answer:** Denies, except to admit that Mr. Henry was once a co-host of "America's Newsroom" and that he anchored three hours of national television programming Monday to Friday.

*127.  Upon hearing the news and receiving an email from Fox News executives praising Mr. Henry and announcing his promotion, Ms. Eckhart burst into tears and ran to the nearest bathroom at Fox News to throw up after seeing that her abuser was rewarded such a highly coveted anchor position at the network.*

**Answer:** Denies that Mr. Henry abused Ms. Eckhart; lacks knowledge or information

sufficient to admit or deny whether Ms. Eckhart received an email from Fox News praising

Mr. Henry and announcing his promotion and therefore denies.

*128.  Fellow colleagues of Ms. Eckhart's at Fox News even gossiped around the entire  network, stunned that the network's executives would make such a reckless decision to promote  Mr. Henry, a known sexual predator, to anchor of "America's Newsroom."  One such colleague  who was "stunned" by Fox News Channel's inept decision to promote such a sexual deviant was  Fox Business Senior Correspondent Charlie Gasparino.  Mr. Gasparino, during a conversation with Ms. Eckhart and their colleague Milanee Kapadia, stated that Mr. Henry never should have  been promoted to such a position.*

 **Answer:** Denies that Mr. Henry was a known sexual predator; otherwise lacks knowledge or

information sufficient to admit or deny the nature of any uninformed "gossip" at Fox News

and therefore denies.

*129.  It was approximately around this time that Mr. Henry continued to further abuse  his position of power at Fox News to sexually harass Cathy Areu, as described infra.*

**Answer:** Denies.

*130.  When this lawsuit was initially filed, Fox News issued a public statement  claiming that no one had complained to Fox News about Mr. Henry and his sexual misconduct  until Ms. Eckhart put the Company on notice of her claims.  This is simply not true.*

**Answer:** This paragraph refers to a public statement the contents of which speak for itself and

therefore requires no response; to the extent a response is required lacks knowledge or

information sufficient to admit or deny and therefore denies.

*131.  In reality, Fox News knew that Mr. Henry had engaged in a pattern and practice  of sexual misconduct – some former and current female staffers even referred to his sexual harassment as an "open secret" at the Company.  Fox News was also aware of Mr. Henry allegedly seeking treatment for sex addiction, but made the conscious decision not to take appropriate measures to protect its female employees from him.*

**Answer:** Denies that Mr. Henry engaged in a pattern and practice of sexual misconduct or that

he received treatment for "sex addiction;" otherwise lacks knowledge or information sufficient

to admit or deny the nature of any comments made by uninformed female staffers and

therefore denies.

*132.   Fox News' actions only further emboldened Mr. Henry, allowing him to obtain increasingly greater power and prominence to engage in further sexual misconduct toward vulnerable female employees.*

**Answer:** Denies.

*133.   Fox News was at all times aware that if it took action in response to the complaints about Mr. Henry, it would potentially be costing itself millions of dollars.  The Company further knew that, so long as it employed Mr. Henry, he would continue to prey on innocent young women. Fox News therefore effectively entered into a devil's bargain – so long as Mr. Henry was continuing to generate revenue for the Company, it was willing to look the other way and even provide him access to additional victims.*

**Answer:** Denies that Mr. Henry preyed on innocent young women or that he victimized

anyone; otherwise lacks knowledge or information sufficient to admit or deny and therefore

denies.

## VIII.  MR. HENRY'S LONG HISTORY OF SEXUAL MISCONDUCT AND MISOGYNY

### A.   Brooke Hammerling

*134.   Ms. Hammerling works in media relations and met Mr. Henry when he was employed with CNN.*

**Answer:** Lacks knowledge or information sufficient to admit or deny in what field Ms.

Hammerling works and therefore denies.  Admits that Mr. Henry met Ms. Hammerling while

Mr. Henry was employed by CNN.

*135.   According to Ms. Hammerling, when she met Mr. Henry, "he definitely made the moves on me and I said no which was fine; I felt like swatting him away like a fly.  He was not someone that would directly impact my job so I didn't really care.  But was stunned by the openness and the swiftness of the sexual nature of his messages to me.  Even when I tried to just brush them off and think he was just a horny little dude… and tr[ied] to keep it professional and email or text I can't recall… he would always come back with something sexual and perverted."*

**Answer:** Denies that Mr. Henry "made the moves" on Ms. Hammerling when he met her;

otherwise lacks knowledge or information sufficient to admit or deny what Ms. Hammerling

allegedly said and therefore denies.

*136.   Ms. Hammerling started a media relations company where she was introduced to  Mr. Henry.*
**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*137.   As he has done with several other female victims, Mr. Henry made sexual advances toward Ms. Hammerling almost immediately upon meeting her.*

**Answer:** Denies.

*138.   When Ms. Hammerling mentioned Mr. Henry's lascivious behavior to other  women in the communications industry, they would knowingly roll their eyes and confirm that   he was known to be a "horn dog."*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*139.   On August 31, 2020, Ms. Hammerling tweeted the following message: "No  chance @foxnews didn't know about Ed Henry.  He was a menace to many of us on the comm[unication]s side when he was at @cnn and everyone talked about it.  Literally so so so gross."*



**Answer:** This paragraph refers to a public statement on Twitter the contents of which speak for itself and therefore requires no response; to the extent a response is required lacks knowledge or information sufficient to admit or deny and therefore denies.

### B.    Roxie Marroquin

*140.   Ms. Marroquin was dating a Fox News Whitehouse correspondent and colleague of Mr. Henry's in 2015 when Mr. Henry reached out to her through a private Twitter DM.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*141.   Ms. Marroquin, who was at the time only 25 years old and seeking a mentor in the media industry, asked Mr. Henry to "meet up…just as friends of course," and suggested that "maybe [he] c[ould] teach [her] a few things about the industry."*

**Answer:** Denies, except lacks knowledge or information sufficient to admit or deny Ms. Marroquin's age and intentions and therefore denies; and to the extent that the paragraph refers to text messages, the contents speak for themselves and therefore require no response and to the extent a response is required, denies.

*142.   Mr. Henry, seizing yet another opportunity to take advantage of a young woman, began texting Ms. Marroquin sexual messages, including stating that she had a "tight body" and "must have given [her ex-boyfriend] amazing sex." The then-Fox News Chief White House Correspondent invited her to meet him at The Wynn hotel in Las Vegas, Nevada where he was staying at the time.*

**Answer:** Denies, except to admit that Mr. Henry met Ms. Marroquin at The Wynn hotel; and to the extent that the paragraph refers to text messages, the contents speak for themselves and therefore require no response and to the extent a response is required, denies.

*143.   When Ms. Marroquin arrived at the Wynn hotel – after telling Mr. Henry that she only wanted to be friends – Mr. Henry asked her to go back to his hotel room, purportedly because he did not want people to recognize him in public.*

**Answer:** Denies.

144.   *When the two arrived at his hotel room, Mr. Henry drew up a bubble bath and directed Ms. Marroquin to join him in it. According to Ms. Marroquin, "I was honestly kind of afraid and frozen. I wasn't sure what to do in the moment. I felt trapped, in a way, like, 'oh man,*

*did I give this person the wrong impression? What happens if I don't do this?' It was a lot of emotions. So, I ended up getting in the bathtub. Fully nude. How this happens to a 25-year-old, I can't explain, besides fear of rejecting him."*

**Answer:** Denies that Mr. Henry directed Ms. Marroquin to do anything; otherwise lacks

knowledge or information sufficient to admit or deny what Ms. Marroquin allegedly said and

therefore denies.

*145. After she got into the bathtub, Mr. Henry began touching her breasts and vagina and asked her to touch him. Ms. Marroquin submitted to the pressure of Mr. Henry's advances.*

**Answer:** Denies, except to admit that Ms. Marroquin got into the bathtub.

*146. Soon thereafter, Mr. Henry began to panic out of fear that Ms. Marroquin would expose their sexual encounter. He began sending her harassing messages demanding that she meet with him and threatening her. In one message, Mr. Henry wrote: "If you are talking [to a magazine] I am pushing back super hard and pointing out [her ex-boyfriend] so that I tell the truth. Tell me you are not talking or I am going to [the] magazine to push back hard."*

**Answer:** Denies that Mr. Henry panicked or that he sent Ms. Marroquin harassing messages;

otherwise admits that Ms. Marroquin threatened to speak to a magazine about him unless Mr.

