UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JENNIFER ECKHART,

                 Plaintiff,

v.

FOX NEWS NETWORK, LLC, and ED HENRY,
in his individual and professional capacities,

                 Defendants.
-------------------------------------------------------------- X

Civil Case No. 1:20-cv-05593-RA

**AFFIDAVIT OF
SCOTT A. KELLER
IN SUPPORT OF MOTION TO
APPEAR *PRO HAC VICE***

I, Scott A. Keller, affirm under penalty and perjury that all of the matters stated herein are true and correct:

1. I am an attorney with the law firm of Lehotsky Keller LLP.

2. I submit this affidavit in support of my motion to appear *Pro Hac Vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Texas and the District of Columbia.

4. I have not been convicted of a felony.

5. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

1

Dated: September 20, 2021

Respectfully submitted,

*/s/ Scott A. Keller*

Scott A. Keller
Lehotsky Keller LLP
200 Massachusetts Ave. NW
Washington, DC 20001
(512) 693-8350
scott@lehotskykeller.com

Sworn to me on this 20 day of SEPT, 2021

*/s/ Notary*
Notary Public

My Commission Expires 01.31.2023

[Notary Seal: BRIAN DAVID ALGER, NOTARY PUBLIC, REG. #251114, MY COMMISSION EXPIRES 01/31/2023, COMMONWEALTH OF VIRGINIA]

2