UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

JENNIFER ECKHART,                                      :
                                                       :
                                Plaintiff,             :        Civil Case No. 1:20-cv-05593-RA
                                                       :
          v.                                           :        **MOTION TO APPEAR**
                                                       :        *PRO HAC VICE*
FOX NEWS NETWORK, LLC, and ED HENRY,                   :
in his individual and professional capacities,         :
                                                       :
                                Defendants.            :
                                                       :

------------------------------------------------------------- X

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Katherine C. Yarger hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Fox News Network, LLC in the above-captioned action.

I am a member in good standing of the bar of the State of Colorado and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant this Motion to Appear *Pro Hac Vice*.

1

Dated:  Aurora, CO
        October 15, 2021

                              Respectfully submitted,

                              */s/ Katherine C. Yarger*
                              Katherine C. Yarger
                              Lehotsky Keller LLP
                              1550 Dayton St., Unit 362
                              Aurora, CO 80010
                              (303) 717-4749
                              katie@lehotskykeller.com