UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JENNIFER ECKHART,

                Plaintiff,

v.

FOX NEWS NETWORK, LLC, and ED HENRY,
in his individual and professional capacities,

                Defendants.

------------------------------------------------------------X

Civil Case No. 1:20-cv-05593-RA

**AFFIDAVIT OF
KATHERINE C. YARGER
IN SUPPORT OF MOTION TO
APPEAR *PRO HAC VICE***

I, Katherine C. Yarger, affirm under penalty and perjury that all of the matters stated herein are true and correct:

1. I am an attorney with the law firm of Lehotsky Keller LLP.

2. I submit this affidavit in support of my motion to appear *Pro Hac Vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Colorado.

4. I have not been convicted of a felony.

5. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

1

Dated: October 8th, 2021

Respectfully submitted,

*/s/ Katherine C. Yarger*
Katherine C. Yarger
Lehotsky Keller LLP
1550 Dayton St., Unit 362
Aurora, CO 80010
(303) 717-4749
katie@lehotskykeller.com

Sworn to me on this 8th day of Oct, 2021

_____
Notary Public

PRISCILLA SANDOVAL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144010677
My Commission Expires March 7, 2022

My Commission Expires 3·7·2022