

**STATE OF COLORADO, ss:**

I, ___**Cheryl Stevens**__, Clerk of the Supreme Court of t h e  S t a t e

o f  Colorado, do hereby certify that

_____**Katherine Crawford Yarger**_____

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the ___**27th**___

day of ___**October**_____ A.D. ___**2008**___ and that at the date hereof

the said ___**Katherine Crawford Yarger**_____ is in good standing a t

this Bar.



**IN WITNESS WHEREOF,** I have hereunto subscribed my name and

affixed the Seal of said Supreme Court, at Denver, in said State, this

___**7th**_____ day of_____**October**_____ A.D.__**2021**_____

### Cheryl Stevens
Clerk

By_____ Myra Sanchez _____

Deputy Clerk