UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

JENNIFER ECKHART,

                Plaintiff,

v.

FOX NEWS NETWORK, LLC, and ED HENRY,
in his individual and professional capacities,

                Defendants.

----------------------------------------------------------------X

Civil Case No. 1:20-cv-05593-RA

**(PROPOSED) ORDER TO APPEAR *PRO HAC VICE***

    The motion of Katherine C. Yarger to appear *Pro Hac Vice* in the above-captioned action is granted.

    Applicant has declared that she is a member in good standing of the bar of the State of Colorado; and that her contact information is as follows:

> Katherine C. Yarger
> Lehotsky Keller LLP
> 1550 Dayton St., Unit 362
> Aurora, CO 80010
> (303) 717-4749
> katie@lehotskykeller.com

    Applicant having to appear *Pro Hac Vice* for all purposes as counsel for Defendant Fox News Network, LLC in the above-entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline or attorneys.

Dated: _____, 2021

                                          _____
                                          United States District / Magistrate Judge