UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JENNIFER ECKHART,

       Plaintiff,    Civil Case No. 1:20-cv-05593-RA

  v.          **ORDER TO APPEAR**
             <u>*PRO HAC VICE*</u>
FOX NEWS NETWORK, LLC, and ED HENRY,
in his individual and professional capacities,

       Defendants.
-----------------------------------------------------------------X

  The motion of Scott A. Keller to appear *Pro Hac Vice* in the above-captioned action is granted.

  Applicant has declared that he is a member in good standing of the bar of the State of Texas and the District of Columbia; and that his contact information is as follows:

> Scott A. Keller
> Lehotsky Keller LLP
> 200 Massachusetts Ave. NW
> Washington, DC 20001
> (512) 693-8350
> scott@lehotskykeller.com

  Applicant having to appear *Pro Hac Vice* for all purposes as counsel for Defendant Fox News Network, LLC in the above-entitled action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline or attorneys.

Dated:   October 19  , 2021

                    *Gabriel W. Gorenstein*
                    United States District / Magistrate Judge