UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JENNIFER ECKHART,                               :
                                                :
                              Plaintiff,         :        Civil Case No. 1:20-cv-05593-RA
                                                :
        v.                                       :        **ORDER TO APPEAR**
                                                :        *PRO HAC VICE*
FOX NEWS NETWORK, LLC, and ED HENRY,             :
in his individual and professional capacities,   :
                                                :
                              Defendants.         :
                                                :
-----------------------------------------------------------------X

The motion of Katherine C. Yarger to appear *Pro Hac Vice* in the above-captioned action

is granted.

Applicant has declared that she is a member in good standing of the bar of the State of

Colorado; and that her contact information is as follows:

> Katherine C. Yarger
> Lehotsky Keller LLP
> 1550 Dayton St., Unit 362
> Aurora, CO 80010
> (303) 717-4749
> katie@lehotskykeller.com

Applicant having to appear *Pro Hac Vice* for all purposes as counsel for Defendant Fox

News Network, LLC in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline or attorneys.

Dated: _____October 19_____, 2021

_____
United States District / Magistrate Judge

1