UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER ECKHART,<br><br>　　　　　　　　Plaintiff,<br>　-against-<br><br>FOX NEWS NETWORK, LLC, and ED HENRY, in his individual and professional capacities<br><br>　　　　　　　　Defendants. | Civil Action No. 1:20-cv-05593 (RA)<br>ECF Case |

## NOTICE OF MOTION TO WITHDRAW APPEARANCE

**PLEASE TAKE NOTICE THAT,** upon the annexed Declaration of Danielle J. Moss, Esq., and pursuant to Local Rule 1.4, Danielle J. Moss respectfully moves to withdraw her appearance as counsel for Defendant Fox in the above-referenced matter.

New York, New York

Dated:  November 11, 2021

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Danielle J. Moss*
　　　　　　　　　　　　　　　　　　　　　　Danielle J. Moss
　　　　　　　　　　　　　　　　　　　　　　Proskauer Rose
　　　　　　　　　　　　　　　　　　　　　　Eleven Times Square
　　　　　　　　　　　　　　　　　　　　　　New York, N.Y. 10036
　　　　　　　　　　　　　　　　　　　　　　Tel. (212) 969-3411
　　　　　　　　　　　　　　　　　　　　　　Fax (212) 969-2900