UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER ECKHART,<br><br>                    Plaintiff,<br><br>  -against-<br><br>FOX NEWS NETWORK, LLC, and ED HENRY, in his individual and professional capacities<br><br>                    Defendants. | Civil Action No. 1:20-cv-05593 (RA)<br>ECF Case |

### DECLARATION OF DANIELLE J. MOSS
### IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

DANIELLE J. MOSS, an attorney admitted to practice before the courts of the State of New York and this Court, hereby declares:

1.      I am currently an attorney at Proskauer Rose LLP ("Proskauer"), counsel for Fox News Network, LLC (hereinafter "Fox" or "Defendant") in the above-captioned matter, and I respectfully submit this motion in support of my Motion to Withdraw Appearance.

2.      Kathleen M. McKenna, Lloyd B. Chinn, Keisha-Ann G. Gray, and Yonatan L. Grossman-Boder of Proskauer will continue to represent the Defendant Fox in this matter. Accordingly, my withdrawal will not create any prejudice or delay and will not otherwise affect any dates or deadlines in this action.

3.      After November 12th, 2021, I will no longer be an attorney at Proskauer and I will no longer represent Defendant Fox.

4.      I am not asserting a retaining or charging lien.

5.  I declare under penalty of perjury that the foregoing is true and correct.

New York, New York

Dated: November 11, 2021

By:  /s/ Danielle J. Moss
Danielle J. Moss, Esq.
Proskauer Rose
Eleven Times Square
New York, N.Y. 10036
Tel. (212) 969-3411
Fax (212) 969-2900
