UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JENNIFER ECKHART,                                   :        Civil Case No. 1:20-CV-05593 (RA)
                                                    :
                          Plaintiffs,               :        **ECF Case**
                                                    :
        -against-                                   :
                                                    :        **NOTICE OF APPEARANCE**
FOX NEWS NETWORK, LLC, and ED HENRY,                :
in his individual and professional capacities,      :
                                                    :
                          Defendants.               :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

To the Clerk of this Court and all parties of record:

        Enter the appearance of Rachel S. Fischer, Esq. of Proskauer Rose LLP as counsel of

record in this case for Defendant Fox News Network, LLC.  Entry of this appearance shall in no

way be deemed a waiver of any and all defenses, including but not limited to any and all

jurisdictional defenses, available to Fox News Network, LLC.

        I certify that I am admitted to practice in this Court.


Dated:  November 11, 2021
        New York, New York


                                            Respectfully submitted,


                                            /s/ *Rachel S. Fischer*
                                            Rachel S. Fischer
                                            PROSKAUER ROSE LLP
                                            Eleven Times Square
                                            New York, New York 10036
                                            Telephone: 212.969.3000
                                            Facsimile: 212.969.2900
                                            rfischer@proskauer.com