UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER ECKHART,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>FOX NEWS NETWORK, LLC, and ED HENRY, in his individual and professional capacities<br><br>　　　　　　　Defendants. | Civil Action No. 1:20-cv-05593 (RA)<br>ECF Case<br><br><br>MEMORANDUM ENDORSED |

### NOTICE OF MOTION TO WITHDRAW APPEARANCE

**PLEASE TAKE NOTICE THAT,** upon the annexed Declaration of Danielle J. Moss, Esq., and pursuant to Local Rule 1.4, Danielle J. Moss respectfully moves to withdraw her appearance as counsel for Defendant Fox in the above-referenced matter.

New York, New York

Dated: November 11, 2021

Respectfully submitted,

*/s/ Danielle J. Moss*
Danielle J. Moss
Proskauer Rose
Eleven Times Square
New York, N.Y. 10036
Tel. (212) 969-3411
Fax (212) 969-2900

Application to withdraw granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

November 12, 2021