# Exhibit C

| | |
|---|---|
| **From:** | Fischer, Rachel S. <rfischer@proskauer.com> |
| **Sent:** | Monday, January 31, 2022 9:10 PM |
| **To:** | Renan F. Varghese; Grossman-Boder, Yonatan L.; Christina Sabato; Michael J. Willemin |
| **Cc:** | McKenna, Kathleen M. |
| **Subject:** | RE: Eckhart v. Fox News LLC, et al - Hit reports |
| **Attachments:** | Hit Count Result by Search and Term - Plaintiff Proposed Searches 1 26 21.PDF; Pls Revised ESI Search Terms v3 - Numbers Added.DOCX |
| **Categories:** | In progress |

Renan,

We ran the revised search terms that you sent last Wednesday and the hit counts are attached. The overall de-duped hit count is 131,352.

As we have discussed, there are several searches that we do not believe are appropriately directed to relevant and responsive material in this case:

- We will not agree to search 1A. It remains burdensome and is not targeted at material relevant to this case. We will however agree to search 1B, which is targeted to material related to Mr. Henry.
- We will not agree to search 5, as it is burdensome and is not targeted to locate documents relevant to this case. It is also duplicative of search 7, which is more directly targeted to relevant material as Ms. Eckhart's name is included in the search.
- We will agree to most of search 8, but will not agree to the terms (1) "Harass! w/10 (Gender OR sex!)"; (2) "Discrim! w/10 (Gender OR sex!)"; and (3) "Paul Weiss w/10 invest!" unless they are limited to /20 of Henry like the rest of the terms in this search.
- We will not agree to Search 9, as it remains burdensome and does not appear targeted to locate relevant material.

Please let us know your availability to further meet and confer this week.

Rachel

**Rachel S. Fischer**
Senior Counsel

[Proskauer](#)
Eleven Times Square
New York, NY 10036-8299
d 212.969.5076
f 212.969.2900
[rfischer@proskauer.com](#)

**From:** Renan F. Varghese
**Sent:** Wednesday, January 26, 2022 7:48 PM
**To:** Fischer, Rachel S. ; Grossman-Boder, Yonatan L. ; Christina Sabato ; Michael J. Willemin
**Cc:** McKenna, Kathleen M.
**Subject:** RE: Eckhart v. Fox News LLC, et al - Hit reports

***This email originated from outside the Firm.***

Rachel-

As discussed.

Thanks,

**Renan F. Varghese**
*Of Counsel*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
T: (212) 257-6800 | F: (212) 257-6845

rvarghese@wigdorlaw.com
www.wigdorlaw.com



This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

**From:** Fischer, Rachel S.
**Sent:** Tuesday, January 25, 2022 9:40 PM
**To:** Renan F. Varghese ; Grossman-Boder, Yonatan L. ; Christina Sabato ; Michael J. Willemin
**Cc:** McKenna, Kathleen M.
**Subject:** RE: Eckhart v. Fox News LLC, et al - Hit reports

That works. We will send a dial-in.

**Rachel S. Fischer**
Senior Counsel

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.5076
f 212.969.2900
rfischer@proskauer.com

**From:** Renan F. Varghese <RVarghese@wigdorlaw.com>
**Sent:** Tuesday, January 25, 2022 4:49 PM
**To:** Fischer, Rachel S. <rfischer@proskauer.com>; Grossman-Boder, Yonatan L. <YGrossman-Boder@proskauer.com>; Christina Sabato <csabato@wigdorlaw.com>; Michael J. Willemin <mwillemin@wigdorlaw.com>
**Cc:** McKenna, Kathleen M. <KMcKenna@proskauer.com>
**Subject:** RE: Eckhart v. Fox News LLC, et al - Hit reports

***This email originated from outside the Firm.***

I can't then as I have depositions tomorrow. I can do it around the same time, 4?


