# Exhibit B

**From:** Grossman-Boder, Yonatan L. <YGrossman-Boder@proskauer.com>
**Sent:** Friday, December 17, 2021 2:46 PM
**To:** Chalke, Douglas <dchalke@maglaw.com>
**Cc:** McKenna, Kathleen M. <KMcKenna@proskauer.com>; Fischer, Rachel S. <rfischer@proskauer.com>
**Subject:** [External] RE: Eckhart v. Fox News Network, LLC et al

Hi Doug,

I hope all is well with you as well. The last communication on the topic with Plaintiff's team was the email we sent on November 19, 2021 to Renan Varghese and John Crain. As we are sure you observed, they have not yet addressed our edits to the ESI protocol contained in that email.

Best,
Yoni

**Yonatan Grossman-Boder**
Associate
(he/him)
Proskauer
Eleven Times Square
New York, NY 10036
d 212.969.3248
f 212.969.2900
YGrossman-Boder@proskauer.com
green spaces

 Please consider the environment before printing this e-mail.

---

**From:** Chalke, Douglas <dchalke@maglaw.com>
**Sent:** Friday, December 17, 2021 9:40 AM
**To:** Grossman-Boder, Yonatan L. <YGrossman-Boder@proskauer.com>
**Subject:** Eckhart v. Fox News Network, LLC et al

*This email originated from outside the Firm.*

Hi Yoni,

Hope you're doing well. Regarding the *Eckhart* case, have you all been working with Wigdor regarding ESI collection and search terms? It seems to me like that issue was left open in the email correspondence, but I was wondering whether progress has been made since then? So far we have just been working on those things internally.

Please let me know if you have any questions.

Thanks a lot,
Doug

**Douglas Chalke**
Associate
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212-880-9484
dchalke@maglaw.com
www.maglaw.com



NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from their computer.

******************************************************************************************************

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
******************************************************************************************************
**EXTERNAL:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.