USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENNIFER ECKHART,

                Plaintiff,

v.

FOX NEWS NETWORK, LLC and ED HENRY,

                Defendants.

No. 20-CV-5593 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Pending before the Court is Defendant Ed Henry's motion for reconsideration of the Court's September 9, 2021 Opinion and Order. In his motion, Mr. Henry requested oral argument. Oral argument will be held on September 13, 2022 at 3:00 p.m. By no later than September 6, 2022, the parties shall file a joint letter advising the Court as to whether they prefer to hold the argument in person or remotely via videoconference.

SO ORDERED.

Dated:    August 30, 2022
           New York, New York

_____
Ronnie Abrams
United States District Judge