# Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

_____

WRITER'S CONTACT INFORMATION

cfoti@maglaw.com
212-880-9530

SENIOR COUNSEL
PAUL R. GRAND
_____
COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
_____
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

September 6, 2022

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re:    *Eckhart v. Fox News, LLC, et al.; Case No. 20-cv-5593 (RA)(GWG)*

Dear Judge Abrams:

      This firm represents Defendant Ed Henry in the above-referenced matter. I am writing in connection with the Court's August 30, 2022 Order (the "Court's Order") scheduling oral argument on Mr. Henry's motion for reconsideration for September 13, 2022 at 3:00 p.m. Unfortunately, I have a medical appointment that day that I cannot reschedule. Accordingly, I respectfully request an adjournment of the argument. I have contacted Plaintiff Jennifer Eckhart ("Plaintiff") and Defendant Fox News, LLC ("Fox News") and both consent to an adjournment.

      I also have conferred with the other parties regarding their availability for the next week in case the Court is available to reschedule during one of the available times. For the Court's information, all the parties are available any time on September 19 or 20. The parties also are available after 2 p.m. on September 21 or after 3 p.m. on September 22.

      The Court's Order also requested that the parties advise the Court regarding whether the parties prefer the oral argument to be in person or remote via videoconference. Defendant Henry prefers that the oral argument be in person. Plaintiff prefers that the oral argument be remote via videoconference. Fox News takes no position regarding whether the oral argument be in person or remote via videoconference.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Respectfully submitted,

*/s/ Catherine M. Foti*
Catherine M. Foti

Cc: All Counsel of Record (*via* ECF)

The oral argument previously scheduled for September 13, 2022 is hereby adjourned to September 20, 2022 at 3:00 p.m. The argument will be held remotely via videoconference. Members of the public may use the following information to call into the conference: (646) 453-4442; Access Code: 495 761 446.

The Court will provide the parties with the Microsoft Teams link to access the videoconference in advance of the argument.

SO ORDERED.

_____
Hon. Ronnie Abrams
09/07/2022