# Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

cfoti@maglaw.com
212.880.9530

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

September 29, 2022

**VIA ECF**

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Eckhart v. Fox News, LLC, et al.;* Case No. 20-cv-5593 (RA)(GWG)

Dear Judge Gorenstein:

This firm represents Defendant Ed Henry in the above-referenced matter. I am writing on behalf of all parties, including Plaintiff Jennifer Eckhart and Defendant Fox News, LLC, to respectfully request that the deadline for the completion of non-expert discovery be extended from today, September 29, 2022, to January 27, 2023. This discovery extension would require a change of other existing deadlines, as set forth below.

There is good cause for the extension of the discovery deadline as this additional time will be needed for the Parties to complete the review and exchange of documents, request any judicial intervention on outstanding discovery issues (to the extent necessary), and to complete non-expert depositions. Although the Parties have been diligently working toward the production of documents, the completion of ESI discovery has taken longer than expected and has delayed the Parties' ability to start depositions.

Accordingly, the Parties respectfully request that the following changes be made to the current discovery schedule:

- The current deadline of September 29, 2022 for the completion of non-expert discovery shall be extended to January 27, 2023;

- The current deadline of October 31, 2022 for disclosure of expert evidence shall be extended to February 28, 2023;

Morvillo Abramowitz Grand Iason & Anello P. C.

- The current deadline of November 30, 2022 for disclosure of rebuttal expert evidence shall be extended to March 31, 2023;

- The current deadline of December 30, 2022 for completion of expert depositions shall be extended to April 28, 2023;

- The current deadline of February 17, 2023 for the filing of any motion for summary judgment shall be extended to June 23, 2023.

This is the Parties' second request for an extension of the discovery deadlines.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Catherine M. Foti*
Catherine M. Foti