

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Michael J. Willemin**
mwillemin@wigdorlaw.com

December 9, 2022

**VIA ECF**

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Eckhart v. Fox News Network, LLC, *et al.*; Case No. 20-cv-5593 (RA)(GWG)

Dear Judge Gorenstein:

We represent Plaintiff Jennifer Eckhart in the above-referenced matter and write with the consent of Defendant Fox News Network, LLC ("Fox News") to request a brief extension of the deadline to respond to Fox News' letter concerning a discovery dispute. The primary attorney handling the matter, Renan Varghese, is getting married this weekend and is out of the country until next week. Accordingly, we respectfully request an extension from December 12, 2022 to December 16, 2022. This is our first request regarding an extension to respond to this letter.

We thank Your Honor for the Court's time and consideration to this matter.

Respectfully submitted,

Michael J. Willemin