UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER ECKHART,<br><br>      Plaintiffs,<br><br>  v.<br><br>FOX NEWS NETWORK, LLC, ED HENRY, SEAN HANNITY, TUCKER CARLSON and HOWARD KURTZ, in their individual and professional capacities,<br><br>      Defendants. | **NOTICE OF APPEARANCE**<br><br>Case No. 20-CV-5593 (RA) (GWG) |

  PLEASE TAKE NOTICE that Michael D. Manzo hereby appears as counsel for Defendant Edward "Ed" Henry in the above-captioned action and requests that copies of all papers be served upon the undersigned at the address set forth below.

  I certify that I am admitted to practice before this Court.

Dated: New York, New York
    December 13, 2022

               MORVILLO ABRAMOWITZ GRAND
               IASON & ANELLO P.C.

      By:  /s/ Michael D. Manzo
          Michael D. Manzo
          565 Fifth Avenue
          New York, NY 10017
          Tel: (212) 880-9439
          mmanzo@maglaw.com

          *Attorney for Defendant Ed Henry*