# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Renan F. Varghese**
rvarghese@wigdorlaw.com

December 16, 2022

**VIA ECF**

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: <u>Eckhart v. Fox News Network, LLC, et al.; Civ. Case No. 1:20-cv-5593 (RA)</u>

Dear Judge Gorenstein:

We represent Plaintiff Jennifer Eckhart in the above-referenced matter, and we submit the attached Fourth Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2), which permits amendment of pleadings with the opposing parties' written consent. We have conferred with counsel for all Defendants, who consent to Plaintiff's request to amend her complaint while reserving all other defenses. Plaintiff seeks to file the attached Fourth Amended Complaint to add claims against all Defendants pursuant to the recently enacted New York's Adult Survivor's Act ("ASA") and to remove claims that were previously dismissed by Judge Abrams. Plaintiff has not amended any of the factual allegations in the instant case. For the Court's clarity, Plaintiff is attaching both clean (Ex. A) and a redline (Ex. B) of the Fourth Amended Complaint hereto.

Accordingly, Plaintiff respectfully requests that the Court accept the attached Fourth Amended Complaint as filed. We thank Your Honor for the Court's consideration and attention to this matter.

Respectfully submitted,

*/s/ Renan F. Varghese*
Renan F. Varghese