# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

cfoti@maglaw.com
212.880.9530

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

December 22, 2022

**VIA ECF**

**MEMORANDUM ENDORSED**

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *Eckhart v. Fox News Network, LLC, et al.*, Case No. 1:20-CV-5593 (RA) (GWG)

Dear Judge Gorenstein:

This firm represents Defendant Ed Henry in the above-referenced matter. We write pursuant to Rule 1(E) of Your Honor's Individual Rules to request an extension of time to answer, move, or otherwise respond to Plaintiff's Fourth Amended Complaint. Plaintiff consents to this request.

On December 20, 2022, Plaintiff filed a Fourth Amended Complaint. (*See* Dkt. No. 227.) Pursuant to Fed. R. Civ. P. 15(a)(3), Mr. Henry's deadline to answer, move, or otherwise respond is January 3, 2023. Mr. Henry requests an extension through January 20, 2023 in light of the upcoming holidays and pressing deadlines in other cases. This is Mr. Henry's first request for an extension to respond to Plaintiff's Fourth Amended Complaint.

Thank you for your consideration.

Respectfully submitted,

*/s/ Catherine M. Foti*
Catherine M. Foti

Extension to January 20, 2023, granted.

So Ordered.

/s/ Gabriel W. Gorenstein
GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 23, 2022