

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Renan F. Varghese**
rvarghese@wigdorlaw.com

December 23, 2022

<u>**VIA ECF**</u>

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Eckhart v. Fox News Network, LLC, *et al.*; Case No. 1:20-cv-5593 (RA) (GWG)</u>

Dear Judge Gorenstein:

We represent Plaintiff Jennifer Eckhart in the above-referenced matter. We write in response to the Court's message on December 16, 2022 regarding the discovery dispute raised in Docket Nos. 220 and 224. On December 23, 2022, Defendant Fox News Network, LLC ("Fox News") selected 50 pages of Plaintiff's medical records in which they seek *in camera* review. Plaintiff emailed the Court a version of the 50 pages that shows where the redactions were applied. Plaintiff notified Fox News that the sample of the records had been properly sent to the Court *via* email on December 23, 2022.

We thank Your Honor for the Court's consideration and attention to this matter.

Respectfully submitted,

Renan F. Varghese

cc:    All Counsel of Record (*via* ECF)