UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JENNIFER ECKHART                                 :

              Plaintiff,                :     ORDER

   -v.-                                           :
                                                                         20 Civ. 5593 (RA) (GWG)
FOX NEWS NETWORK, LLC et al.,                    :

              Defendants.              :
----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     With regard to the dispute raised in Docket # 220, 224, the normal rule is that redactions based on relevance are not permissible.. See, e.g. Christine Asia Co., Ltd. v. Alibaba Group Holding Ltd., 327 F.R.D. 52, 54 (S.D.N.Y. 2018). This is true even in cases where the redactions are "based on concerns about personal privacy," as long as a confidentiality order is in place. Trireme Energy Holdings, Inc. v. Innogy Renewables US LLC, 2022 WL 621957, at *2 (S.D.N.Y. Mar. 3, 2022). The Court regrets that it did not make it intentions known in its original ruling.

     Accordingly, to the extent any practitioner was presented with a complaint by plaintiff about a mental problem during a particular visit, plaintiffs shall produce the entire record for that visit. Obviously, any such record may be designated as confidential. The records shall be produced within 10 days or on any other date mutually agreed to be the parties.

     SO ORDERED.

Dated: December 28, 2022
       New York, New York

                                                          GABRIEL W. GORENSTEIN
                                                           United States Magistrate Judge