# Exhibit 1

## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

———

WRITER'S CONTACT INFORMATION

eabramowitz@maglaw.com
212-880-9500

SENIOR COUNSEL
PAUL R. GRAND

———

COUNSEL
JASMINE JUTEAU

———

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

January 20, 2023

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Office of the Attorney General
Division of Appeals & Opinions
28 Liberty Street
New York, NY 10005

Re:   Rule 5.1 Notice of Constitutional Question in *Eckhart v. Fox News Network, LLC, et al.*, Case No. 1:20-CV-5593 (S.D.N.Y.)

To Whom It May Concern:

Pursuant to Federal Rule of Civil Procedure 5.1(a)(2), we are writing to notify you that Ed Henry, a defendant in the above-referenced action, has filed a pleading that draws into question the constitutionality of the Adult Survivors Act, N.Y. C.P.L.R. § 214-j (the "ASA"). The specific constitutional question raised in the Thirteenth Affirmative Defense in Mr. Henry's Answer to Plaintiff's Fourth Amended Complaint is whether the ASA, on its face and as applied to the facts of the above-referenced action, is an unconstitutional violation of, including but not limited to, the Due Process Clause of the New York State Constitution, NY Const., art. I, § 6.

Enclosed are copies of the following:

1.   Plaintiff Jennifer Eckhart's Fourth Amended Complaint;
2.   Defendant Ed Henry's Answer to Plaintiff's Fourth Amended Complaint.

Sincerely,
*/s/ Elkan Abramowitz*
Elkan Abramowitz

cc: All Counsel of Record