UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER ECKHART, et ano.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-05593<br><br>**ORDER GRANTING LEAVE TO WITHDRAW AS ATTORNEY OF RECORD** |

　　　　The Court, having considered the Motion and Declaration of Jayne C. Weintraub to withdraw as attorney of record for Defendant Edward "Ed" Henry in the above-styled action, and finding that there are satisfactory reasons for withdrawal and that the requirements of Local Rule 1.4 are otherwise met, it is hereby:

　　　　ORDERED that Jayne C. Weintraub is granted leave to withdraw as attorney of record for Mr. Henry; and further

　　　　ORDERED that the Clerk shall terminate Jayne C. Weintraub as an attorney of record for Mr. Henry and remove her name and email address from the official docket of this action.

Signed this 27 day of January, 2023.

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　Hon. Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge