UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER ECKHART, et ano.<br><br>        Plaintiffs,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, et al.,<br><br>        Defendants. | Case No. 1:20-cv-05593<br><br>**ORDER GRANTING LEAVE TO WITHDRAW AS ATTORNEY OF RECORD** |

The Court, having considered the Motion and Declaration of Jon A. Sale to withdraw as attorney of record for Defendant Edward "Ed" Henry in the above-styled action, and finding that there are satisfactory reasons for withdrawal and that the requirements of Local Rule 1.4 are otherwise met, it is hereby:

ORDERED that Jon A. Sale is granted leave to withdraw as attorney of record for Mr. Henry; and further

ORDERED that the Clerk shall terminate Jon A. Sale as an attorney of record for Mr. Henry and remove his name and email address from the official docket of this action.

Signed this 27 day of January, 2023.

_____
Hon. Ronnie Abrams
United States District Judge