# Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

―――

WRITER'S CONTACT INFORMATION

cfoti@maglaw.com
212.880.9530

SENIOR COUNSEL
PAUL R. GRAND

―――

COUNSEL
JASMINE JUTEAU

―――

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

January 27, 2023

**VIA ECF**

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Eckhart v. Fox News, LLC, et al.*, Case No. 20-CV-5593 (RA) (GWG)

Dear Judge Gorenstein:

      This firm represents Defendant Ed Henry in the above-referenced matter. I am writing on behalf of all parties, including Plaintiff Jennifer Eckhart and Defendant Fox News, LLC, to respectfully request that the deadline for the completion of non-expert discovery be extended from today, January 27, 2023, to May 26, 2023. This discovery extension would require a change of other existing deadlines, as set forth below.

      The Parties have engaged in document discovery and believe that they have completed most, if not all, exchanges of documents. The Parties, however, need additional time to take depositions and intend to start taking depositions promptly. The Parties intend to meet and confer in the coming days to discuss the number of depositions for both sides and the length of the depositions of the Parties.

      Accordingly, the Parties respectfully request that the following changes be made to the current discovery schedule:

- The current deadline of January 27, 2023 for the completion of non-expert discovery shall be extended to May 26, 2023;
- The current deadline of February 28, 2023 for disclosure of expert evidence shall be extended to July 10, 2023;
- The current deadline of March 31, 2023 for disclosure of rebuttal expert evidence shall be extended to August 11, 2023;

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

- The current deadline of April 28, 2023 for completion of expert depositions shall be extended to September 22, 2023;
- The current deadline of June 23, 2023 for the filing of any motion for summary judgment shall be extended to November 20, 2023.

This is the Parties' third request for an extension of the discovery deadlines.

We thank the Court for its attention to this matter.

                                           Respectfully submitted,

                                           */s/ Catherine M. Foti*
                                           Catherine M. Foti