UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ECKHART,

               Plaintiff,

    v.

FOX NEWS NETWORK, LLC et al.,

              Defendant.

No. 20-CV-5593 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On December 14, 2023, Magistrate Judge Gorenstein granted the parties' joint letter motion to extend the deadline to complete fact discovery to January 16, 2024. Accordingly, a post-fact discovery conference is hereby scheduled for Friday, January 26, 2024, at 2:00 p.m. Call-In Number: (888) 363-4749; Access Code: 1015508#. No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:    December 18, 2023
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge