UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JENNIFER ECKHART et al.,                              :

             Plaintiffs,                         :         ORDER

   -v.-                                                            :
                                                             20 Civ. 5593 (RA) (GWG)
FOX NEWS NETWORK, LLC et al.,                   :

             Defendants.                       :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The plaintiff is given leave to file letters replying to any new matters raised in the opposition letters to Docket ## 265 and 266 (including but not limited to any arguments on timeliness). The plaintiff shall file a letter by December 21, 2023, either indicating the parties agreement on a date such reply letter or letters will be filed or making an application for an appropriate date (and giving the other side's position).

      SO ORDERED.

Dated: December 20, 2023
       New York, New York

                                                           _____
                                                           GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge