

**Michael J. Willemin**
mwillemin@wigdorlaw.com

MEMORANDUM ENDORSED

January 10, 2024

**VIA ECF**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 6B
New York, NY 10007

Re:  Eckhart v. Fox News Network, LLC, *et al.*; Case No. 20-cv-5593 (RA)(GWG)

Dear Judge Gorenstein,

I am one of the attorneys with Wigdor LLP, the firm representing Plaintiff in this action. I write, regretfully, to respectfully request permission to appear telephonically at tomorrow's 3pm discovery conference. In short, it seems that I have some sort of persistent virus and, given where things stand at the moment, I am not going to be able to appear in person tomorrow. I apologize to the Court and the parties for any inconvenience that this might cause. I cannot think of another time that I have had to make a request like this, and I can assure Your Honor that it is not one that I wanted to make.

I thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Michael J. Willemin

Granted. The Deputy Clerk will contact Mr. Willemin to arrange for telephonic participation.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
January 10, 2024