UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                            :

JENNIFER ECKHART et al.,
                                                            :

          Plaintiffs,                                                    ORDER

                                                            :

      -v.-

                                                            :       20 Civ. 5593 (RA) (GWG)

FOX NEWS NETWORK, LLC et al.,          :

         Defendants.                 :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       For the reasons stated on the record today, the Court grants the application of defendant Ed Henry to seal the letters filed as Docket ## 274, 280, 282, and 284. The parties shall file redacted versions of these letters on or before January 18, 2024.

       Accordingly, the Clerk is directed to make Docket ## 274, 280, 282, and 284 visible only to the parties to the case and to the Court.

       SO ORDERED.

Dated: January 11, 2024
       New York, New York

                                                _____
                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge