UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECKHART,

                    Plaintiff,

          v.

FOX NEWS NETWORK, LLC *et al*,

                    Defendants.

No. 20-cv-5593 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Consistent with the parties' agreement to extend the deadline for expert discovery, the post-discovery conference currently scheduled for May 3, 2024 at 2:00 p.m. is hereby adjourned to June 21, 2024 at 3:30 p.m. Unless the parties request otherwise, the Court will hold this conference by telephone.  The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.

SO ORDERED.

Dated:     April 23, 2024
           New York, New York

                                        Hon. Ronnie Abrams
                                        United States District Judge