

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

April 26, 2024

Rachel S. Fischer
Senior Counsel
d +1.212.969.5076
f 212.969.2900
rfischer@proskauer.com
www.proskauer.com

**By ECF**

The Honorable Gabriel W. Gorenstein
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007-1312

  Re: *Eckhart v. Fox News Network, LLC, et al.*, Case No. 1:20-cv-5593 (RA) (GWG)

Dear Judge Gorenstein:

We represent Defendant Fox News Network, LLC ("Fox News") in the above-referenced matter. We write, pursuant to Individual Rule 1(F), to respectfully request an adjournment of the discovery conference currently scheduled for April 30, 2024 at 3:30 p.m. until May 6, 2024 at 11:00 a.m. because counsel for Fox News is unavailable on April 30. (*See* Dkt. 328.)

Prior to making this application, we contacted Your Honor's Deputy Clerk to obtain an alternative date for which the Court is available for a rescheduled conference. The Deputy Clerk identified May 6, 2024 at 11:00 a.m. as an alternative date. Counsel for all parties have consented to an adjournment and confirmed that they are available for a rescheduled conference on that date and time.

We thank the Court for its consideration and attention to this matter.

Respectfully submitted,

*/s/ Rachel S. Fischer*