UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                :

JENNIFER ECKHART et al.,
                                                :
                Plaintiffs,                            ORDER
                                                :
    -v.-
                                                :       20 Civ. 5593 (RA) (GWG)

FOX NEWS NETWORK, LLC et al.,       :

                Defendants.              :
------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       The discovery hearing scheduled for Monday, May 6, 2024, at 11:00 a.m. is adjourned to May 9, 2024, at 11:00 a.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York.

       SO ORDERED.

Dated: May 3, 2024
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge