UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                  :

JENNIFER ECKHART et al.,

                                                                  :

        Plaintiffs,                             ORDER

                                                                  :

   -v.-

                                                                  :        20 Civ. 5593 (RA) (GWG)

FOX NEWS NETWORK, LLC et al.,         :

        Defendants.                   :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The time of the discovery hearing scheduled for May 9, 2024, in Courtroom 519, is changed to 10:30 a.m. The parties are directed to confirm with each other that they are aware of this time change.

      SO ORDERED.

Dated: May 7, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge