

**Michael J. Willemin**
mwillemin@wigdorlaw.com

October 2, 2024

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 1506
New York, NY 10007

      Re:    Eckhart v. Fox News Network, LLC, et al.; Case No. 20-cv-5593 (RA)(GWG)

Dear Judge Abrams,

We represent Plaintiff in this action. Defendant Fox News Network, LLC ("Fox News") filed a motion for summary judgement on September 23, 2024. Defendant Ed Henry ("Mr. Henry" filed a motion for summary judgment on September 30, 2024. Pursuant to Your Honor's Order of September 27, 2024, (Dkt. No. 380), Plaintiff has a deadline of October 3, 2024 to submit a letter explaining the need to seal or redact certain documents filed in connection with Fox News' motion and Mr. Henry's motion. We respectfully request an extension of that deadline to October 9, 2024. This request, which is made with the consent of all parties, is made because intervening deadlines precluded us from completing the letter today (which is what I had hoped to be able to do), and I am traveling through the rest of the week and weekend.

We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Michael J. Willemin

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
October 3, 2024