# EXHIBIT 2

Page 1

1

2                    UNITED STATES DISTRICT COURT

3                    SOUTHERN DISTRICT OF NEW YORK

4

5      JENNIFER ECKHART,                )
                                        )
6                    Plaintiff,         ) Case No.
                                        ) 1:20-cv-05593(RA)
7              vs.                      )
                                        )
8      FOX NEWS NETWORK, LLC and ED     )
       HENRY, in his individual and     )
9      professional capacity,           )
                                        )
10                   Defendants.        )
       ------------------------------)

11

12

13

14                         VOLUME I

15

16      VIDEOTAPED DEPOSITION OF JENNIFER MARIE ECKHART

17                    New York, New York

18                  Monday, April 24, 2023

19

20

21

22

23      Reported by:

24      KRISTIN KOCH, RPR, RMR, CRR

25

Page 2

1

2

3

4                    April 24, 2023

5                    10:07 a.m.

6

7

8          Videotaped Deposition of JENNIFER MARIE

9     ECKHART, held at the offices of Proskauer

10    Rose LLP, Eleven Times Square, New York,

11    New York, before Kristin Koch, a Registered

12    Professional Reporter, Registered Merit

13    Reporter, Certified Realtime Reporter and

14    Notary Public of the State of New York.

15

16

17

18

19

20

21

22

23

24

25

```
                                                    Page 3

 1

 2      A P P E A R A N C E S:

 3

 4

 5           WIGDOR LLP

 6           Attorneys for Plaintiff

 7                85 Fifth Avenue

 8                New York, New York 10003

 9           BY:   MICHAEL J. WILLEMIN, ESQ.

10                RENAN F. VARGHESE, ESQ.

11                CHRISTINA SABATO, Law Clerk

12

13

14           PROSKAUER ROSE LLP

15           Attorneys for Fox News Network, LLC

16                Eleven Times Square

17                New York, New York 10036

18           BY:   KATHLEEN M. McKENNA, ESQ.

19                RACHEL S. FISCHER, ESQ.

20                JULIA F. HOLLREISER, ESQ.

21                CLAUDIA C. KHOURY-YACOUB, ESQ.

22

23

24

25
```

Page 4

1

2    A P P E A R A N C E S:   (Continued)

3

4

5        MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

6        Attorneys for Ed Henry

7                565 Fifth Avenue

8                New York, New York 10017

9        BY:   CATHERINE M. FOTI, ESQ.

10               MICHAEL D. MANZO, ESQ.

11

12

13   ALSO PRESENT:

14

15   CARLOS KING, Videographer

16   CARL GUIDA, ESQ., Fox News

17   ED HENRY

18

19

20

21

22

23

24

25

Page 5

```
 1                    J. Eckhart
 2            THE VIDEOGRAPHER:  Good morning.  We
 3       are going on the record at 10:07 a.m. on
 4       April 24th, 2023.
 5            Please note that the microphones are
 6       sensitive and may pick up whispering and
 7       private conversations.  Please mute your
 8       phones at this time.  Audio and video
 9       recording will continue to take place unless
10       all parties agree to go off the record.
11            This is media unit number 1 of the
12       video-recorded deposition of Ms. Jennifer
13       Eckhart taken by counsel for Defendants in
14       the matter of Jennifer Eckhart versus Fox
15       News Network, LLC, filed in the United States
16       District Court, Southern District of
17       New York, case number 1:20-cv-05593(RA).
18            The location of this deposition is
19       Eleven Times Square, New York, New York.
20            My name is Carlos King representing
21       Veritext and I am the videographer.  The
22       court reporter is Kristin Koch also
23       representing Veritext.
24            I am not authorized to administer an
25       oath, I am not related to any party in this
```

```
                                           Page 6
 1                      J. Eckhart
 2         action and I am not financially interested in
 3         the outcome.  If there are any objections to
 4         the proceedings, please state them at the
 5         time of your appearance.
 6              Counsel and all present, including
 7         remotely, will now state their appearance and
 8         affiliations for the record, beginning with
 9         noticing attorney.
10              MS. McKENNA:  Kathleen McKenna,
11         Proskauer Rose, LLP.
12              MS. FISCHER:  Rachel Fischer, Proskauer
13         Rose.
14              MS. HOLLREISER:  Julia Hollreiser,
15         Proskauer Rose.
16              MR. GUIDA:  Carl Guida, Fox News.
17              MR. WILLEMIN:  Michael Willemin, Wigdor
18         LLP.
19              MR. VARGHESE:  Renan Varghese, Wigdor
20         LLP.
21              MS. SABATO:  Christina Sabato, Wigdor
22         LLP.
23              MS. FOTI:  Catherine Foti, Morvillo
24         Abramowitz Grand Iason & Anello, on behalf of
25         Ed Henry.
```

```
                                                Page 7
 1                      J. Eckhart
 2              MR. HENRY:  Ed Henry.
 3              MR. MANZO:  Michael Manzo on behalf of
 4          Morvillo Abramowitz Grand Iason & Anello.
 5              THE VIDEOGRAPHER:  Can the court
 6          reporter, please, swear in or affirm the
 7          witness.
 8     J E N N I F E R   M A R I E   E C K H A R T,
 9          called as a witness, having been duly sworn
10          by a Notary Public, was examined and
11          testified as follows:
12     EXAMINATION BY
13     MS. McKENNA:
14          Q.    Good morning, Ms. Eckhart.
15          A.    Good morning.
16          Q.    I know we met before, but I'm Kathleen
17     McKenna with Proskauer Rose and, as you just
18     heard, we represent Fox News in connection with
19     the lawsuit you have brought against it.
20              The purpose of today's deposition is
21     for me to ask you questions under oath about the
22     Complaint that you have filed against Fox News.
23     The purpose of my questions is not to trick or
24     mislead you.  If you don't understand anything
25     that I say today when I ask you a question, let me
```

```
                                             Page 23
 1                      J. Eckhart
 2         Q.    Did you have that iPhone while you were
 3     working at Fox?
 4         A.    I did.
 5         Q.    You recall that you were terminated by
 6     Fox on June 12, 2020; correct?
 7         A.    I believe that's the date.
 8         Q.    Okay.  Which version of the iPhone do
 9     you have?
10         A.    I believe the iPhone 7 Plus.
11         Q.    And do you recall whether you got that
12     iPhone in 2020?
13         A.    I did not get that iPhone in 2020.
14         Q.    Did you get it before then?
15         A.    I did.
16         Q.    Okay.  Did you get it in 2019?
17         A.    I don't know.
18         Q.    Could you have gotten it as early as
19     2018?
20         A.    I don't know.
21         Q.    Who is your provider for your iPhone
22     services?
23         A.    AT&T.
24         Q.    And has AT&T always been your provider?
25         A.    It has.
```

```
                                          Page 37
 1                    J. Eckhart
 2      that.
 3              Did you speak to any other attorneys
 4      other than Wigdor LLP when you were contemplating
 5      your suit against Fox?
 6          A.    Lisa Bloom.
 7              MS. McKENNA:  I'll talk to you about
 8          that later.
 9          Q.    Did you speak to Ms. Bloom or anyone
10      from her office?
11          A.    I spoke to her assistant.
12          Q.    And do you recall when that was?
13          A.    I do not.
14          Q.    Was it before or after you spoke to
15      Doug Wigdor?
16          A.    It was after.
17          Q.    Do you recall how much after?
18          A.    I don't.
19          Q.    Let's talk a little bit about your
20      educational background, Ms. Eckhart.  You went to
21      auburn university between 2008 and 2010; correct?
22          A.    That is correct.
23          Q.    And then you went to the University of
24      Florida from 2010 to 2012; correct?
25          A.    That is correct.
```

```
                                              Page 38

 1                     J. Eckhart
 2        Q.    And you graduated with a BS in
 3    telecommunications from the University of Florida;
 4    is that correct?
 5        A.    Yes.
 6        Q.    Did you have any postgraduate
 7    education?
 8        A.    No.
 9        Q.    Okay.  You referenced this a little
10    earlier, but you were a summer intern at Fox;
11    correct?
12        A.    Correct.
13        Q.    And that was in the summer of 2011?
14        A.    I don't remember the exact year, but
15    that sounds correct.
16        Q.    Well, if you went to Florida in '10,
17    was it in '10, '11, or the last year that you
18    graduated?
19        A.    It was the summer between -- it was my
20    summer after my junior year.
21        Q.    So 2011?
22        A.    Correct.
23        Q.    Okay.  How did you get that job?
24        A.    My internship?
25        Q.    Yes.
```

```
                                          Page 40

1                     J. Eckhart

2         A.    I was hired by Fox News to be a

3    freelance administrative assistant to anchor Liz

4    Claman.

5         Q.    Okay.  And you indicated a little

6    earlier there came a point in time where you were

7    no longer a freelancer; correct?

8         A.    Correct.

9         Q.    And do you recall how long it was

10   before you became a regular employee?

11        A.    I think a couple months.

12        Q.    Okay.  When you joined Fox, were you

13   aspiring to be a reporter?

14        A.    I was aspiring to be an on-air

15   journalist, yes.

16        Q.    Okay.  And did you think that working

17   at Fox News would help you get closer to that goal

18   of being an on-air reporter?

19        A.    I did.

20        Q.    Okay.  Did you think that you would

21   meet people at Fox News that could help you become

22   an on-air reporting talent?

23        A.    Yes.

24        Q.    Okay.  And in the years you worked at

25   Fox News, did you have the opportunity to interact
```

```
                                            Page 47
 1                    J. Eckhart
 2        Q.    Or neither.
 3        A.    Both.
 4        Q.    Okay.  What does the abbreviation SOT
 5   mean?
 6        A.    SOT.  It stands for sound bite.
 7        Q.    I did not guess that.
 8              And what does it mean to do a read-in?
 9        A.    I'm sorry.  I don't think I know the
10   answer to that.
11        Q.    No?  Okay.  All right.  We will look at
12   some documents.  Maybe you can translate for me.
13              When you became the production
14   assistant on Liz Claman's show, was that also in
15   New York?
16        A.    Yes.
17        Q.    Okay.  And to whom did you report when
18   you were the production assistant?
19        A.    For Liz Claman's show?
20        Q.    Yes.  I'm sorry.  These questions will
21   now be for the Liz Claman show.
22        A.    Brad Hirst.
23        Q.    And what was Mr. Hirst's title at the
24   time, if you know?
25        A.    Executive producer.
```

