# EXHIBIT 3

```
                                                              Page 1
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
      ------------------------------------------- x
 4
      JENNIFER ECKHART,
 5
                            Plaintiff,
 6                                         Case No.
            -against-                      1:20-cv-05593 (RA)
 7
      FOX NEWS NETWORK, LLC, and ED HENRY,
 8    in his individual and professional capacities,
 9                         Defendants.
10    ------------------------------------------- x
11
12                November 20, 2023
                  9:18 a.m.
13
14
15                ***CONFIDENTIAL***
16
17          DEPOSITION of LIZ CLAMAN, taken
18    pursuant to Order, held at the offices of
19    Wigdor, LLP., 85 5th Avenue, New York, New
20    York, before Fran Insley, a Notary Public of
21    the States of New York and New Jersey.
22
23
24
25
```

```
                                              Page 111
 1              Claman - Confidential
 2   her complaint that on September 16, 2014,
 3   Ms. Eckhart was sexually assaulted by Ed Henry
 4   at Fox News?
 5             MS. MC KENNA:  Objection.
 6        A.   From her complaint I am aware of
 7   that.
 8        Q.   Were you aware that you saw
 9   Ms. Eckhart that day?
10             MS. MC KENNA:  Objection.
11             MS. FOTI:  Objection.
12        A.   I don't recall.  I could have if she
13   were my assistant.  Yes, I would have seen her.
14        Q.   Do you recall having a conversation
15   with Ms. Eckhart on September 16, 2015 after
16   she was sexually assaulted by Ed Henry and
17   asking her why she was so flustered?
18             MS. FOTI:  Objection.
19             MS. MC KENNA:  Objection.
20        A.   I do not recall that.
21        Q.   Do you recall Ms. Eckhart --
22   withdrawn.
23             Do you recall knowing that
24   Ms. Eckhart had seen Ed Henry that day?
25             MS. MC KENNA:  Objection.
```