# EXHIBIT 4

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------X
     JENNIFER ECKHART,
 4
                                     PLAINTIFF,
 5
              -against-        Index No.:
 6                             1:20-cv-05593
 7   FOX NEWS NETWORK, LLC and ED HENRY, in his
     individual and professional capacities,
 8
                                     DEFENDANTS.
 9   ------------------------------------------X
10
11                    DATE: December 6, 2023
12                    TIME: 10:04 a.m.
13
14         * * C O N F I D E N T I A L * *
15
16         VIDEOTAPED VIDEOCONFERENCE
17   EXAMINATION BEFORE TRIAL of BRAD HIRST,
18   taken by the Plaintiff, held via Zoom,
19   before Nicole Veltri, RPR, CRR, a Notary
20   Public of the State of New York.
21
22
23
24
25
```

```
                                              Page 14
 1          CONFIDENTIAL - B. HIRST
 2   retaliation?
 3          MS. McKENNA:  Objection.
 4      Compound, asked and answered.  But
 5      you can answer as to retaliation.  I
 6      think he answered the first question.
 7      A.    Can you repeat the question?
 8          MS. MESIDOR:  Could you please,
 9      Ms. Veltri, could you please repeat
10      the question for the witness?
11          (Whereupon, the referred to
12      question was read back by the
13      reporter.)
14      A.    No.
15      Q.    Who is your current employer?
16      A.    Fox News Media.
17      Q.    How long have you worked there?
18      A.    16 years.
19      Q.    And when you -- what position
20   do you currently hold?
21      A.    Executive producer of The
22   Claman Countdown.
23      Q.    How long have you been the
24   executive producer The Claman Countdown?
25      A.    Eight years.
```

Page 15

1      CONFIDENTIAL - B. HIRST
2      Q.    Is that where you met Jennifer
3   Eckhart?
4      A.    Yes.
5      Q.    Other than within your capacity
6   as executive producer for The Claman
7   Countdown, have you worked with Ms. Eckhart
8   in any other capacity?
9      A.    No.
10     Q.    Were you Ms. Eckhart's direct
11  supervisor?
12     A.    Yes.
13     Q.    Who else supervised Ms. Eckhart
14  besides yourself?
15           MS. McKENNA:  Objection, if
16     anyone.  You can answer the question.
17     A.    I was the sole supervisor.
18     Q.    Ms. Claman did not supervise
19  Ms. Eckhart?
20     A.    No.
21     Q.    Did Alicia Cascardi supervise
22  Ms. Eckhart?
23     A.    No.
24     Q.    Who had -- who was charged with
25  the authority to discipline Ms. Eckhart?

```
                                              Page 16

 1           CONFIDENTIAL - B. HIRST
 2      A.   I was.
 3      Q.   Who was charged to with the
 4  authority to direct Ms. Eckhart's
 5  activities on a day-to-day basis?
 6      A.   That responsibility can be
 7  shared between the senior producer as well
 8  as the executive producer.
 9      Q.   And in the circumstances of
10  when you and Ms. Eckhart worked together,
11  who was the senior producer?
12      A.   Alicia Cascardi.
13      Q.   And you were the executive
14  producer; is that correct?
15      A.   Correct.
16      Q.   Prior to becoming the executive
17  producer on The Countdown, what position
18  did you hold at Fox?
19      A.   Executive producer of Lou Dobbs
20  Tonight.
21      Q.   And how long were you the
22  executive producer at Lou Dobbs?
23      A.   I worked on the program for
24  four years.  I was the executive producer
25  for two years.
```

Page 18

1                CONFIDENTIAL - B. HIRST
2       Q.    And as -- and how long was she
3   in the role of a production assistant?
4       A.    I don't know what her length of
5   time in that role was.
6       Q.    Okay.
7             Did there come a point when
8   Ms. Eckhart was promoted?
9       A.    Yes.
10      Q.    What was she promoted to?
11      A.    Booker/researcher.
12      Q.    And when did that promotion
13  take place?
14      A.    I'm not sure of the exact date,
15  but within a year of my joining the team.
16      Q.    And was that a merit-based
17  promotion?
18      A.    Yes.
19      Q.    Did you play a decision -- did
20  you play a role in the decision to promote
21  her to booker/researcher?
22      A.    Yes.
23            MS. MESIDOR:  Ms. Veltri, are
24        you able to hear me okay?  I have a
25        little bit of feedback, and I just

