# EXHIBIT 5

CONFIDENTIAL

Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
JENNIFER ECKHART and CATHY AREU,
                PLAINTIFFS,

    -against-    Case No.:
                 1:20-cv-05593

FOX NEWS NETWORK, LLC, ED HENRY, SEAN
HANNITY, TUCKER CARLSON and HOWARD KURTZ,
in their individual and professional
capacities,
                DEFENDANTS.
-------------------------------------------X

                 DATE: November 13, 2023
                 TIME: 11:00 A.M.

        CONFIDENTIAL VIDEOTAPED REALTIME
DEPOSITION of the Expert Witness, DR.
MARLEY OAKES, M.D., taken by the
Plaintiffs, pursuant to a Subpoena and to
the Federal Rules of Civil Procedure, held
remotely, at all parties' locations, before
Karyn Chiusano, a Notary Public of the
State of New York.
```

Page 54

MARGARET (MARLEY) OAKES, Ph.D.

1
2  Q. Are they invoices? Are they
3  Zelle records?
4  A. Yeah.
5     Those are Zelle records.
6     When I met with her twice, in
7  2017, there was an invoice for two
8  sessions.
9     And then, I met with her in
10 2020 and there were four Zelle payments for
11 four sessions, four meetings then.
12    And then, in 2021, when I met
13 with her in her -- the collateral -- in a
14 -- in a couples capacity, there were Zelle
15 records from that.
16 Q. And so, I -- I -- you just
17 looked at a piece of paper.
18    Is that paper that you just
19 looked at, are those the Zelle records?
20 A. Yeah.
21    That I just dotted down the
22 dates and the Zelle, yeah the amounts.
23 Q. And so, what were the dates --
24 A. Sure.
25 Q. -- in 2000 -- yeah, what were

CONFIDENTIAL

Page 61

MARGARET (MARLEY) OAKES, Ph.D.

1
2          MS. FISCHER:  I apologize.
3          The WITNESS:  That's okay.
4          Thanks.
5    Q.   We can take that down.
6    A.   Okay.  Thanks.
7    Q.   We are going to pull up another
8  document, actually.
9          MS. FISCHER:  Let's pull that
10    up now.
11         This will be Exhibit 2.
12         (Whereupon, notes, was marked
13    as Exhibit 2 for identification as of
14    this date by the Reporter.)
15         The WITNESS:  I don't see it.
16    Oh, okay.  Oh, okay.  Yes.
17   Q.   Okay.
18         MS. FISCHER:  So, this is --
19    why don't I ask Julia to scroll
20    through it?
21   Q.   And, Dr. Oakes, can you
22  generally identify what this is?
23   A.   Sure.
24         This looks like when I first
25  met Jen -- Ms. Eckhart --

CONFIDENTIAL

Page 62

1  MARGARET (MARLEY) OAKES, Ph.D.
2          The WITNESS:  Sorry.
3      A.   In July -- no, October of 2017,
4  when she presented for an intake -- for a
5  consult.
6      Q.   Okay.  And --
7      A.   And --
8      Q.   Continue.
9          MS. FISCHER: I'm sorry.
10     A.   I -- I believe -- and also --
11 yeah. Yeah.
12     Q.   Go ahead.  No.  Go ahead.
13          I'm sorry.
14     A.   I'm sorry.  Go ahead.  You
15 scroll -- I believe now, we're in to July
16 of 2020.  So --
17     Q.   So, you recognize these to be
18 your notes from your sessions with
19 Ms. Eckhart; is that correct?
20     A.   Yes.
21     Q.   Okay. And if we scroll down a
22 bit further, here's some pages with some
23 redactions.
24          Do you recognize --
25     A.   Yeah.

Page 64

1        MARGARET (MARLEY) OAKES, Ph.D.
2            MR. HILLOWE:  I can't answer
3        you on the record.
4            But we will speak, as -- Rachel
5        said.
6            The WITNESS:  Okay.
7        Q.   Going back to Exhibit 2, these
8   are the documents that were produced in
9   response to the subpoena; is that correct?
10       A.   Yes; correct.
11           MS. FISCHER:  You can take down
12        the exhibit for a moment.
13       Q.   Well, when -- when was the
14   first time you met or spoke with
15   Ms. Eckhart?
16       A.   You know, I imagine that there
17   was some phone contact, when she reached
18   out to me for a phone appointment, e-mail
19   or phone, I'm not sure when that was.
20           The first time I met with her
21   was on October 3rd.
22       Q.   Do you recall how far in
23   advance of October 3, 2017 Ms. Eckhart
24   might have reached out to set up meeting
25   and set up an intake?

Page 65

MARGARET (MARLEY) OAKES, Ph.D.

1
2  A. No, I don't.
3     And -- and so, I think it would
4  have been pretty close in proximity because
5  it would be unusual to speak to somebody
6  and then delay meeting with them.
7     So -- but I don't remember when
8  we first spoke.
9  Q. Do you know how -- do you know
10 whether Ms. Eckhart was referred to you --
11 A. I don't think so.
12    I -- I -- I think that she
13 might have found me online through either
14 -- probably Psychology Today or maybe I had
15 a listing on psychology.com.
16    Yeah.
17 Q. During your initial session
18 with Ms. Eckhart, did she express to you
19 why she was seeking treatment?
20 A. Yes.
21    The primary presenting
22 situation was she had had a very, very old,
23 close friend recently die and she was
24 experiencing a lot of grief.
25    Similarly, her father was quite

CONFIDENTIAL

Page 66

1      MARGARET (MARLEY) OAKES, Ph.D.
2  ill and so, there was some, you know,
3  anxiety that would be anticipated.
4           That was the -- those were the
5  primary presenting issues.
6        Q.    In October of 2017, yes?
7        A.    Yes.
8        Q.    To your knowledge, had
9  Ms. Eckhart previous- -- previously sought
10  any mental health treatment?
11       A.    Um, I don't believe so.
12            But I -- I don't believe so.  I
13  don't recall that she had.
14       Q.    What were your impressions of
15  Ms. Eckhart, based on your initial meetings
16  with her?
17       A.    I found her very warm and
18  engaging.
19            There was definitely some --
20  some sadness and anxiety.  I found her
21  likable, put together.
22            You know, I felt like we
23  developed a pretty easy rapport.  I mean, I
24  can -- I can -- I'd be happy to say more,
25  but those were the impressions.