# EXHIBIT 6

```
                                                          Page 1

 1

 2    UNITED STATES DISTRICT COURT

 3    SOUTHERN DISTRICT OF NEW YORK
      ------------------------------------------X
 4    JENNIFER ECKHART,

 5                         Plaintiff,

 6                                          Case No.
            -against-                       1:20-cv-05593 (RA)
 7
      FOX NEWS NETWORK, LLC, and ED HENRY,
 8    in his individual and professional capacities,

 9                         Defendants.
10    ------------------------------------------X
11
12                              November 28, 2023
13                              10:07 a.m.
14
15                    ***CONFIDENTIAL***
16
17          DEPOSITION of ANDREW HOLT, non-party
18    witness, taken pursuant to Subpoena, held at
19    the offices of Morvillo, Abramowitz, Grand,
20    Iason & Anello, P.C., 565 5th Avenue, New York,
21    New York, before Fran Insley, a Notary Public
22    of the States of New York and New Jersey.
23
24
25
```

Page 156

1           HOLT - CONFIDENTIAL
2    probably more than once.  I couldn't tell you
3    how many more times, but a few times maybe.
4         Q.    Okay.  So, when you say it was
5    probably more than once, do you know how many
6    more times?
7         A.    No.
8         Q.    When Ms. Eckhart told you that about
9    her allegations against Mr. Henry, what did she
10   say to you?  What did you say to her?
11        A.    I don't recall what I said to her.
12   I recall her just saying that -- something to
13   the effect that she was sexually assaulted by
14   Ed Henry.
15        Q.    Do you remember anything beyond
16   that?
17        A.    No.
18        Q.    When she said sexually assaulted --
19        A.    Not in this sense.  Not when she
20   first told me, not in this instance in 2019
21   that I -- the -- I don't recall anything else
22   other than that.
23        Q.    So, had Ms. Eckhart talked to you
24   more than once about her allegations concerning
25   Mr. Henry?

```
                                            Page 164
 1              HOLT - CONFIDENTIAL
 2        Q.    Did she tell you whether or not
 3   Mr. Henry forced her to perform oral sex?
 4        A.    I don't recall.  At this time or
 5   generally?
 6        Q.    That one time.
 7        A.    Okay, sorry.
 8        Q.    The one time.  We are still on the
 9   one time.
10        A.    Okay.  Thank you.
11        Q.    I'm sorry.  We are still focusing on
12   the one time when she first told you she was
13   sexually assaulted by Mr. Henry, did she ever
14   tell you at that time that Mr. Henry forced her
15   to perform oral sex?
16        A.    Not that I recall.
17        Q.    Did she ever tell you at that time
18   that Mr. Henry raped her?
19        A.    I don't recall.  I know that in my
20   mind, in effect, it was sexual assault.  I
21   don't know whether she used rape or sexual
22   assault, but in my mind, just thinking that she
23   told me about this sexual assault that
24   occurred.  I don't recall the characterization.
25        Q.    Did she tell you whether or not --
```