# EXHIBIT 7



CONFIDENTIAL   HENRY-00000001