# EXHIBIT 8

**Henry, Ed**

**From:** Eckhart, Jennifer
**Sent:** Wednesday, December 18, 2013 5:10 PM
**To:** Henry, Ed
**Subject:** RE:

Ha! Big fan of yours....Thanks for the follow :)

-----Original Message-----
From: Henry, Ed
Sent: Wednesday, December 18, 2013 5:09 PM
To: Eckhart, Jennifer
Subject:

haha nice tweet :)

Sent from my iPhone

CONFIDENTIAL                                                                                                    HENRY-00000002