# EXHIBIT 9

**Henry, Ed**

From: Eckhart, Jennifer
Sent: Friday, June 13, 2014 5:50 PM
To: Henry, Ed
Subject: Re:

Try me here

----- Original Message -----
From: Henry, Ed
Sent: Friday, June 13, 2014 05:49 PM
To: Eckhart, Jennifer
Subject: Re:

ha

> On Jun 13, 2014, at 5:49 PM, "Eckhart, Jennifer" <Jennifer.Eckhart@foxbusiness.com> wrote:
>
> Very hard
>
>
> ----- Original Message -----
> From: Henry, Ed
> Sent: Friday, June 13, 2014 05:44 PM
> To: Eckhart, Jennifer
> Subject: Re:
>
> hard to get
>
>> On Jun 13, 2014, at 5:43 PM, "Eckhart, Jennifer" <Jennifer.Eckhart@foxbusiness.com> wrote:
>>
>> Maybe :)
>>
>>
>> ----- Original Message -----
>> From: Henry, Ed
>> Sent: Friday, June 13, 2014 05:40 PM
>> To: Eckhart, Jennifer
>> Subject:
>>
>> this you? :)

CONFIDENTIAL                                                                                                HENRY-00000003



CONFIDENTIAL   HENRY-00000004