# EXHIBIT 10

CONFIDENTIAL

 

**WhatsApp Messenger: iPhone + Android + Nokia + BlackBerry + Windows Phone**  Inbox

 

**Ed Henry** <edhenrytv@gmail.com>   Fri, Jun 13, 2014, 5:53 PM
to Jennifer@jennifereckhart.com

or this

Get it now from http://www.whatsapp.com/download/ and say good-bye to SMS.

 

**Jennifer Eckhart** <jennifer@jennifereckhart.com>   Fri, Jun 13, 2014, 6:55 PM
to Ed

Done. How do I find you?

Sent from my iPhone
...