# EXHIBIT 11

 **jennifereckhart** ✓
New York Stock Exchange



     

 Liked by **coastalhomebycindy** and **others**

**jennifereckhart** Monumental day. After months of waiting & anticipation, finally received official #NYSE badge. #tear #soproud #byefelicia

View all 2 comments

September 16, 2015

CONFIDENTIAL                                                                                       PL_H 000814