# EXHIBIT 12

CONFIDENTIAL



Ed Henry <edhenrytv@gmail.com>
to me

Wed, Oct 21, 2015, 3:53 PM   

I'D LIKE TO WIPE YOU WITH MY TONGUE



Jennifer Eckhart <jennifer@jennifereckhart.com>
to Ed

Wed, Oct 21, 2015, 4:13 PM   

I bet you would, dirty boy.

Come n get it ;)

--
Jennifer Eckhart
(305) 322-5812
www.JenniferEckhart.com
Follow on Twitter @JenniferEckhart

CONFIDENTIAL                                        PL_H002912