# EXHIBIT 12A

https://www.npr.org/sections/alltechconsidered/2015/09/14/438814692/did-clinton-camp-delete-emails-or-wipe-server-the-difference-matters