# EXHIBIT 13



CONFIDENTIAL          HENRY-00000005