EXHIBIT 14

# All Eyes on You