# EXHIBIT 15

# Cockiness (Love it When You Eat It)