# EXHIBIT 16

Coffee (F**ing).ft.Whale