# EXHIBIT 17

# F**k You All the Time