# EXHIBIT 18

# Into the Morning