# EXHIBIT 19

https://www.dailymail.co.uk/news/article-3583848/FOX-correspondent-Ed-Henry-affair-STRIPPER-met-reporter-Las-Vegas-club-gave-2-000-private-lap-dance.html.