EXHIBIT 20





CONFIDENTIAL
HENRY-00000009