# EXHIBIT 21





CONFIDENTIAL                                                                                                    HENRY-00000010