EXHIBIT 22







CONFIDENTIAL

HENRY-00000011