# EXHIBIT 23







CONFIDENTIAL

HENRY-00000012