EXHIBIT 24







CONFIDENTIAL

HENRY-00000013