EXHIBIT 25







CONFIDENTIAL                                                                                           HENRY-00000014