EXHIBIT 26





CONFIDENTIAL

HENRY-00000015