<u>EXHIBIT 27</u>



CONFIDENTIAL
PL_H 000822