# EXHIBIT 28

CONFIDENTIAL



CONFIDENTIAL

PL_H002746