EXHIBIT 29

**To:** Jennifer Eckhart[jennifer@jennifereckhart.com]
**From:** Jennifer Eckhart[jennifer@jennifereckhart.com]
**Sent:** Thur 2/13/2020 3:05:49 AM(UTC)
**Subject:** EH text 6



--
**Jennifer Eckhart**
*FOX BUSINESS NETWORK*
1211 Avenue of the Americas
12th floor | New York, NY 10036
(Office) 212.601.2365   (Cell) 305.322.5812
Twitter @JenniferEckhart
www.JenniferEckhart.com