<u>EXHIBIT 30</u>





CONFIDENTIAL

HENRY-00000016