EXHIBIT 31







CONFIDENTIAL

HENRY-00000017