EXHIBIT 32




CONFIDENTIAL                                                                                                           HENRY-00000018