# EXHIBIT 33





CONFIDENTIAL

HENRY-00000019