# EXHIBIT 34







CONFIDENTIAL

HENRY-00000020