EXHIBIT 35





CONFIDENTIAL
HENRY-00000021