# EXHIBIT 36





CONFIDENTIAL

HENRY-00000022