EXHIBIT 37

CONFIDENTIAL

