# EXHIBIT 38

https://emojipedia.org/smiling-face-with-halo