# EXHIBIT 39

https://www.census.gov/newsroom/facts-for-features/2017/cb17-ff02.html#:~:text=14,-January%2023%2C%202017&text=Expressing%20one's%20affection%20to%20another%20is%20a%20celebrated%20custom%20on%20Valentine's%20Day.