EXHIBIT 40

