EXHIBIT 41

