# EXHIBIT 42

https://emojipedia.org/squinting-face-with-tongue.