# EXHIBIT 43

https://emojipedia.org/winking-face-with-tongue.