EXHIBIT 44



CONFIDENTIAL

CONFIDENTIAL



PL_H002849

