# EXHIBIT 46

CONFIDENTIAL

