# EXHIBIT 47

CONFIDENTIAL



CONFIDENTIAL                                        PL_H002745