# EXHIBIT 48

https://www.pbs.org/newshour/tag/cpac-2017