# EXHIBIT 49

CONFIDENTIAL



CONFIDENTIAL    PL_H002952