# EXHIBIT 50

