# EXHIBIT 51

