# EXHIBIT 52



CONFIDENTIAL

HENRY-00000023