# EXHIBIT 53

CONFIDENTIAL



CONFIDENTIAL    PL_H002963