# EXHIBIT 54

CONFIDENTIAL



Ed Henry
last seen yesterday at 1:44 AM

Xx — 8:26 PM

10pm — 9:11 PM

Be there — 9:11 PM

😛 — 9:11 PM

I thought I was in charge — 9:14 PM

Quick drink? — 9:14 PM

U are — 9:40 PM

Drink near Marriott — 9:40 PM

Black Cadilac xts in front — 10:15 PM

I will be down shortly — 10:15 PM

U can tell guy u are w Henry. Nice driver — 10:15 PM

I'm hangin with Mark — 10:19 PM

CONFIDENTIAL        PL_H002965