# EXHIBIT 55

CONFIDENTIAL



CONFIDENTIAL
PL_H002846