# EXHIBIT 56



**Ed "Breadzy" Henry**

**ED**
I really don't know it just happened
I have apologized and I mean it

**ME**
Well Ed, I just found out about this yesterday.
And why didn't you tell me the truth when I asked you more than once if you'd cheated on me?
Because you were into Jennifer for many years. Before you met me and after you met me.

**ED**
I don't know
U were always coming after me always
And I didn't want to get into it
Like I said I am sorry

**ME**
I see what you're saying but we were doing really well I thought in 2017
Probably the best year of our relationship
And I gave you the same type of sexual activity..bdsm type stuff
That you and her did

CONFIDENTIAL    PL_H 000798