# EXHIBIT 58



CONFIDENTIAL                                                                                                    PL_H 000923