# EXHIBIT 59

Message

**From:** Hirst, Brad (FoxNews) [brad.hirst@foxbusiness.com]
**Sent:** 6/10/2020 10:36:42 AM
**To:** Cascardi, Alicia (FoxNews) [alicia.cascardi@foxbusiness.com]
**Subject:** FW: Epic Eckhart Error

FYI… I fired up Denise again after yesterday's disaster.  Still waiting.

**From:** Hirst, Brad
**Sent:** Wednesday, June 10, 2020 10:15 AM
**To:** Collins, Denise <Denise.Collins@foxnews.com>
**Subject:** Epic Eckhart Error

Denise:
Yesterday Jen Eckhart had an epic fail in her assigned segment.
In our 10am meeting Liz virtually recited word for word what she wanted the segment to be about.  "Don't Fight the Fed."
But, when she sent me her packet, it contained nothing about the Fed.
This was her script.
**((LIZ+3HB))**
AS THE FIRST HALF OF 2020 CONCLUDES AND INVESTORS NOW TURN THEIR ATTENTION TO THE SECOND HALF, A MARKET RESET IS NOW OFFICIALLY UNDERWAY! OUR COUNTDOWN CLOSER GUEST IS HERE WITH BOTH THE BIG RISKS AND BIG REWARDS THIS REBIRTH PRESENTS FOR INVESTORS IN A POST-PANDEMIC ENVIRONMENT…
**((TOSS TO GUEST))**
STATE STREET GLOBAL ADVISORS CHIEF INVESTMENT STRATEGIST, MICHAEL ARONE, IS HERE!

Not only did she not pay attention in the meeting, but she virtually lifted the copy for her intro word for word from the guest's market notes.

- **As the first half of 2020 concludes and investors turn their attention to the second half, a great reset is firmly underway. For investors, this rebirth presents both big risks and considerable opportunities.**

I told her this was completely unacceptable and ended up writing the introduction that was discussed in our meeting for her.
This is just the latest example of the problems we have been discussing for the better part of the last six months.  Plagiarism, in addition to the inattention, poor editorial judgement and basic lack of professionalism, all violate the PIP.
Liz doesn't want her working on anything important anymore because we can't trust her.  And, Alicia and I can't spend all of our time preventing her from making major editorial mistakes.
What more do we have to do?
Let me know.
Hope you're doing well.
Brad

**From:** Collins, Denise
**Sent:** Thursday, June 4, 2020 12:57 PM
**To:** Hirst, Brad <Brad.Hirst@foxbusiness.com>
**Subject:** RE: WEEKLY REPORT: ECKHART 5/26

Ok… ██████████

Confidential                                                                                                                                        FOX 001950