# EXHIBIT 60



**From:** Cascardi, Alicia
**Sent:** Friday, May 29, 2020 5:36 PM
**To:** Hirst, Brad <Brad.Hirst@foxbusiness.com>
**Cc:** Cascardi, Alicia <Alicia.Cascardi@foxbusiness.com>
**Subject:** WEEKLY REPORT: ECKHART 5/26

Jen had another uneven week which included multiple errors and a lack of preparedness for her segments. Things have escalated to the point that Liz continues to ask for Jen not to be put on any high-profile guest segments. Jen continues to cause extra work for those around her due to her lack of preparedness and consideration for her basic job duties. Well past her 60-day probation period, Jen has yet to correct many of the issues singled out in her PIP. Her inability to fix these issues on a permanent basis continues to weigh on the show and the team, with her Senior Producer and Executive Producer bearing much of the brunt.

**MONDAY 5/25/20**
**HOLIDAY**

Confidential

**TUESDAY 5/26/20**
--Jen once again read directly from PR fact sheets in both meetings about company. She didn't even know the name of the CEO off hand when asked and had to look it up.  Mind you, this is a segment she booked herself.  She was more animated in talking about things trying to sound informed and gave 1 example provided by PR of work company has done during crisis.  It was clear though she was reading from a PR note and still hadn't read-in full sense of word.  Liz came up with angle etc. for intro.  Jen had no actual new headlines on company or anything that would be newsworthy/new in general.

--Jen's banners and cybers had grammatical errors that needed to be corrected before air.   She also recycled one from a previous segment (she recycled a 70/30 keeping same 70 line and changing 30 to ceo/company for today) and stole another from a tease.  Also all her cybers were repeats of her banners.  Once again minimal efforts and shows Jen thinks numbers can hide lack of content and effort. But duplicated information in two different forms isn't necessary and isn't adding anything to the production value of segment.  It's actually creating more work for those that go in and have to edit her segment and correct same mistakes in two places.

--Jen lightly plagiarized her intro from the New York Times.  She changed a word or two in the copy to make it less of a direct copying effort, but her sentence structure was essentially same.  This is also a pattern with Jen and varies from full plagiarism to this kind of copying where she uses same sentence structure but changes a word or two.

--On plus side Jen at least booked segment and saw it through from start to finish, though not with same level of care as other producers on this team.

**WEDNESDAY 5/27/20**
--Jen repeated a story again in morning meeting and confirmed she was repeating it as if this somehow makes it better.  All her stories also again from TechCrunch front page. And she added no new/extra info to story repeated.  Just said the headline. Producer who earlier pitched it actually had more info than Jen, so again why repeat it at all? It almost seems like Jen is trying to inflate story count because she usually doesn't have many and they rarely are anything we'd do on air.  But if that's goal—there's never been a story count maximum or minimum.  It's about quality not quantity.  Jen would be better off looking for stories that relate to day of content vs. reading off headlines from tech crunch (and that's all she gives is headlines, no details of stories).

--When Jen was informed who her guest was today (who she just produced a month ago) she couldn't remember them or what they did.  This shows her full disregard for the work she does on a daily basis and how little she cares about her segments.  It would be one thing if it was a year ago or two years ago. This was 6 weeks ago.  On top of that, she not only produced the segment just a month ago; but she also produced it last fall as well though it was canceled last minute.  She then never followed through on rescheduling despite being told by both Alicia and Brad to do so and multiple attempts to throw the booking back on Alicia.  So this now fell on her Senior Producer Alicia once again to reschedule when Liz became interested in company again for COVID-19 response.  Jen also had no memory of this guest when it was presented back in April, despite producing and being assigned to rebook the guest in the fall.  Jen continues to show she doesn't care about anything on the show, or anything that she produces that isn't a booking from one of her "friends," or isn't a big name she can pimp out as a segment she "produced" on her social media

