# EXHIBIT 61

**From:** Hirst, Brad <Brad.Hirst@foxbusiness.com>
**Sent:** Thursday, June 4, 2020 12:40 PM
**To:** Collins, Denise <Denise.Collins@foxnews.com>
**Subject:** RE: WEEKLY REPORT: ECKHART 5/26

We haven't had an official sit down discussion about everything as a whole.  We let her know either verbally or in email about any issues that have come up.
Should we schedule a formal discussion?  I think she'll be in the office tomorrow.

**From:** Collins, Denise
**Sent:** Thursday, June 4, 2020 12:06 PM
**To:** Hirst, Brad <Brad.Hirst@foxbusiness.com>
**Subject:** RE: WEEKLY REPORT: ECKHART 5/26

I know you forwarded me some other emails.  Have you had conversations with her about her performance issues since the PIP.  I know there was one email exchange about her not doing the rundown.  Were their others?  Most of the emails seem to just be feedback to you from Alicia.

**From:** Hirst, Brad <Brad.Hirst@foxbusiness.com>
**Sent:** Thursday, June 4, 2020 12:00 PM
**To:** Collins, Denise <Denise.Collins@foxnews.com>
**Cc:** Cascardi, Alicia <Alicia.Cascardi@foxbusiness.com>
**Subject:** WEEKLY REPORT: ECKHART 5/26

Denise:
Attached are the last two weekly updates on Jen Eckert's performance.  Things are not getting better.  They are getting worse.  Liz has lost confidence in Jen's ability to produce segments after several major editorial mistakes.  We have demoted her from producing any important segments due to the lack of trust and poor attitude.  All the issues are documented in Alicia's notes.
I think it is clear she has not lived up to her PIP.
She's also made a new Instagram post inferring that she's a Fox Business on air talent. (#broadcastingfromhome).  See below.
The situation is coming to a head and something must be done.
Please let me know if you're free to chat about it.  Alicia can also make herself available via Zoom if necessary.
Thanks.
Brad

Confidential
FOX 001951