# EXHIBIT 64

https://www.cbsnews.com/miami/news/daughter-charged-with-kidnapping-financial-exploitation-of-88-year-old-mother/