# EXHIBIT 65

https://lawandcrime.com/high-profile/fox-news-succeeds-in-dismissing-ex-contributors-lawsuit-against-tucker-carlson-sean-hannity-ed-henry-and-howard-kurtz/