# EXHIBIT 66

**Eden P. Quainton**

**Quainton Law, PLLC**
2 Park Ave., 20th Fl.
New York, NY 10016
245 Nassau St.
Princeton, NJ 08540

Telephone (212) 419-0575, (609) 356-0526
Cell: (202) 360-6296
Eden.quainton@quaintonlaw.net

December 22, 2023

**VIA EMAIL**

Michael Willemin
Wigdor, LLP
85 Fifth Avenue
New York, NY 10003

Re: *Eckhart v. Fox News Network, LLC, et al.*; Case No. 20-cv-5593 (RA)(GWG)
Fed R. Civ. P. 11

Mr. Willemin,

As you know, I represent Defendant Ed Henry ("Henry" or "Defendant") in the above-captioned matter.

On December 20, 2023, Plaintiff filed a letter motion seeking to reopen discovery for purposes of obtaining a video of whose alleged existence Plaintiff had just become aware. Dkt. 274 at 1. The pertinent allegations in the letter motion have been denied by both Mr. Henry and the woman purportedly depicted in the video. The individuals you cited as having knowledge of the video in question have denied any knowledge of it. As far as we know, you have made no effort to contact                  to confirm any aspect of your client's outrageous claims. I am confident that the Court will strike your motion from the docket. However, even if the Court does not, you are on notice that you should voluntarily withdraw the motion. If you do not, or if you attempt to refile it, knowing the allegations to be denied by the woman in question, we will file a Rule 11 motion upon the expiration of the 21-day period specified in Fed. R. Civ. P. 11.

Respectfully,

*Eden Quainton*
Eden P. Quainton