

## Eckhart v. Fox News Network, LLC -- Revised List

**Eden Quainton** <equainton@gmail.com>          Mon, Sep 30, 2024 at 9:27 AM
To: "Michael J. Willemin" <mwillemin@wigdorlaw.com>
Cc: "McKenna, Kathleen M." <KMcKenna@proskauer.com>, "Hollreiser, Julia F." <JHollreiser@proskauer.com>

Sorry, I'm not talking about describing them as "nude," but in more detail. Is it your position that any description of the photos does not need to be sealed? I want to make sure I understand your position.

Thanks,

Eden

On Mon, Sep 30, 2024 at 9:17 AM Michael J. Willemin <mwillemin@wigdorlaw.com> wrote:
Anything that is marked confidential and is not on the public record should be sealed. I am reasonably certain that the fact that some of the photos were nude is on the public record, and describing them as such is not an issue.

**Michael J. Willemin**
Partner

212 257 6800
85 Fifth Avenue
New York, NY 10003

**wigdorlaw.com**





This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

**From:** Eden Quainton <equainton@gmail.com>
**Sent:** Monday, September 30, 2024 9:13:45 AM
**To:** Michael J. Willemin <mwillemin@wigdorlaw.com>
**Cc:** McKenna, Kathleen M. <KMcKenna@proskauer.com>; Hollreiser, Julia F. <JHollreiser@proskauer.com>
**Subject:** Re: Eckhart v. Fox News Network, LLC -- Revised List

Just to be clear: the omitted portions of messages in the public record do not need to be sealed?

If a photo has been described in general terms in the record (i.e., a photo of Jennifer in lingerie) is it your position that a more detailed description of the photo needs to be sealed?

On Mon, Sep 30, 2024 at 9:03 AM Michael J. Willemin <mwillemin@wigdorlaw.com> wrote:
I think they were described in the motion to dismiss papers and decision so whatever is already on the public record is fine. Any messages in the public record can be described or quoted from no problem.

**Michael J. Willemin**
Partner

212 257 6800
85 Fifth Avenue
New York, NY 10003

wigdorlaw.com





This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

**From:** Eden Quainton <equainton@gmail.com>
**Sent:** Monday, September 30, 2024 8:58:51 AM
**To:** Michael J. Willemin <mwillemin@wigdorlaw.com>
**Cc:** McKenna, Kathleen M. <KMcKenna@proskauer.com>; Hollreiser, Julia F. <JHollreiser@proskauer.com>
**Subject:** Re: Eckhart v. Fox News Network, LLC -- Revised List

What about verbal descriptions of the photos? Is it your position any such descriptions should be redacted?

I assume you are not taking that position with respect to messages you have explicitly put at issue (#obey, #discipline)?

On Mon, Sep 30, 2024 at 7:47 AM Michael J. Willemin <mwillemin@wigdorlaw.com> wrote:
> Eden, I haven't had a chance to review all of these documents over the weekend. Please file under seal anything that was marked confidential in this action, and any photos our client sent to Mr. Henry and/ that he took of her.

> **Michael J. Willemin**
> Partner

> 212 257 6800
> 85 Fifth Avenue
> New York, NY 10003

> wigdorlaw.com





This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

**From:** Eden Quainton <equainton@gmail.com>
**Sent:** Friday, September 27, 2024 1:49:07 PM
**To:** Michael J. Willemin <mwillemin@wigdorlaw.com>

Michael: The revised list is below. I have removed the Fox documents because they are already part of the record.  Also could you please send me the designations for Jennifer Eckhart's deposition as soon as possible.  Thank you,

HENRY___00000001
HENRY___00000002
HENRY___00000003
HENRY___00000004
HENRY___00000005
HENRY___00000849
HENRY___00000851
HENRY___00000852
HENRY___00000855
HENRY___00000858
HENRY___00000010
HENRY___00000011
HENRY___00000012
HENRY___00000013
HENRY___00000014
HENRY___00000015
HENRY___00000017
HENRY___00000018
HENRY___00000019
HENRY___00000020
HENRY___00000021
HENRY___00000022
PL___H0000798
PL___H000822
PL___H000824
PL___H000825
PL___H002745
PL___H002746
PL___H002747
PL___H002748
PL___H002750
PL___H002834
PL___H002846
PL___H002849
PL___H002852
PL___H002853
PL___H002859
PL___H002861
PL___H002865
PL___H002866
PL___H002871
PL___H002872
PL___H002877
PL___H002906
PL___H002907
PL___H002908
PL___H002911
PL___H002912

PL__H002915
PL__H002952
PL__H002955
PL__H002956
PL__H002957
PL__H002958
PL__H002963
PL__H002964
PL__H002965
PL__H002995
PL__H002996

--
Eden P. Quainton
Quainton Law, PLLC
2 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212.419.0575
Fax: 212.376.5699.
Cell: 202.360.6296

245 Nassau St.
Princeton, NJ 08540
Tel: 609-356-0526
Cell: 202-360-6296
https://quaintonlaw.net

--
Eden P. Quainton
Quainton Law, PLLC
2 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212.419.0575
Fax: 212.376.5699.
Cell: 202.360.6296

245 Nassau St.
Princeton, NJ 08540
Tel: 609-356-0526
Cell: 202-360-6296
https://quaintonlaw.net

--
Eden P. Quainton
Quainton Law, PLLC
2 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212.419.0575
Fax: 212.376.5699.
Cell: 202.360.6296

245 Nassau St.
Princeton, NJ 08540
Tel: 609-356-0526
Cell: 202-360-6296
https://quaintonlaw.net

--
Eden P. Quainton
Quainton Law, PLLC
2 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212.419.0575
Fax: 212.376.5699.
Cell: 202.360.6296

245 Nassau St.
Princeton, NJ 08540
Tel: 609-356-0526
Cell: 202-360-6296
https://quaintonlaw.net