# Exhibit 53



CONFIDENTIAL                                                                                         PL_H 000924