# Exhibit 54

