# Exhibit 56



CONFIDENTIAL