# Exhibit 57




CONFIDENTIAL

PL_H 000934