# Exhibit 58



CONFIDENTIAL   PL_H 000931