Exhibit 59



PL_H 000928