# Exhibit 61





CONFIDENTIAL PL_H 000924



CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　PL_H 000925