# Exhibit 62



CONFIDENTIAL   PL_H 000930



CONFIDENTIAL  PL_H 000931



PL_H 000932