UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENNIFER ECKHART,

                Plaintiff,

      v.

FOX NEWS NETWORK, LLC and ED HENRY,

                Defendants.

No. 20-cv-5593 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of the letters from Plaintiff Jennifer Eckhart and Defendant Fox News Network LLC requesting leave to seal or redact certain portions of Eckhart's opposition to summary judgment. *See* Dkt. 418, 420. These letters, however, do not identify the specific categories of information that the parties seek to have sealed, and offer only generic statements about "confidential and sensitive information" without explaining why that information meets the standard for sealing under *Lugosch v. Pyramid Co. of Onandaga*, 435 F.3d 110 (2d Cir. 2006). *See* Dkt. 420.

    No later than January 3, 2025, Eckhart and Fox News shall file supplemental letters that (1) identify the specific information in Eckhart's opposition that they wish to keep under seal, and (2) explain the legal basis for sealing those materials. The parties shall also indicate whether any of the materials fall within the categories of information that the Court approved for sealing in its December 2, 2024 opinion. *See* Dkt. 431.

SO ORDERED.

Dated:    December 19, 2024
            New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge