

**Michael J. Willemin**
mwillemin@wigdorlaw.com

January 2, 2025

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 1506
New York, NY 10007

      Re:    Eckhart v. Fox News Network, LLC, et al.; Case No. 20-cv-5593 (RA)(GWG)

Dear Judge Abrams,

We represent Plaintiff in this action and write jointly with Defendants to respectfully request a brief extension of time for the parties to file the supplemental letters contemplated in Your Honor's Order of December 19, 2024. Dkt. No. 451. The supplemental letters are currently due on January 3, 2025. The parties respectfully request a one-week extension of time, to January 10, 2025. The parties are making this request due to Plaintiff's counsel's travels for the holidays and to give the parties time to meet and confer prior to submitting their letters.

This short extension of time will not affect any other currently scheduled deadlines in this matter.

We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Michael J. Willemin

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
January 3, 2025