UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER ECKHART,<br><br>             Plaintiff,<br><br>      v.<br><br>ED HENRY,<br><br>             Defendant. | No. 20-cv-5593 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On March 12, 2025, the Court granted in part and denied in part Defendant Ed Henry's motion for summary judgment and scheduled the matter for trial beginning May 12, 2025. Pursuant to Individual Civil Rule 6(A), the parties shall file their joint pretrial order by April 12, 2025. All additional filings referenced in Individual Civil Rule 6(B) shall be due that same date, and any filings in opposition are due one week after the pretrial order is filed.

The parties shall also appear for a final pretrial conference on May 8, 2025 at 11:00 a.m. in Courtroom 1506, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:   March 17, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge