

**Michael J. Willemin**
mwillemin@wigdorlaw.com

April 1, 2025

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 1506
New York, NY 10007

      Re:    <u>Eckhart v. Fox News Network, LLC, et al.; Case No. 20-cv-5593 (RA)(GWG)</u>

Dear Judge Abrams,

We represent Plaintiff and write on behalf of both parties pursuant to Your Honor's March 18, 2025 Order requesting an estimated length of trial. Dkt. No. 475. The parties have conferred and believe that, depending on the outcome of anticipated motions *in limine*, the trial in this matter will last between one and two weeks, inclusive of jury selection and deliberations.

We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Michael J. Willemin