

**Michael J. Willemin**
mwillemin@wigdorlaw.com

April 7, 2025

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 1506
New York, NY 10007

      Re:    Eckhart v. Fox News Network, LLC, et al.; Case No. 20-cv-5593 (RA)(GWG)

Dear Judge Abrams,

We represent Plaintiff in this action and write jointly with Defendant Ed Henry to request an extension of the April 12, 2025 deadline to submit a joint pre-trial order and related filings. When the April 12, 2025 deadline was set, the trial in this matter was scheduled for May 12, 2025. Given that the trial is now scheduled for June 16, 2025, we respectfully request that the deadline to submit pre-trial material be extended to May 16, 2025.

We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Michael J. Willemin

Application granted in part. The parties shall file their pretrial submissions no later than May 12, 2025, and any responses to those submissions shall be due no later than May 19, 2025.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 8, 2025