UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER ECKHART,

                Plaintiff,

      v.

ED HENRY,

                Defendant.

No. 20-cv-5593 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On March 18, 2025, the Court scheduled trial for June 16, 2025 and ordered the parties to raise a potential dispute over expert discovery with Judge Gorenstein by March 21, 2025. Dkt. No. 475. The parties then wrote Judge Gorenstein, explaining that Plaintiff believed she had fully met her expert discovery obligations and that Defendant required one week to determine whether any additional disclosures would be needed. Dkt. No. 476. Judge Gorenstein thus extended the deadline to formally raise any discovery dispute by one week, to March 28, 2025. Dkt. No. 478.

      The parties did not raise any discovery dispute with Judge Gorenstein by that deadline, and have not done so since. Accordingly, expert discovery is complete.

SO ORDERED.

Dated:     April 30, 2025
              New York, New York

_____
Ronnie Abrams
United States District Judge