UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER ECKHART,

                Plaintiff,

      v.

ED HENRY,

                Defendant.

No. 20-cv-5593 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court is in receipt of Plaintiff's letter seeking an order compelling non-party ▆▆▆▆ ▆▆▆▆ to appear for trial, which is scheduled to begin on June 16, 2025. Dkt. No. 503. Pursuant to Federal Rule of Civil Procedure 45(c), a party may serve a non-party with a subpoena commanding their attendance at trial, provided that the non-party resides within 100 miles. According to the proof of service filed by Plaintiff, ▆▆▆▆ was served on June 5, 2025, at her residence within 100 miles of this Court. *Id.* Ex. A.

      Accordingly, the Court orders that ▆▆▆▆ attend trial to provide testimony under the terms specified in the subpoena. If ▆▆▆▆ objects to the subpoena, she shall promptly move to quash it no later than June 16, 2025. *See* Fed. R. Civ. P. 45(d)(3). If ▆▆▆▆ fails to comply with the subpoena absent "adequate excuse," the Court will hold her in contempt. *See* Fed. R. Civ. P. 45(g).

Plaintiff is ordered to serve ▮▮▮▮▮▮ and her counsel with a copy of this order by June 14, 2025 and to file an affidavit certifying that such service has been effectuated.

SO ORDERED.

Dated:    June 12, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge