UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
: 
JENNIFER ECKHART,                                            :   Civil Case No. 1:20-cv-05593 (RA)(GWG)
:
                          Plaintiff,              :
:   NOTICE OF MOTION TO QUASH
     v.                                                     :   SUBPOENAS *AD TESTIFICANDUM*
:
FOX NEWS NETWORK, LLC and ED HENRY,    :
in his individual and professional capacities,         :
:
                          Defendants.           :
:
------------------------------------------------------------ X

      PLEASE TAKE NOTICE THAT, upon the accompanying Declaration of Rachel S. Fischer, Esq., with exhibits attached thereto, and Memorandum of Law in Support of Motion to Quash Subpoenas *Ad Testificandum*, non-parties Liz Claman, Brad Hirst, Alicia Cascardi, and Gregg Gilman, by and through their undersigned attorneys, shall move this Court before the Honorable Ronnie Abrams, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at such date and time as the Court may direct, pursuant to Federal Rule of Civil Procedure 45(d), for an Order quashing the subpoenas *ad testificandum* directed to them and issued in this matter, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       June 12, 2025

                                          By: */s/ Kathleen M. McKenna*

                                              Kathleen M. McKenna, Esq.
                                              Rachel S. Fischer, Esq.
                                              Julia F. Hollreiser, Esq.
                                              PROSKAUER ROSE LLP
                                              Eleven Times Square
                                              New York, New York 10036

...

Telephone: 212.969.3000
kmckenna@proskauer.com
rfischer@proskauer.com
jhollreiser@proskauer.com

*Attorneys for Non-Parties Liz Claman, Brad Hirst, Alicia Cascardi, and Gregg Gilman*

Eckhart and Henry shall respond to the motion no later than June 16, 2025 at 9:00 a.m. Eckhart, Henry and Fox News shall then appear for a conference on June 17, 2025 at 1:00 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

SO ORDERED.

_____
Hon. Ronnie Abrams
June 13, 2025

2

153292678v1