

**Michael J. Willemin**
mwillemin@wigdorlaw.com

June 15, 2025

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 1506
New York, NY 10007

      Re:    <u>Eckhart v. Henry; Case No. 20-cv-5593 (RA) (GWG)</u>

Dear Judge Abrams,

We write to inform Your Honor that Plaintiff Jennifer Eckhart and Defendant Ed Henry have reached a settlement. Attached hereto as Exhibit A is a signed stipulation of discontinuance with prejudice as to Plaintiff's claims against Defendant Henry. Separately, Plaintiff respectfully requests that the Court enter final judgment in this action as to the claims brought against Fox News Network, LLC, so that Plaintiff can (respectfully) appeal Your Honor's summary judgment Order dismissing the claims against Fox News Network, LLC.

We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Michael J. Willemin