<u>Exhibit 'B'</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Jennifer Eckhart

                     Plaintiff,

  - against -

Ed Henry, in his individual and professional capacities,

                     Defendant.
------------------------------------------------------------------X

| STIPULATION AND ORDER OF DISMISSAL |
|---|
| Case No. 20-cv-5593(RA) |

     IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and the Defendant that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without costs or attorneys' fees to either party.

Dated: June 14, 2025
     New York, New York

_____
Michael J. Willemin, Esq.
Wigdor LLP
85 Fifth Avenue, 5th Floor
New York, New York 10003
(212)-257-6800
Email: mwillemin@wigdorlaw.com

Dated: June 14, 2025
     New York, New York

_____
Eden P. Quainton, Esq.
Quainton Law
Attorneys for Defendant Ed Henry
Park Avenue, 20th Floor
New York, New York 10169
(212)-419-0575
Email: equainton@gmail.com

_____
Gary Rosen, Esq.
ROSEN LAW LLC
Attorneys for Defendant Ed Henry
216 Lakeville Road
Great Neck, New York 11020
(516) 437-3400
Email: grosen@rosenlawllc.com

So Ordered:

_____
Hon. Ronnie Abrams
United States District Judge
June 15, 2025