UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER ECKHART,

                Plaintiff,

      v.

ED HENRY and FOX NEWS NETWORK, LLC,

                Defendants.

No. 20-cv-5593 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On March 12, 2025, the Court granted Defendant Fox New Network LLC's motion for summary judgment and denied Defendant Ed Henry's motion for summary judgment. Dkt. No. 472. Plaintiff then settled her remaining claims against Henry and stipulated to their dismissal on June 15, 2025. Dkt. No. 523. Accordingly, the Clerk of Court is respectfully directed to enter judgment in favor of Fox News on Plaintiff's claims against it.

SO ORDERED.

Dated:     June 16, 2025
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge