**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JENNIFER ECKHART,

                Plaintiff,

-against-                                  20 **CIVIL** 5593 (RA)

                                                          **JUDGMENT**

ED HENRY and FOX NEWS NETWORK, LLC,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 16, 2025, the Court granted Defendant Fox New Network LLC's motion for summary judgment and denied Defendant Ed Henry's motion for summary judgment on March 12, 2025. Dkt. No. 472. Plaintiff then settled her remaining claims against Henry and stipulated to their dismissal on June 15, 2025. Dkt. No. 523. Accordingly, judgment is entered in favor of Fox News on Plaintiff's claims against it.

**Dated:** New York, New York

       June 16, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                          **BY:**      *K. Mango*

                                                      **Deputy Clerk**