UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
JENNIFER ECKHART,                                            :
                                                             :
                            Plaintiff,                       :   Case No. 1:20-cv-05593 (RA)
                                                             :   (GWG)
                   v.                                        :
                                                             :
FOX NEWS NETWORK, LLC and ED HENRY,                          :   NOTICE OF APPEAL
in his individual and professional capacities,               :
                                                             :
                            Defendants.                      :
------------------------------------------------------------ X
```

**PLEASE TAKE NOTICE** that Plaintiff Jennifer Eckhart hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment entered in favor of Defendant Fox News Network, LLC on June 16, 2025 (see Dkt. No. 524), as well as all relevant underlying interlocutory decisions, including, but not limited to, the District Court's Opinion and Order granting Defendant Fox News Network, LLC's Motion for Summary Judgment (see Dkt. No. 472).

Dated: June 17, 2025
New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
Michael J. Willemin

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com

*Counsel for Plaintiff*