Henry paid her and that Mr. Henry pushed back by reporting her conduct to the FBI; otherwise

lacks knowledge or information sufficient to admit or deny and therefore denies.

*147. Mr. Henry subsequently arranged to meet with Ms. Marroquin at a restaurant in Washington, D.C. However, when Ms. Marroquin arrived at the restaurant with her son, she was, instead, confronted by a private investigator who told her to "keep her mouth closed" and that he knew where she lived. He also threatened that Mr. Henry would sue her.*

**Answer:** Admits that at some point Mr. Henry arranged to meet with Ms. Marroquin at a

restaurant in Washington, D.C. and instead a private investigator met with Ms. Marroquin,

who, on information and belief, told Ms. Marroquin that she was engaged in extortion;

otherwise lacks knowledge or information sufficient to admit or deny and therefore denies.

*148. In Ms. Marroquin's words: "I have nothing to hide…Ed Henry is a sexual predator. I do know that he preys on girls who are very young and very impressionable."*

**Answer:** Denies that he is a sexual predator or that he preys on girls who are very young and very impressionable; otherwise lacks knowledge or information sufficient to admit or deny what Ms. Marroquin allegedly said and therefore denies.

## C.   Jane Doe 1

*149.   Jane Doe 1 currently works as an Associate Producer for Fox News in Washington, D.C. where she first met Mr. Henry.*

**Answer:** The paragraph does not identify Jane Doe 1 and, therefore, Mr. Henry can neither admit or deny the allegations and therefore denies.

*150.   Shortly after Mr. Henry met Ms. Doe 1, he inappropriately sent her a picture of his penis.*

**Answer:** The paragraph does not identify Jane Doe 1 and, therefore, Mr. Henry can neither admit or deny the allegations and therefore denies.

*151.   Jane Doe 1 later learned that he had sent a similar "dick pic" to another junior female employee at Fox News ("Jane Doe 2").*

**Answer:** The paragraph does not identify Jane Doe 1 and, therefore, Mr. Henry can neither admit or deny the allegations and therefore denies.

*152.   Despite being warned about Mr. Henry's lascivious behavior, Ms. Doe 1 entered into a relationship with Mr. Henry, seduced by his senior position and high profile, all enabled by Fox News.*

**Answer:** The paragraph does not identify Jane Doe 1 and, therefore, Mr. Henry can neither admit or deny the allegations and therefore denies, and specifically denies that he engages in lascivious behavior.

*153.   Ms. Doe 1 has described her relationship with Mr. Henry as emotionally abusive. She further stated that she was "taken advantage of because I was much younger than him. There was a power imbalance."*

**Answer:** The paragraph does not identify Jane Doe 1 and, therefore, Mr. Henry can neither

admit or deny the allegations and therefore denies, and specifically denies that he is

emotionally abusive.

154.   *Throughout their relationship, Mr. Henry would engage in textbook patterns of  abuse. He would lavish Ms. Doe 1, a current Fox News staffer, with expensive gifts and profess  his love for her while at the same time saying "fuck you" to her anytime she disagreed with him  or objected to his abusive behavior.  Ms. Doe 1 also told Ms. Eckhart in a text message that Mr. Henry often referred to her as a "whore."  Ms. Doe 1 also informed Ms. Eckhart that when she got promoted to Associate Producer at Fox News, Mr. Henry laughed in her face, and told her that she would "never amount to success."*

**Answer:** The paragraph does not identify Jane Doe 1 and, therefore, Mr. Henry can neither

admit or deny the allegations and therefore denies, except lacks knowledge or information

sufficient to admit or deny what Jane Doe 1, a pseudonymous individual, supposedly told Ms.

Eckhart and therefore denies that as well

155.   *It wasn't until later that Ms. Doe 1 found out that Mr. Henry was professing his  "love" to her during the same time period in which he violently raped Ms. Eckhart in a hotel  room paid for by Fox News.*

**Answer:** Denies that he raped Ms. Eckhart; otherwise the paragraph does not identify Jane

Doe 1 and, therefore, Mr. Henry can neither admit or deny the allegations and therefore denies.

156.   *Ms. Doe 1 told Ms. Eckhart in a text message that, during a sexual encounter, Mr.  Henry "slapped her face so hard that she cried right away."  Ms. Doe 1 also told Ms. Eckhart in a  text that Mr. Henry's abusive behavior caused her to have severe depression.*

**Answer:** The paragraph does not identify Jane Doe 1 and, therefore, Mr. Henry can neither

admit or deny the allegations and therefore denies, except lacks knowledge or information

sufficient to admit or deny what Jane Doe 1, a pseudonymous individual, supposedly told Ms.

Eckhart and therefore denies that as well.

157.   *Additionally, Ms. Doe 1 informed Ms. Eckhart that Mr. Henry was "extra  predator-like" and "used many of his sex toys on her," and even coerced her into having inappropriate sex with him on top of his New York City office desk at Fox News on June 9, 2019.*

**Answer:** The paragraph does not identify Jane Doe 1 and, therefore, Mr. Henry can neither admit or deny the allegations and therefore denies, except lacks knowledge or information sufficient to admit or deny what Jane Doe 1, a pseudonymous individual, supposedly told Ms. Eckhart and therefore denies that as well.

*158.   Similarly, in late 2019/early 2020, Ms. Doe 1 confronted Mr. Henry about the inappropriate messages he was exchanging with Ms. Cathy Areu (described infra).  Mr. Henry sought to evade responsibility by claiming it was "innocent flirting."*

**Answer:** The paragraph does not identify Jane Doe 1 and, therefore, Mr. Henry can neither admit or deny the allegations and therefore denies, except lacks knowledge or information sufficient to admit or deny what Jane Doe 1, a pseudonymous individual, supposedly told Ms. Eckhart and therefore denies that as well.

*159.   Yet another female friend ("Jane Doe 3") informed Ms. Doe 1 that, when she first  started her career in the journalism industry, Mr. Henry asked her to come to his hotel room  when he was visiting Los Angeles, California.  This woman took another female friend with her  to his hotel room so that she would not have to go alone.  Once there, Mr. Henry plied the two  young women with alcohol, tried to seduce them and attempted to kiss Ms. Doe 3, who rejected  his advances.  When Ms. Doe 1 confronted Mr. Henry about this, he brushed her complaints  aside, claiming that his behavior was "innocent."*

**Answer:** The paragraph does not identify Jane Doe 1 or 3 and, therefore, Mr. Henry can neither admit or deny the allegations and therefore denies, except lacks knowledge or information sufficient to admit or deny what Jane Doe 1 and 3, pseudonymous individuals, supposedly said to each other or supposedly told Ms. Eckhart and therefore denies that as well.

*160.   After this action was filed, Ms. Doe 1 tweeted her support for Ms. Eckhart.  In a  blatant and desperate attempt to bully and intimidate Ms. Doe 1, an executive with Fox News'  Human Resources immediately called her and demanded to know why she was publicly  supporting Ms. Eckhart, a former colleague and victim of sexual assault.*

**Answer:** The paragraph does not identify Jane Doe 1 and, therefore, Mr. Henry can neither admit or deny the allegations and therefore denies, except lacks knowledge or information

sufficient to admit or deny what Fox News Human Resources Jane Doe 1 and specifically

denies that Ms. Eckhart is a victim of sexual assault.

*161.   Ms. Doe 1 informed Ms. Eckhart in a text message that she and numerous other  women remain scared to come forward to Fox News' Human Resources Department due to fear  of retaliation "because of how they fired Ms. Eckhart."*

**Answer:** The paragraph does not identify Jane Doe 1 and, therefore, Mr. Henry can neither

admit or deny the allegations and therefore denies, except lacks knowledge or information

sufficient to admit or deny what Jane Doe 1, a pseudonymous individual, supposedly told Ms.

Eckhart and therefore denies that as well.