**Renan F. Varghese**
*Of Counsel*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
T: (212) 257-6800 | F: (212) 257-6845

rvarghese@wigdorlaw.com
www.wigdorlaw.com



This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

**From:** Fischer, Rachel S. <rfischer@proskauer.com>
**Sent:** Monday, January 24, 2022 10:33 PM
**To:** Renan F. Varghese <RVarghese@wigdorlaw.com>; Grossman-Boder, Yonatan L. <YGrossman-Boder@proskauer.com>; Christina Sabato <csabato@wigdorlaw.com>; Michael J. Willemin <mwillemin@wigdorlaw.com>
**Cc:** McKenna, Kathleen M. <KMcKenna@proskauer.com>
**Subject:** RE: Eckhart v. Fox News LLC, et al - Hit reports

I am not available at 4 tomorrow. Can you do 9 or 9:30 am on Wednesday?

All searches have been de-duped - the overall hit count de-duped across all searches is 244,996.

**Rachel S. Fischer**
Senior Counsel

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.5076
f 212.969.2900
rfischer@proskauer.com

**From:** Renan F. Varghese <RVarghese@wigdorlaw.com>
**Sent:** Monday, January 24, 2022 4:56 PM
**To:** Grossman-Boder, Yonatan L. <YGrossman-Boder@proskauer.com>; Christina Sabato <csabato@wigdorlaw.com>; Michael J. Willemin <mwillemin@wigdorlaw.com>
**Cc:** McKenna, Kathleen M. <KMcKenna@proskauer.com>; Fischer, Rachel S. <rfischer@proskauer.com>
**Subject:** RE: Eckhart v. Fox News LLC, et al - Hit reports

*This email originated from outside the Firm.*

I can do a call tomorrow at 4. Also, do the numbers in the upper left reflect the de-duped search results? If not, please provide those numbers as they are obviously the relevant point of analysis.

Thanks,

**Renan F. Varghese**
*Of Counsel*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
T: (212) 257-6800 | F: (212) 257-6845

rvarghese@wigdorlaw.com
www.wigdorlaw.com



This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

**From:** Grossman-Boder, Yonatan L. <YGrossman-Boder@proskauer.com>
**Sent:** Monday, January 24, 2022 3:47 PM
**To:** Renan F. Varghese <RVarghese@wigdorlaw.com>; Christina Sabato <csabato@wigdorlaw.com>; Michael J. Willemin <mwillemin@wigdorlaw.com>
**Cc:** McKenna, Kathleen M. <KMcKenna@proskauer.com>; Fischer, Rachel S. <rfischer@proskauer.com>
**Subject:** RE: Eckhart v. Fox News LLC, et al - Hit reports

Hi Renan,

Following up on Rachel's email from yesterday as we had not heard back from you. Please see attached the updated hit counts based on your revisions. Please let us know your availability for a call tomorrow and Wednesday to continue our discussions.

Best,
Yoni

**Yonatan Grossman-Boder**
Associate
(he/him)
Proskauer
Eleven Times Square
New York, NY 10036
d 212.969.3248
f 212.969.2900
YGrossman-Boder@proskauer.com
greenspaces
P Please consider the environment before printing this e-mail.

**From:** Fischer, Rachel S. <rfischer@proskauer.com>
**Sent:** Sunday, January 23, 2022 4:39 PM
**To:** McKenna, Kathleen M. <KMcKenna@proskauer.com>
**Cc:** Renan F. Varghese <RVarghese@wigdorlaw.com>; Christina Sabato <csabato@wigdorlaw.com>; Michael J. Willemin <mwillemin@wigdorlaw.com>; Grossman-Boder, Yonatan L. <YGrossman-Boder@proskauer.com>
**Subject:** Re: Eckhart v. Fox News LLC, et al - Hit reports

Renan, I can do noon on Tuesday. Let us know if that works.