Page 48

1                    J. Eckhart

2        Q.    And can you describe, for the record,

3    the chain of positions from production assistant

4    up to executive producer on the Liz Claman show?

5        A.    It typically is intern, production

6    assistant, booker, associate producer, producer,

7    senior producer, and then executive producer.

8        Q.    Thank you.

9              And am I correct that in and about

10   December of 2015 you became a booker?

11       A.    I don't recall if that's the correct

12   date, but it sounds right.

13       Q.    Okay.  And can you describe for the

14   record what it is that a booker does?

15       A.    A booker books guests to come on the

16   Fox Business Network or Fox News Channel.  You

17   often take demands from senior management

18   concerning particular guests or from

19   correspondents or from anchors who want a

20   particular guest on the show, and it is your

21   responsibility as a booker to pre-interview each

22   guest to prepare them with talking points and to

23   book their transportation to and from the studio.

24       Q.    And when you are a booker and you are

25   pre-interviewing the guest, is that information

```
                                                   Page 53
 1                        J. Eckhart
 2          A.    I don't.
 3                MS. McKENNA:  I am going to ask be
 4          marked -- 60, please.  60.
 5                I think we are up to 8, Bates
 6          stamped -- Exhibit 8 will be the document
 7          Bates stamped FOX 2430.
 8                (Eckhart Exhibit 8, e-mail dated
 9          8-10-2018, Bates stamped FOX 002430, marked
10          for identification.)
11          Q.    Ms. Eckhart, this e-mail is dated
12     Friday, August 10, 2018, and it -- ███████████

███    ███████████████████████████████████████████

███    ███████████████████████████████████████████

███    ██████████████████████  █████████████████████

███    ██████████████████████████████████████

███    ████████████
18                Does that refresh your recollection
19     that you were promoted in August of 2018?
20          A.    It does.
21          Q.    Okay.  For the record, Ms. Eckhart,
22     when you became associate producer, you were still
23     working in New York; correct?
24          A.    Correct.
25          Q.    And you still were reporting to Brad
```

Page 99

```
 1                        J. Eckhart
 2              Do you recall communicating with
 3     Mr. Hirst in September of 2019 regarding your
 4     latenesses and absences?
 5         A.    I am sorry, but I don't remember.
 6         Q.    Do you remember whether there came a
 7     time in September of 2019 you received a
 8     communication telling you it was a final warning
 9     for your latenesses and absences?
10         A.    I'm sorry.  Can you, please, repeat
11     that question.
12              MS. McKENNA:  Can you read it back.
13              (Record read.)
14         A.    I do not remember receiving such thing.
15              MS. McKENNA:  I'd ask be marked as
16         Eckhart 21 a one-page document Bates stamped
17         1869.
18              (Eckhart Exhibit 21, e-mail dated
19         9-17-2019, Bates stamped FOX 001869, marked
20         for identification.)
21              (Document review.)
22         Q.    Ms. Eckhart, does that refresh your
23     recollection about Mr. Hirst telling you in
24     September of 2019 that your latenesses were
25     unacceptable and that it was a final warning
```

```
                                        Page 100

 1                      J. Eckhart

 2    regarding your latenesses?

 3         A.    Yes.

 4              MS. McKENNA:  Can I have 200, please.

 5         Q.    Do you recall a conversation with Brad

 6    Hirst in September 2019 about your Instagram post

 7    from a rehearsal with new Fox graphics?

 8         A.    I don't remember.  I'm sorry.

 9         Q.    Do you have any recollection of having

10    a conversation with Mr. Hirst about you disclosing

11    prematurely a new graphics package on your social

12    media?

13         A.    I do not.

14              MS. McKENNA:  I'd ask be marked as

15         Eckhart 22 a document Bates stamped FOX 2180

16         to 2182.

17              (Eckhart Exhibit 22, e-mail dated

18         9-23-2019, Bates stamped FOX 002180 through

19         FOX 002182, marked for identification.)

20              (Document review.)

21         Q.    Ms. Eckhart, does this refresh your

22    recollection of your revelation of the new Fox

23    graphics package by posting it on your Instagram

24    account?

25         A.    Yes.
```

```
 1                    J. Eckhart
 2   He suggested we discuss my career in his room.  I
 3   believed him.  He wanted to have another drink in
 4   him room with me as well and coerced me into his
 5   room and I felt terrified.
 6        Q.   My question, Ms. Eckhart, was not what,
 7   but when was the first time you ever had sexual
 8   contact with Ed Henry?
 9        A.   2014.
10        Q.   Physical sexual contact.
11        A.   2014.
12        Q.   How many times did you have sexual
13   physical interactions with Ed Henry?
14        A.   I'm not sure I understand your
15   question.
16        Q.   I'll rephrase it.
17             On how many occasions did you have
18   physical sexual interaction with Ed Henry?
19        A.   Three.
20        Q.   The first time in 20 -- was 2014; is
21   that correct?
22        A.   That's correct.
23        Q.   Do you recall when the second time was?
24        A.   When I was assaulted by him on Fox News
25   office property.
```