```
                                              Page 21
 1              CONFIDENTIAL - B. HIRST
 2    earned it -- she earned the promotion.
 3         Q.    Okay.
 4               Do you know how long
 5    Ms. Eckhart was in the role of
 6    booker/researcher in terms of years?
 7         A.    I would have to estimate, but I
 8    think it was about two years.
 9         Q.    Okay.
10               And was she promoted again?
11         A.    Yes.
12         Q.    What role was she promoted to?
13         A.    Associate producer.
14         Q.    Okay.
15               And was that a merit-based
16    promotion?
17         A.    Yes.
18         Q.    And did you have any input into
19    that promotion?
20         A.    Yes.
21         Q.    Can you please describe for me
22    to the best of your recollection the level
23    of input that you had into the decision to
24    make Ms. Eckhart an associate producer?
25         A.    It would be similar to the
```

Page 22

1      CONFIDENTIAL - B. HIRST
2  procedures, dealing with human resources to
3  prepare the paperwork and to make a
4  decision based on her performance.  She was
5  handling the duties of associate producer
6  at the time.  It's sort of the system that
7  I have set up for my team to give them
8  additional responsibilities beyond the
9  scope of their current title and rank so
10 that when an opening on the team is
11 available, they're ready to be promoted to
12 that position.  Someone had left the team.
13 It created an opening for associate
14 producer, and Jennifer was ready to take on
15 that role.
16      Q.    And who else besides yourself
17 weighed in on the decision to promote
18 Ms. Eckhart to the associate producer role?
19           MS. McKENNA:  Objection.  If
20      she doesn't rephrase, you should
21      answer the question.
22      A.    Okay.  Alicia Cascardi and Liz
23 Claman.
24      Q.    And what was the feedback of
25 Alicia Cascardi regarding Jennifer being

```
                                              Page 87
 1            CONFIDENTIAL - B. HIRST
 2   multiple times not to be late to work
 3   anymore.
 4        Q.    And this was all during the
 5   period of the Performance Improvement Plan
 6   that that instruction was given?
 7             MS. McKENNA:  Objection.
 8        A.    Well, it's a standard to keep
 9   track of errors and timeliness.
10        Q.    That's not my question.
11        A.    So ask your question again,
12   please.
13        Q.    When did human resources give
14   you the instruction to keep tabs on
15   Ms. Eckhart?
16             MS. McKENNA:  Objection.
17        A.    During our meetings leading up
18   to and including the PIP.
19        Q.    When was the first time that
20   they instructed you or anyone else on your
21   team to keep tabs on Ms. Eckhart?
22             MS. McKENNA:  Objection.
23        A.    In the initial meeting with
24   Denise Collins, when we began the process
25   of determining whether Ms. Eckhart needed
```

```
                                              Page 130
 1            CONFIDENTIAL - B. HIRST
 2       Q.    Did you ever observe
 3   to have a drinking problem?
 4       A.    No.
 5       Q.    Did you ever smell alcohol on
 6             ?
 7       A.    No.
 8       Q.    Have you been involved in any
 9   investigation into
                                      ?
11             MS. McKENNA:  Objection.
12       A.    No.
13       Q.    Did there come a point in time
14   where Ms. Eckhart was terminated?
15       A.    Yes.
16       Q.    Why was she terminated?
17       A.    For many of the reasons that
18   we've already discussed, her perennial --
19   her, I'm sorry, her continuous latenesses,
20   her failure to show up on time, her failure
21   to produce our morning production note on a
22   regular basis, for -- also the reasons that
23   we discussed with the revelation of the
24   graphics package, on her social media
25   accounts, as well as misuse of company
```

Page 131

CONFIDENTIAL - B. HIRST

1  
2  funds to produce the Go Red event tapes for
3  her own personal -- for her own personal
4  gain, and multiple editorial errors during
5  her Performance Improvement Plan.
6       Q.   Did there come a point in time
7  in which you heard allegations that
8  Ms. Eckhart had been raped by Ed Henry?
9            MR. MANZO:  Objection.
10           MS. McKENNA:  Objection.
11      A.   About two weeks after she was
12 terminated.
13      Q.   How did you learn about the
14 allegations?
15      A.   Gary Schreier called me on the
16 phone to inform me that the lawsuit was
17 filed.
18      Q.   What was your reaction?
19      A.   Shocked and surprised.
20      Q.   Did you have a discussion with
21 anyone about Ms. Eckhart's allegations?
22      A.   Most of my team and my family.
23      Q.   How many discussions did you
24 have about Ms. Eckhart's allegations?
25      A.   It's hard to say.  You know,