--To make matters worse on guest front… Jen couldn't present her guest yet again in 10am meeting.  Brad asked her what the news of day was… Jen couldn't answer.  She clearly once again hadn't read anything sent to her by Alicia (before 930am ET).  Jen proceeded to begin reading from her packet from a month ago on the company.  Alicia then had to present the news of day (again) for Jen.  Liz got very upset about this and slacked Alicia to complain about Jen's inability to present her segment (again) and also noted she knew that Jen was clearly reading off old packet.  Jen's record of not being able to present her guests, no matter how much info she is given, continues to drag on.  Her pattern also continually leaves her EP and SP holding the bag for her vs. focusing on their own duties.   Adding salt to the wound, all other producers today were able to successfully present their guests and answers Liz's questions with little to no drama.

--Recycled tease banner twice in her segment... also quotes from CEO seem to be from last time he was on air... may be that she took them from press release and they were consistent with his prior thoughts from April.  But seems like she may have just grabbed them from previous segment in April... also one of her 3 cybers were repetitive to banners again and 2 of the cybers look like they were recycled from last month's segment... But due to the recycling, her work was clean today, so a plus there.

**THURSDAY 5/28/20**
--Jen's guest didn't send notes prior to morning meetings so Jen contributed nothing to her segment.  Her one and only comment in whole meeting was "no guest notes." She didn't even attempt to come up with theme to work off of to ask guest about for picks or anything. Alicia wound up suggesting angle we went with so we weren't waiting all day for guest and so we could get guest focused early enough to have elements and segment ready to go.  Had it been left to Jen, most likely she would have done what she's done in the past on other segments: waited until whenever the guest sent notes and then would have used the guest's lateness as duck and cover for anything not in line with Liz's liking or for any elements not completed in time for the show.  That should never be solution and all other producers usually have back up plans ready to go when producing the Countdown Closer in case notes aren't sent in time for our morning meeting.  Jen also was also put back on the Closer after her inability to present her more topical guest yesterday.  The Closer is viewed as the easiest segment of show and yet Jen still can't present or produce even this segment on her own.

--Segment was clean but she did ask Alicia a question earlier in day that she should have known.  By the time Alicia was able to answer it Jen seemed to have figured out the answer, but not sure if she asked anyone else or came up with solution on her own.  But either way question (which was on how to illustrate sectors) is one she should know by now being on this team 5 years.

--Another colleague was able to secure a guest who had originally been assigned to Jen.  As mentioned in previous report, Jen had been assigned the CEO of Lands' End in March.  The company's PR responded almost right away but late on a Friday and then followed up again early on a Monday.  After both those outreaches were ignored by Jen, the PR person reached out to another colleague they had worked with before and that person now picked up Jen's assignment.  After sticking with it and staying in touch that colleague now has the CEO coming on next week.  Had Jen chosen to actually do her work, she'd be one who would credit for this booking.  But she dropped the ball in every way possible and as usual her work fell on another team member.

**FRIDAY 5/29/20**
--Jen pushed the morning sheet off on another coworker today blaming "computer issues" as reason why and that she didn't want to be late to office... At this point it is unknown of Jen did show up to the office on time as she was present for our call, but no one saw her in the office and she also kept her camera off during Zoom call.  Jen only keeps her camera off when she's working from home.  We've noticed when she is in the office, she uses her Zoom camera during meetings.  Jen's camera was on for our 10am meeting today and she was in the office then.  But she did use the camera in the 9am meeting and she was only seen in office closer to 10am meeting.  So after claiming she didn't want to be late, she may have in fact been late.  Also this is how Jen's patterns go in general—after a period of time (anywhere from 2-4 weeks) of displaying some behavior improvements she starts sliding...  Jen has been completing the morning sheet as instructed by Brad in his last warning (4/27) prior to 9am for the most part.  This week she started sliding... Tuesday sheet was sent right at 9am not in advance of meeting, Wednesday it was after 9am, Thursday again right at 9am and then today she didn't do it and passed to another colleague.  And of course all this was still amid other issues and ongoing patterns that she has yet to correct in a meaningful way as instructed by her PIP.