### D.   Jane Doe 4

*162.   Ms. Doe 4 is a former Senior Producer at Fox News.*

**Answer:** The paragraph does not identify Jane Doe 4 and, therefore, Mr. Henry can neither

admit or deny the allegations and therefore denies.

*163.   Before Ms. Doe 4 joined Fox News, she worked as a news producer at a local station.*

**Answer:** The paragraph does not identify Jane Doe 4 and, therefore, Mr. Henry can neither

admit or deny the allegations and therefore denies.

*164.   According to Ms. Doe 4: "[Mr. Henry] actually DMed me when I was a LOCAL  news producer in [ ] and 23 years old – I was taken aback but engaged a bit – but when it was  clear what he was after I stopped.  But then we ended up working together I had to tell him I was  going to FOX.  No real issues once I was there **but I think it's clear this is his MO.**  My main  takeaway from it was just how reckless he was."*

**Answer:** The paragraph does not identify Jane Doe 4 and, therefore, Mr. Henry can neither

admit or deny the allegations and therefore denies, except lacks knowledge or information

sufficient to admit or deny what Jane Doe 4, a pseudonymous individual, supposedly said

about him therefore denies.

E.   **Cathy Areu**

*165.   In or around 2017, Ms. Areu became a regular "analyst" on Fox News. She could be seen on the network approximately five or more times per week, including appearances on the most highly rated programs on Fox News, including "Tucker Carlson Tonight," "Media Buzz with Howard Kurtz," "Hannity," "The Ingraham Angle," "Outnumbered," "Fox and Friends," "Fox and Friends First," "Watters' World," "The Story with Martha MacCallum," "Fox News @ Night" with Shannon Bream, Neil Cavuto's "Cavuto Live," "Your World" and "Coast to Coast."*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*166.   In 2018, Ms. Areu became particularly well known for her segments on "Tucker Carlson Tonight," where she was given one of four regular segments on the show, appearing on a regular basis as "The Liberal Sherpa."*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*167.   In 2018, "Tucker Carlson Tonight" was the second highest-rated show on Fox News (after "Hannity") and Ms. Areu appeared at least 22 times.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*168.   Indeed, Ms. Areu's "Liberal Sherpa" segments garnered tens of millions of views and continue to be accessible on Fox News' website. They were also for a time, and may still be, the most viewed segments on Fox News.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*169.   As a result of the success of Ms. Areu's appearances, the "Tucker Carlson Tonight" show created individualized graphics and an audio package for Ms. Areu's "Liberal Sherpa" appearances.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*170.   In April 2018, Ron Mitchell, the Vice President of Primetime Programming at Fox News, told Ms. Areu that "The Liberal Sherpa" segment was "the best re-occurring segment in many years" and said: "You now have what so many on-air personalities take many years to develop – your own catchphrase!" In June 2018, Mr. Mitchell emailed Ms. Areu with the subject heading: "You are getting your own special!" and in the body of the email wrote: "On Tucker's show on July 4 – nothing but the Liberal Sherpa."*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*171.   As a result, in 2018, Ms. Areu began having serious conversations with a myriad of employees at Fox News, regarding being brought on-board as a paid contributor, including Mr. Mitchell. In July 2018, after a Liberal Sherpa segment on "theybies" went viral, Mr.*

*Mitchell emailed the following to Ms. Areu: "They think it will hit 20 million by the end of the week!"  He then stated: "And I just remembered that I owed you [an] answer on meetings with executives. ... I know that you are already on the list."*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*172. During that time, Ms. Areu also began working with her agent at William Morris  and was nearing the "financials" stage of a contract with Fox News.  According to Ms. Areu's  agent, Fox News was in final discussions to bring her on board as an official paid contributor.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*173. After Mr. Henry hosted a primetime show, "The Story with Martha MacCallum"  in New York City in May 2019, Mr. Henry spoke to Ms. Areu about his recent surgery.  The two  took a picture together with Ms. Areu's phone, which she then shared with Mr. Henry.  As a  result, Mr. Henry had succeeded in obtaining Ms. Areu's cell phone number.  Almost  immediately after receiving her cell number, Mr. Henry began sending Ms. Areu a slew of wildly inappropriate sexual images, messages and videos through the first half of 2020, including many texts in which he implied that Ms. Areu should have sex with him and that he would assist Ms. Areu's career if she did so.*

**Answer:** Denies, except to admit that he spoke to Ms. Areu after a show and that she sent him

a picture that was taken of the two of them.

*174. Ms. Areu did her best to change the subject by discussing current events and other  news-related topics, while also attempting to ensure that he was not angry that she refused to  "play along" with his sexually inappropriate text messages.*

**Answer:** Denies.

 *175. However, as the text messages continued, so did Mr. Henry's wildly grotesque  and inappropriate texts to Ms. Areu.  Examples include, among others:*

> * *A "close-up" photograph of a woman's vagina being  "clamped" closed by clothespins;*
>
> * *A photograph of an individual wearing a mask that has a  large penis in lieu of a nose and Mr. Henry's message: "Did  you miss me?";*
>
> * *A photograph of a vibrator faux smoking a cigarette;*
>
> * *A photograph with a woman with her mouth open  and tongue extended, with a man's hands pulling her towards  his  midsection, captioned "In case you*

wondering ... the male g-spot is located at the back of a woman's throat;"

• A photograph of a woman's rear end and vagina modified to include the features of a bunny rabbit (this was sent on Easter);

• A woman wearing nothing but three masks, in which her entire body is exposed other than her breasts and vagina;

• A photograph of a rubber glove where each finger appears to be a dildo and/or ribbed like a condom;

• A video of a woman running across the room and jumping towards a camera – her skirt lifts up and the video ends with a closeup of her vagina; and

• A video entitled "Fastest Interview ... candidate selected in 3 seconds." In the video, a female purportedly interviewing for a position exposes her vagina, after which the male interviewer indicates that she got the job.

**Answer:** Denies that the texts were wildly grotesque and inappropriate; otherwise, the

paragraph refers to text messages, the contents of which speak for themselves and therefore

require no response and to the extent a response is required, denies.

*176. As noted, the "fastest interview" video shows a purported interviewee flashing her vagina to the interviewer, who immediately offers her the job.*

**Answer:** Denies the characterization of the messages from Mr. Henry; otherwise, the

paragraph refers to text messages, the contents of which speak for themselves and therefore

require no response and to the extent a response is required, denies.

*177. Immediately after Mr. Henry sent Ms. Areu this video, he texted her, "Are you avail for anchor interview."*

**Answer:** Denies the characterization of the messages from Mr. Henry; otherwise, the

paragraph refers to text messages, the contents of which speak for themselves and therefore

require no response and to the extent a response is required, denies.

42

*178.   Mr. Henry knew that Ms. Areu was looking for full-time work at Fox News, and was telling her, in no uncertain terms, that he would assist her career if she had sex with him.*

**Answer:** Denies.

*179.   On May 21, 2020, Mr. Henry asked Ms. Areu to speak over the phone.  Ms. Areu was direct with Mr. Henry and asked whether he thought that Fox News might be hiring.  Mr. Henry then made it clear what he expected from Ms. Areu if she wanted his assistance. Specifically, he started berating her for being "boring" and "not who [he] thought [she] w[as]."  After Ms. Areu did not assuage Mr. Henry's concerns by indicating that she was not "boring" (i.e., that she would be willing to engage in sexual acts with him), Mr. Henry ended the  call.*

**Answer:** Denies.

*180.   Over the following two weeks, Ms. Areu, attempting to salvage the relationship  (in order to salvage her career), pitched various story ideas.  When Mr. Henry failed to even respond, she wrote to him, "Wait, you haven't written to me since we spoke.  I sucked that bad?"  Mr. Henry – making it clear that he was unhappy that Ms. Areu had decided not to sleep  with him in exchange for his assistance with her career – wrote, "Nah you decided to be a jerk which made me sad."  Of course, Mr. Henry was simply fishing for Ms. Areu to change her mind  and sleep with him.  When she failed to do so, he simply wrote, "All good.  Hope Florida is  fabulous."*

**Answer:** Denies that he offered to assist Ms. Areu's career or suggested she had to sleep with

him; otherwise the paragraph refers to text messages, the contents of which speak for

themselves and therefore require no response and to the extent a response is required, denies.