**Rachel S. Fischer**
Senior Counsel

Proskauer
Eleven Times Square

New York, NY 10036-8299
d 212.969.5076
f 212.969.2900
rfischer@proskauer.com


On Jan 21, 2022, at 1:11 PM, McKenna, Kathleen M. <KMcKenna@proskauer.com> wrote:


Renan: That does not accurately represent our position during the meet and confer call on January 13. I expressed surprise that you began the call inquiring about ESI which was not the subject of the exchange of letters and was additionally a surprise as we had not yet received plaintiff's response to our changes proposed in November on ESI protocol. I stated that we knew that certain of your search terms were producing huge hit counts, others where hit counts seemed unnecessary and yet other terms where it is entirely unclear what the purpose is of the search. The meet & confer which followed and the information we provided supports my earlier comments. Your reply of late last evening appears of value and the postponement I understand Rachel to be suggesting is for purposes of analyzing what you just sent. I leave it to Rachel to comment on the timetable but I thought it important that the representations of our discussions be clear. Regards, Kathleen


**Kathleen M. McKenna**
**(she / her)**
**Partner**

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3130
f 212.969.2900
kmckenna@proskauer.com


greenspaces
Please consider the environment before printing this email.

**From:** Renan F. Varghese <RVarghese@wigdorlaw.com>
**Sent:** Friday, January 21, 2022 12:34 PM
**To:** Fischer, Rachel S. <rfischer@proskauer.com>
**Cc:** Christina Sabato <csabato@wigdorlaw.com>; Michael J. Willemin <mwillemin@wigdorlaw.com>; McKenna, Kathleen M. <KMcKenna@proskauer.com>; Grossman-Boder, Yonatan L. <YGrossman-Boder@proskauer.com>
**Subject:** RE: Eckhart v. Fox News LLC, et al - Hit reports

*This email originated from outside the Firm.*

Rachel-

This is why I had asked Kathleen for the hit report when we spoke two weeks ago. She indicated that we did not need the hit report because Fox had very few objections to our search terms. But then when we got on the call on Wednesday we found out that this was not the case and Fox had substantial objections, which you wanted to go over during that call, without providing us with a hit report beforehand. As we discussed, this was untenable for us without having the numbers in front of us which you sent later in the day on Wednesday. If Fox had simply provided the hit report when it was originally run, or even when we asked for it, this process would have gone much faster. We can schedule a time next week to go over our new terms. How is Tuesday afternoon? If we do not have an agreement on the terms in place next week, we will have to go to the Court.

Thanks,


**Renan F. Varghese**
*Of Counsel*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
T: (212) 257-6800 | F: (212) 257-6845

rvarghese@wigdorlaw.com
www.wigdorlaw.com



This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

**From:** Fischer, Rachel S. <rfischer@proskauer.com>
**Sent:** Friday, January 21, 2022 12:26 PM
**To:** Renan F. Varghese <RVarghese@wigdorlaw.com>
**Cc:** Christina Sabato <csabato@wigdorlaw.com>; Michael J. Willemin <mwillemin@wigdorlaw.com>; McKenna, Kathleen M. <KMcKenna@proskauer.com>; Grossman-Boder, Yonatan L. <YGrossman-Boder@proskauer.com>
**Subject:** RE: Eckhart v. Fox News LLC, et al - Hit reports

Thank you Renan. We are in the process of re-running the search terms with your revisions. It seems that it would be most efficient for us to reschedule our 1pm call until after we have had the chance to review updated hit reports. Let us know if you agree with that.

**Rachel S. Fischer**
Senior Counsel

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.5076
f 212.969.2900
rfischer@proskauer.com

**From:** Renan F. Varghese <RVarghese@wigdorlaw.com>
**Sent:** Thursday, January 20, 2022 10:26 PM
**To:** Fischer, Rachel S. <rfischer@proskauer.com>
**Cc:** Christina Sabato <csabato@wigdorlaw.com>; Michael J. Willemin <mwillemin@wigdorlaw.com>; McKenna, Kathleen M. <KMcKenna@proskauer.com>; Grossman-Boder, Yonatan L. <YGrossman-Boder@proskauer.com>
**Subject:** RE: Eckhart v. Fox News LLC, et al - Hit reports

***This email originated from outside the Firm.***

Rachel-

See our edits attached.