Page 260

1
2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    Case No. 1-20-cv-05593(RA)
     - - - - - - - - - - - - - - - - - -x
4    JENNIFER ECKHART,                        :
                                              :
5                           Plaintiff,    :
                                              :
6                   - vs -                    :
                                              :
7    FOX NEWS NETWORK, LLC and ED HENRY,:
     in his individual and professional :
8    capacities,                             :
                                              :
9                           Defendants.  :
     - - - - - - - - - - - - - - - - - -x
10
11                                      April 25, 2023
                                        9:47 a.m.
12                                      11 Times Square
                                        New York, NY
13
14
15
16                  *** VOLUME II ***
17
18
19
20          CONTINUED VIDEOTAPED DEPOSITION UPON
21   ORAL EXAMINATION OF JENNIFER ECKHART, held at the
22   above-mentioned time and place, before Randi
23   Friedman, a Registered Professional Reporter,
24   within and for the State of New York.
25

Page 261

```
 1                          J. Eckhart
 2   APPEARANCES:
 3              WIGDOR, LLP
                Attorneys for Plaintiff
 4
                85 Fifth Avenue
 5              New York, New York 10003
 6              BY:  MICHAEL J. WILLEMIN, ESQ.
                     RENAN F. VARGHESE, ESQ.
 7                   CHRISTINA SABATO (Law Clerk)
 8
 9              PROSKAUER ROSE, LLP
                Attorneys for Defendant, Fox News
10              Network, LLC
11              Eleven Times Square
                New York, New York 10036
12
                BY:  KATHLEEN McKENNA, ESQ.
13                   JULIA HOLLREISER, ESQ.
                     RACHEL FISCHER, ESQ.
14
15              MORVILLO ABRAMOWITZ GRAND IASON &
16              ANELLO, P.C.
                Attorneys for Defendant, Ed Henry
17
                565 Fifth Avenue, #9
18              New York, New York 10017
19              BY:  CATHERINE M. FOTI, ESQ.
                     MICHAEL MANZO, ESQ.
20                   ALEXANDER MALETIS - Paralegal
21                        * * *
22   ALSO PRESENT:
23              Carlos King - Videographer
                Carl Guida, Esq. (Fox News)
24
25
```

```
                                        Page 262
 1                    J. Eckhart
 2              MR. VIDEOGRAPHER:  Good morning.
 3         We are going on the record at 9:47 a.m. on
 4         April 25th, 2023.
 5                    Please note that the microphones
 6         are sensitive and may pick up whispering and
 7         private conversations.  Please mute your
 8         phones at this time.  Audio and video
 9         recording will continue to take place unless
10         all parties agree to go off the record.
11                    This is Media Unit No. 1 of the
12         video-recorded deposition Volume 2 of the
13         video-recorded deposition of Jennifer
14         Eckhart, taken by counsel for defendants in
15         the matter of Jennifer Eckhart versus Fox
16         News Network LLC, filed in the United States
17         District Court, Southern District of New
18         York, Case No. 1:20-CV-05593(RA).
19                    Our location of this deposition is
20         11 Times Square, New York, New York.
21                    My name Carlos King, representing
22         Veritext.  I'm the videographer.  The court
23         reporter is Miss Randi Friedman, also
24         representing Veritext.
25                    I'm not authorized to administer
```

Page 263

1                              J. Eckhart
2          an oath, I'm not related to any party in
3          this action, and I'm not financially
4          interested in the outcome.
5                    If there are any objections to the
6          proceedings, please state them at the time
7          of your appearance.  Counsel and all
8          present, including remotely, will now state
9          their appearance and affiliations for the
10         record, beginning with noticing attorney.
11                   MS. McKENNA:  I think we did this
12         yesterday.  Everybody is here who was here
13         yesterday, plus the addition that the court
14         reporter noted, thank you.
15                          *  *  *
16                   JENNIFER ECKHART, the witness
17         herein, having been previously duly sworn,
18         was examined and testified further as
19         follows:
20                          *  *  *
21                   CONTINUED EXAMINATION
22     BY MS. McKENNA:
23         Q    Ms. Eckhart, I'm going to remind you
24     you're still under oath.  You know that; correct?
25         A    Yes.

Page 301

```
 1                    J. Eckhart
 2  Henry?
 3       A     Not to my knowledge.
 4       Q     We discussed the other day the fact
 5  that your employment with Fox came to an end on
 6  June 12, 2020; correct?
 7       A     Correct.
 8       Q     Do you recall having a meeting on
 9  June 12, 2020 in which you learned you were
10  terminated?
11       A     Yes.
12       Q     Who attended that meeting?
13       A     Myself, Denise Collins and Brad Hurst.
14       Q     Where did that meeting take place?
15       A     In one of the conference rooms.  Human
16  resources.
17       Q     How long did the meeting last?
18       A     Forty-five minutes.
19       Q     Can you give me your best recollection
20  of what happened in that meeting?
21       A     I sat -- I walked silently with Brad
22  Hurst to human resources.  I had no idea what was
23  going to happen, what was going to be said.  I
24  had speculated that I could potentially be fired,
25  but I wasn't -- I didn't really know what the
```

```
 1                    J. Eckhart
 2   that there was another message at another time
 3   where you said you were a big fan of his?
 4        A    Yes.
 5        Q    When did you send that message?
 6        A    I don't remember.
 7        Q    Do you know how you sent that message?
 8        A    I sent it over Twitter DM.
 9        Q    Again, so you do not have a copy of
10   that message?
11        A    Unfortunately, I don't.
12        Q    Can you tell me why you don't have
13   copies of your Twitter DM's?
14        A    All I can say is I no longer wanted to
15   see his image, his name in my phone.  I didn't
16   want any connection or, frankly, anything to do
17   with him after he violently raped me.
18        Q    So you erased any record of his
19   Twitter account or the DM's, any communications
20   back and forth after the alleged rape in 2017?
21        A    Not all Twitter messages, as we have
22   messages of him trying to pursue me, saying "yo"
23   and "why did you turn away today," but, yes, I
24   did delete it.
25        Q    So you deleted what you wanted to
```

```
                                              Page 348
 1                          J. Eckhart
 2      delete; is that fair?
 3           A      Sure.
 4           Q      So you mentioned that there was a
 5      communication in which Mr. Henry said he was in
 6      New York, he was going to appear on a show, and
 7      he invited you to come meet him; is that correct?
 8           A      Correct.
 9           Q      Where did he invite you to come meet
10      him?
11           A      In the green room, prior to being on
12      the show Outnumbered.
13           Q      And did you go meet him?
14           A      I did.
15           Q      Do you remember when that was?  What
16      day?
17           A      I don't really remember.  I want to
18      say it was sometime in early 2014.
19                      MS. FOTI:  So we're going to start
20           marking our exhibits as Defendant Henry's.
21           This will be Exhibit 1.
22                      (Defendant Henry's Exhibit 1 was
23           marked.)
24      BY MS. FOTI:
25           Q      You can put aside the other two
```