--During 9am meeting Jen again repeated a story and clearly didn't know it was a repeat (as opposed to when she points out it's a repeat) because she stated it as if it was totally brand new and made no reference to fact that it had been said already not even 3 minutes before Jen spoke.

--Jen was also unable to present her guest (the Closer) in our 9am meeting blaming "massive tech issues" as the reason.  So the producer who booked guest had to present for Jen.  What is most concerning here again is if Jen was in the office for 9am meeting—then why would she still be blaming computer issues as she would have been on a different computer at that point?  This puts into question if she was being honest regarding the computer issues to begin with

FOX 001957

that prevented her from doing the morning sheet.  Also even if somehow she couldn't use either her home or office computer to read the notes, where was her work phone?  She certainly could have read the notes from there.  And if she was still home during the 9am call, then it would also mean she lied about attempting to be at work on time when asking her colleague to do the morning sheet for her… Today was another example of multiple ongoing patterns with Jen: questions regarding her ability to tell the truth, her inability to pay attention, her willingness to push her responsibilities off onto others and her lack of preparedness for her segments.  All of these were issue were pointed out as behaviors that needed to be corrected on her PIP 3 months ago.  Yet now well-beyond her 60-day probation period, Jen continues to exhibit all these behaviors.

--Also of note: though Jen continues to rotate into the office once or twice a week, she does no extra work nor helps any other producers in anyway.  She does her 1 segment (with large amounts of help) and sends the daily rundown sheets. That is it.  All of the show's regular staff producers juggle multiple duties whether in the office or working from home, except Jen.

--On plus side she was asked to book a guest earlier in week for next week and confirmed she had done so today.


**MONDAY 5/18/20**
—Jen did no extra research nor read any of the basic background info obtained by producer who booked her segment. How we know this? The biggest story of the day in market was Moderna and its advancement in HUMAN trials if it's COVID-19 vaccine. Moderna is also a client of Veeva whose CEO was Jen's assigned guest for today.  Veeva is software company that aids in vaccine/drug trials… Yet Jen made mention of Moderna being a Veeva client in the packet or in her intro script for Liz.  What's most egregious is the company didn't hide the fact that they worked with Moderna and provided this detail very clearly in their background materials sent over ahead of the segment. Moderna's logo was on the second page of an attachment sent by guest's PR alongside logos of other companies that are clients.  Jen clearly didn't read this attachment.  And if she did somehow read it, she clearly wasn't paying attention at all to the names of the clients. It's also apparent that she most likely ignored pre-interviewing the guest because one would think the CEO would have mentioned this connection given the news of day.  Liz asked the guest directly before air if they had any connection to Moderna which literally saved the segment and us from looking bad.  Also Jen failed to send Liz the full research provided by the company including the in depth client list… So Jen's packet was basically also incomplete as the client list was not the only important information in the attachment (which was only 3 pages and a power point presentation of slides with not a ton of info to read through…)  Preinterviews and in depth research fall under the direct responsibilities of the segment producers, not the booker.  All Jen had to do in this case though, was literally read the information she was provided. She failed to do that and then failed to send Liz the full information provided by the company. These issues are not only part of an ongoing pattern with Jen, but continue to be in violation of her PIP.  Despite multiple warnings, she continues to disregard the most basic responsibilities of her job.