*181.   In her separate federal action, Ms. Areu also alleges that she was sexually  harassed by other on-air talent at Fox News and retaliated against when she rebuffed those  advances and engaged in protected activity.  The allegations in Ms. Areu's federal complaint are incorporated herein by reference.*

**Answer:** The allegations of this paragraph describe dismissed allegations in a separate suit to

which no response is required.

## IX.   DEFENDANTS FURTHER RETALIATE AGAINST MS. ECKHART

*182.   On June 25, 2020, Ms. Eckhart, through counsel, put Fox News on notice that she retained legal counsel in connection with legal claims against Mr. Henry and Fox News.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*183.  Ms. Eckhart's legal counsel explained to Fox News that Mr. Henry, approximately twice Ms. Eckhart's age, preyed upon, manipulated and groomed Ms. Eckhart starting at the young age of 24 by exerting his abuse of power over her and her career.*

**Answer:** Lacks knowledge or information sufficient to admit or deny what Ms. Eckhart's legal counsel told Fox News and therefore denies, and specifically denies preying upon, manipulating and grooming Ms. Eckhart or exerting his abuse of power over her and her career.

*184.  Ms. Eckhart's counsel described to Fox News, in graphic and specific detail, how Mr. Henry groomed, psychologically manipulated and coerced Ms. Eckhart into having a sexual relationship with him, and that, when she would not comply voluntarily, he sexually assaulted her on office property, and raped her at a hotel where Fox News frequently lodged its visiting employees.*

**Answer:** Lacks knowledge or information sufficient to admit or deny what Ms. Eckhart's legal counsel told Fox News and therefore denies, and specifically denies psychologically manipulating and coercing Ms. Eckhart, denies sexually assaulting her and denies raping her.

*185.  Ms. Eckhart's counsel also explained to Fox News, in graphic and specific detail, that Ms. Eckhart was violently raped while helpless and restrained in metal handcuffs, as Mr. Henry performed sadistic acts on her without her consent that left her injured, bruised and battered with bloody wrists and a bloody lip.*

**Answer:** Lacks knowledge or information sufficient to admit or deny what Ms. Eckhart's legal counsel told Fox News and therefore denies, and specifically denies raping Ms. Eckhart.

*186.  To be clear, Ms. Eckhart did not consent to any part of this violent, painful rape. The day after this rape, as noted above, Ms. Eckhart told Mr. Henry in writing that he had physically injured her. Ms. Eckhart told him that she had sore wrists (they were actually bleeding), a mark on her buttocks, a broken nail and a bruise on her leg, among other injuries. Ms. Eckhart's counsel shared this information with Fox News.*

**Answer:** Denies raping Ms. Eckhart and denies that Ms. Eckhart failed to give consent, except lacks knowledge or information sufficient to admit or deny what Ms. Eckhart's counsel told Fox News and therefore denies that as well

*187.   Ms. Eckhart's counsel also shared with Fox News the existence of certain text messages that establish Mr. Henry's delusions and prove his violence and the non-consensual nature of their relationship.*

**Answer:** Denies that he is delusional, denies that he is violent and denies that the relationship

with Ms. Eckhart was non-consensual, except lacks knowledge or information sufficient to

admit or deny what Ms. Eckhart's legal counsel told Fox News and therefore denies that as

well.

*188.   On July 1, 2020, Fox News disclosed to the public that it had terminated Mr. Henry based on the findings of an internal investigation, and purported to take credit for acting appropriately.*

**Answer:** Admits, except lacks knowledge or information sufficient to admit or deny what Fox

News purported to take credit for and therefore denies.

*189.   Fox News' press release announcing the termination of Mr. Henry was completely disingenuous, and intentionally downplayed the severity of the situation by characterizing Mr. Henry's actions as merely "sexual misconduct."  Fox News was trying to avoid taking accountability for what actually happened; namely, that one of its most prominent on-air personalities – with a history of multiple sexual harassment complaints – sexually assaulted and raped Ms. Eckhart.*

**Answer:** Denies that he sexually assaulted and raped Ms. Eckhart; otherwise, lacks knowledge

or information sufficient to admit or deny and therefore denies.

*190.   Moreover, Fox News did not even have the courtesy to notify Ms. Eckhart or her legal counsel of the fact that it would be terminating Mr. Henry from his prominent anchor position. Thus, she was left to learn of this decision from the media, Twitter and former work colleagues.  Fox News also sent an internal memo to thousands of Fox News employees, including all of Ms. Eckhart's friends and former colleagues at the Company, about the decision to terminate Mr. Henry without consulting with or notifying Ms. Eckhart.  This conduct on the part of Fox News is abhorrent, and, of course, only served to greatly increase the severe emotional trauma and post-traumatic stress that Ms. Eckhart is experiencing as a result of coming forward so publicly against her abuser and former employer.*

**Answer:** Denies that he is an abuser or that he was ever Ms. Eckhart's employer, otherwise

lacks knowledge or information sufficient to admit or deny and therefore denies.

*191.   In fact, due to Fox News' retaliatory actions and complete mishandling of the situation, Ms. Eckhart has had to seek weekly therapy from a trauma specialist at a Crime Victims Treatment Center in New York City.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*192.   While Fox News attempted to "take credit" for terminating Mr. Henry, their  decision was not only "too little too late," but was done only because Ms. Eckhart, whom the Company had already retaliated against, engaged in protected activity by retaining counsel, reporting that she had been sexually harassed, assaulted and raped by Mr. Henry, and indicated   her intention to commence litigation.*

**Answer:** Denies that he ever sexually harassed, assaulted or raped Ms. Eckhart; otherwise

lacks knowledge or information sufficient to admit or deny and therefore denies.

*193.   However, the retaliation against Ms. Eckhart did not stop there.*

**Answer:** Denies that he ever retaliated against Ms. Eckhart; otherwise lacks knowledge or

information sufficient to admit or deny and therefore denies.

*194.   On August 7, 2020, Fox News served a motion for Fed. R. Civ. P. 11 sanctions ("Rule 11 Motion") upon Ms. Eckhart's counsel.  Although the Rule 11 Motion purported to be  aimed at Ms. Areu and Wigdor LLP, Fox News took the opportunity to retaliate against Ms.  Eckhart by: (i) asserting that Ms. Areu was used as part of a conspiracy to extort Fox News and  obtain a settlement for the benefit of Ms. Eckhart, thereby implying, if not outright stating, that  Ms. Eckhart attempted to extort Fox News; and (ii) including within the motion a completely misleading reference to settlement communications between Fox News and Wigdor LLP in order to paint Ms. Eckhart out to be a greedy extortionist rather than a victim of sexual harassment,  assault and rape.*

**Answer:** Denies that Ms. Eckhart is the victim of sexual harassment, assault or rape;

otherwise, lacks knowledge or information sufficient to admit or deny and therefore denies.

*195.   Fox News knew that the Rule 11 Motion was frivolous and legally untenable, but nonetheless served it upon counsel to intimidate, harass and retaliate against Ms. Eckhart and Ms. Areu, as well as their counsel.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*196.   Then, on September 29, 2020, Fox News filed the Rule 11 Motion, again, to  further harass and retaliate against Ms. Eckhart and Ms. Areu, as well as their counsel.*

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies.

*197.   As if these actions by Fox News did not cause enough emotional distress, harm  and public humiliation, on October 19, 2020, Mr. Henry filed a motion to dismiss Ms. Eckhart's claims to which he annexed various photographs allegedly depicting Ms. Eckhart in a nude or partially nude state.*

**Answer:** Denies, except to admit that on October 19, 2020, he filed a motion to dismiss to

which he annexed photographs of Ms. Eckhart that she had sent to Mr. Henry.