**Renan F. Varghese**
*Of Counsel*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
T: (212) 257-6800 | F: (212) 257-6845

rvarghese@wigdorlaw.com
www.wigdorlaw.com



This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

**From:** Fischer, Rachel S. <rfischer@proskauer.com>
**Sent:** Wednesday, January 19, 2022 5:59 PM
**To:** Renan F. Varghese <RVarghese@wigdorlaw.com>
**Cc:** Christina Sabato <csabato@wigdorlaw.com>; Michael J. Willemin <mwillemin@wigdorlaw.com>; McKenna, Kathleen M. <KMcKenna@proskauer.com>; Grossman-Boder, Yonatan L. <YGrossman-Boder@proskauer.com>
**Subject:** Eckhart v. Fox News LLC, et al - Hit reports

Renan,

Further to our discussion this afternoon, please see attached.

Rachel

**Rachel S. Fischer**
Senior Counsel

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.5076
f 212.969.2900
rfischer@proskauer.com

*************************************************************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
*************************************************************************************************************

**PLAINTIFF'S PROPOSED SEARCH TERMS – 1/20/22**

| Search Number | Custodian | Time Period | Keywords[1] |
|---|---|---|---|
| **1A)** | Jennifer Eckhart | January 1, 2013 through July 1, 2020 | - Discrim! /20 (Treat! OR Act! OR Perform! Or conduct)<br>- Haras! /20 (Treat! OR Act! OR Perform! Or conduct)<br>- Hostil! /20 (Treat! OR Act! OR Perform!)<br>- Unfair! /20 (Treat! OR Act! OR Perform!)<br>- Not w/4 fair!<br>- Mistreat!<br>- Promot! /20 (Responsib! Or Perform! Or air or anchor or reporter)<br>- Deserv! /20 (Responsib! Or Perform! Or air or anchor or reporter)<br>- Warrant! /20 (Responsib! Or Perform! Or air or anchor or reporter)<br>- Inappropriat! /20 (behavior or conduct or treat! Or act!)<br>- Appropriat! /20 (behavior or conduct or treat! Or act!)<br>- Offensive or offend!<br>- Uncomfortab!<br>- Not w/4 comfortab!<br>- Sexis!<br>- Flirt!Bitch<br>- (Respect! OR Disrespect! OR Offensiv!) w/5 (Comment! OR Treat! OR Languag!)<br>- "Disparate treatment"<br>- Unhapp!<br>- Henry AND Ed! AND<br>- <br>- |
| **1B)** | Jennifer Eckhart | January 1, 2013 through present | - Ed! Or Henry /20 of any of the following terms<br>- Discrim!<br>- Haras!<br>- Hostil! |

---

[1] Search terms are <u>not</u> case sensitive and "!" indicates a wild card root expander (*e.g.*, appl! matches apple, application, applied, applicant and so on).

1

|    |                                          |                                         |                                                                                                                                                                                                                                                                                                                                                                                                                                                                   |
|----|------------------------------------------|-----------------------------------------|-----|
|    |                                          |                                         | - Unfair!<br>- Justif!<br>- Unjust!<br>- Not w/4 fair!<br>- Mistreat!<br>- (Treat! OR Act! OR Perform!) w/4 (Bad! OR Neg! OR Poor!)<br>- Inappropriat! /20 (behavior or conduct or treat! Or act!)<br>- Appropriat! /20 (behavior or conduct or treat! Or act!)<br>- Offensive or offend!<br>- Uncomfortab!<br>- Not w/4 comfortab!<br>- Sexis!<br>- Flirt!<br>- Bitch<br>- (Respect! OR Disrespect! OR Offensiv!) w/5 (Comment! OR Treat! OR Languag!)<br>- "Disparate treatment"<br>- Unhapp!<br>- <br>-  |
| 2) | Liz Claman<br>Brad Hirst<br>Kevin Burke  | January 1, 2013 through present         | - Eckhart w/25 of any of the following terms<br>  o Perform!<br>  o Employ!<br>  o Compens!<br>  o Terminat!<br>  o Hire<br>  o Hired<br>  o Hiring<br>  o Promot!<br>  o Potential<br>  o Improv!<br>  o PIP<br>  o Career<br>  o Discipline!<br>  o Compl! |
| 3) | Thomas Bowman                            | January 1, 2013 through present         | - Eckhart |
| 4) | Liz Claman                               | January 1, 2013 through present         | - Eckhart w/25 of any of the following terms<br>  o Babysit!<br>  o Clean! |