Page 379

1                    J. Eckhart
2    with Mr. Henry.  Is that correct or not correct?
3        A    I think it was a mixture of both, to
4    be honest.
5        Q    So some of these communications could
6    have come after you next met Mr. Henry?
7        A    Correct.
8        Q    When is the next time that you met
9    Mr. Henry in person?
10       A    After being worn down by his advances
11   towards me, he -- I finally relented and agreed
12   to meet him for a drink at the Marriott Marquis,
13   which is where Fox housed a lot of it's on-air
14   talent when they were in town, in New York City,
15   traveling for work.  He asked me to meet him at
16   the bar and I showed up with a yellow legal pad
17   with career-related questions, because I was
18   seeking a journalism mentor in the industry at
19   the time.
20       Q    And to the best of your recollection,
21   when was that meeting at the Marriott Marquis?
22       A    I would say sometime in 2014.  I don't
23   remember the month.  I would have to refer to the
24   complaint.  I'm sorry.
25       Q    Well, the green room meeting we've

Page 388

```
 1                      J. Eckhart
 2   those questions?
 3        A      Yes.
 4        Q      Is that correct?
 5               Did you take notes while you were
 6   sitting with Mr. Henry?
 7        A      I felt really nervous to.
 8        Q      So you did not take any notes?
 9        A      I just felt really nervous.  No.
10        Q      So the answer to my question is no?
11        A      No.
12        Q      And did you refer to the legal pad
13   when you were sitting with Mr. Henry?
14        A      It was inside my purse and I would
15   often, like, glance over at it.  I didn't have
16   it, like, out in front of me.
17        Q      So you did not pull it out?
18        A      No, because I didn't want him to think
19   I was like an amateur.
20        Q      And you keep mentioning the fact that
21   you were looking for a mentor.  Journalism
22   mentor; is that right?
23        A      Uh-huh.
24        Q      Now you had worked with Neil Cavuto;
25   is that right?
```

```
                                        Page 394
 1                    J. Eckhart
 2   were those through WhatsApp or Twitter DM?  What
 3   were those coming through?
 4        A     WhatsApp.
 5        Q     WhatsApp.  So after you downloaded
 6   WhatsApp, did you communicate on any other
 7   platform other than WhatsApp?
 8        A     I think there were a few times he had
 9   emailed me, but it was mostly using WhatsApp.
10        Q     What happened with all the WhatsApp
11   messages that you just testified to -- about?
12        A     I deleted them.
13        Q     You deleted all of those?
14        A     Not every message, but the majority,
15   yes.
16        Q     And when did you delete those?
17        A     After he violently raped me.
18        Q     So your allegation is that he raped
19   you in February of 2017, so sometime after that?
20        A     Correct.
21        Q     How long after that did you delete
22   those messages?
23        A     I think a few months after the fact.
24   I can't remember.
25        Q     And what made you decide to wait a few
```

Page 395

```
 1                      J. Eckhart
 2   months to delete the messages?
 3       A    I don't know.
 4       Q    So at the time in February 2017 when
 5   you say my client raped you, did you understand
 6   then that you might be able to charge him with a
 7   crime?
 8       A    I -- can you please repeat the
 9   question?
10       Q    Sure.  Did you understand that he had
11   done -- according to your version of the events,
12   that what my client had done was a criminal act?
13       A    Correct.
14       Q    So you knew at that time that you
15   could go to the police and report what he had
16   done; is that correct?
17       A    I did.
18            MS. FOTI:  I'm going to mark Henry
19       Exhibit 5.
20            (Defendant Henry Exhibit 5 was
21       marked.)
22            MR. WILLEMIN:  Is it possible
23       just -- I don't know if it's possible, but
24       to go forward, if you could just give two to
25       the court reporter like we have?
```

Page 401

                          J. Eckhart

1
2    how you created this picture on a phone?
3         A    Sure.  I didn't want to take a
4    screenshot on WhatsApp because I had remembered
5    reading somewhere that if you take a screenshot
6    on WhatsApp it automatically notifies the other
7    person that's communicating with you.  I didn't
8    want Ed Henry to think that I was collecting
9    screenshots of his violent behavior towards me,
10   so in an effort to conceal that, which is like --
11   was a survival mechanism, I took pictures of
12   these conversations using my work iPhone, and
13   then after I took photos of the conversation
14   using my work iPhone, I then texted these images
15   to my number from my work phone, and then
16   proceeded to delete the entire WhatsApp
17   conversation between us.
18        Q    So you used your work iPhone to take
19   pictures of selected messages; is that correct?
20        A    Correct.
21        Q    Is there a reason that you did not
22   take pictures of every single message that
23   Mr. Henry and you exchanged?
24        A    I just wanted to take pictures of his
25   violence towards me and how he had hurt me.

```
                                          Page 402
 1                      J. Eckhart
 2      Q    So you made a decision that you wanted
 3  to take pictures of Mr. Henry's messages towards
 4  you indicating violence, not all messages;
 5  correct?
 6      A    Correct.
 7      Q    So you took your work iPhone and you
 8  placed, I guess, your personal iPhone down and
 9  you took a picture of what was on the screen of
10  your personal iPhone; that's correct?
11      A    Yeah, or in some cases I'm holding my
12  personal iPhone.
13      Q    Sorry, you might be holding it, but
14  you're taking a picture of your personal iPhone
15  with your work iPhone.
16           Were you concerned that Fox had access
17  to your personal iPhone?  I mean, to your work
18  iPhone?
19      A    I was.
20      Q    So why would you use your work iPhone
21  to take this picture if you were concerned that
22  Fox could have access to it?
23      A    Because after I took the photos and
24  texted them to myself, I then went in my photos
25  and I deleted all of them.
```

```
 1                    J. Eckhart
 2       Q      You went into your work iPhone and
 3   deleted the photos from your work iPhone?
 4       A      Yes.
 5       Q      Do you know whether or not by using
 6   your work iPhone to take these photos you created
 7   some sort of record that could have been, I
 8   guess, recreated once you deleted the photos?
 9       A      I don't know what you mean by
10   recreated.
11       Q      Sure.  Was your work iPhone backed up
12   to the cloud?
13       A      I don't know.  I seriously don't know.
14       Q      Do you know whether or not it was
15   backed up by any Fox server?
16       A      I'm sure it was.
17       Q      So -- and what is your understanding
18   of when you delete a photo from your work iPhone,
19   whether or not that photo would be deleted from a
20   Fox server that it might be backed up onto?
21       A      I don't know.
22       Q      Once you took these pictures on your
23   work iPhone, you then did what with them?
24       A      I stored them in my personal phone.
25       Q      So you texted them to yourself again?
```

Page 404

1                          J. Eckhart

2        A      I texted them from my work phone to my

3    personal phone.