**TUESDAY 5/19/20**
--Jen repeated a story that was said not once, but twice before her.  She acknowledged she knew it was said but continued to say it anyway which is just a waste of time.  She added no new details, just went ahead and repeated story.  It might be way to show she's listening, but if it is it's creating new problem of wasting everyone's time.  Jen also doesn't read-in past Tech Crunch.  She tends to pitch the top 3 headlines on tech crunch on a daily basis and that is pretty much it—whether they are on topic or not and whether they've already been said.  This is part of reason she is so unfamiliar with the content of the network and show.  The other day for example she pitched a story and not only was it straight out of Tech Crunch, Alicia who was writing the stock reader was able to literally search "tech crunch" and the stock in question and the article came right up.  This is how known it is that Jen just blasts off a few headlines from Tech Crunch vs. truly reading in on major headlines of day… Again bare minimum effort…

--In 10am meeting Jen contributed no ideas to her segment.  Liz had to ask who was doing segment and even after Jen said it was her, she went silent again to point that Liz had to ask if she was still on call.  Brad/Jackie/Alicia/Milanee all had to fill in Liz today on topics and line of questioning Liz could go with—Jen didn't contribute any suggestions at all and once again also was able to provide no background on why guest was on or anything to do with the company itself.  Liz has also now asked that Jen not be responsible for producing any high profile guests anymore given her lack of effort and attention to her segments.  Yesterday's neglect of Moderna being a client of the company/CEO we were having on was last straw for Liz.

--Jen didn't ask/get a pronouncer for her guest's name today… Liz had to email for it at 1:48pm because it was not included in packet. All anchors need pronouncers, not just Liz.  Again a basic responsibility ignored. Jen responded with

the pronouncer about 5-10 minutes later and said that had been waiting on PR to get back to her.  Now while timing seems a bit questionable that she suddenly had pronouncer ready to go after Liz's prodding which does leave some thought she only reached out after Liz specifically asked… But the bigger question this brings up, is if Jen was telling the truth and did reach out for it earlier—why not mention it in the packet?  That would be both responsible communication by the producer and proof that she is paying attention to her duties as a producer.  And it would avoid Liz getting upset and having to send an email out asking for one.  All she had to do here was say next to the PRONOUNCER line in packet "waiting to hear back from PR."  Whole problem would have been solved.  But Jen didn't do that and without asking to physically see her emails, we can't 100% know if she is telling truth on asking in advance or if she only asked after Liz emailed about the pronouncer.

--All of Jen's banners and cybers had to be remade today.  She had the wrong format for the abbreviation of international.  Network style is INTL and has been entire time working here… We usually don't add apostrophes to anything.  Despite this Jen had multiple banners saying Restaurant Brands Int'l and her cybers all had this.  The two banners that didn't have the incorrect abbreviation were missing the word international altogether from her guest's title which was just a major inconsistency in segment. Company name is Restaurant Brands International.  So abbreviations in all banners should have been Restaurant Brands Intl and nothing else… Alicia corrected all graphics to proper format before segment aired avoiding any errors.

**WEDNESDAY 5/20/20**
--Sheet sent after meeting already had started and we didn't start right on time… Jen was only late by a few minutes, but still late.

--Once again all 3 of her stories right from TechCrunch and read word from word from headlines (so as usual not looking past one source and also probably not even reading the stories she is pitching—no detail work ever…)

--two staff members who would like to remain nameless have complained that Jen keeps asking others build her hot boards and fullscreens… One staff member was sought out for advice and that staff member then came to Alicia because they felt bad for the other staff member who Jen keeps going to for "help." But in this case, this is not help, it's doing someone's work for them.  Even with just 1 segment per day that she doesn't come up with original questions or intros for (since Liz usually spoon-feeds it or Brad or Alicia to her), doesn't research in any in depth way and/or doesn't prep guests for, somehow Jen still needs help with hot boards and other elements.  Jen's banners are also almost always spoon-fed, repetitive (same banner over and over again in slightly different from) or stolen from as Brad/Alicia's teases; and any "original" banners are usually simple, no though required things things like "XXX CEO ON…" The rest of her graphics are constantly in need reformatting on a regular basis, as they are rarely clean or in line with network standards—this also goes for the banners as well.  On top of all this, most of her VOs are completed by our video PA and AP.  And her hot boards are almost always spelled out on Alicia's morning notes… So there's literally no reason Jen shouldn't be able to do these elements herself—especially while working from home.  She clearly has the time given that she is doing very literal original thought in her work and very little time actually reading over what she inputting.  Also the other staff member that she is pressuring into doing her boards, not only has their own work to do and is actively booking guests on a daily basis, plus producing and helping with our skype calls—it's a producer who Jen (as well as the whole teams) knows is someone who has a problem saying no and always wants to be helpful/liked. So Jen is truly taking advantage of this person's good nature.  Also Jen has apparently also asked one of our newer staff members who's been helping the show to make her FSs now, even though said staff member doesn't know how because the person didn't do graphics on his prior show.  Jen still needs community producing…  But that's not how things are done on any show and certainly someone with 7+ years at the network shouldn't need all her elements made for her on a daily basis. Jen keeping fully to her track record of pawning work off on others and putting in the most minimal effort possible on the work she does compete.