*198.   In short, Mr. Henry often forcefully demanded that Ms. Eckhart send him  photographs of herself for his own sexual gratification.  Ms. Eckhart sometimes obliged, both to  avoid retaliation and in the hopes that he would leave her alone if she sent a photograph.  Due to  Mr. Henry's incessant demands of Ms. Eckhart, she sometimes sent Mr. Henry photographs of other women that she found on the Internet because she was extremely uncomfortable sending such intimate photographs of herself.  Thus, five of the photographs attached to Mr. Henry's widely inappropriate motion are not even of Ms. Eckhart, a fact that Mr. Henry likely knew when he submitted them to intentionally mislead the Court.  It was therefore clear that Mr. Henry  was motivated by the desire to publicly harm and humiliate Ms. Eckhart by falsely claiming that  she sent him certain graphic pictures.*

**Answer:** Denies.

*199.   However, the remaining images were highly sensitive photographs that Ms.  Eckhart had an understandable interest in keeping private.  Moreover, the Court determined that  they "should not have been filed" in connection with Mr. Henry's motion to dismiss.*

**Answer:** As to the first sentence, denies.  As to the second sentence, the allegation describes a

ruling from the Court to which no response is required.

*200.   Mr. Henry and his legal team also included Ms. Eckhart's personal cell phone  number in two other exhibits that were filed publicly with the Court, thereby "doxing" her, a  common tactic employed by sexual harassers online.*

**Answer:** Denies.

*201.   Mr. Henry's conduct in this regard was vile and simply abhorrent, as rape can  never be "justified" or "excused."*

**Answer:** Denies, except to agree that rape can never be justified or excused but denies ever

raping Ms. Eckhart.

*202.   Clinical psychologist Chloe Carmichael provided a quote to The Daily Beast  about Mr. Henry's tactic to release such explicit photos of Ms. Eckhart stating, "It could feel like  a re-enactment of the original trauma for an alleged victim to have compromising photographs wallpapered on the Internet by the accused rapist.  It could make the alleged victim feel like the*

alleged attacker has the power to humiliate her over and over again in a public format.  Having those images plastered all over the Internet by her attacker or agents of the attacker could trigger  a re-living of the experience of losing control over her own body."  See https://www.thedailybeast.com/ex-fox-news-anchor-ed-henry-accused-of-pushing-revenge-porn-in-retaliation-for-sexual-assault-claim.

**Answer:** This paragraph refers to a news article the contents of which speak for itself and

therefore requires no response; to the extent a response is required lack knowledge or

information sufficient to admit or deny and therefore denies.

203.  As "revenge porn" expert Carrie Goldberg, Esq. explained: "The decision to consensually share an image does not impeach a person's credibility about nonconsensual sex.  Being a recipient of a sexy image is not an invitation nor does it entitle a person to commit an assault.  This type of attempted slut-shaming and weaponization of lawsuits makes rape victims think that they – and their allegations – will be seen as less credible because at some point there  existed photos of them wearing underwear.  The legal strategy here is baffling."  See https://www.thedailybeast.com/ex-fox-news-anchor-ed-henry-accused-of-pushing-revenge-porn-in-retaliation-for-sexual-assault-claim.

**Answer:** Lacks knowledge or information sufficient to admit or deny and therefore denies that

Carrie Goldberg is a revenge porn expert; otherwise this paragraph refers to a news article the

contents of which speak for itself and therefore requires no response; to the extent a response is

required lacks knowledge or information sufficient to admit or deny and therefore denies.

204.  TIME'S UP Foundation official Latifa Lyles told The Daily Beast: "Degrading  tactics have been used to intimidate or coerce victims into silence for generations, and we are not going to just let that happen anymore… I imagine Ed Henry's team is aware of one of the most toxic myths about rape: that a victim would never send friendly or flirtatious messages or photos to a perpetrator.  This is a line of defense that perpetrators have used for generations – that survivors somehow 'asked for it.'  Well that just couldn't be further from the real-world experiences of survivors.  Because most perpetrators of sexual violence are known to their victims, ongoing contact is not uncommon, especially when the abuser or harasser has power over their victim's career."  See https://www.thedailybeast.com/ex-fox-news-anchor-ed-henry-accused-of-pushing-revenge-porn-in-retaliation-for-sexual-assault-claim.

**Answer:** This paragraph refers to a news article the contents of which speak for itself and

therefore requires no response; to the extent a response is required lacks knowledge or

information sufficient to admit or deny and therefore denies.

*205.  Indeed, many women never face or speak out against their abusers for fear of retaliation and being "victim shamed" as Ms. Eckhart was.*

**Answer:** Denies that Ms. Eckhart was victim shamed; otherwise lacks knowledge or

information sufficient to admit or deny and therefore denies.

*206.  Moreover, upon information and belief, Fox News was aware of and ratified the retaliatory decision to file these highly sensitive photographs.  Indeed, it has now become a common practice for Fox News employees purportedly terminated for wrongdoing, like Mr. Henry, to retain Catherine Foti, Esq. and engage in retaliatory litigation in cases in which Fox News is a co-defendant.*

**Answer:** Denies.

*207.  Specifically, as alleged in the matter of Brown, et al. v. Fox News Network, LLC, et al., Index No: 22446/2017E:*

> *As described herein, [p]laintiffs and other dark-skinned employees suffered years-long relentless racial animus at the hands of their white supervisor, Slater, an eighteen-year employee and former Senior Vice President ("SVP") of Accounting and Controller of Fox [News].  Despite being well aware of Slater's racist conduct, executives at Fox [News] did nothing to put an end to it and intentionally turned a blind eye.  For years, Fox [News] permitted Slater to subject [p]laintiffs and other dark-skinned employees to a racially hostile work environment without fear of punishment or reprisal, and refused to terminate Slater for her conduct or, upon information and belief, even reprimand her in anyway. That all changed last week, when [p]laintiffs' attorneys, Wigdor LLP, put [Fox News] on notice that [p]laintiffs would not capitulate to Fox [News'] demands and would be filing this lawsuit. Fox [News'] public relations machine went into full gear.  In an effort to get out ahead of this lawsuit and pretend to care about the discriminatory conduct committed against [p]laintiffs, upon information and belief, Fox [News] leaked some of the allegations contained herein to the press. The leak was on a Friday, a day notoriously used to bury stories.  Fox [News] terminated Slater as well. To be clear, Ms. Slater was not terminated because she engaged in discriminatory conduct – Fox [News] was willing to let her get away with that for years. Rather, Slater was terminated because Fox [News] knew this would become a public matter and wanted to salvage its reputation.*

*Id., Dkt. No. 1 at ¶¶ 1-3.*

**Answer:** The allegations of this paragraph describe language from a Court filing to which no response is required.

*208.   Ms. Slater ultimately retained Ms. Foti to represent her.  When Ms. Foti filed Ms.  Slater's answer, rather than simply admitting or denying the allegations in the complaint in that  action, Ms. Foti included a 19-page preliminary statement in which she: (i) accused the plaintiffs  and Wigdor LLP of extortion; and (ii) presented allegations concerning cherry-picked purported "evidence" to make the plaintiffs look like liars because they were at times friendly with their harasser. Id., Dkt. No. 152 at pp. 1-19.*

**Answer:** This paragraph refers to a filing of a document in another case the contents of which speak for itself and therefore requires no response; to the extent a response is required admits that the document set forth facts to demonstrate that the plaintiffs in that case were lying.

*209.   Upon information and belief, Fox News steered both Ms. Slater and Mr. Henry to  Ms. Foti and, in both cases, worked with Ms. Foti to prepare harassing and retaliatory litigation  to paint the plaintiffs (in this case, Ms. Eckhart) out to be liars and extortionists by exposing  them to victim blaming and, in Ms. Eckhart's case, "victim shaming."*

**Answer:** Denies.

*210.   The claim that Fox News intended to subject Ms. Eckhart to retaliation is further supported by their choice of counsel in this action.  Proskauer Rose LLP ("Proskauer") generally,   and its partners Ms. McKenna and Mr. Chinn (both of whom have appeared in this action),  specifically, have a history of filing retaliatory litigation, including preemptive retaliatory   actions, retaliatory counterclaims and retaliatory Rule 11 motions. Several of these retaliatory   actions have been taken against Wigdor LLP and its clients.  It is inconceivable that Fox News  did not know this when it retained Proskauer.*

**Answer:** This paragraph appears to set forth a contention and therefore requires no response;

to the extent a response is required, denies

## FIRST CAUSE OF ACTION

### (Sex Trafficking under 18 U.S.C. § 1591, et seq.)  Against Defendants Fox News and Ed Henry

*211.   Ms. Eckhart repeats and realleges by reference each and every allegation contained herein above and incorporates the same herein as though fully set forth herein.*

**Answer:** Mr. Henry repeats and realleges his answer to each and every allegation contained

herein above and incorporates the same as though fully set forth herein.