2

|  |  |  |  |
|---|---|---|---|
|  |  |  | <ul><li>Shoes</li><li>Dress</li><li>Lunch</li><li>Coffee</li><li>Pizza</li><li>Senator</li><li>Zoom</li></ul> |
| **5)** | Liz Claman<br>Brad Hirst<br>Edward Henry<br>Denise Collins | January 1, 2013 through present | <ul><li></li><li>Discrim! /20 Treat!</li><li>Discrim! /20 behavior</li><li>Discrim! /20 conduct</li><li>Discrimin! /20 Act!</li><li>Discrim! /20 decision</li><li>Discrim! /20 against</li><li>Discrim! /20 me</li><li>Discrim! /20 her</li><li>Discrim! /20 gender</li><li>Discrim! /20 women</li><li>Discrim! /20 sex!</li><li>Discrim! /20 complain!</li><li>Harass! /20 Treat!</li><li>Harass! /20 behavior</li><li>Harass! /20 conduct</li><li>Harass! /20 Act!</li><li>Harass! /20 decision</li><li>Harass! /20 against</li><li>Harass! /20 me</li><li>Harass! /20 her</li><li>Harass! /20 gender</li><li>Harass! /20 women</li><li>Harass! /20 sex!</li><li></li><li></li><li>MeToo</li><li>Bitch</li><li>Cunt</li><li>Whore</li><li>Slut</li><li>Sex!</li></ul> |
| **6A)** | Edward Henry | January 1, 2013 through present | <ul><li>"Hard to get"</li><li>Marquis</li><li>Obey</li><li>Submissive</li><li>Blow job</li><li>Blowjob</li><li>Fellatio</li></ul> |

3

|   |   |   | |
|---|---|---|---|
|   |   |   | <ul><li>Tongue</li><li>Lick</li><li>Heisman</li><li>Go! /2 out /20 (hotel or sex!)</li><li>Com! /2 out /20 (hotel or sex!)</li><li>Com! /2 on /20 (hotel or sex!)</li><li>Sexy</li><li>Hot /20 (she or her or woman or women)</li><li>Breasts</li><li>Boobs</li><li>Puss!</li><li>Tits</li><li>Ass</li><li>Cock</li><li>Whore</li><li>Grope</li><li>Anal</li><li>Mentor</li><li>Hammerling</li><li>Roxie or Marroquin</li><li>Cathy or Areu</li></ul> |
| **6B)** | Edward Henry | January 1, 2013 through present | Eckhart /20 of any of the following terms<ul><li>Punish</li><li>Sex</li><li>Dating</li><li>Hot</li><li>"Hard to get"</li><li>Marquis</li><li>Obey</li><li>Submissive</li><li>Blow job</li><li>Blowjob</li><li>Oral</li><li>Fellatio</li><li>Tongue</li><li>Lick</li><li>Heisman</li><li>Go! /2 out /20 (hotel or sex!)</li><li>Com! /2 out /20 (hotel or sex!)</li><li>Com! /2 on /20 (hotel or sex!)</li><li>Sexy</li><li></li><li>Attractive</li><li>Breasts</li><li>Boobs</li></ul> |