4        Q      And then they were stored, and where

5    were they stored on your personal phone?

6        A      I stored them in my photos.

7        Q      And when did you do that?  What day?

8        A      I believe this all occurred the same

9    day, on August 5th, 2017.

10        Q      What happened on August 5th, 2017 that

11    caused you to decide that was the day you were

12    going to take these pictures?

13        A      I was in a lot of physical and

14    emotional pain and I had fully processed what had

15    happened to me.  And he frankly frightened me and

16    I wanted to keep a record of him bragging about

17    beating me up.

18        Q      Did something happen that caused you

19    to -- to process what you said happened to you?

20        A      Nothing in particular.

21        Q      What position did you have at Fox on

22    August 5th, 2017?

23        A      I don't remember.  Probably production

24    assistant.

25        Q      Did you share -- these pictures you

```
                                              Page 418
 1                    J. Eckhart
 2    onto my arm, yes.
 3        Q     Did you scream to draw any attention
 4    to yourself?
 5        A     No.
 6        Q     Did you try to get away from Mr. Henry
 7    when you were going to his room?
 8        A     No.
 9        Q     Is it fair to say you went up to his
10    room willingly?
11        A     I was scared and, again, didn't feel I
12    could say no, so I went.
13        Q     My question is did you go up to his
14    room willingly?
15        A     Yes.
16        Q     And what happened once you got into
17    his room?
18        A     We did not have a drink and we did not
19    discuss my career right when we walked in.  He
20    instead locked the door and forcefully started
21    kissing me.  Threw me against the wall, quickly
22    took off my dress, and threw himself on top of me
23    on the bed and proceeded to have very quick
24    sexual intercourse with me.  So fast that my
25    shoes were -- my high heels were on the entire
```

Page 419

                              J. Eckhart

1

2    time.

3         Q     So he proceeded -- you proceed into

4    the room.  He locks the door.  And you said that

5    he then proceeds to throw you up against the

6    wall.  Do you fight him at any point?

7         A     No.

8         Q     You don't say "no" at any point?

9         A     No.

10        Q     He took off your dress.  Did you tell

11   him not to take off your dress?

12        A     No.

13        Q     He then threw you on top of the bed.

14   Did you try to get off the bed?

15        A     No.

16        Q     And then you proceeded to have quick

17   intercourse.  At any time did you -- before the

18   quick intercourse did you tell him you did not

19   want to have intercourse?

20        A     Can you please repeat the question?

21        Q     Sure.  You said he threw you on the

22   bed and he proceeded to have very quick

23   intercourse.  At any time prior to the actual

24   penetration did you tell him you did not want to

25   have intercourse?

Page 420

```
 1                    J. Eckhart
 2      A      No.
 3      Q      So you agreed to have sex with
 4   Mr. Henry that day?
 5                MR. WILLEMIN:  Objection.
 6                THE WITNESS:  Again, I didn't feel
 7        like I had a choice because I was scared of
 8        him.  And I wasn't sure what would happen if
 9        I said no.
10   BY MS. FOTI:
11      Q      But you didn't say "no"; is that
12   correct?
13                MR. WILLEMIN:  Objection, asked
14        and answered.
15                You can answer again.
16                THE WITNESS:  I don't know what
17        her question is.
18                Can you please repeat it?
19   BY MS. FOTI:
20      Q      My question is you did not say "no"?
21      A      No.
22      Q      The fact of the matter is you agreed
23   to have sex with him?
24                MR. WILLEMIN:  Objection.
25
```

Page 421

```
 1                      J. Eckhart
 2    BY MS. FOTI:
 3        Q    In the room; is that correct?
 4        A    It's not consent if your abuser makes
 5    you afraid to say no.
 6        Q    Did you say "no"?
 7                MR. WILLEMIN:  She just said she
 8        didn't consent.  She already told you ten
 9        times.
10                MS. FOTI:  She's giving me a legal
11        argument.  I'm not interested in legal
12        argument.
13                MR. WILLEMIN:  She told you 12
14        times she didn't say "no."  You didn't know
15        she didn't say "no"?
16                MS. FOTI:  I'm interested in
17        facts.
18                MR. WILLEMIN:  So you're going to
19        ask her again?
20                MS. FOTI:  Let's start again.
21    BY MS. FOTI:
22        Q    He took you to the room.  You did not
23    say no, all right.  My question is, that means
24    you agreed to have sex with him.  Is the answer
25    yes or no?
```

```
                                              Page 422
 1                    J. Eckhart
 2              MR. WILLEMIN:  Her answer is she
 3       didn't consent.  That's what she said.
 4  BY MS. FOTI:
 5       Q      And how did you indicate that you did
 6  not consent?  First of all, I think that's
 7  Mr. Willemin's answer, so let's fix the record
 8  here.  Let's fix the record.
 9              Did you agree to have sex with
10  Mr. Henry?
11              MR. WILLEMIN:  Objection.  Asked
12       and answered.
13              You can answer again.
14  BY MS. FOTI:
15       Q    I'm looking for a yes or no.
16       A    It's not a yes or no question.
17       Q    It is a yes or no question.  Please
18  answer yes or no.
19              MR. WILLEMIN:  You can't tell her
20       to answer yes or no.
21              MS. FOTI:  I can.  It's a yes or
22       no question.
23  BY MS. FOTI:
24       Q    Did you agree --
25              MR. WILLEMIN:  You cannot tell her
```

Page 423

```
 1                         J. Eckhart
 2         to answer the question.
 3                    MS. FOTI:  I can instruct her to
 4         answer the question.
 5                    MR. WILLEMIN:  You don't have to
 6         listen to the instruction.  You answer the
 7         question however you see fit.
 8                    MS. FOTI:  I object to your
 9         instruction.
10                    THE WITNESS:  Catherine, it is not
11         consent if your abuser makes you afraid to
12         say no.
13    BY MS. FOTI:
14         Q    My question is did you agree to have
15    sex with him?  Let's put aside whether or not you
16    decide that there's some legal argument that it's
17    not consent.
18         A    I don't know how -- I don't know how
19    to answer that question.  I'm sorry.
20         Q    Okay.  So did you scream?
21         A    No.
22         Q    Did you yell in any way?
23         A    No.
24         Q    Did you say anything to Mr. Henry to
25    suggest that you were not agreeing to have sex
```

Page 424

                        J. Eckhart

1

2    with him?

3         A     No.

4         Q     What happened after the quick

5    intercourse?

6         A     I laid there in a state of shock and

7    he told me, again, how beautiful I was, and told

8    me that I'm wasting my time being behind the

9    scenes as a production assistant and that I

10   should be on camera becoming a star.  And he

11   proceeded to tell me that he could put me in the

12   room with really powerful people and

13   decision-makers at Fox.

14        Q     How long did you -- I'm sorry.  Did

15   you lay in the bed together during this

16   conversation?

17        A     Yes.

18        Q     Do you need a break?  Please let me

19   know if at any point you need a break.

20        A     No.

21        Q     How long did you lay in the bed with

22   him after the intercourse, before you left the

23   hotel?