--Jen read straight from guest's notes which was fine given that it was our closer segment that is based on guest's picks.  But she still had no ideas of her own on how to make the picks relevant to news or how to craft theme encompassing the picks… Brad was the one looking up stats in meeting and Jen seemed to have no clue on anything about these companies beyond guest's notes.  The picks were all good and newsworthy.  But once again Jen couldn't get her pitch across without help from others.  And she happened to have been doing the easiest segment of show which is the Countdown Closer because it requires little research and is a short segment with less production needed (i.e. elements).  Also note: Jen was given this segment per Liz's request yesterday to keep her away from high-profile segments and just our more topical guest segments in general.  Liz feels this is both a demotion in duties, which it is, well as a last chance for Jen on this team.  If Jen is unable to consistently produce this segment or makes editorial mistakes, there will literally be nothing left to assign her to do.

**THURSDAY 5/21/20**

                                                                                                      FOX 001959

--4 of Jen's six banners today (in her one and only segment) had spelling and/or grammatical errors that had to be corrected prior to the show… Jen also again doing the least research intensive segment of show, so should have more time to be checking over her graphics and banners.


**FRIDAY 5/22/20**

--Jen presented her guest's picks of the day but then by second meeting still didn't seem to know them off hand and had to read off what the guest's notes said… So again minimal effort… She also offered no info past what guest sent or any newsworthy angles to help highlight picks (Brad had to do that in both meetings).  Prior producers for the closers seemed to have better ideas of picks by 2nd meeting with Liz and were more read in on the guest's notes by second meeting able to paraphrase their thoughts vs reading directly off sheet.  They seemed prepared—Jen seems to be just looking at names of picks and nothing else.  She also suggested recycling a SOT that never made air yesterday—but not for editorial worthiness.  Liz was starting to come up with an angle that would have required some research on Jen's part and it felt as if Jen may have been trying to recycle SOT in order to not do extra work.  Jen has a pattern of doing this in general (recycling old elements and angles even if they are not currently in news or really of note).  Today luckily Liz was ok with the idea… But Jen almost undid it by calling SOT boring and implying the SOT was best part of a "snooze-fest" from one of most famed investors ever (and it's very possible most of what he said went over Jen's head given her lack of market knowledge).  Jen's comments then led Liz to question why we would show it if it's boring… Jen's response: "well it's already cut."  This is concerning because it all shows her laziness and lack of knowledge of the markets, by not being able to defend the SOT in any other way.  Brad at that point stepped in and smoothed over things so we could try to make everything work.  Literally no matter what segment Jen is assigned there's always drama, even now with the simplest segment in the show.  And she still is unable to do even these easier segments without some level of assistance from others on team.

--Jen also posted picture of herself on Instagram this week from a Fox Business set… She made sure the branding was noticeable through a computer on the desk in front of her.  But on positive side the picture is private to her followers only (no outsiders).  But to an outsider it does give impression she was "on air" and apparently she wasn't—it was from a rehearsal. This was brought to attention of her Jen's managers Friday by other staff members.

Confidential                                                                                                          FOX 001960