*212.   Defendant Henry enticed women, including Ms. Eckhart, to attend meetings and  social gatherings with him based on the fraudulent promise that he would aid their career development.*

**Answer:** Denies.

*213.   The opportunity to have a private meeting with Mr. Henry to discuss career development carries value because such opportunities can be career-altering and therefore life-  changing.*

**Answer:** Denies.

*214.   Mr. Henry enticed Plaintiff to his hotel room based on the false pretense that he  would discuss and aid her career progression at Fox News.*

**Answer:** Denies.

*215.   Mr. Henry enticed Plaintiff to his hotel room knowing that force or threats of  force would be used to cause Ms. Eckhart to engage in an unwilling sex act.*

**Answer:** Denies.

*216.   Mr. Henry engaged in sexual acts with Plaintiff in his hotel room without her consent.*

**Answer:** Denies.

*217.   Mr. Henry and Fox News formed a venture as defined by 18 U.S.C. § 1591 given  that they constituted a "group of two or more individuals associated in fact, whether or not a  legal entity."*

**Answer:** States a legal conclusion to which no response is required. If and to the extent a

response is deemed required, denies.

*218.   Fox News benefited from participation in the venture because Fox News received  value from Mr. Henry's services and benefited financially from his continued employment.*

**Answer:** Denies.

*219.  Fox News knew that Mr. Henry engaged in a pattern and practice of sexual misconduct with women, including female employees, prior to the time that he raped Ms. Eckhart.*

**Answer:** Denies.

*220.   Fox News participated in Mr. Henry's sexual misconduct by knowingly assisting  and facilitating Mr. Henry with the resources and authority to engage in sexual misconduct and  by helping to "clean up after" and "cover up" the sexual misconduct, including by failing to investigate legitimate claims of sexual misconduct and refusing to remediate or take action against Mr. Henry upon learning of Mr. Henry's sexual misconduct.*

**Answer:** Denies.

*221.   Fox News also paid for Mr. Henry's interstate travel and the premises where the  sexual assault was committed.*

**Answer:** Denies.

*222.   Had Fox News terminated Mr. Henry upon learning of his sexual misconduct, it  would have suffered significant financial harm, and Ms. Eckhart would not have been raped.*

**Answer:** Denies that Ms. Eckhart was raped; lacks knowledge or information sufficient to

admit or deny whether Fox News would have suffered significant financial harm by

terminating Mr. Henry and therefore denies.

*223.   Fox News benefited from its involvement in the venture because it allowed Mr.  Henry to continue to appear on Fox News and anchor some of its most highly-rated programs,  which monetarily benefited Fox News as the network continued to make money.*

**Answer:** Denies the existence of any venture and otherwise lacks knowledge or information

sufficient to admit or deny and therefore denies.

*224.   As a direct and proximate result of Fox News' and Ed Henry's unlawful conduct  as alleged hereinabove, Plaintiff has suffered physical injury, severe emotional distress and anxiety, humiliation, embarrassment, post-traumatic stress disorder, economic harm and other consequential damages.*

**Answer:** Denies.

*225.   Plaintiff also seeks reasonable attorneys' fees as provided under 18 U.S.C. § 1595(a).*

**Answer:** States a legal conclusion to which no response is required. If and to the extent a

response is deemed required, denies.

## SECOND CAUSE OF ACTION

### (Hostile Work Environment, Sexual Harassment and Gender Discrimination under Title VII of the Civil Rights Act of 1964)  Against Defendant Fox News

*226.  Plaintiff hereby repeats and realleges each and every allegation in the preceding paragraphs as if set forth fully within.*

**Answer:** Mr. Henry repeats and realleges his answer to each and every allegation contained in

the preceding paragraphs as if set forth fully within.

*227.  Defendant Fox News has discriminated against Plaintiff on the basis of her gender  in violation to Title VII by subjecting her to disparate treatment based upon her gender, including, but not limited to, subjecting her to sexual harassment and assault, rape and a hostile work environment.  As a result, Plaintiff was denied the opportunity to work in an employment environment free of unlawful discrimination.*

**Answer:** States a legal conclusion to which no response is required. If and to the extent a

response is deemed required, denies, except lacks knowledge or information sufficient to admit

or deny Fox News's actions and therefore denies that as well.

*228.  These actions are in direct violation of Title VII of the Civil Rights Act of 1964,  as amended.*

**Answer:** States a legal conclusion to which no response is required. If and to the extent a

response is deemed required, denies.

*229.  As a direct and proximate result of Defendant Fox News' unlawful discriminatory conduct in violation of Title VII, Plaintiff has suffered, and continues to suffer, monetary and/or economic harm for which she is entitled to an award of monetary damages and other relief.*

**Answer:**  States a legal conclusion to which no response is required. If and to the extent a

response is deemed required, lacks knowledge or information sufficient to admit or deny and

therefore denies.

*230.  As a direct and proximate result of Defendant Fox News' unlawful discriminatory conduct in violation of Title VII, Plaintiff has suffered, and continues to suffer, severe mental anguish and emotional distress for which she is entitled to an award of monetary damages and other relief.*

**Answer:** States a legal conclusion to which no response is required. If and to the extent a response is deemed required, lacks knowledge or information sufficient to admit or deny and therefore denies.

*231.  Defendant Fox News' unlawful discriminatory and wrongful conduct constitutes a   willful and wanton violation of Title VII, was outrageous and malicious, and was intended to   injure Plaintiff and was committed with conscious disregard of Plaintiff's civil rights, entitling Plaintiff to an award of punitive damages.*

**Answer:** States a legal conclusion to which no response is required. If and to the extent a response is deemed required, lacks knowledge or information sufficient to admit or deny and therefore denies.

## **THIRD CAUSE OF ACTION**
### **(Retaliation under Title VII of the Civil Rights Act of 1964)**
### **Against Defendant Fox News**

*232.  Plaintiff hereby repeats and realleges each and every allegation in the preceding paragraphs as if set forth fully herein.*

**Answer:** Mr. Henry repeats and realleges his answer to each and every allegation in the preceding paragraphs as if set forth fully herein.

*233.  Defendant Fox News has retaliated against Plaintiff because she engaged in  protected activity as defined by Title VII of the Civil Rights Act by, inter alia, terminating her employment and subjecting her to post-termination harassment and trauma.*

**Answer:** States a legal conclusion to which no response is required. If and to the extent a response is deemed required, lacks knowledge or information sufficient to admit or deny and therefore denies.

*234.  As a direct and proximate result of Defendant Fox News' unlawful retaliatory  conduct in violation of Title VII, Plaintiff has suffered, and continues to suffer, monetary and/or  economic harm for which she is entitled to an award of monetary damages and other relief.*

**Answer:** States a legal conclusion to which no response is required. If and to the extent a response is deemed required, lacks knowledge or information sufficient to admit or deny and therefore denies.

*235.  As a direct and proximate result of Defendant Fox News' unlawful retaliatory  conduct in violation of Title VII, Plaintiff has suffered, and continues to suffer, severe mental  anguish and post-traumatic stress for which she is entitled to an award of monetary damages and   other relief.*

**Answer:** States a legal conclusion to which no response is required. If and to the extent a response is deemed required, lacks knowledge or information sufficient to admit or deny and therefore denies.

*236.  Defendant Fox News' unlawful discriminatory and wrongful conduct constitutes a  willful and wanton violation of Title VII, was outrageous, malicious and cruel, was intended to   injure Plaintiff and was committed with conscious disregard of Plaintiff's civil rights, entitling Plaintiff to an award of punitive damages.*

**Answer:** States a legal conclusion to which no response is required. If and to the extent a response is deemed required, lacks knowledge or information sufficient to admit or deny and therefore denies.