| | | | |
|---|---|---|---|
| | | | <ul><li>Puss!</li><li>Tits</li><li>Ass</li><li>Cock</li><li>Dick</li><li>Whore</li><li>Grope</li><li>Anal</li><li>Mentor</li><li>Hammerling</li><li>Roxie or Marroquin</li><li>Cathy or Areu</li></ul> |
| 7) | Denise Collins<br>Brad Hirst<br>Bill Shine<br>Kevin Lord<br>Jay Wallace<br>Lauren Petterson | January 1, 2020 through present | <ul><li>Eckhart w/25 of any of the following:<ul><li>Repercussion</li><li>Compl!</li><li>Abuse</li><li>Toxic!</li><li>Hostil!</li><li>Environment!</li><li>Compl!</li><li>Sex!</li><li>Lawsuit</li><li>Groom!</li><li>Investigat!</li><li>Discrim!</li><li>Harass</li></ul></li></ul> |
| 8) | Bill Shine<br><br>Kevin Lord<br>Jay Wallace<br>Lauren Petterson | January 1, 2013 to January 1, 2020 | <ul><li>Discrim! /10 (Gender or sex!)</li><li>Harass! /10 (Gender or sex!)</li><li>"Paul Weiss" /10 invest!</li><li>Henry /20 any of the following<ul><li>Assault</li><li>Attack</li><li>Rape</li><li>Pressure</li><li>Complain!</li><li>Object</li><li>Compensation</li><li>(Own or personal or his) /10 (show or program or air or host or anchor or co-anchor)</li><li>Profile</li><li>Reput!</li><li>Flirt!</li><li>Woman</li><li>Women</li><li>Girl!</li><li>Rap!</li></ul></li></ul> |

5

|  |  |  | <ul><li>Sex!</li><li>Relation!</li><li>Disciplin!</li><li>Revenu!</li><li>Hammerling</li><li>Roxie or Marroquin</li><li>Areu</li><li>Hufsa or Kamal</li><li>Lawsuit</li><li>Groom!</li><li>Terminat!</li><li>Object!</li><li>Approp!</li><li>Inapprop!</li><li>Comfortab!</li><li>Uncomfortabl!</li><li>Unfair</li><li>Fair</li><li>Promot!</li><li>Drinks</li><li>Uncomfortable</li><li>Ailes</li><li>Go! /2 out</li><li>Com! /2 out</li><li>Com! /2 on</li><li>Sexy</li><li>Hot</li><li>Attractive</li><li>Breasts</li><li>Boobs</li><li>Puss!</li><li>Tits</li><li>Vagina</li><li>Ass</li><li>Cock</li><li>Dick</li><li>Affair</li><li>Hotel</li><li>Whore</li><li>Grope</li></ul> |
|---|---|---|---|
| **9)** | Bill Shine<br>Kevin Lord<br>Jay Wallace<br>Lauren Petterson | January 1, 2013 to January 1, 20120 | <ul><li>Complain! /20 sex AND Employee</li><li>Complain! /20 abus! AND Employee</li><li>Complain! /20 sexual AND Employee</li><li>Complain! /20 gender AND Employee</li></ul> |

6

|  |  |  | <ul><li>Object /20 sex AND Employee</li><li>Object! /20 abus!</li><li>Object /20 sexual</li><li>Object /20 gender</li><li>Employee AND Harass! /20 sex</li><li>Harass! /20 gender AND Employee</li><li>Employee AND Harass! /20 sexual</li><li>Harass! /20 abus! AND Employee</li><li>Assault /20 sex</li><li>Assault /20 gender</li><li>Assault /20 sexual</li><li></li><li>Rape and Employee</li><li>Hostil! /20 sex</li><li>Hostil! /20 gender</li><li>Hostil! /20 sexual</li><li>Bitch</li><li>Cunt</li><li>Whore</li><li>Uncomfortabl!</li><li></li><li>Britt /4 McHenry /10<ul><li>Complain!</li><li>Harass!</li><li>Unfair</li><li>Uncomfortab!</li><li>Sex!</li><li>Retaliat!</li><li>Assault</li><li>Uncomfortable</li><li>Not /4 comfortabl!</li><li>Whore</li><li>Bitch</li><li>Slut</li><li>Jokes</li><li></li></ul></li></ul> |

7

Hit Report Designated Confidential by Defendant