24        A     Too long.

25        Q     Could you tell me how long, please?

Page 425

```
 1                    J. Eckhart
 2      A     Ten minutes.
 3      Q     So you stayed with him in the bed for
 4   ten minutes and that's when you had the
 5   conversation you just described?
 6      A     Yes.
 7      Q     Were you crying at that time?
 8      A     Not at that time, no.
 9      Q     Did you tell Mr. Henry that you had to
10   leave?
11      A     Yes.
12      Q     Okay.  When did you tell him that?
13      A     After our conversation concluded.
14      Q     And you said that in that conversation
15   he told you you were beautiful and that he could
16   put you in the room with powerful people.  Had he
17   said anything about putting you in a room with
18   powerful people prior to the intercourse?
19      A     No.
20      Q     Did he say anything to you after you
21   got into the hotel room, prior to the
22   intercourse, about any type of career
23   advancement?
24               MR. WILLEMIN:  Objection.
25               You can answer.
```

```
 1                     J. Eckhart
 2               THE WITNESS:  Can you please
 3      repeat the question?
 4  BY MS. FOTI:
 5      Q     Did he say anything to you after you
 6  got into the hotel room, before you had
 7  intercourse, about anything he could do in terms
 8  of career advancement for you?
 9      A     I'm sorry, can you please repeat it
10  once more?
11      Q     Sure.  So let me try it this way:
12            So you got -- you went into the hotel
13  room.  He closed the door and he almost
14  immediately -- he threw you up against the wall
15  and he took off your dress, put you on the bed
16  and you had sex.  That took how long?
17      A     I don't know.  It was very brief.
18      Q     Very brief.  It was very quick.  Were
19  you talking during this period of time?
20      A     No.
21      Q     Did you kiss Mr. Henry?
22      A     Not voluntarily.
23      Q     Were the two of you kissing?
24      A     Again, not consensually.
25      Q     My question is were you kissing.  Not
```

Page 427

```
 1                    J. Eckhart
 2   whether or not you think it was consensual.  Were
 3   you kissing?
 4        A     He forced himself on me.
 5        Q     My question is were you kissing?
 6        A     I don't know how to answer that
 7   question.
 8        Q     Well, did your lips and Mr. Henry's
 9   lips meet at this time?
10        A     This is so sick.  Yes.
11        Q     After the intercourse, when you were
12   on the bed, other than saying he could put you in
13   the room with powerful people, did Mr. Henry say
14   anything else about anything that he could do to
15   help your career?
16        A     No.  He had just said, "I can put you
17   in the room with powerful people and
18   decision-makers at Fox News."
19        Q     And how did the interaction in the
20   hotel room end?
21        A     I left.
22        Q     So you told him you had to leave?
23        A     Yes.
24        Q     Did you get up and get dressed?
25        A     Yes.
```

Page 428

                        J. Eckhart

1

2       Q     Okay.  Were you undressed when you

3  were on the bed having the conversation?

4       A     Yes.

5       Q     Once you got dressed to leave the

6  hotel room, did you have a conversation with

7  Mr. Henry at that point?

8       A     No.  I said I had to leave.

9       Q     Did you say anything else to him?

10      A     No.

11      Q     Did he say anything else to you?

12      A     Not that I can remember.

13      Q     Did he give you anything that night,

14  any type of gift, any type of anything at all?

15      A     No.

16      Q     Did he say anything about whether or

17  not he loved you?

18      A     Can you repeat that, please.

19      Q     Yeah.  Did he say whether or not he

20  loved you?

21      A     No.

22      Q     Did he use -- did he tie you up that

23  evening?

24      A     To which incident are you referring

25  to?

```
                                          Page 429
 1                    J. Eckhart
 2        Q    This evening in the Marriott Marquis.
 3        A    No.
 4        Q    Did he use handcuffs on you that
 5   evening?
 6        A    No.
 7        Q    Did he hit you?
 8        A    No.
 9        Q    Before you left the hotel room did you
10   tell Mr. Henry that you were upset?
11        A    No.
12        Q    After you left the hotel room, did you
13   speak to anyone to tell them what had happened
14   with Mr. Henry?
15        A    No.
16        Q    At the time were you dating anyone?
17        A    No.
18        Q    Do you know someone named Peter and
19   you mend?
20        A    I do.
21        Q    Who is Peter Amend?
22        A    My ex-boyfriend.
23        Q    When did you date Mr. Amend?
24        A    I honestly don't remember.
25        Q    Can you give me an estimate of what
```

```
                                          Page 430
 1                      J. Eckhart
 2   years you date -- was it years?  Did you date him
 3   for years?
 4        A    I believe it was right after this
 5   incident occurred that him and I started dating.
 6        Q    At the time, did you speak to your
 7   best friend,      , about what had happened?
 8        A    No.
 9        Q    Do you have a friend,              ?
10   Do you know                 ?
11        A    I do.
12        Q    Who is              ?
13        A    One of my best friends.
14        Q    Did you speak to          about
15   what had happened?
16        A    No.
17        Q    Why did you not tell              ?
18        A    I didn't feel safe doing so.
19        Q    You trust your best friends?
20        A    I do.
21        Q    And you trust that if you told your
22   best friends something and asked them not to tell
23   anyone, that they would not tell anyone?
24        A    Like I said, I was scared and I really
25   didn't know what to do.
```

Page 449

1                          J. Eckhart

2        Q      What did you say?

3        A      I actually -- oh, I thought you meant

4   did I put the panties in an envelope.  No, I did

5   not say anything to him over text.

6        Q      So then did you put your panties in an

7   envelope?

8        A      He came to my desk and asked if I had

9   anything for him.  And I handed him an envelope

10  with my panties, as he had demanded I do.

11       Q      How soon after the communication where

12  he asked you to put your panties in an envelope

13  did he come to your desk to pick them up?

14       A      I don't think I understand your

15  question.

16       Q      Sure.  So there's communication where

17  Mr. Henry asked you to put your panties in an

18  envelope; correct?

19       A      Correct.

20       Q      And at some point he comes and picks

21  them up; correct?

22       A      Correct.

23       Q      How long between those two situations?

24       A      Twenty-30 minutes.

25       Q      So once you get the request to put

```
 1                    J. Eckhart
 2   your panties in an envelope, what do you do?
 3        A     It was not a request, it was a demand,
 4   and I followed orders.
 5        Q     What did you do?
 6        A     I went to the bathroom, I removed my
 7   panties, and I put them in an envelope for him.
 8        Q     And so you were left with no panties
 9   during the workday at Fox; is that what happened?
10        A     That's correct.
11        Q     And were you wearing a dress at the
12   time?
13        A     Yes.
14        Q     And did you consider telling Mr. Henry
15   that you could not take your panties off at work
16   because you would be left with no panties on
17   during the workday?
18        A     I considered that.
19        Q     And did you do so?
20        A     No.
21        Q     Why not?
22        A     Because I felt that if I did not
23   acquiesce to his sexual demands I would be
24   punished professionally.
25        Q     Had Mr. Henry done anything after the
```

Page 451

                         J. Eckhart

1
2    Marriott Marquis encounter to affect the
3    conditions of your employment?
4         A     I don't know.
5         Q     Well, you're not aware of him telling
6    anyone that you had not done your job properly;
7    is that correct?
8         A     Can you please repeat that?
9         Q     Sure.  You're not aware that Mr. Henry
10   spoke to anyone at Fox to complain about you
11   after the Marriott Marquis encounter?
12        A     I'm not aware of that, no.
13        Q     And you're not aware that he submitted
14   any type of request to Liz Claman to say, you
15   know, that you should be demoted or anything
16   along those lines; is that right?
17        A     He could have, but not to my
18   knowledge, no.
19        Q     Well, you did not see any -- you know,
20   any -- you have no knowledge that Mr. Henry made
21   any suggestion to Liz Claman that you somehow be
22   demoted; is that right?
23        A     Correct.
24        Q     So Mr. Henry asked that you put your
25   panties in an envelope and you agreed to do so;

Page 452

                              J. Eckhart

1
2    right?