## FOURTH CAUSE OF ACTION
### (Hostile Work Environment, Sexual Harassment and Gender  Discrimination under the NYSHRL)
### Against Defendants Fox News and Ed Henry

*237.  Plaintiff hereby repeats and realleges each and every allegation in the preceding paragraphs as if set forth fully herein.*

**Answer:** Mr. Henry repeats and realleges his answer to each and every allegation in the preceding paragraphs as if set forth fully herein.

*238.  Defendants have discriminated against Plaintiff on the basis of her gender in  violation of the NYSHRL by subjecting Plaintiff to disparate treatment based upon her gender, including, but not limited to, subjecting her to sexual assault and/or harassment, rape and a hostile work environment.*

**Answer:** Denies.

*239.   As a direct and proximate result of Defendants' unlawful discriminatory conduct  in violation of the NYSHRL, Plaintiff has suffered, and continues to suffer, monetary and/or economic harm for which she is entitled to an award of monetary damages and other relief.*

**Answer:** Denies.

*240.   As a direct and proximate result of Defendants' unlawful discriminatory conduct  in violation of the NYSHRL, Plaintiff has suffered, and continues to suffer, severe mental  anguish and emotional distress for which she is entitled to an award of monetary damages and  other relief.*

**Answer:** Denies.

*241.   Defendants' unlawful and discriminatory actions were intentional, done with  malice and/or showed a deliberate, willful, wanton and reckless indifference to Plaintiff's rights  under the NYSHRL for which Plaintiff is entitled to an award of punitive damages.*

**Answer:** Denies.

## <u>FIFTH CAUSE OF ACTION</u>
### (Retaliation under the NYSHRL)
### Against Defendants Fox News and Ed Henry

*242.   Plaintiff hereby repeats and realleges each and every allegation in the preceding paragraphs as if set forth fully herein.*

**Answer:** Mr. Henry repeats and realleges his answer to each and every allegation in the

preceding paragraphs as if set forth fully herein.

*243.   Defendants have retaliated against Plaintiff because she engaged in protected  activity as defined by the NYSHRL by, inter alia, terminating her employment and subjecting  her to post-termination harassment and trauma.*

**Answer:** Denies.

*244.   As a direct and proximate result of Defendants' unlawful retaliatory conduct in violation of the NYSHRL, Plaintiff has suffered, and continues to suffer, monetary and/or economic harm for which she is entitled to an award of monetary damages and other relief.*

**Answer:** Denies.

*245.   As a direct and proximate result of Defendants' unlawful retaliatory conduct in violation of the NYSHRL, Plaintiff has suffered, and continues to suffer, severe mental anguish and emotional distress for which she is entitled to an award of monetary damages and other relief.*

**Answer:** Denies.

*246.  Defendants' unlawful and retaliatory actions were intentional, done with malice  and/or showed a deliberate, willful, wanton and reckless indifference to Plaintiff's rights under   the NYSHRL for which Plaintiff is entitled to an award of punitive damages.*

**Answer:** Denies.

## <u>SIXTH CAUSE OF ACTION</u>

### (Aiding and Abetting in Violation of the NYSHRL)
### Against Defendant Ed Henry

*247.  Plaintiff hereby repeats and realleges each and every allegation in the preceding paragraphs as if set forth fully herein.*

**Answer:** Mr. Henry repeats and realleges his answer to each and every allegation in the

preceding paragraphs as if set forth fully herein.

*248.  Defendant Henry knowingly and maliciously aided and abetted the employment practices, discrimination and retaliation, as described herein, committed against Plaintiff in violation of the NYSHRL.*

**Answer:** Denies.

*249.  As a direct and proximate result, Plaintiff has suffered, and continues to suffer, monetary and/or economic harm for which she is entitled to an award of monetary damages and  other relief.*

**Answer:** Denies.

*250.  As a direct and proximate result, Plaintiff has suffered, and continues to suffer,  severe mental anguish and post-traumatic stress for which she is entitled to an award of monetary damages and other relief.*

**Answer:** Denies.

*251.  Defendant Henry's unlawful and retaliatory actions were intentional, done with  malice and/or showed a deliberate, willful, wanton and reckless indifference to Plaintiff's rights  under the NYSHRL for which Plaintiff is entitled to an award of punitive damages.*

**Answer:** Denies.

## SEVENTH CAUSE OF ACTION

### (Hostile Work Environment, Sexual Harassment and Gender Discrimination under the NYCHRL)

### Against Defendants Fox News and Ed Henry

*252. Plaintiff hereby repeats and realleges each and every allegation in the preceding paragraphs as if set forth fully herein.*

**Answer:** Mr. Henry repeats and realleges his answer to each and every allegation in the

preceding paragraphs as if set forth fully herein.

*253. Defendants have discriminated against Plaintiff on the basis of her gender in violation of the NYCHRL by subjecting Plaintiff to disparate treatment based upon her gender, including, but not limited to, subjecting her to sexual assault and/or harassment, rape and a hostile work environment.*

**Answer:** Denies.

*254. As a direct and proximate result of Defendants' unlawful discriminatory conduct in violation of the NYCHRL, Plaintiff has suffered, and continues to suffer, monetary and/or economic harm for which she is entitled to an award of monetary damages and other relief.*

**Answer:** Denies.

*255. As a direct and proximate result of Defendants' unlawful discriminatory conduct in violation of the NYCHRL, Plaintiff has suffered, and continues to suffer, severe mental anguish and emotional distress for which she is entitled to an award of monetary damages and other relief.*

**Answer:** Denies.

*256. Defendants' unlawful and discriminatory actions were intentional, done with malice and/or showed a deliberate, willful, wanton and reckless indifference to Plaintiff's rights under the NYCHRL for which Plaintiff is entitled to an award of punitive damages.*

**Answer:** Denies.

## EIGHTH CAUSE OF ACTION

### (Retaliation under the NYCHRL)

### Against Defendants Fox News and Ed Henry

*257. Plaintiff hereby repeats and realleges each and every allegation in the preceding paragraphs as if set forth fully herein.*

**Answer:** Mr. Henry repeats and realleges his answer to each and every allegation in the

preceding paragraphs as if set forth fully herein.

*258.   Defendants have retaliated against Plaintiff because she engaged in protected  activity as defined by the NYCHRL by, inter alia, terminating her employment and subjecting  her to post-termination harassment and trauma.*

**Answer:** Denies.

*259.   As a direct and proximate result of Defendants' unlawful retaliatory conduct in  violation of the NYCHRL, Plaintiff has suffered, and continues to suffer, monetary and/or  economic harm for which she is entitled to an award of monetary damages and other relief.*

**Answer:** Denies.

*260.   As a direct and proximate result of Defendants' unlawful retaliatory conduct in  violation of the NYCHRL, Plaintiff has suffered, and continues to suffer, severe mental anguish  and emotional distress for which she is entitled to an award of monetary damages and other  relief.*

**Answer:** Denies.

*261.   Defendants' unlawful and retaliatory actions were intentional, done with malice  and/or showed a deliberate, willful, wanton and reckless indifference to Plaintiff's rights under   the NYCHRL for which Plaintiff is entitled to an award of punitive damages.*

**Answer:** Denies.

<u>**NINTH CAUSE OF ACTION**</u>
**(Aiding and Abetting in Violation of the NYCHRL)**
**Against Defendant Ed Henry**

*262.   Plaintiff hereby repeats and realleges each and every allegation in the preceding paragraphs as if set forth fully herein.*

**Answer:** Mr. Henry repeats and realleges his answer to each and every allegation in the

preceding paragraphs as if set forth fully herein.