3         A     I did.

4         Q     And then he comes and he picks them

5    up.  When he picks them up, is there anyone

6    around your desk?

7         A     Yes.

8         Q     Who else is there?

9         A     Brad Hurst.  Casey Herzog.  Alicia

10   Cascardi.  Melanie Capotia(sic.) and Jacqueline

11   D'Ambrosi.

12        Q     Describe your -- where you sat in 2015

13   at this time.  Where did you sit in the Fox?

14        A     I sat on the 12th floor.  It's an open

15   newsroom.  It's like a bullpen, open seating

16   cubicles, and I was right across from Melissa

17   Francis's office, who's an anchor at Fox.

18        Q     Bullpen.  I couldn't find that word.

19   So you sat in the bullpen.  So when I asked if

20   Mr. Henry came to pick up the envelope, who was

21   around, were those these people at their desks or

22   were they at your desk?

23        A     We were sitting in very close

24   proximity to each other, so they were all there.

25        Q     But they were at their desks?

```
                                          Page 453
 1                      J. Eckhart
 2      A      Yes.
 3      Q      Did anyone say anything to you when
 4   Mr. Henry came to retrieve the envelope?
 5      A      I don't remember.
 6      Q      Do you remember telling anyone why
 7   Mr. Henry was coming to your desk?
 8      A      No.
 9      Q      What did Mr. Henry say to you, if
10   anything, when he retrieved the envelope?
11      A      He says, "Do you have anything for
12   me," and I just handed him the envelope and then
13   he walked away.
14      Q      And what happened after that, if
15   anything, that day?
16      A      He persisted texting me, telling me
17   like what a dirty girl I am, and told me to come
18   upstairs to see him in the guest office at Fox
19   News on the 17th floor, to which I responded I am
20   extremely busy.  It was a crazy market day.  And
21   I was heading down to the floor of the New York
22   Stock Exchange with Liz Claman.  I would
23   frequently travel down there when the Dow would
24   drop significantly.
25              He didn't take that as being, like, a
```

Page 454

1                          J. Eckhart

2    meaningful, I guess, excuse not to see him, and

3    demanded that I come up to see him.  So I called

4    Liz Claman a car to have her picked up, which was

5    my job responsibility at the time.  And I took

6    the elevator -- after I called her a car and I

7    ensured that she would have transportation down

8    to the Stock Exchange, I then ran upstairs

9    quickly to the 17th floor.  Took the elevator.

10   And when I -- I passed the receptionist desk and

11   Ed Henry was sitting at a desk on the 17th floor,

12   not far from the receptionist, and he was either

13   on the phone or pretended to be on the phone, but

14   he was on the phone when I walked in, and I said,

15   like, "I've got to go, I'm really busy."  That

16   didn't seem to concern him.  The fact that this

17   could affect my job, it didn't concern him.

18             He then abruptly -- he told me -- he,

19   like, signaled me to come in when he was on the

20   phone.  Like, come in, come in.  I listened to

21   him.  I came in the office.  He told me to close

22   the door.  I did not close the door.  I sat down

23   on my phone and I was like, "I've got to go.

24   Like I'm really busy.  I've got to go."  He

25   proceeded to hang up the phone and walked over to

Page 455

1                         J. Eckhart
2    the door, he closed it.  There was no lock on the
3    door, so anyone could have come in at any time.
4    He began forcefully kissing me and he pinned me
5    against the wall and he took his hand and he
6    shoved my head down.  And I had never seen a man
7    undo his pants so quickly.  He took off his belt,
8    like, really fast.  Still kept his pants on --
9    his zipper -- his fly was just open.  And he took
10   his hand on my head and used his hand to force me
11   into giving him oral sex against my will.
12        Q    You said that this was on the 17th
13   floor and you had to go past the reception desk.
14   How close to the reception desk was this office?
15        A    Really close.  I would say like a
16   couple feet.
17        Q    And was the office walls -- were they
18   stucco?  I don't know what you call it.  What's
19   the wall called, plaster?  Were they glass?  What
20   were they made of?
21        A    There were no windows.  It was just
22   like a wooden door.  There was no glass.  No
23   windows.
24        Q    And the door did not have a lock?
25        A    The door did not have a lock.

Page 464

1                          J. Eckhart

2    York Stock Exchange.

3         Q     I guess my question is were the two

4    you have going to go in the car together?

5         A     Yes.

6         Q     So -- all right.  So you went -- you

7    left the office after this and you went and got

8    in the car with Ms. Claman; right?

9         A     Correct.

10        Q     Did you say anything to Ms. Claman at

11   that time about this, about the interaction?

12        A     I did not.

13        Q     Did Ms. Claman ask you anything about

14   where you were coming from?

15        A     She asked if I was okay because I

16   looked really rattled and my makeup was all

17   messed up.  I had, like, lipstick on my cheek.  I

18   was like a disaster.  And she asked if I was

19   okay.  I said I wasn't.

20        Q     So prior to going to the car did you

21   stop by the bathroom at all?

22        A     I didn't have time.

23        Q     So right from this situation with

24   Mr. Henry you ran -- you went right down the

25   elevator to the car?

Page 466

```
 1                    J. Eckhart
 2      A     I told her, "No, I'm not."
 3      Q     Okay.  Did she ask you why?
 4      A     She said, "It's okay.  You don't need
 5   to talk about it."  She knew I was upset.  She
 6   didn't really also -- she was in the zone with
 7   her work and job and I didn't want to burden the
 8   anchor or upset her.
 9      Q     But she was out of the zone enough to
10   ask you if you were okay; is that correct?
11      A     That's correct.
12      Q     And you did not take that opportunity
13   to tell her what had happened; is that right?
14      A     That's correct.
15      Q     Again, did you tell anyone -- after
16   this interaction did you tell anyone what had
17   happened with Mr. Henry at any time about
18   anything that happened that day?  Did you tell
19   anyone?
20      A     Not at that point in time, no.
21      Q     When is the first time you told anyone
22   that happened that day?
23      A     To my ex-boyfriend, Andrew Holt.
24      Q     And when did you tell Mr. Holt?
25      A     In 2019.
```

```
 1                    J. Eckhart
 2      Q     Okay.  Is this
                  , the day we were just talking about,
 4   in order to go into the Stock Exchange?
 5      A     It is.
 6      Q     Does looking at this document -- does
 7   it refresh your recollection that the day of
 8   these events you just described was September 16,
 9   2015?
10      A     Yes.
11      Q     So you took a picture that day and
12   posted it that day?
13      A     I did.
14      Q     Do you know when you took this
15   picture, when during the day?
16      A     It was after we had arrived at the
17   Stock Exchange.
18      Q     So you took this picture while you
19   were at the Stock Exchange and then did you post
20   it right away?
21      A     No.  I waited until after I was done
22   with work and had produced the live show from the
23   floor of the New York Stock Exchange, to post
24   after hours.
25      Q     And the picture reflected here, this
```

Page 506

1                         J. Eckhart

2          A       I have.

3          Q       So turning first to Henry 19, you see

4     that towards the last message on that page there

5     is a little indication that says Thursday,

6     February 9th.

7          A       I do.

8          Q       And let me just backtrack.

9                  Are these communications that you had

10    with Mr. Henry leading up to the alleged rape?