*263.   Defendant Henry knowingly and maliciously aided and abetted the employment practices, discrimination and retaliation, as described herein, committed against Plaintiff in violation of the NYSHRL.*

**Answer:** Denies.

*264.   As a direct and proximate result, Plaintiff has suffered, and continues to suffer,  monetary and/or economic harm for which she is entitled to an award of monetary damages and  other relief.*

**Answer:** Denies.

*265.   As a direct and proximate result, Plaintiff has suffered, and continues to suffer,  severe mental anguish and emotional distress for which she is entitled to an award of monetary damages and other relief.*

**Answer:** Denies.

*266.   Defendant Henry's unlawful and retaliatory actions were intentional, done with  malice and/or showed a deliberate, willful, wanton and reckless indifference to Plaintiff's rights  under the NYSHRL for which Plaintiff is entitled to an award of punitive damages.*

**Answer:** Denies.

## <u>TENTH CAUSE OF ACTION</u>
### (Gender-Motivated Violence Pursuant to GMVA)
### Against Defendant Ed Henry

*267.   Plaintiff hereby repeats and realleges each and every allegation in the preceding paragraphs as if set forth fully herein.*

**Answer:** Mr. Henry repeats and realleges his answer to each and every allegation in the

preceding paragraphs as if set forth fully herein.

*268.   The above-described conduct of Mr. Henry, including, but not limited to, Mr.  Henry's sexual assaults and rape of Plaintiff Eckhart, constitutes a "crime of violence" and a "crime of violence motivated by gender" against Plaintiff as defined by the New York City Gender Motivated Violence Act, N.Y.C. Admin. Code § 8-903 (2017).*

**Answer:** Denies.

*269.   The above-described conduct of Mr. Henry, including, but not limited to, Mr. Henry's sexual assaults and rape of Plaintiff, constitutes a "crime of violence" against Plaintiff motivated: (i) by her gender; (ii) on the basis of her gender; and/or (iii) due, at least in part, to an animus based on her gender.*

**Answer:** Denies.

*270.   Mr. Henry committed a "crime of violence" against Plaintiff because she is a  woman and, at least in part, because he has an unlawful animus towards women.  Mr. Henry's gender-motivated animus towards women is demonstrated by, among other things, his sexually violent and abusive treatment of women.*

**Answer:** Denies.

*271.   As a direct and proximate result of the aforementioned gender-motivated  violence, Plaintiff has sustained in the past and will continue to sustain, monetary damages,   physical injury, pain and suffering, and serious psychological and emotional distress, entitling   her to an award of compensatory damages.*

**Answer:** Denies.

*272.   Mr. Henry's gender-motivated violence against Plaintiff entitles her to punitive damages and an award of attorneys' fees and costs.*

**Answer:** Denies.

## ELEVENTH CAUSE OF ACTION
### (Violations of CRL § 52-b)
### Against Defendants Fox News and Ed Henry

*273.   Plaintiff hereby repeats and realleges each and every allegation in the preceding paragraphs as if set forth fully herein.*

**Answer:** Mr. Henry repeats and realleges his answer to each and every allegation in the

preceding paragraphs as if set forth fully herein.

*274.   Defendants, acting together, caused and allowed such compromising and violating photographs at Dkt. No. 85, Exhibits G, H, J, K, L, N, O, P, R and S to be published without Ms. Eckhart's consent.  These photographs, which were taken when Ms. Eckhart had a reasonable expectation that the images would remain private, depict Ms. Eckhart's unclothed or exposed intimate body parts.*

**Answer:** Denies.

*275.   As a direct and proximate result, Plaintiff has suffered, and continues to suffer,  severe mental anguish, post-traumatic stress and other emotional distress for which she is entitled   to an award of monetary damages and other relief.*

**Answer:** Denies.

*276.   Defendants' violations of CRL § 52-b were intentional, done with malice and/or  showed a deliberate, willful, wanton and reckless indifference to Plaintiff's rights under the CRL § 52-b for which Plaintiff is entitled to an award of punitive damages.*

**Answer:** Denies.

## GENERAL DENIAL

Mr. Henry denies each and every allegation in the Third Amended Complaint except to the extent expressly admitted above.

## AFFIRMATIVE AND OTHER DEFENSES

Without assuming any burden of proof that he otherwise does not have as a matter of law, Mr. Henry asserts the following affirmative and other defenses.  Mr. Henry reserves his right to plead any additional affirmative and other defenses as they become known during the pendency of this action:

### FIRST AFFIRMATIVE DEFENSE

The Third Amended Complaint fails to state a claim for which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Mr. Henry cannot be liable for alleged violations of 18 U.S.C. § 1591 because he never "enticed or recruited," "knew fraud or force would be used," or engaged in a "commercial sex act" within the meaning of the statute.

### THIRD AFFIRMATIVE DEFENSE

Mr. Henry cannot be held liable for any alleged violation of the NYSHRL or NYCHRL because any alleged conduct was outside the course and scope of employment.

### FOURTH AFFIRMATIVE DEFENSE

Mr. Henry cannot be held liable for aiding and abetting any alleged violation of the NYSHRL or NYCHRL because Plaintiff does not allege any aiding or abetting conduct and Mr. Henry cannot aid or abet his own conduct.

## FIFTH AFFIRMATIVE DEFENSE

Mr. Henry cannot be liable under the NYSHRL or NYCHRL because he was never Ms. Eckhart's employer or supervisor, and Mr. Henry did not have authority to hire or fire Ms. Eckhart.  Furthermore, for at least part of the alleged retaliation, Mr. Henry was not an employee for Fox News, and neither was Ms. Eckhart.

## SIXTH AFFIRMATIVE DEFENSE

The Statute of Limitations bars all, or part of, Plaintiff's NYHCRL and NYSHRL claims.

## SEVENTH AFFIRMATIVE DEFENSE

Mr. Henry cannot be held liable under the GMVA because he harbored no "gender animus" within the meaning of the statute.

## EIGHTH AFFIRMATIVE DEFENSE

Mr. Henry cannot be held liable under CRL § 52-b because the photographs were published during "lawful and common practices of legal proceedings," and because the photographs did not contain "unclothed or exposed intimate parts."

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's own conduct caused whatever damages she has suffered, although Mr. Henry specifically denies any such damages.

## TENTH AFFIRMATIVE DEFENSE

Mr. Henry cannot be held liable under the NYSHRL, NYCHRL, or CRL § 52-b because the photographs were not published for the purpose of harassing, annoying, alarming, or shaming and the publication was not retaliatory.  Rather, the purpose was to defend Mr. Henry against wrongful claims and allegations.

## ELEVENTH AFFIRMAIVE DEFENSE

Ms. Eckhart consented to each alleged instance of sexual interaction with Mr. Henry.

## TWELFTH AFFIRMATIVE DEFENSE

Mr. Henry cannot be held liable for retaliation for publishing photographs of Ms. Eckhart because there is no prohibition against publishing redacted photographs in a defendant's possession and to the extent that Ms. Eckhart claims that the photographs that she sent Mr. Henry were taken from the internet, the photographs were therefore public.

## THIRTEENTH AFFIRMATIVE DEFENSE

To the extent that Ms. Eckhart alleges that publishing her phone number amounted to retaliation, Mr. Henry cannot be liable because there is no prohibition against publishing phone numbers and phone numbers are publicly available.

## FOURTEENTH AFFIRMATIVE DEFENSE

To the extent that Ms. Eckhart claims that the first alleged sexual encounter with Mr. Henry was nonconsensual, such a claim is barred by the doctrine of judicial estoppel as Ms. Eckhart conceded in her earlier complaints that the encounter was consensual.

## <u>RESERVATION OF RIGHTS</u>

Mr. Henry reserves his rights to amend this Answer and to assert any additional affirmative defenses and/or other defenses that may become available or apparent during the course of the investigation and/or discovery in this case.

**WHEREFORE**, Mr. Henry respectfully requests that this Court enter judgment in its favor against Plaintiff as follows:

1.      Dismissing the Third Amended Complaint in its entirety on the merits;

2.      Granting to Mr. Henry the costs and expenses of this action, including attorneys' fees; and

3.      Awarding Mr. Henry such other and further relief as the Court may deem just and proper.

Dated: New York, New York
          October 11, 2021

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO PC

By:  /s/ Elkan Abramowitz
Elkan Abramowitz
Catherine M. Foti
565 Fifth Avenue
New York, New York 10017

Jayne C. Weintraub
Jon A. Sale
SALE & WEINTRAUB, P.A.
2 South Biscayne Boulevard
One Biscayne Tower – 21st Floor
Miami, Florida 33131

*Attorneys for Ed Henry*