11         A       I believe so.

12         Q       So the reference to Thursday,

13    February 9th, does that refresh your recollection

14    that the actual date of the rape that you believe

15    was on a Friday would have been Friday,

16    February 10th?

17         A       It's possible.

18         Q       Well, when you say it's possible, is

19    there any reason to believe that it's not Friday,

20    February 10th?

21         A       Again, I don't remember the exact

22    date.

23         Q       I understand that.  If I'm accurate

24    that these are messages leading up to the

25    interaction at the Omni, would it be fair to say

```
                                            Page 507
 1                         J. Eckhart
 2     that if the interaction was on a Friday and it
 3     was a Friday before Valentine's Day, the one
 4     Friday that was remaining in February prior to
 5     Valentine's Day after Thursday, February 9th
 6     would be Friday, February 10th?
 7          A     I said I thought.  I wasn't entirely
 8     sure if it was on a Friday.  And so again, that's
 9     not with a thousand percent certainty.  But all
10     of these text message exchanges occurred before
11     the rape happened.
12          Q     Thank you.
13                Referring to 19, you see that
14     Mr. Henry texted you, "Yes, Friday, little bitch
15     snowflake"?
16          A     Yes.
17          Q     The reference says Friday.  Does that
18     refresh your recollection that in fact the
19     interaction was on a Friday?
20          A     I don't know what he was referencing.
21          Q     So then after hashtag snowflake you
22     say fuck you calling snowflake old man.  He says
23     little snowflake bitch.  And then you say you
24     need my 26-year-old pussy.  And he says gentle
25     little whore going to get tossed around like a
```

Page 508

1                          J. Eckhart

2    little rag doll.  And you say love that.  Do you

3    see that?

4         A     I do.

5         Q     Okay.  And can you tell me whether or

6    not your communications with Mr. Henry on this

7    page indicated that you were being flirtatious

8    with him?

9         A     I was not being flirtatious.  He had

10   already sexually assaulted me.  Again, I was in

11   fear of losing my job and he had also caused me

12   great bodily harm, and I was scared that if I

13   didn't tell him what he wanted to hear, I would

14   get punished both physically and professionally.

15        Q     He forced you to say "You need my

16   26-year-old pussy"?

17                    MR. WILLEMIN:  Objection.

18                    You can answer.

19                    THE WITNESS:  I was groomed and

20        coerced by a dangerous serial predator

21        starting at the age of 24, Ms. Foti.

22                    MS. FOTI:  I'm going to object and

23        move to strike that answer.

24                    MR. WILLEMIN:  You can move to

25        strike.  You can move to strike it at the

Page 539

1                    J. Eckhart

2                    MR. WILLEMIN:  He's been smirking

3         for the last two days.  I have not said

4         anything.  Don't do that either.

5                    MS. FOTI:  No, don't address my

6         clients.

7                    Sorry.  Go ahead.

8                    MR. WILLEMIN:  Can you tell him

9         not to smirk then?

10                    MS. FOTI:  I don't see him

11        smirking, so maybe he's reacting to what her

12        testimony is.  I don't see him smirking.

13   BY MS. FOTI:

14        Q     Do you want a break?  I'm happy to

15   allow you to have a break.

16        A     Ed Henry slapped me in the face

17   multiple times, left my face bright red, and he

18   really hurt me.  Mr. Henry then turned me back

19   upside down and removed his belt and proceeded to

20   whip me with his belt multiple times.  I asked

21   for him to stop.  He said no.

22                    Mr. Henry then turned me over again

23   and proceeded to shove his fist up my vagina,

24   which really hurt me.  I felt really scared.  I

25   feel scared right now.  And after he had done

Page 540

1                          J. Eckhart

2     that to me, he then proceeded to forcefully rape

3     me.  He did not use a condom.

4              I have tried so hard to forget this

5     night from ever happening.  I'm sorry for crying.

6     I'm just -- he really, really injured me.

7              After he was finished with me, I guess

8     he felt it was okay now for him to unrestrain me

9     and remove the handcuffs that I had asked him to

10    remove.  My wrists were bleeding.  I had a bloody

11    lip.  My -- I had red whipping marks all over my

12    ass, my chest, everywhere.  All over my body.  My

13    wrists were bleeding from the handcuffs.  My

14    vagina hurt, after he performed sadistic and

15    painful acts on me of which I did not consent to.

16             After he removed the handcuffs, I

17    quickly got dressed.  How courteous, he asked if

18    he could call me an Uber home.  Had he not raped

19    me, I probably would have taken him up on that

20    offer, but I wanted to get the hell out of that

21    hotel room.  So I said, "No, I'll find my own way

22    home," and I did.  I ran out of the hotel lobby

23    without my high heels on.  I was holding them.  I

24    flagged down a taxi.  A taxi immediately pulled

25    up.  I got inside the taxi.  The taxi -- I

Page 559

J. Eckhart

1

2      A      Yes.

3      Q      Does he -- do you have -- does he have

4  intercourse with you at any time prior to the

5  time when he puts his fist in your vagina?

6      A      No.

7      Q      Do you have any other oral sex at all

8  during this encounter?

9      A      He shoved his penis in my mouth while

10  I was restrained.

11     Q      So you did not mention that when you

12  were going through the events of the evening;

13  correct?

14     A      I must have left it out.  There's a

15  lot that happened that night, Ms. Foti.

16     Q      And did you ever -- did he ever have

17  anal sex with you that night?

18     A      No, but he wanted to.

19     Q      And you said no?

20     A      I said no.

21     Q      And he listened to you?

22     A      He didn't listen to me.

23     Q      Did he refrain from having anal sex

24  with you after you said no?

25     A      Yes.

```
 1              THE WITNESS:  Oh, I see.
 2              MR. WILLEMIN:  -- A, B, C, so just scroll
 3         down until you get to G, and then you'll scroll
 4         down from there.
 5              THE WITNESS:  Okay.  Thank you.
 6              I'm at G.  What is it that you're
 7         requesting me to do?
 8    BY MS. FOTI:
 9         Q.   Which of the exhibits, of G through U,
10    which are pictures that I purport to believe you
11    sent to Mr. Henry, which of those is it your
12    testimony are not of you?
13         A.   I is not of me.  M is not of me.  Q is not
14    of me.  T is not of me.  U is not of me.  And that's
15    it.
16         Q.   Thank you.
17              MS. FOTI:  I'm going to mark more exhibits
18         now in a row again.  So, again, this might take
19         a little time before you see them.
20              So I'd like to mark as Exhibit 51 --
21              MR. WILLEMIN:  Sorry.  Can we just take a
22         two-minute break like while you do that?  I
23         just need to use the restroom.  I'll be right
24         back.
25              MS. FOTI:  Sure.  Why don't we do that.
```